IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANGELA MCCULLOUGH, MARQUITA JOHNSON, KENNY JONES, ALGI EDWARDS, LEVON AGEE, ADRIAN EDDIE FLOYD, HASSAN CALDWELL DEVRON JAMES, ASHLEY DAWN SCOTT, AND CHRISTOPHER MOONEY, ON BEHALF OF THEMSELVES, INDIVIDUALLY, AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | )   CASE NO: 2:15-CV-463 |
| VS. | ) ) |
| THE CITY OF MONTGOMERY, ALABAMA; ERNEST N. FINLEY, JR., CHIEF OF POLICE OF THE CITY OF MONTGOMERY, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; KEVIN MURPHY, FORMER CHIEF OF POLICE OF THE CITY OF MONTGOMERY, IN HIS INDIVIDUAL CAPACITY; LES HAYES, III, PRESIDING JUDGE OF THE MUNICIPAL COURT OF THE CITY OF MONTGOMERY, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; AND JUDICIAL CORRECTIONS SERVICES, INC. (JCS) | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | |

## MOTION TO DISMISS OF DEFENDANTS CITY OF MONTGOMERY, ALABAMA, ERNEST N. FINLEY JR., KEVIN MURPHY AND LES HAYES

**COME NOW** Defendants the City of Montgomery, Chief of Police Ernest N. Finley, Jr., Former Chief of Police Kevin Murphy and Presiding Municipal Court Judge Les Hayes and move, pursuant to Fed. R. Civ. P. 12(b), to dismiss some, or all, of Plaintiffs' claims as to some, or all, Defendants. Defendants move to dismiss claims pled by Plaintiffs on the following grounds:

1. The statute of limitations has run on Plaintiffs' claims.

2. Plaintiffs' claims are due to be dismissed on grounds of qualified immunity.

3. Plaintiffs' claims are due to be dismissed on grounds of judicial immunity

4. Plaintiffs' claims are due to be dismissed on grounds of sovereign immunity.

5. Plaintiffs' claims are due to be dismissed on grounds of discretionary function immunity/state-agent immunity.

6. Plaintiffs do not have standing at law.

7. Plaintiffs' claims for equitable relief are moot.

8. Plaintiffs' claims do not satisfy the requirements set out in *City of Los Angeles v. Lyons,* 461 U.S. 95, 103 S.Ct. 1660, 75 L.Ed.2d 675 (1983), and *O'Shea v. Littleton,* 414 U.S. 488, 94 S.Ct. 669, 38 L.Ed.2d 674 (1974).

9. Plaintiffs do not have standing to seek injunctive relief.

10. Plaintiffs have failed to state a claim for relief.

11. Plaintiffs' claims are precluded by collateral estoppel or res judicata.

12. Plaintiffs cannot show a policy or practice adopted by the City which violated Plaintiffs' constitutional rights, nor does the City have a policy or custom which is unconstitutional. *Monell v. Department of Social Services,* 436 U.S. 658, 689 (1978).

13. Plaintiffs failed to comply with Alabama Code §§ 11-47-23 and 11-47-192.

14. The Plaintiffs' claims are barred as collateral attacks on a criminal conviction and proceeding.

15. Plaintiffs have failed to meet the pleading requirements set out in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007) and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009).

16. Plaintiffs' claims are barred by the rule set out in *Heck v. Humphrey,* 512 U.S. 477 (1984).

17. This Court should abstain from hearing Plaintiffs' claims pursuant to the doctrine set out in *Younger v. Harris,* 301 U.S. 37 (1971) and *Pompey v. Broward County*, 95 F.3d 1543 (11th Cir. 1996).

18. This Court lacks subject matter jurisdiction over the Plaintiffs' claims pursuant to the *Rooker-Feldman* doctrine.

19. Plaintiffs' claims for equitable relief are due to be dismissed pursuant to the unclean-hands, *in-pari-delicto,* and/or laches doctrines.

WHEREFORE, Defendants the City of Montgomery, Chief of Police Ernest N. Finley, Jr., Former Chief of Police Kevin Murphy and Presiding Municipal Court Judge Les Hayes respectfully pray that the Court will grant this motion and dismiss the Complaint, or portions thereof, with prejudice.

Respectfully submitted this 30th day of July, 2015.

                        s/ Shannon Holliday
                        Shannon Holliday [ASB-5440-Y77S]
                        Robert D. Segall [ASB-7354-E68R]
                        Joel Caldwell [ASB-4625-Z36E]
                        COPELAND, FRANCO, SCREWS & GILL, P.A.
                        P.O. Box 347
                        Montgomery, AL 36101-0347
                        holliday@copelandfranco.com
                        segall@copelandfranco.com
                        caldwell@copelandfranco.com
                        **Attorneys for Defendants City of Montgomery**
                        **Finley, Murphy and Hayes**

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on July 30, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

  Faya Rose Toure
  Henry Sanders
  Chestnut, Sanders & Sanders, LLC
  One Union Street
  P.O. Box 1290
  Selma, AL 36702

and that I have served a copy of same via U.S. Mail, postage prepaid and properly addressed to:

  **Judicial Corrections Services, Inc.**
  CSC Lawyers Inc. Services
  2 N Jackson St
  Suite 605
  Montgomery, AL 36104

        s/ Shannon L. Holliday
        Of Counsel