IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANGELA McCULLOUGH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:15-CV-463-WKW |
| ) | |
| THE CITY OF MONTGOMERY, ) | |
| ALABAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Defendants' Motion for a Briefing Schedule on Defendants' Motion to Dismiss (Doc. # 13), it is ORDERED that the motion is GRANTED.

Defendants shall file an initial brief in support of their motion to dismiss on or before **August 28, 2015**. Plaintiffs' response brief shall be due no later than twenty-one days after the filing of Defendants' initial brief. Defendants' reply brief shall be due no later than fourteen days after the last response brief is filed. Federal Rule of Civil Procedure 6(a), but not Federal Rule of Civil Procedure 6(d), applies in computing the time periods above.

The motion shall be under submission on the due date of the reply brief. Unless the court determines that a hearing is necessary or helpful, at which time a hearing date will be set, the court will determine the motion without oral argument upon submission.

Briefs in support of or in opposition to any motion **generally should not exceed 25 pages.** If a brief exceeds 25 pages, counsel must include a table of contents indicating the main sections of the brief, the principal arguments and citations to authority made in each section, and the pages on which each section and any sub-sections may be found.

Additionally, for briefs exceeding 25 pages, the filing party shall submit to chambers a paper courtesy copy **bound in a three-ring binder and tabbed**. If a brief and attachments or exhibits **together** exceed 25 pages, the filing party shall submit to chambers a paper courtesy copy bound in a three-ring binder and tabbed.

There is no requirement that courtesy copies be delivered to chambers by the due date; courtesy copies may be mailed or shipped to chambers on the day they are due.

Any discussion of evidence in a brief must include the specific reference, by name or document number and by page and line, to where the evidence can be found in the supporting evidentiary submission or in any document filed with the court.

Failure to comply strictly with this Order may result in the striking of the filing or other appropriate sanctions.

 DONE this 31st day of July, 2015.

_/s/ W. Keith Watkins_
CHIEF UNITED STATES DISTRICT JUDGE
