IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANGELA MCCULLOUGH, MARQUITA JOHNSON, KENNY JONES, ALGI EDWARDS, LEVON AGEE, ADRIAN EDDIE FLOYD, HASSAN CALDWELL DEVRON JAMES, ASHLEY DAWN SCOTT, AND CHRISTOPHER MOONEY, ON BEHALF OF THEMSELVES, INDIVIDUALLY, AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED, | |
| Plaintiffs, | CASE NO: 2:15-CV-463-WKW |
| VS. | |
| THE CITY OF MONTGOMERY, ALABAMA; ERNEST N. FINLEY, JR., CHIEF OF POLICE OF THE CITY OF MONTGOMERY, IN HIS INDIVIDUAL CAPACITY; KEVIN MURPHY, FORMER CHIEF OF POLICE OF THE CITY OF MONTGOMERY, IN HIS INDIVIDUAL CAPACITY; LES HAYES, III, PRESIDING JUDGE OF THE MUNICIPAL COURT OF THE CITY OF MONTGOMERY, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES; AND JUDICIAL CORRECTIONS SERVICES, INC., A CORPORATION; AND TODD STRANGE, MAYOR OF THE CITY OF MONTGOMERY, IN HIS INDIVIDUAL CAPACITY, | |
| Defendants. | |

## MOTION TO DISMISS AMENDED COMPLAINT BY DEFENDANTS CITY OF MONTGOMERY, ALABAMA, ERNEST N. FINLEY JR., KEVIN MURPHY AND TODD STRANGE

**COME NOW** Defendants the City of Montgomery, Chief of Police Ernest N. Finley, Jr., Former Chief of Police Kevin Murphy and Mayor Todd Strange and move, pursuant to Fed. R. Civ. P. 12(b), to dismiss some, or all, of Plaintiffs' claims as to some, or all, Defendants.

Defendants move to dismiss claims pled by Plaintiffs on the following grounds as set forth further in Defendants' brief in support filed contemporaneously herewith:

1. The statute of limitations has run on Plaintiffs' claims.

2. Plaintiffs' claims are due to be dismissed on grounds of qualified immunity.

3. Plaintiffs' claims are due to be dismissed on grounds of judicial immunity

4. Plaintiffs' claims are due to be dismissed on grounds of sovereign immunity.

5. Plaintiffs' claims are due to be dismissed on grounds of discretionary function immunity/state-agent immunity.

6. Plaintiffs do not have standing at law.

7. Plaintiffs' claims for equitable relief are moot.

8. Plaintiffs' claims do not satisfy the requirements set out in *City of Los Angeles v. Lyons,* 461 U.S. 95, 103 S.Ct. 1660, 75 L.Ed.2d 675 (1983), and *O'Shea v. Littleton,* 414 U.S. 488, 94 S.Ct. 669, 38 L.Ed.2d 674 (1974).

9. Plaintiffs do not have standing to seek injunctive relief.

10. Plaintiffs have failed to state a claim for relief.

11. Plaintiffs cannot show a policy or practice adopted by the City which violated Plaintiffs' constitutional rights, nor does the City have a policy or custom which is unconstitutional. *Monell v. Department of Social Services,* 436 U.S. 658, 689 (1978).

12. Plaintiffs have failed to meet the pleading requirements set out in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007) and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009).

WHEREFORE, Defendants the City of Montgomery, Chief of Police Ernest N. Finley, Jr., Former Chief of Police Kevin Murphy and Mayor Todd Strange respectfully pray that the Court will grant this motion and dismiss the Complaint, or portions thereof, with prejudice.

Respectfully submitted this 24th day of September, 2015.

                                              s/ Shannon Holliday
                                              Shannon Holliday [ASB-5440-Y77S]
Robert D. Segall [ASB-7354-E68R]
Joel Caldwell [ASB-4625-Z36E]
COPELAND, FRANCO, SCREWS & GILL, P.A.
P.O. Box 347
Montgomery, AL 36101-0347
holliday@copelandfranco.com
segall@copelandfranco.com
caldwell@copelandfranco.com
**Attorneys for Defendants City of Montgomery Finley, Murphy and Todd Strange**

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record on this 24th day of September, 2015.

    Michael L. Jackson
    Larry S. Logsdon
    Wesley K. Winborn
    Wallace, Jordan, Ratliff & Brandt, L.L.C.
    P.O. Box 530910
    Birmingham, Alabama 35253

    Martha I. Morgan
    8800 Lodge Lane
    Cottondale, Alabama  35453

    Faya Rose Toure
    Henry Sanders
    Chestnut, Sanders & Sanders, LLC
    One Union Street
    P.O. Box 1290
    Selma, AL  36702

    E. Ham Wilson
    Miland F. Simpler, III
    Ball, Ball, Matthews & Novak, P.A.
    Post Office Box 2148
    Montgomery, AL  36109-5413

                                          s/ Shannon L. Holliday
                                          Of Counsel