IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANGELA MCCULLOUGH, MARQUITA JOHNSON, KENNY JONES, ALGI EDWARDS, LEVON AGEE, ADRIAN EDDIE FLOYD, HASSAN CALDWELL DEVRON JAMES, ASHLEY DAWN SCOTT, AND CHRISTOPHER MOONEY, ON BEHALF OF THEMSELVES, INDIVIDUALLY, AND ON BEHALF OF A CLASS OF ALL OTHERS SIMILARLY SITUATED,  ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) | CASE NO: 2:15-CV-463-WKW |
| ) VS. ) ) | |
| THE CITY OF MONTGOMERY, ALABAMA; ) ERNEST N. FINLEY, JR., CHIEF OF POLICE ) OF THE CITY OF MONTGOMERY, IN HIS ) INDIVIDUAL CAPACITY; ) KEVIN MURPHY, FORMER CHIEF OF ) POLICE OF THE CITY OF MONTGOMERY, ) IN HIS INDIVIDUAL CAPACITY; ) LES HAYES, III, PRESIDING JUDGE OF THE) MUNICIPAL COURT OF THE CITY OF ) MONTGOMERY, IN HIS INDIVIDUAL AND ) OFFICIAL CAPACITIES; AND JUDICIAL ) CORRECTIONS SERVICES, INC., A ) CORPORATION; AND TODD STRANGE, ) MAYOR OF THE CITY OF MONTGOMERY, ) IN HIS INDIVIDUAL CAPACITY, ) | |
| Defendants. | |

## MOTION TO DISMISS AMENDED COMPLAINT BY DEFENDANT LES HAYES

**COMES NOW** Defendant Municipal Court Judge Les Hayes and move, pursuant to Fed R. Civ. P. 12(b), to dismiss some, or all, of Plaintiffs' claims. Defendant moves to dismiss claims pled by Plaintiffs on the following grounds as set out in the brief filed contemporaneously herewith:

1. The statute of limitations has run on Plaintiffs' claims.

2. Plaintiffs' claims are due to be dismissed on grounds of qualified immunity.

3. Plaintiffs' claims are due to be dismissed on grounds of judicial immunity

4. Plaintiffs' claims are due to be dismissed on grounds of sovereign immunity.

5. Plaintiffs' claims are due to be dismissed on grounds of discretionary function immunity/state-agent immunity.

6. Plaintiffs do not have standing at law.

7. Plaintiffs' claims for equitable relief are moot.

8. Plaintiffs' claims do not satisfy the requirements set out in *City of Los Angeles v. Lyons,* 461 U.S. 95, 103 S.Ct. 1660, 75 L.Ed.2d 675 (1983), and *O'Shea v. Littleton,* 414 U.S. 488, 94 S.Ct. 669, 38 L.Ed.2d 674 (1974).

9. Plaintiffs do not have standing to seek injunctive relief.

10. Plaintiffs have failed to state a claim for relief.

11. Plaintiffs cannot show a policy or practice adopted by the City which violated Plaintiffs' constitutional rights, nor does the City have a policy or custom which is unconstitutional. *Monell v. Department of Social Services,* 436 U.S. 658, 689 (1978).

12. The Plaintiffs' claims are barred as collateral attacks on a criminal conviction and proceeding.

13. Plaintiffs have failed to meet the pleading requirements set out in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007) and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009).

WHEREFORE, Defendant Municipal Court Judge Les Hayes respectfully prays that the Court will grant this motion and dismiss the Complaint, or portions thereof, with prejudice.

Respectfully submitted this 24th day of September, 2015.

        s/ Edward Ham Wilson, Jr.
        Edward Ham Wilson, Jr. (ASB-0334-W45E)
        Miland F. Simpler, III (ASB-1266-B48M)
        Ball, Ball, Matthews & Novak, P.A.
        Post Office Box 2148
        Montgomery, AL  36109-5413
        hwilson@ball-ball.com
        msimpler@ball-ball.com
        **Attorneys for Defendant Hayes**


        s/ Shannon L. Holliday
        Shannon L. Holliday [ASB-5440-Y77S]
        Robert D. Segall [ASB-7354-E68R]
        Joel Caldwell [ASB-4625-Z36E]
        COPELAND, FRANCO, SCREWS & GILL, P.A.
        P.O. Box 347
        Montgomery, AL 36101-0347
        holliday@copelandfranco.com
        segall@copelandfranco.com
        caldwell@copelandfranco.com
        **Attorneys for Defendant Hayes**

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record on this 24th day of September, 2015.

Michael L. Jackson
Larry S. Logsdon
Wesley K. Winborn
Wallace, Jordan, Ratliff & Brandt, L.L.C.
P.O. Box 530910
Birmingham, Alabama 35253

Martha I. Morgan
8800 Lodge Lane
Cottondale, Alabama  35453

Faya Rose Toure
Henry Sanders
Chestnut, Sanders & Sanders, LLC
One Union Street
P.O. Box 1290
Selma, AL  36702

                                              s/ Shannon L. Holliday
                                              Of Counsel