IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANGELA McCULLOUGH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:15-CV-463-WKW |
| ) | |
| THE CITY OF MONTGOMERY, ) | |
| ALABAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Plaintiffs' Motion to Consolidate Cases Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and/or to Reassign this Case (Doc. # 58), it is ORDERED that Defendants shall file a response to the motion on or before **November 23, 2015**.

DONE this 13th day of November, 2015.

　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE