IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANGELA McCULLOUGH, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:15-CV-463-WKW |
| | ) [WO] |
| THE CITY OF MONTGOMERY, | ) |
| ALABAMA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is Plaintiffs' motion to consolidate this action with Mitchell, *et al.* v. City of Montgomery, *et al.*, 2:14-CV-186-MHT.  (Doc. # 58.)  Defendant Judicial Corrections Services, Inc., filed a response in opposition to the motion.  (Doc. # 62.)  For the reasons set out in Defendant's response and in Judge Thompson's Order denying the motion to consolidate filed in 2:14-CV-186-MHT, it is ORDERED that the motion to consolidate filed in the above-styled action (Doc. # 58) is DENIED.

DONE this 1st day of December, 2015.

                                                      /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE