IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANGELA MCCULLOGH, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:15-CV-463-WKW |
| | ) |
| THE CITY OF MONTGOMERY, *et al*. | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Before the court are the following motions: Plaintiffs' motion for class certification (Doc. # 63); Plaintiffs' motion for scheduling order (Doc. # 87); Defendant Judicial Correction Services, Inc.'s, motion to stay discovery (Doc. # 89); and the motion to stay (Doc. # 91) filed by Defendants City of Montgomery, Ernest N. Finlay, Les Hayes, III, Kevin Murphy, and Todd Strange.

The court has considered the arguments and authorities presented in the parties' submissions. Ordinarily, the court would not delay discovery and entry of a scheduling order pending ruling on motions to dismiss and motions for class certification. However, this case presents unique case management circumstances that necessitate a stay until after the court rules on the pending motions to dismiss the amended complaint. The amended complaint is 88 pages long, is over 281 numbered paragraphs in length, and includes 14 separate counts. (Doc. # 32.) On

behalf of individual plaintiffs and three proposed classes, the amended complaint raises claims pertaining to unlawful race-based stops and arrests, denial of due process and other alleged constitutional violations against indigent defendants arising out of the City of Montgomery's use of Judicial Correction Services, Inc.'s "probation" services, violations of anti-peonage laws, RICO claims, and state law claims.

Further, currently pending in this court is a similar case against some of the same defendants in which similar or identical claims are raised on behalf of similar, identical, or overlapping proposed classes.  *Carter v. The City of Montgomery et al.*, Case No. 2:15-cv-00555-WKW-WC.  The amended complaint in *Carter* is 96 pages long (not counting over 170 pages of attachments), is over 426 numbered paragraphs in length, and includes 15 separate counts.  Motions to dismiss are pending in *Carter*.

The court concludes that the necessities of case management require that issues of consolidation, class certification, and scheduling of discovery be considered after the motions to dismiss are resolved in both cases.  Therefore, it is ORDERED:

1. This case, including all discovery, is STAYED until further order.
2. Plaintiffs' motion for class certification (Doc. # 63) is DENIED without prejudice to refile the motion after the stay is lifted.

3.      Plaintiffs' motion for entry of a scheduling order (Doc. # 87) is DENIED.

4.      The motion to stay discovery filed by Defendant Judicial Corrections Services, Inc., (Doc. # 89) is GRANTED.

5.      The motion to stay (Doc. # 91) filed by Defendants City of Montgomery, Ernest N. Finlay, Les Hayes, III, Kevin Murphy, and Todd Strange is GRANTED.

DONE this 2nd day of May, 2016.

                                              /s/ W. Keith Watkins
                                CHIEF UNITED STATES DISTRICT JUDGE