UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANGELA MCCULLOUGH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 2:15-cv-463 (RCL) |
| ) | |
| THE CITY OF MONTGOMERY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is defendants' filing of supplemental support for the City's motion to dismiss [105], plaintiffs' motion for a protective order pursuant to Fed. R. Civ. P. Rule 5.2(e)(2) [106], and defendants' response to the motion for a protective order [107]. Plaintiffs' motion is both a motion for a protective order and a response to the substantive material provided by defendants. At this point, the Court only addresses the protective order. Plaintiffs claim that exhibits filed by defendants should be subject to additional protective measures. See Pls.' Mot. 2, ECF No. 106. Defendants claim they do not see the need for such measures but do not oppose placing certain documents under seal. Defs. Resp. 2, ECF No. 107.

Accordingly, plaintiffs and defendants shall, within 14 days, jointly file indicating what documents shall be sealed or providing documents deemed by both parties to be properly redacted. If the parties cannot agree on what documents should be sealed or what redactions should be made, the parties shall separately file proposed redactions or documents to be sealed.

The filing(s) shall include a proposed order that has the effect of ensuring any documents currently on the open docket that should not be are either sealed or removed. If a document is to be redacted, the proposed order should ensure the properly redacted document is the version available on the public docket.

IT IS SO ORDERED this 30th day of November, 2016.

_____
ROYCE C. LAMBERTH
United States District Judge