THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANGELA MCCULLOUGH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO: 2:15-CV-463-RCL-WC |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THE CITY OF MONTGOMERY, ALABAMA, | ) | |
| et al., | ) | |
| Defendants. | | |

PLAINTIFFS' NOTICE SPECIFYING DEFENDANTS, CLAIMS AND COUNTS
INCLUDED IN VOLUNTARY DISMISSAL OF ALL INDIVIDUAL CAPACITY
CLAIMS UNDER SECTION 1983

COME NOW Plaintiffs pursuant to this Court's Order [Doc. 119] and promptly file this notice identifying each defendant who has individual capacity claims under Section 1983 against him or her being voluntarily dismissed [Doc. 103, 104], specifying by count each claim being dismissed, and specifying if any enumerated count is being dismissed in its entirety.

The following four defendants have all individual capacity claims under Section 1983 against them, as specified by counts and claims, being voluntarily dismissed without prejudice pursuant to Fed. R.C.P. 41(a)(1):

1. **Defendant Ernest N. Finley, Jr**.

   **Count I:** Section 1983 claims for violations of Fourteenth Amendment Equal Protection and Due Process, Fourth Amendment and 42 U.S.C. Section 1981 rights. This count is being dismissed in its entirety as to Defendant Finley, who is named only in his individual capacity.

**Count III:** Section 1983 claims for violations of Fourth and Fourteenth Amendment rights. This count is being dismissed in its entirety as to Defendant Finley, who is named only in his individual capacity.

**Count IV:** Section 1983 claims for violations of Fourteenth Amendment Equal Protection and Due Process, Fourth and Eighth Amendment rights. This count is being dismissed in its entirety as to Defendant Finley, who is named only in his individual capacity.

**Count V:** Section 1983 claims for violations of Fourteenth Amendment Due Process and Equal Protection and Fourth Amendment rights. This count is being dismissed in its entirety as to Defendant Finley, who is named only in his individual capacity.

**Count VII:** Section 1983 claims for violations of Thirteenth Amendment rights.

2. **Defendant Kevin Murphy**

**Count I:** Section 1983 claims for violations of Fourteenth Amendment Equal Protection and Due Process, Fourth Amendment and 42 U.S.C. Section 1981 rights. This count is being dismissed in its entirety as to Defendant Murphy, who is named only in his individual capacity.

**Count III:** Section 1983 claims for violations of Fourth and Fourteenth Amendment rights. This count is being dismissed in its entirety as to Defendant Murphy, who is named only in his individual capacity.

**Count IV:** Section 1983 claims for violations of Fourteenth Amendment Equal Protection and Due Process, Fourth and Eighth Amendment rights. This count is being dismissed in its entirety as to Defendant Murphy, who is named only in his individual capacity.

**Count V:** Section 1983 claims for violations of Fourteenth Amendment Due Process and Equal Protection and Fourth Amendment rights. This count is being dismissed in its entirety as to Defendant Murphy, who is named only in his individual capacity.

**Count VII:** Section 1983 claims for violations of Thirteenth Amendment rights.

3. **Defendant Les Hayes, III**

**Count III:** Section 1983 claims for violations of Fourth and Fourteenth Amendment rights. These claims are being dismissed as to Defendant Hayes in his individual capacity only.

**Count IV:** Section 1983 claims for violations of Fourteenth Amendment Equal Protection and Due Process, Fourth and Eighth Amendment rights. These claims are being dismissed as to Defendant Hayes in his individual capacity only.

**Count V:** Section 1983 claims for violations of Fourteenth Amendment Due Process and Equal Protection and Fourth Amendment rights. These claims are being dismissed as to Defendant Hayes in his individual capacity only.

**Count VI:** Section 1983 claims for violations of Sixth and Fourteenth Amendment rights. These claims are being dismissed as to Defendant Hayes in his individual capacity only.

**Count VII:** Section 1983 claims for violations of Thirteenth Amendment rights. These claims are being dismissed as to Defendant Hayes in his individual capacity only.

**Count VIII:** Section 1983 claims for violations of Fourteenth Amendment Due Process and Equal Protection, and Fourth Amendment rights. These claims are being dismissed as to Defendant Hayes in his individual capacity only.

**Count IX:** Section 1983 claims for violations of Fourteenth Amendment Due Process and Equal Protection rights. These claims are being dismissed as to Defendant Hayes in his individual capacity only.

4. **Defendant Todd Strange**

**Count I:** Section 1983 claims for violations of Fourteenth Amendment Equal Protection and Due Process, Fourth Amendment and 42 U.S.C. Section 1981 rights. This count is being dismissed in its entirety as to Defendant Strange, who is named only in his individual capacity.

**Count III:** Section 1983 claims for violations of Fourth and Fourteenth Amendment rights. This count is being dismissed in its entirety as to Defendant Strange, who is named only in his individual capacity.

**Count IV:** Section 1983 claims for violations of Fourteenth Amendment Equal Protection and Due Process, Fourth and Eighth Amendment rights. This count is being dismissed in its entirety as to Defendant Strange, who is named only in his individual capacity.

**Count V:** Section 1983 claims for violations of Fourteenth Amendment Due Process and Equal Protection and Fourth Amendment rights. This count is being dismissed in its entirety as to Defendant Strange, who is named only in his individual capacity.

**Count VII:** Section 1983 claims for violations of Thirteenth Amendment rights.

**Count VIII:** Section 1983 claims for violations of Fourteenth Amendment Due Process and Equal Protection, and Fourth Amendment rights. This count is being dismissed in its entirety as to Defendant Strange, who is named only in his individual capacity.

**Count IX:** Section 1983 claims for violations of Fourteenth Amendment Due Process and Equal Protection rights. This count is being dismissed in its entirety as to Defendant Strange, who is named only in his individual capacity.

Plaintiffs further specify that no Count VII federal anti-peonage law claims, brought under 18 U.S.C. Section 1595, nor any Count XII state law false imprisonment/false arrest claims are being dismissed against any defendant. No claims or counts against the Defendant City of Montgomery, Defendant Hayes in his official capacity, or Defendant JCS are being dismissed. No count is being dismissed in its entirety as to all defendants.

Plaintiffs' voluntary dismissal without prejudice of these individual capacity claims under Section 1983 is based solely on their desire to expedite proceedings by avoiding protracted interlocutory appeals of rulings on individual capacity immunities under Section 1983.[1]

Respectfully submitted,

s/Martha I. Morgan
Martha I. Morgan (ASB-3038-A46M)
8800 Lodge Lane
Cottondale, Alabama 35453
Telephone: 205-799-2692
E-mail: mimorgan@yahoo.com

Faya Rose Toure (ASB-5931-R787)
Henry Sanders (ASB-6179-A34H)
CHESTNUT, SANDERS &
 SANDERS, LLC
One Union Street
P.O. Box 1290
Selma, Alabama 36702
Telephone: 334-526-4531
Fax: 334-526-4535
E-mail: fayarose@gmail.com
            gpompey@csspca.com

---

[1] In particular, Plaintiffs in no way concede the validity of any of the grounds for dismissal any of the defendants have raised with respect to any of these individual capacity claims under Section 1983.

Of Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing on all Defendants or their counsel on this 21st day of December, 2016.

s/ Martha I. Morgan
Of Counsel