UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |
|---|---|
| ANGELA MCCULLOUGH, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE CITY OF MONTGOMERY, *et al.*, ) <br> ) <br> Defendants. ) | Case No. 2:15-cv-463 (RCL) |

### ORDER TO SHOW CAUSE

The parties are hereby ordered to show cause as to why this case should not be consolidated with *Carter v. City of Montgomery*, 2:15-cv-555 (RCL), pursuant to Federal Rule of Civil Procedure 42. Fed. R. Civ. Pro. 42 ("[I]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay.").

The Court directs the parties to refer to the Order to Show Cause issued on this date in *Carter*, which articulates the apparent overlap in the proposed classes and common factual underpinning. The parties are hereby ordered to file within 14 days a memorandum stating any reasons the Court should not order the cases consolidated.

IT IS SO ORDERED this 10th day of March, 2017.

_____
Royce C. Lamberth
United States District Judge