THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANGELA MCCULLOUGH, et al., ) | |
| ) | |
| Plaintiffs, ) | CASE NO: 2:15-CV-463-RCL-WC |
| ) | |
| vs. ) | |
| ) | |
| THE CITY OF MONTGOMERY, ALABAMA, ) | |
| et al., ) | |
| Defendants. | |

### McCULLOUGH PLAINTIFFS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RELATING TO THE CONSOLIDATION OF *McCULLOUGH* AND *CARTER* CASES

COME NOW PLAINTIFFS and file this response to the Court's show-cause order (ECF No. 133) by stating that *McCullough* Plaintiffs do not oppose consolidation of these cases for purposes of discovery but believe any decisions on consolidation for other purposes should await further developments in these related, but in many respects distinct, cases.

On March 10, 2017, this Court ruled on pending motions to dismiss in this case (ECF No. 131) and the case of *Carter v. City of Montgomery, et al.*, Case No. 2:15-cv-555-RCL (ECF No. 97) and directed parties in both cases to show cause, if any, why the *Carter* case should not be consolidated with this case. Plaintiffs do not oppose consolidation of these cases for purposes of discovery but take the position that any decisions on consolidation for other purposes need not and should be not be decided at this point.

Plaintiffs have received copies of responses from other parties in both this case and *Carter* that were filed earlier this afternoon. To save time and avoid repetition, after review of these documents, Plaintiffs will further elaborate on their position regarding the partial consolidation of these cases in their response to these documents.

Respectfully submitted,

s/Martha I. Morgan

Martha I. Morgan (ASB-3038-A46M)

8800 Lodge Lane
Cottondale, Alabama 35453
Telephone: 205-799-2692
E-mail: mimorgan@yahoo.com

Faya Rose Toure (ASB-5931-R787)
Henry Sanders (ASB-6179-A34H)

CHESTNUT, SANDERS &
 SANDERS, LLC
One Union Street
P.O. Box 1290
Selma, Alabama 36702
Telephone: 334-526-4531
Fax: 334-526-4535
E-mail: fayarose@gmail.com
        gpompey@csspca.com

Of Counsel for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing on all Defendants or their counsel on this 24th day of March, 2017.

s/ Martha I. Morgan
Of Counsel