UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |
|---|---|
| ANGELA MCCULLOUGH, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE CITY OF MONTGOMERY, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:15-cv-463 (RCL) |

## ORDER

Following this Court's Order to Show Cause [133], plaintiffs in this case filed a motion for appointment of interim class counsel [135]. The motion appears predicated on the consolidation of this case with *Carter*, 2:15-555. As the Court reads the motion, the Court's separate order issued on this date determining that there will be no consolidation at this time obviates the need for interim class counsel. Accordingly, the motion to appoint interim class counsel [135] is DENIED AS MOOT.

IT IS SO ORDERED this 25th day of April, 2017.

Royce C. Lamberth
United States District Judge