UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANGELA MCCULLOUGH, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:15-cv-463 (RCL) |
| THE CITY OF MONTGOMERY, *et al.*, | ) |
| Defendants. | ) |

# ORDER

The Court hereby **ORDERS** that the parties shall meet and confer within ten (ten) days of this date. The parties' discussion shall include the effect of the notice of appeal on this case and this Court's powers while the appeal is pending. It is further

**ORDERED** that, within ten (10) days thereafter, a report shall be filed with the Court articulating the positions of the parties, along with a proposed scheduling order.

IT IS SO ORDERED this 25th day of April, 2017.

_____
Royce C. Lamberth
United States District Judge