# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

No. 17-11554-JJ

ANGELA MCCULLOUGH,
MARQUITA JOHNSON,
KENNY JONES,
*et al.*,

                                                          Plaintiffs - Appellees,

versus

CITY OF MONTGOMERY, ALABAMA,
ERNEST N. FINLEY, JR.,
Chief of Police of the City of Montgomery, in his individual and official capacities,
KEVIN MURPHY,
former Chief of Police of the City of Montgomery, in his individual and official capacities,
*et al.*,

                                                       Defendants - Appellants,

JUDICIAL CORRECTIONS SERVICES, INC.,

                                                       Defendant.

On Appeal from the United States District Court for the
Middle District of Alabama

ORDER:

The "Motion for Leave to File Brief of Amici Curiae the Alabama League of Municipalities; the Alabama Municipal Insurance Corporation; and the Georgia Municipal Association, Inc. in Support of Defendants-Appellants and for Reversal" is granted.

*/s/ Frank M. Hull*
UNITED STATES CIRCUIT JUDGE

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 26, 2017

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 17-11554-JJ
Case Style: Angela McCullough, et al v. City of Montgomery, Alabama, et al
District Court Docket No: 2:15-cv-00463-RCL-WC

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tiffany A. Tucker, JJ
Phone #: (404)335-6193

MOT-2 Notice of Court Action