UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |
|---|---|
| ANGELA MCCULLOUGH, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> THE CITY OF MONTGOMERY, ) <br> ALABAMA, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | CASE NO: 2:15-cv-463 (RCL) |

## ORDER

Before the Court is the defendants' motion to stay proceedings in this case. Upon consideration of the motion [158], the plaintiffs' opposition thereto [160], and the defendants' reply [162], it is hereby **ORDERED** that the defendants' motion to stay further proceedings in this case is **GRANTED**, pending action by the Eleventh Circuit to resolve the issues before it in *The City of Montgomery, Alabama, et al. v. Angela McCullough, et al.*, Case No. 17-11554 (11th Cir.), and *Les Hayes, III v. Angela McCullough, et al.*, Case No. 17-11555 (11th Cir.).

**SO ORDERED.**

_____  8/9/17
Royce C. Lamberth
United States District Court