UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |
|---|---|
| ANGELA MCCULLOUGH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No: 2:15-cv-463 (RCL) |
| ) | |
| THE CITY OF MONTGOMERY, ) | |
| ALABAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On August 9, 2017, the Court issued an order staying this case "pending action by the Eleventh Circuit to resolve the issues before it" on interlocutory appeal. Order, ECF No. 164. On October 29, 2018, the Circuit resolved the issues, issuing an opinion reversing both this Court's denial of judicial immunity to Judge Westry and Judge Hayes and the Court's denial of qualified and state-agent immunity to Mayor Strange, Chief Finley, and Chief Murphy. *See McCullough v. Finley*, 907 F.3d 1324, 1335 (11th Cir. 2018).

Plaintiffs move to have the stay lifted and ask this Court to set a scheduling conference. Pls.' Mot. Lift Stay, ECF No. 170. The City of Montgomery (the "City") opposes that motion, instead asking this Court to only partially lift the stay so that it may file a motion for judgment on the pleadings and so this Court may decide—in light of the Circuit's decision—whether the City should still be in the case at all. Mot. Partial Lifting Stay or Stay of Disc. and Opp., ECF No. 172.

As the appeal is no longer pending, the stay is due to be lifted. However, the Court directs the Clerk to file, as of this date, the City's Motion for Judgment on the Pleadings, attached as Exhibit 1 to its motion. *See* ECF No. 172-1. Additionally, for the sake of conserving judicial

resources and protecting all parties from potentially unnecessary expense, the Court believes discovery should be stayed pending decision the City's Motion for Judgment on the Pleadings. The Court will endeavor to reach a decision expeditiously.

The plaintiffs' Motion to Lift Stay and to Set Scheduling Conference [ECF No. 170] is **GRANTED IN PART** and **DENIED IN PART**. The City's Motion for Partial Lifting of the Stay or, in the Alternative, a Stay of Discovery [ECF No. 172] is **GRANTED IN PART** and **DENIED IN PART**. The City's Motion to Strike Portions of Plaintiffs' Response Brief [ECF No. 174] is **DENIED AS MOOT**. Plaintiffs' Supplemental Motion to Lift Stay [ECF No. 177] is **DENIED AS MOOT**. The case is no longer stayed. However, the parties shall not proceed to discovery until after this Court's decision on the City's Motion for Judgment on the Pleadings.

**IT IS SO ORDERED**.

Date: 3/29/19

_____
Royce C. Lamberth
United States District Court