UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ANGELA MCCULLOUGH et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE CITY OF MONTGOMERY, )<br>ALABAMA et al., )<br>)<br>Defendants. ) | Civil Case No. 2:15-463 |

## ORDER

After reviewing this case's docket, the Court finds the following motions moot and **DISMISSES** them accordingly:

- Les Hayes, III's motion to clarify his motion to dismiss [115] (mooted by the Court's order [132] granting-in-part and denying-in-part that motion).

- Ernest N. Finley, Jr., Kevin Murphy, and Todd Strange's motion for reconsideration [122] (mooted by the Court's order [186] dismissing all claims against them).

- Plaintiffs' motion to partially lift the stay [125] (mooted by the Court's order [187] lifting the stay).

- The City of Montgomery's motion [174] to strike two footnotes from plaintiffs' opposition to the City's motion to partially lift the stay (mooted by the Court's order [187] lifting the stay).

It is **SO ORDERED**.

August 2, 2019

_____
Royce C. Lamberth
United States District Judge