THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

ANGELA MCCULLOUGH, et al.    )
                         Plaintiff,)
v.    )    Civil Action No.: 2:15-
                             )    cv-00463-RCL-SDM
THE CITY OF MONTGOMERY, et al.)
                         Defendant.)

## MOTION TO QUASH THE SUBPOENA DUCES TECUM SERVED ON THE JUDICIAL INQUIRY COMMISSION

COMES NOW the Alabama Judicial Inquiry Commission ("the Commission") and moves for an order quashing the subpoena duces tecum served on the Commission, by or on behalf of Plaintiff Angela McCullough, which seeks production of certain records of proceedings of the Commission relating to the prosecution of Montgomery City Judge Armstead Lester Hayes, III in Case No. 49 in the Alabama Court of the Judiciary. A copy of that subpoena duces tecum is attached hereto.

As grounds for this motion, the Commission does show and represent that:

1. Section 156(b) of the Alabama Constitution provides, in pertinent part:

> *All proceedings of the commission shall be confidential except the filing of a complaint with the Court of the Judiciary.*

2. All of the materials that are sought by the subject subpoena were either generated in proceedings of the Commission or would disclose proceedings of the Commission.

1

3. With the exception of the complaint filed by the Commission in the Court of the Judiciary in Case No. 49, all of the materials sought by the subpoena are subject to the confidentiality provision of Section 156(b) of the Alabama Constitution and are privileged from disclosure; and the Commission is prohibited by Section 156(b) of the Constitution from producing the same.

4. Ala. R. Civ. P. Rule 45(c)(3)(A)(iii) provides in pertinent part:

> *(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it*
> 
> \* \* \* \* \*
> 
> *(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies[.]*

5. The Court of the Judiciary is in possession of the original Complaint filed in COJ Case No. 49 and is therefore the entity which could provide a certified copy of that document. Additionally, the complaint is a public document and is available on the Court of the Judiciary's public website: http://judicial.alabama.gov/docs/judiciary/COJ49Complaint.pdf.

WHEREFORE, premises considered, the Judicial Inquiry Commission respectfully requests the entry of an order quashing the subpoena.

Respectfully submitted this the 9th day of September, 2019.

*Rosa H. Davis*
Rosa H. Davis
Attorney for the Commission
Alabama Judicial Inquiry Commission
P.O. Box 303400
Montgomery, AL 36130-3400
rosa.davis@jic.alabama.gov
(334) 242-4089

**CERTIFICATE OF SERVICE**

I certify that, on this the 9th day of September, 2019, a copy of the foregoing has been filed with the Court and a copy of the same has been served on attorney for the Plaintiff, through electronic mail and/or regular U.S. mail to:

Martha Morgan
8800 Lodge Lane
Cottondale, AL 35453
205-799-2692

*Rosa H. Davis*
Rosa H. Davis
Attorney for the Commission