**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION**

| | | |
|---|---|---|
| **ANGELA MCCULLOUGH, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **CASE NO: 2:15-CV-463-RCL** |
| | ) | |
| **VS.** | ) | |
| | ) | |
| **THE CITY OF MONTGOMERY, ALABAMA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION TO DISMISS PURSUANT TO RULE 37(b), Fed. R. Civ. P.**

COMES NOW the City of Montgomery and moves the Court to dismiss the claims and complaint of Devron James, Ashley Dawn Scott and Adrian Eddie Floyd, and in support shows:

1. On August 26, 2019, the City and Defendant JCS each noticed the depositions of the above Plaintiffs to be taken, respectively, on October 8, 9 and 10.[1]

2. Each of the Plaintiffs listed above failed to appear at the noticed time and place for deposition. In addition, none of these three Plaintiffs made any response to the written Interrogatories and Requests for Production directed to them.

3. Counsel for the City certify that they have conferred with Plaintiffs' counsel about obtaining the depositions, but counsel for the Plaintiffs have advised counsel for the City that such parties will not appear for deposition, and that it is acknowledged that none of the three have viable claims under the Complaint.

4. Each of the three Plaintiffs named herein is also named by Plaintiffs as a witness in the Initial Disclosures.

[1] Alternative dates were also proffered by the movants herein.

5. Pursuant to Rule 37(b)(2)(A)(v), Fed. R. Civ. P., it is appropriate that the Court dismiss parties who fail or refuse to appear for their depositions. Here, that failure is compounded by the written concession by their counsel that these parties do not have any claims.

6. It is also not appropriate that such parties should later seek to appear and testify as witnesses.

WHEREFORE, City of Montgomery prays:

(1) That the Plaintiffs Devron James, Ashley Dawn Scott and Adrian Eddie Floyd be dismissed with prejudice.

(2) That said persons be excluded from hereafter becoming or seeking to become witnesses in this matter.

Respectfully submitted this 11th day of October, 2019.

s/Richard H. Gill
Richard H. Gill [ASB-7945-G70R]
Shannon L. Holliday [ASB-5440-Y77S]
Robert D. Segall [ASB-7354-E68R]
COPELAND, FRANCO, SCREWS & GILL, P.A.
P.O. Box 347
Montgomery, AL 36101-0347
gill@copelandfranco.com
holliday@copelandfranco.com
segall@copelandfranco.com
**Attorneys for Defendant City of Montgomery**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of October, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

| | |
|---|---|
| Martha I. Morgan<br>8800 Lodge Lane<br>Cottondale, Alabama 35453<br>mimorgan@yahoo.com<br><br>Harold C. Hirshman<br>Jennifer A. Barrett<br>Dentons US LLP<br>233 South Wacker Drive<br>Suite 5900<br>Chicago, IL 60606<br>harold.hirshman@dentons.com<br>jennifer.barrett@dentons.com<br><br>Stephen J. O'Brien<br>Dentons US LLP<br>One Metropolitan Square, Suite 3000<br>St. Louis, MO 63102<br>stephen.obrien@dentons.com<br><br>Greg Bass<br>Britney Wilson<br>National Center for Law and Economic Justice<br>275 Seventh Avenue, Suite 1506<br>New York, NY 10001<br>bass@nclej.org<br>wilson@nclej.org | Faya Rose Toure<br>Henry Sanders<br>Chestnut, Sanders & Sanders, LLC<br>P.O. Box 1290<br>Selma, AL 36702<br>fayarose@gmail.com<br>gpompey@csspca.com<br><br>Michael L. Jackson<br>Larry S. Logsdon<br>Wesley K. Winborn<br>Wallace, Jordan, Ratliff & Brandt, L.L.C.<br>P.O. Box 530910<br>Birmingham, AL 35253<br>mjackson@wallacjordan.com<br>llogsdon@wallacejordan.com<br>wwinborn@wallacejordan.com<br><br>E. Ham Wilson<br>Miland F. Simpler, III<br>Ball, Ball, Matthews & Novak, P.A.<br>P. O. Box 2148<br>Montgomery, AL 36109-5413<br>hwilson@ball-ball.com<br>msimpler@ball-ball.com<br><br>R. Bernard Harwood, Jr.<br>Rosen Harwood, P.A.<br>2200 Jack Warner Parkway<br>Suite 200<br>Tuscaloosa, AL 35401<br>bharwood@rosenharwood.com |

s/Richard H. Gill
Of Counsel