# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ANGELA MCCULLOUGH, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) 2:15-cv-463-RCL |
| v. | ) |
| | ) |
| THE CITY OF MONTGOMERY, ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the motion by party witness Judge Armstead Lester Hayes, III to quash subpoena and the opposition and reply thereto, it would be helpful to the Court if Judge Hayes would confirm to the Court whether he or his counsel provided any requested records to the city. Plaintiffs indicate this would override the need for the subpoena as to the documents related to the Judicial Inquiry Commission. Counsels' dispute over whether this question was properly framed is mooted by this Order.

Judge Hayes is requested to respond to this Court within seven days.

It is so **ORDERED**.

Date: November 4, 2019

Royce C. Lamberth
United States District Court Judge