# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ANGELA MCCULLOUGH, et al., | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )  CASE NO: 2:15-CV-463-RCL |
| | ) |
| THE CITY OF MONTGOMERY, ALABAMA, et al., | ) |
| | ) |
|    Defendants. | ) |

## RESPONSE OF JUDGE ARMSTEAD LESTER HAYES, III, TO THE "ORDER" OF THE COURT ISSUED NOVEMBER 4, 2019

With respect to the Court's query, "whether he or his counsel provided any requested records to the city," Judge Hayes, through his undersigned counsel, answers, "No."

He does not have in his possession any of the materials covered by Category 1 of the subject subpoena, to-wit: "Jail Records." Neither he nor his counsel ever provided any such records to the City.

With respect to subpoena Category 2 (documents or materials received from the Alabama Judicial Inquiry Commission) ("JIC"), the only thing Judge Hayes ever received was the initial complaint filed by three citizens, which JIC forwarded to him. Thereafter, all materials from JIC went to his then-counsel, who would share the same with him at some point following their receipt. As far as Judge Hayes ever knew or expected, none of those materials were ever shared with the City because he knew that section 156 of Article VI (Judicial Department) of the Constitution of Alabama of 1901 declares that "[a]ll proceedings of the commission shall be confidential except the filing of a complaint with the Court of the Judiciary."

With respect to subpoena Category 3 (documents or materials received from the Alabama Court of the Judiciary), those were and are public records, but at any rate neither he nor his counsel independently provided them to the City.

Respectfully submitted this 11th day of November, 2019.

    s/ R. Bernard Harwood, Jr.
R. Bernard Harwood, Jr.
Rosen Harwood, P.A.
2200 Jack Warner Parkway
Suite 200
Tuscaloosa, AL 35401
205-344-5000
bharwood@rosenharwood.com
**Attorney for Armstead Lester Hayes, III**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of Record, on this 11th day of November, 2019.

    s/ R. Bernard Harwood, Jr.