## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| ANGELA MCCULLOUGH, et al., ) | |
| ) | |
| Plaintiffs, ) | CASE NO: 2:15-CV-463-RCL |
| ) | |
| VS. ) | |
| ) | |
| THE CITY OF MONTGOMERY, ) | |
| ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

## CITY OF MONTGOMERY'S MOTION FOR SUMMARY JUDGMENT

Defendant the City of Montgomery ("City") moves the Court to enter summary judgment in its favor as to all of the Plaintiffs' claims in accordance with Rule 56, Fed. R. Civ. P.  For the reasons set forth in the contemporaneously-filed supporting brief, there is no genuine dispute as to any material fact, and the City is entitled to a judgment as a matter of law.  In addition to its supporting brief, the City relies on its contemporaneously-filed evidentiary submission, the evidentiary submission of the other parties, and the pleadings and other evidentiary material filed in this action.

The City further respectfully requests oral argument on this motion.

Respectfully submitted this 21st day of January, 2020.

                                            s/Shannon L. Holliday
                                            Shannon L. Holliday [ASB-5440-Y77S]
                                            Richard H. Gill [ASB-7945-G70R]
                                            Robert D. Segall [ASB-7354-E68R]
                                            COPELAND, FRANCO, SCREWS & GILL, P.A.
                                            P.O. Box 347
                                            Montgomery, AL 36101-0347
                                            holliday@copelandfranco.com
                                            gill@copelandfranco.com
                                            segall@copelandfranco.com
                                            **Attorneys for Defendant City of Montgomery**

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of January, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

| | |
|---|---|
| Martha I. Morgan<br>8800 Lodge Lane<br>Cottondale, Alabama  35453<br>mimorgan@yahoo.com<br><br>Harold C. Hirshman<br>Jennifer A. Barrett<br>Dentons US LLP<br>233 South Wacker Drive<br>Suite 5900<br>Chicago, IL  60606<br>harold.hirshman@dentons.com<br>jennifer.barrett@dentons.com<br><br>Stephen J. O'Brien<br>Dentons US LLP<br>One Metropolitan Square, Suite 3000<br>St. Louis, MO  63102<br>stephen.obrien@dentons.com<br><br>Greg Bass<br>Britney Wilson<br>National Center for Law and Economic Justice<br>275 Seventh Avenue, Suite 1506<br>New York, NY  10001<br>bass@nclej.org<br>wilson@nclej.org | Faya Rose Toure<br>Henry Sanders<br>Chestnut, Sanders & Sanders, LLC<br>P.O. Box 1290<br>Selma, AL  36702<br>fayarose@gmail.com<br>gpompey@csspca.com<br><br>Michael L. Jackson<br>Larry S. Logsdon<br>Wesley K. Winborn<br>Wallace, Jordan, Ratliff & Brandt, L.L.C.<br>P.O. Box 530910<br>Birmingham, AL  35253<br>mjackson@wallacjordan.com<br>llogsdon@wallacejordan.com<br>wwinborn@wallacejordan.com<br><br>E. Ham Wilson<br>Miland F. Simpler, III<br>Ball, Ball, Matthews & Novak, P.A.<br>P. O. Box 2148<br>Montgomery, AL  36109-5413<br>hwilson@ball-ball.com<br>msimpler@ball-ball.com<br><br>R. Bernard Harwood, Jr.<br>Rosen Harwood, P.A.<br>2200 Jack Warner Parkway<br>Suite 200<br>Tuscaloosa, AL  35401<br>bharwood@rosenharwood.com |

                                                    s/Shannon L. Holliday
                                                  Of Counsel