| Defendant | CASE ACTION SUMMARY | Page #1 |
|---|---|---|
| **LEVON II AGEE** | 2010TRT038836    Court Date: | |

5774 CALMAR DR APT 2
MONTGOMERY, AL 36116

Sex: M
DOB: █████
Race: BLACK
DL: AL
Employer:

**OBSTRUCTED WINDSHIELD**

---- CHARGE ----

OBSTRUCTED WINDSHIELD          Arrest Date:
Statute: 32-5-215   Para:    Local: 1-9
Code: 017

---- PARTIES ----

JUDGE         MUNICIPAL JUDGE
PLAINTIFF     CITY OF MONTGOMERY
OFFICER       BURR, ALAN CHRISTOPHER

---- EVENT HISTORY ----

| | | |
|---|---|---|
| CHGTRANS | 04/27/2010 | Hearing Type entered as   T. |
| CHGTRANS | 04/27/2010 | Case Status entered as   P. |
| CHGTRANS | 06/16/2010 | Warrant #010A038836  6/16/2010 issued. |
| CHGTRANS | 06/16/2010 | Case Status changed from   P to CAP. |
| CHGTRANS | 08/31/2010 | Warrant #010A038836  6/16/2010 Cancelled. |
| CHGTRANS | 08/31/2010 | Hearing Type changed from   T to  J. |
| CHGTRANS | 08/31/2010 | Hearing Type changed from   J to  W. |
| CHGTRANS | 08/31/2010 | Case Status changed from  CAP to  P. |
| CHGTRANS | 03/15/2011 | Case Status changed from   P to CAP. |
| ARCHIVE | 03/07/2012 | ARCHIVE IMAGES |
| WARRSTATUS | 06/13/2013 | ALIAS WARRANTS STATUS SET TO OUTSTANDING ON 06/13/2013 |
| WARRNUM | 06/13/2013 | WARRANT NUMBER: 13201336993 |
| AW | 06/13/2013 | ALIAS WARRANT |
| EXEC | 06/13/2013 | ALIAS WARRANTS EXECUTED ON 6/13/2013 BY MONTGOMERY POLICE DEPARTMENT |
| FREETYPE | 06/14/2013 | ALIAS SHEET |
| a121 | 06/14/2013 | JAIL COURT SET FOR 06/14/2013 AT 8:00 AM  IN MAIN COURTROOM |
| FREETYPE | 06/14/2013 | CITATION FILED |
| acat | 06/14/2013 | FINES OR DAYS SEQ: 1 |
| acfp | 06/14/2013 | DEFENDANT ENTERED PLEA OF  SEQ 1 |
| TRANSCRIPT | 06/14/2013 | TRANSCRIPT |
| FREETYPE | 07/12/2013 | ORDER OF RELEASE |
| CASECLOSED | 07/12/2013 | CASE CLOSED |
| CAS | 02/09/2017 | CASE ACTION SUMMARY |

---- BENCH NOTES ----

City SJM  Ex. 34

COURT 015909

| Defendant | CASE ACTION SUMMARY | Page #1 |
|---|---|---|
| **LEVON II AGEE** | 2010TRT038837    Court Date: | |

5774 CALMAR DR APT 2
MONTGOMERY, AL 36116

Sex: **M**
DOB: ███
Race: **BLACK**
DL: **AL**
Employer:

**SEAT BELT VIOLATION**

--- CHARGE ---

SEAT BELT VIOLATION            Arrest Date:
Statute: **32-5B-4**   Para:     Local: **1-9**
Code: **077**

