**Defendant's Name:** MARQUIT JOHNSON

**Social Security Number:**

**MONTGOMERY MUNICIPAL COURT**

*Ojames* Magistrate/Clerk

**DOB:**    **Sex:** F    **Race:** B

4-25-12 Date Served

## SECTION A

Alias Warrants - COURT OFFENSES ONLY (Defendant **MUST** Post Bail of Any Form)

| | Case Number | UTTC Number | Charge Description | Bond Amount | |
|---|---|---|---|---|---|
| 1 | 2011TRT073466 | N4190950 | DRIVING W/ REVOKED | $500.00 | |
| 2 | | | | | |
| 3 | | | | | |

## SECTION B

Alias Warrants - NON-COURT OFFENSES (Defendant **MAY** Post Bail of Any Form *or Simply Pay the Fine & Cost Shown* )

| | Case Number | UTTC Number | Charge Description | Bond Amount | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2011TRT073465 | N4190949 | NO PROOF OF INSURANCE | $500.00 | $592.00 |
| 2 | | | | | |
| 3 | | | | | |

## SECTION C

Capias Warrants - MANDATORY FINE ($500 <u>Cash Bail Only</u> - Or Defendant **MUST** Pay Out All Fines And Court Costs)

| | Case Number | UTTC Number | Charge Description | Cash Bond Amt | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2004TRT013473 | M6436073 | SPEEDING < 25 OVER LIMIT | $500.00 | $100.00 |
| 2 | 2004TRT027176 | M6444338 | NO PROOF OF INSURANCE | $500.00 | $260.00 |
| 3 | 2006TRT031312 | M9658861 | NO PROOF OF INSURANCE | $500.00 | $260.00 |
| 4 | 2006TRT031313 | M9658860 | RUNNING STOP SIGN | $500.00 | $230.00 |
| 5 | 2006TRT034789 | M9679112 | NO CHILD RESTRAINT | $500.00 | $250.00 |
| 6 | 2006TRT034790 | M9679111 | DRIVING W/ SUSPENDED | $500.00 | $710.00 |
| 7 | 2006TRT046056 | M9652706 | DRIVING W/ SUSPENDED | $500.00 | $710.00 |
| 8 | 2006TRT046057 | M9652707 | RUNNING STOP SIGN | $500.00 | $230.00 |
| 9 | 2007TRT000527 | M8804223 | RUNNING RED LIGHT | $500.00 | $230.00 |
| 10 | 2007TRT004750 | M9668823 | NO PROOF OF INSURANCE | $500.00 | $260.00 |
| 11 | 2007TRT004751 | M9668824 | DRIVING W/ SUSPENDED | $500.00 | $710.00 |
| 12 | 2009TRT094430 | N3242060 | DRIVING W/ SUSPENDED | $500.00 | $710.00 |
| 13 | 2009TRT094838 | N3227499 | SPEEDING < 25 OVER LIMIT | $500.00 | $230.00 |
| 14 | 2009TRT094839 | N3227500 | DRIVING W/ SUSPENDED | $500.00 | $710.00 |
| 15 | 2009TRT105672 | N3348371 | SPEEDING < 25 OVER LIMIT | $500.00 | $230.00 |
| 16 | 2009TRT105673 | N3348372 | NO PROOF OF INSURANCE | $500.00 | $260.00 |
| 17 | 2010TRT003222 | V2334204 | SPEEDING < 25 OVER LIMIT | $500.00 | $230.00 |
| 18 | 2010TRT003223 | V2334205 | DRIVING W/ SUSPENDED | $500.00 | $710.00 |
| 19 | 2010TRT040465 | N3578274 | DRIVING W/ SUSPENDED | $500.00 | $710.00 |
| 20 | 2010TRT040466 | N3578273 | SPEEDING < 25 OVER LIMIT | $500.00 | $230.00 |
| 21 | 2010TRT053457 | N3728911 | DRIVING W/ SUSPENDED | $500.00 | $710.00 |
| 22 | 2010TRT053458 | N3728910 | SPEEDING < 25 OVER LIMIT | $500.00 | $230.00 |
| 23 | 2010TRT095451 | N3748516 | EXPIRED TAG | $500.00 | $203.00 |
| 24 | 2010TRT095452 | N3748517 | DRIVING W/ SUSPENDED | $500.00 | $333.00 |
| 25 | 2010TRT096603 | V3253975 | EXPIRED TAG | $500.00 | $203.00 |
| 26 | 2010TRT096604 | V3253976 | DRIVING W/ SUSPENDED | $500.00 | $683.00 |
| 27 | 2010TRT096606 | V3253978 | NO CHILD RESTRAINT | $500.00 | $223.00 |
| 28 | 2010TRT096607 | V3253979 | NO CHILD RESTRAINT | $500.00 | $223.00 |
| 29 | 2010TRT096608 | V3253980 | NO CHILD RESTRAINT | $500.00 | $223.00 |
| 30 | 2010TRT096609 | V3253981 | NO CHILD RESTRAINT | $500.00 | $223.00 |
| 31 | 2010TRT096610 | V3253982 | NO CHILD RESTRAINT | $500.00 | $223.00 |
| 32 | 2010TRT096611 | V3253983 | NO CHILD RESTRAINT | $500.00 | $223.00 |
| 33 | 2011TRT028585 | N4193116 | IMPROPER TURN | $500.00 | $203.00 |
| 34 | 2011TRT028586 | N4193117 | DRIVING W/ REVOKED | $500.00 | $304.00 |
| 35 | 2011TRT028587 | N4193118 | NO PROOF OF INSURANCE | $500.00 | $233.00 |

*TO THE WARDEN OF THE MONTGOMERY CITY JAIL: SUMMARY - DEFENDANT MAY BE RELEASE AS FOLLOWS:*

DEFENDANT **MUST** POST BOND <u>OF ANY TYPE</u> IN THE AMOUNT OF .......... **$500.00**

**-AND/OR-**

DEFENDANT **MAY** PAY FINES AND COSTS OF ...... **$592.00**    OR **MAY** POST BOND <u>OF ANY TYPE</u> IN THE AMOUNT OF ....... **$500.00**

**-AND/OR-**

DEFENDANT **MUST** PAY FINES AND COSTS OF ... **$12,177.00**    OR **MUST** <u>POST CASH BOND</u> IN THE AMOUNT OF ..................... **$17,500.00**

**(TOTAL PAYABLE): $12,769.00**

| City SJM  Ex. 40 |
|---|

COURT 008882

City SJM  Ex. 40