| State of Alabama<br>Unified Judicial System<br><br>Form C-42            Rev. 6/88 | **ORDER OF RELEASE FROM JAIL** | Booking Number<br>2012-3363 |
|---|---|---|

IN THE    <u>MUNICIPALITY</u>    COURT OF    <u>MONTGOMERY</u>, ALABAMA
            (Circuit, District, or Municipal)              (Name of Municipality or County)

☐ STATE OF ALABAMA

☒ MUNICIPALITY OF <u>CITY OF MONTGOMERY</u> v.     <u>MARQUITA SHAURON JOHNSON 9-18-83</u>

TO THE JAILER WITH CUSTODY OF THE DEFENDANT:

You are hereby ordered to release from custody the above-named defendant.

Reason(s) for Release    SUBJECT HAS SERVED ALL MANDATORY AND COMMUTED TIME ON #N4190950, N4190949, M6436073, M6444338, M9658861, M9658860, M9679112, M9679111, M9652706, M9652707, M8804223, M9668823, M9668824, N3242060, N3227499, N3227500, N3348371, N3348372, V2334204, V2334205, N3578274, N3578273, N3728911, N3728910, N3748516, N3748517, V3253975, V3253976, V3253978, V3253979, V3253980, V325981, V3253982, V3253983, N4193116, N4193117, AND N4193118. SUBJECT WAS GIVEN WORK CREDIT.

EARLY RELEASE---JAIL WORK LSIT

Date: 1-28-2013            <u>LES HAYES</u>            By: <u>KEKE MITCHELL</u>
                                   Judge/Clerk

COURT RECORD (Original)        JAILER (Copy)        DEFENDANT (Copy)

City SJM Ex. 41            COURT 008890