| State of Alabama<br>Unified Judicial System<br>Report #:   11-0001<br>Form CR-65(a) | ALIAS WARRANT OF ARREST FOR<br>FAILURE OF DEFENDANT TO APPEAR | Case Number<br>2011TRT073466 |
|---|---|---|

IN THE **MUCIPAL**         COURT OF **MONTGOMERY**, ALABAMA
_(Circuit, District, or Municipal)_         _(Name of Municipality or County)_

☐ STATE OF ALABAMA
☒ MUNICIPALITY OF **MONTGOMERY**     v.     **MARQUIT SHAURON JOHNSON**, Defendant

### TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

The above named defendant was charged with the offenese of
**DRIVING WHILE REVOKED**

After being released on bond or on his or her personal recognizance and having been directed to appear before the court, the defendant failed to appear as directed without waiving his right to be present or obtaining court approval for his or her absence. You are, therefore, commanded to arrest the above-named defendant and bring him immediately before this court.

04/25/2012
Date

_Tiffany Franklin_
Judge/Magistrate

### CERTIFICATE OF EXECUTION

I executed this warrant be arresting the defendant on this date, April 25th, 2012.
at 0220 o'clock A .M. and, as directed, took him or her immediately before the court.

Remarks

Officer's Signature

### DEFENDANT IDENTIFICATION

| Name of Defendant<br>**MARQUIT SHAURON JOHNSON** | | | | Telephone Number | |
|---|---|---|---|---|---|
| Social Security Number | Date of Birth | Age<br>28 | Race<br>B | Sex<br>F | Height<br>5.06 |
| Weight<br>144 | Hair<br>Brown | Eyes<br>Brown | Other | | |
| Address<br>4054 WILLIAMS RD | | City<br>MONTGOMERY | | State<br>AL | Zip Code<br>36110 |
| Name of Employer | | | | Employer's Telephone Number | |
| Address Of Employer | | City | | State | Zip Code |

City SJM  Ex. 42         COURT 024308

| State of Alabama<br>Unified Judicial System<br>Report #:   11-0001<br>Form CR-65(a) | ALIAS WARRANT OF ARREST FOR<br>FAILURE OF DEFENDANT TO APPEAR | Case Number<br>2011TRT073465 |
|---|---|---|

IN THE **MUNICIPAL** COURT OF **MONTGOMERY**, ALABAMA
(Circuit, District, or Municipal)     (Name of Municipality or County)

☐ STATE OF ALABAMA
☒ MUNICIPALITY OF **MONTGOMERY** v. **MARQUIT SHAURON JOHNSON**, Defendant

## TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

The above named defendant was charged with the offenese of
**FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)**

After being released on bond or on his or her personal recognizance and having been directed to appear before the court, the defendant failed to appear as directed without waiving his right to be present or obtaining court approval for his or her absence. You are, therefore, commanded to arrest the above-named defendant and bring him immediately before this court.

04/25/2012      *Tiffany Franklin*
Date      Judge/Magistrate

## CERTIFICATE OF EXECUTION

I executed this warrant be arresting the defendant on this date, **April 25th**, **2012**, at **0220** o'clock **A**.M. and, as directed, took him or her immediately before the court.

Remarks

*G.L. Wright 2362*
Officer's Signature

## DEFENDANT IDENTIFICATION

| Name of Defendant<br>MARQUIT SHAURON JOHNSON | | | | Telephone Number | |
|---|---|---|---|---|---|
| Social Security Number<br>[redacted] | Date of Birth<br>[redacted] | Age<br>28 | Race<br>B | Sex<br>F | Height<br>5.06 |
| Weight<br>144 | Hair<br>Brown | Eyes<br>Brown | Other | | |
| Address<br>4054 WILLIAMS RD | | City<br>MONTGOMERY | | State<br>AL | Zip Code<br>36110 |
| Name of Employer | | | | Employer's Telephone Number | |
| Address Of Employer | | City | | State | Zip Code |

COURT 024309

| State of Alabama<br>Unified Judicial System<br>Report #: 11-0001<br>Form CR-65(a) | ALIAS WARRANT OF ARREST FOR<br>FAILURE OF DEFENDANT TO APPEAR | Case Number<br>2011TRT028585 |
|---|---|---|

IN THE **MUNICIPAL** COURT OF **MONTGOMERY**, ALABAMA
(Circuit, District, or Municipal)    (Name of Municipality or County)

☐ STATE OF ALABAMA
☒ MUNICIPALITY OF **MONTGOMERY** v. **MARQUIT SHAURON JOHNSON**, Defendant

**TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:**

The above named defendant was charged with the offenese of
**IMPROPER RIGHT TURN**

After being released on bond or on his or her personal recognizance and having been directed to appear before the court, the defendant failed to appear as directed without waiving his right to be present or obtaining court approval for his or her absence. You are, therefore, commanded to arrest the above-named defendant and bring him immediately before this court.