--- PARTIES ---

| JUDGE | MUNICIPAL JUDGE |
| PLAINTIFF | CITY OF MONTGOMERY |
| OFFICER | BURR, ALAN CHRISTOPHER |

--- EVENT HISTORY ---

| CHGTRANS | 04/27/2010 | Hearing Type entered as   T. |
| CHGTRANS | 04/27/2010 | Case Status entered as   P. |
| CHGTRANS | 06/16/2010 | Warrant #010A038837  6/16/2010 issued. |
| CHGTRANS | 06/16/2010 | Case Status changed from   P to  CAP. |
| CHGTRANS | 08/31/2010 | Warrant #010A038837  6/16/2010 Cancelled. |
| CHGTRANS | 08/31/2010 | Hearing Type changed from   T to   W. |
| CHGTRANS | 08/31/2010 | Case Status changed from  CAP to   P. |
| CHGTRANS | 03/15/2011 | Case Status changed from   P to  CAP. |
| ARCHIVE | 03/07/2012 | ARCHIVE IMAGES |
| WARRSTATUS | 06/13/2013 | ALIAS WARRANTS STATUS SET TO OUTSTANDING ON 06/13/2013 |
| WARRNUM | 06/13/2013 | WARRANT NUMBER: 13201336994 |
| AW | 06/13/2013 | ALIAS WARRANT |
| EXEC | 06/13/2013 | ALIAS WARRANTS EXECUTED ON 6/13/2013 BY MONTGOMERY POLICE DEPARTMENT |
| FREETYPE | 06/14/2013 | ALIAS SHEET |
| a121 | 06/14/2013 | JAIL COURT SET FOR 06/14/2013 AT 8:00 AM  IN MAIN COURTROOM |
| FREETYPE | 06/14/2013 | CITATION FILED |
| acat | 06/14/2013 | FINES OR DAYS SEQ: 1 |
| acfp | 06/14/2013 | DEFENDANT ENTERED PLEA OF  SEQ 1 |
| TRANSCRIPT | 06/14/2013 | TRANSCRIPT |
| FREETYPE | 07/12/2013 | ORDER OF RELEASE |
| CASECLOSED | 07/12/2013 | CASE CLOSED |
| CAS | 02/09/2017 | CASE ACTION SUMMARY |

--- BENCH NOTES ---

COURT 015911

| Defendant | CASE ACTION SUMMARY | | Page #1 |
|---|---|---|---|
| **LEVON II AGEE** | 2010TRT038838 | Court Date: | |

5774 CALMAR DR APT 2
MONTGOMERY, AL 36116

Sex: M
DOB:
Race: BLACK
DL: AL
Employer:

**FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)**

--- CHARGE ---

FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)     Arrest Date:
Statute: 32-7A-16  Para:     Local: 1-9
Code: 131

--- PARTIES ---

| JUDGE | MUNICIPAL JUDGE |
|---|---|
| PLAINTIFF | CITY OF MONTGOMERY |
| OFFICER | BURR, ALAN CHRISTOPHER |

--- EVENT HISTORY ---

| CHGTRANS | 04/27/2010 | Hearing Type entered as   T. |
|---|---|---|
| CHGTRANS | 04/27/2010 | Case Status entered as   P. |
| CHGTRANS | 06/16/2010 | Warrant #010A038838  6/16/2010 issued. |
| CHGTRANS | 06/16/2010 | Case Status changed from   P to CAP. |
| CHGTRANS | 08/31/2010 | Warrant #010A038838  6/16/2010 Cancelled. |
| CHGTRANS | 08/31/2010 | Hearing Type changed from   T to   W. |
| CHGTRANS | 08/31/2010 | Court date/time: 08/31/2010 - 13:00. |
| CHGTRANS | 08/31/2010 | Case Status changed from  CAP to   P. |
| CHGTRANS | 03/15/2011 | Case Status changed from   P to CAP. |
| ARCHIVE | 03/07/2012 | ARCHIVE IMAGES |
| WARRSTATUS | 06/13/2013 | ALIAS WARRANTS STATUS SET TO OUTSTANDING ON 06/13/2013 |
| WARRNUM | 06/13/2013 | WARRANT NUMBER: 13201336995 |
| AW | 06/13/2013 | ALIAS WARRANT |
| FREETYPE | 06/13/2013 | CITATION FILED |
| EXEC | 06/13/2013 | ALIAS WARRANTS EXECUTED ON 6/13/2013 BY MONTGOMERY POLICE DEPARTMENT |
| FREETYPE | 06/14/2013 | ALIAS SHEET |
| a121 | 06/14/2013 | JAIL COURT SET FOR 06/14/2013 AT 8:00 AM  IN MAIN COURTROOM |
| acat | 06/14/2013 | FINES OR DAYS SEQ: 1 |
| acfp | 06/14/2013 | DEFENDANT ENTERED PLEA OF  SEQ 1 |
| TRANSCRIPT | 06/14/2013 | TRANSCRIPT |
| FREETYPE | 07/12/2013 | ORDER OF RELEASE |
| CASECLOSED | 07/12/2013 | CASE CLOSED |
| CAS | 02/09/2017 | CASE ACTION SUMMARY |