04/25/2012        *Tiffany Franklin*
Date        Judge/Magistrate

**CERTIFICATE OF EXECUTION**

I executed this warrant be arresting the defendant on this date, April 25th, 2012, at 0220 o'clock A .M. and, as directed, took him or her immediately before the court.

Remarks

*a.d. [signature] 2362*
Officer's Signature

**DEFENDANT IDENTIFICATION**

| Name of Defendant | Telephone Number |
|---|---|
| MARQUIT SHAURON JOHNSON | |

| Social Security Number | Date of Birth | Age | Race | Sex | Height |
|---|---|---|---|---|---|
| ■ | ■ | 28 | B | F | 5.09 |

| Weight | Hair | Eyes | Other |
|---|---|---|---|
| 150 | Brown | Brown | |

| Address | City | State | Zip Code |
|---|---|---|---|
| 900 GOODWYN DR APT A | MONTGOMERY | AL | 36108 |

| Name of Employer | Employer's Telephone Number |
|---|---|
| | |

| Address Of Employer | City | State | Zip Code |
|---|---|---|---|
| | | | |

COURT 024310

| State of Alabama<br>Unified Judicial System<br>Report #: 11-0001<br>Form CR-65(a) | ALIAS WARRANT OF ARREST FOR<br>FAILURE OF DEFENDANT TO APPEAR | Case Number<br>2011TRT028586 |
|---|---|---|

IN THE **MUNICIPAL** COURT OF **MONTGOMERY, ALABAMA**
(Circuit, District, or Municipal) (Name of Municipality or County)

☐ STATE OF ALABAMA
☒ MUNICIPALITY OF **MONTGOMERY** v. **MARQUIT SHAURON JOHNSON**, Defendant

**TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:**

The above named defendant was charged with the offenese of
**DRIVING WHILE REVOKED**

After being released on bond or on his or her personal recognizance and having been directed to appear before the court, the defendant failed to appear as directed without waiving his right to be present or obtaining court approval for his or her absence. You are, therefore, commanded to arrest the above-named defendant and bring him immediately before this court.

04/25/2012
Date

*Tiffany Franklin*
Judge/Magistrate

**CERTIFICATE OF EXECUTION**

I executed this warrant be arresting the defendant on this date, April 25th, 2012, at 0220 o'clock A .M. and, as directed, took him or her immediately before the court.

Remarks

*C.L. Wright 2362*
Officer's Signature

**DEFENDANT IDENTIFICATION**

| Name of Defendant<br>**MARQUIT SHAURON JOHNSON** | | | | Telephone Number | |
|---|---|---|---|---|---|
| Social Security Number | Date of Birth | Age<br>28 | Race<br>B | Sex<br>F | Height<br>5.09 |
| Weight<br>150 | Hair<br>Brown | Eyes<br>Brown | Other | | |
| Address<br>**900 GOODWYN DR APT A** | | City<br>**MONTGOMERY** | | State<br>**AL** | Zip Code<br>**36108** |
| Name of Employer | | | | Employer's Telephone Number | |
| Address Of Employer | | City | | State | Zip Code |

COURT 024311

| State of Alabama<br>Unified Judicial System<br>Report #: 11-0001<br>Form CR-65(a) | ALIAS WARRANT OF ARREST FOR<br>FAILURE OF DEFENDANT TO APPEAR | Case Number<br>2011TRT028587 |
|---|---|---|

IN THE  **MUNICIPAL**  
(Circuit, District, or Municipal)

COURT OF **MONTGOMERY**, ALABAMA  
(Name of Municipality or County)

☐ STATE OF ALABAMA  
☒ MUNICIPALITY OF **MONTGOMERY**  v.  **MARQUIT SHAURON JOHNSON**, Defendant

**TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:**

The above named defendant was charged with the offenese of
**FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)**

After being released on bond or on his or her personal recognizance and having been directed to appear before the court, the defendant failed to appear as directed without waiving his right to be present or obtaining court approval for his or her absence. You are, therefore, commanded to arrest the above-named defendant and bring him immediately before this court.

04/25/2012  
Date

*Tiffany Franklin*  
Judge/Magistrate

**CERTIFICATE OF EXECUTION**

I executed this warrant be arresting the defendant on this date, April 25th, 2012, at 0200 o'clock A .M. and, as directed, took him or her immediately before the court.

Remarks

C.J. Wright 2362  
Officer's Signature

**DEFENDANT IDENTIFICATION**

| Name of Defendant<br>**MARQUIT SHAURON JOHNSON** | | | | Telephone Number | |
|---|---|---|---|---|---|
| Social Security Number | Date of Birth | Age<br>28 | Race<br>B | Sex<br>F | Height<br>5.09 |
| Weight<br>150 | Hair<br>Brown | Eyes<br>Brown | Other | | |
| Address<br>900 GOODWYN DR APT A | | City<br>MONTGOMERY | | State<br>AL | Zip Code<br>36108 |
| Name of Employer | | | | Employer's Telephone Number | |
| Address Of Employer | | City | | State | Zip Code |

COURT 024312