--- BENCH NOTES ---

COURT 015913

| Defendant | CASE ACTION SUMMARY | | Page #1 |
|---|---|---|---|
| **LEVON II AGEE** | 2010TRT038839 | Court Date: | |

5774 CALMAR DR APT 2
MONTGOMERY, AL 36116

Sex: M
DOB:
Race: BLACK
DL: AL
Employer:

**NO DRIVER LICENSE**

--- CHARGE ---

NO DRIVER LICENSE                     Arrest Date:

Statute: 32-6-1    Para:    Local: 1-9
Code: 003

--- PARTIES ---

JUDGE         MUNICIPAL JUDGE
PLAINTIFF     CITY OF MONTGOMERY
OFFICER       BURR, ALAN CHRISTOPHER

--- EVENT HISTORY ---

| | | |
|---|---|---|
| CHGTRANS | 04/27/2010 | Hearing Type entered as T. |
| CHGTRANS | 04/27/2010 | Case Status entered as P. |
| CHGTRANS | 06/16/2010 | Warrant #010A038839 6/16/2010 issued. |
| CHGTRANS | 06/16/2010 | Case Status changed from P to CAP. |
| CHGTRANS | 08/31/2010 | Warrant #010A038839 6/16/2010 Cancelled. |
| CHGTRANS | 08/31/2010 | Hearing Type changed from T to W. |
| CHGTRANS | 08/31/2010 | Case Status changed from CAP to P. |
| CHGTRANS | 03/15/2011 | Case Status changed from P to CAP. |
| ARCHIVE | 03/07/2012 | ARCHIVE IMAGES |
| WARRSTATUS | 06/13/2013 | ALIAS WARRANTS STATUS SET TO OUTSTANDING ON 06/13/2013 |
| WARRNUM | 06/13/2013 | WARRANT NUMBER: 13201336996 |
| AW | 06/13/2013 | ALIAS WARRANT |
| EXEC | 06/13/2013 | ALIAS WARRANTS EXECUTED ON 6/13/2013 BY MONTGOMERY POLICE DEPARTMENT |
| FREETYPE | 06/14/2013 | ALIAS SHEET |
| a121 | 06/14/2013 | JAIL COURT SET FOR 06/14/2013 AT 8:00 AM IN MAIN COURTROOM |
| FREETYPE | 06/14/2013 | CITATION FILED |
| acat | 06/14/2013 | FINES OR DAYS SEQ: 1 |
| acfp | 06/14/2013 | DEFENDANT ENTERED PLEA OF SEQ 1 |
| TRANSCRIPT | 06/14/2013 | TRANSCRIPT |
| FREETYPE | 07/12/2013 | ORDER OF RELEASE |
| CASECLOSED | 07/12/2013 | CASE CLOSED |
| CAS | 02/09/2017 | CASE ACTION SUMMARY |

--- BENCH NOTES ---

COURT 015915