Case File Report for **EDWARDS JR, ALGIA F.**
Probation Officer:          Court: Montgomery, AL

| Sentence Date | Probation Date | Probation Length | Expires | Type | Months On Prob | SSN | DOB | Print Date |
|---|---|---|---|---|---|---|---|---|
| 6/1/2009 | 6/1/2009 | 24 Months 0 Days | 6/1/2011 | Office Visit | 25.3 | | | 11/29/2017 12:00:59 PM |

### Employment History

| Employer | Phone | Supervisor | Wages | Start Date | End Date |
|---|---|---|---|---|---|
| UNITED POSTAL SERVICE | | | | | |
| BELL FUNERAL HOME | 334-548-5122 | CARL BELL | | | |

### Address

| Date | Address | Home Phone | Cell Phone | Comments |
|---|---|---|---|---|
| 3/9/2010 | 4369 LUVERNE DRIVE GREENVILLE, AL 36037 | 334-368-5070 | 334-414-5978 | |
| 6/2/2009 | 4369 LOREINE RD GREENVILLE, AL 36037 | | 334-425-4711 | |

### Contacts

| Name | Phone | Comments |
|---|---|---|
| DAISY PADGETT | 334-284-3280 | NEIGHBOR |
| BRENDA EDWARDS | 334-368-5070 | MOTHER |
| RACHEL LADGETT | 334-414-5978 | FRIEND |
| GUSSIE JONES | 334-548-2672 | GRANDMOTHER |
| BRENDA EDWARDS | 334-368-5070 | MOTHER |
| RACHAEL EDWARDS | 334-414-5978 | WIFE (NIS 05/09/11) |



DEFENDANT'S EXHIBIT 62

### Offense

| Offense | Case Num | Fine Amt | Court Cost | Warrant Fee | Court Order Program |
|---|---|---|---|---|---|
| Speeding | 07TRT005124 | 145.00 | 0.00 | 0.00 | |
| Speeding | 07TRT041507 | 145.00 | 0.00 | 0.00 | |
| Suspended License | 07TRT041508 | 625.00 | 0.00 | 0.00 | |
| Suspended License | 08TRT055434 | 625.00 | 0.00 | 0.00 | |
| Suspended License | 09TRT011666 | 625.00 | 0.00 | 0.00 | |
| Ran Red Light | 09TRT055434 | 145.00 | 0.00 | 0.00 | |

### Status

| Date | Status | Action |
|---|---|---|
| 12/17/2014 | Terminated Modified | Court Account Closed |
| 6/30/2011 | Warrant | Failed to Complete Terms of Probation |
| 6/13/2011 | VOP | Failed to Complete Terms of Probation |
| 6/1/2009 | Active | Original Sentencing |

### Status Notes

| Date | Note |
|---|---|

### Hearings

| Date | Type | Location | Status |
|---|---|---|---|
| 6/30/2011 8:00:00 AM | SHOW CAUSE(EXP) | MONTGOMERY MUNICIPAL | Scheduled |

City SJM  Ex. 52

| Modifications | |
|---|---|
| Date | Notes |

## Detailed Visit Notes

| Date | Notes |
|---|---|
| 11/29/2017 | Last Payment made on 05/02/2011 2403 Days Ago |
| 11/29/2017 ADMIN | ***** Check for Other Courts Listed Below ***** |
| 12/17/2014 HFELIO | SC Court Closed |
| 12/17/2014 | Status Changed to Terminated Modified |
| 6/2/2014 | Profile Sheet - SJONES |
| 6/2/2014 | Order of Modification - SJONES |
| 6/2/2014 | GCOP (general conditions of probation) - SJONES |
| 7/5/2011 | Returned FTR Letter - HWIGGINS_PO |
| 6/30/2011 | Hearing: Jun 30 2011 8:00AM Type: SHOW CAUSE(EXP) Location: MONTGOMERY MUNICIPAL Entered: May 23 2011 3:16PM By MFREEMAN Status: Scheduled |
| 6/30/2011 MFREEMAN | SC def failed to appear for hearing warrant issued |
| 6/30/2011 | Status Changed to Warrant |
| 6/30/2011 MFREEMAN | CFR: DEF FAILED TO APPEAR FOR HEARING WARRANT ISSUED |
| 6/23/2011 | Returned FTR Letter #2 - HWIGGINS_PO |
| 6/23/2011 | Returned Petition for Revocation Letter - HWIGGINS_PO |
| 6/23/2011 | Returned Delinquency Letter - HWIGGINS_PO |
| 6/23/2011 | Returned FTR Letter - HWIGGINS_PO |
| 6/13/2011 MFREEMAN | SC time expired |
| 6/13/2011 | Status Changed to VOP |
| 5/23/2011 Admin | This is a reminder of your appt on 5/24/2011 with M Freeman of JCS at 4:30pm DO NOT REPLY! |
| 5/23/2011 | VOP Letter - MFREEMAN |
| 5/23/2011 | Notice To Show Cause - MFREEMAN |
| 5/17/2011 | Delinquency Letter - MFREEMAN |
| 5/17/2011 MFREEMAN | T/P CALLED DEF ABOUT MISSED APPT RECEIVED MESSAGE THAT THE NUMBER IS OUT OF SERVICE. CALLED CONTACT MOTHER BUT UNABLE TO REACH AFTER 3 TIMES. CALLED CONTACT GRANDMOTHER BUT UNABLE TO REACH AFTER 3 TIMES. SENDING FTR LETTER. NEXT APPT 05/24/11 |
| 5/15/2011 Admin | This is a reminder of your appt on 5/16/2011 with M Freeman of JCS at 4:30pm DO NOT REPLY! |
| 5/9/2011 | View of FTR Letter - MFREEMAN |
| 5/9/2011 MFREEMAN | T/P CALLED DEF ABOUT MISSED APPT RECEIVED MESSAGE THAT THE NUMBER IS OUT OF SERVICE. CALLED CONTACT MOTHER BUT UNABLE TO REACH AFTER 3 TIMES. CALLED CONTACT GRANDMOTHER BUT UNABLE TO REACH AFTER 3 TIMES. SENDING FTR LETTER. NEXT APPT 05/16/11 |
| 5/5/2011 Admin | This is a reminder of your appt on 5/6/2011 with M Freeman of JCS at 4:30pm DO NOT REPLY! |
| 5/2/2011 | Receipt - MFREEMAN |
| 5/2/2011 MFREEMAN | O/P DEF REPORTED TODAY, NO NEW TICKETS OR CHARGES, NO CHANGE IN CONTACT INFO, DEF PAID $40.00 TODAY, NEXT APPT IS 05/06/11 |
| 4/27/2011 | FTR Letter - MFREEMAN |
| 4/27/2011 MFREEMAN | O/M DEF FAILED TO REPORT AFTER BEING CONTACTED SEVERAL TIMESS. SENDING FTR LETTER. NEXT APPT 05/04/11 |
| 4/25/2011 Admin | This is a reminder of your appt on 4/26/2011 with M Freeman of JCS at 4:30pm DO NOT REPLY! |
| 4/20/2011 MFREEMAN | T/P DEF CALLED STATED THAT HE WILL BE IN NEXT TUESDAY NEXT APPT 04/26/11 |
| 4/18/2011 Admin | This is a reminder of your appt on 4/19/2011 with M Freeman of JCS at 4:30pm DO NOT REPLY! |
| 4/15/2011 MFREEMAN | T/P DEF CALLED STATED THAT HE WILL BE IN ON TUESDAY NEXT APPT 04/19/11 |
| 4/14/2011 Admin | This is a reminder of your appt on 4/15/2011 with M Freeman of JCS at 4:30pm DO NOT REPLY! |
| 4/8/2011 | Receipt - MFREEMAN |
| 4/8/2011 MFREEMAN | O/P DEF REPORTED TODAY, NO NEW TICKETS OR CHARGES, NO CHANGE IN CONTACT INFO, DEF PAID $39.00 TODAY, NEXT APPT IS 04/15/11 |
| 4/7/2011 Admin | This is a reminder of your appt on 4/8/2011 with M Freeman of JCS at 4:30pm DO NOT REPLY! |
| 4/4/2011 Admin | You missed your appointment Friday, please call Marcy Freeman at 334-262-0558 ASAP Thank you |
| 4/4/2011 MFREEMAN | O/P DEF REPORTED TODAY, NO NEW TICKETS OR CHARGES, NO CHANGE IN CONTACT INFO, DEF PAID $0 TODAY, NEXT APPT IS 04/08/11 |
| 3/31/2011 Admin | This is a reminder of your appt on 4/1/2011 with M Freeman of JCS at 4:30pm DO NOT REPLY! |

| Date / User | Entry |
|---|---|
| 3/28/2011 MFREEMAN | O/P DEF STATED ALL INFO THE SAME- NO NEW TICKETS OR CHARGES- DEF PAID $0- NEXT APPOINTMENT WITH PAYMENT 04/01/11 |
| 3/27/2011 Admin | This is a reminder of your appt on 3/28/2011 with M Freeman of JCS at 4:30pm DO NOT REPLY! |
| 3/21/2011 | FTR Letter - MFREEMAN |
| 3/21/2011 MFREEMAN | T/P CALLED DEF ABOUT MISSED APPT RECEIVED MESSAGE THAT THAT NUMBER IS OUT OF SERVICE. CALLED CONTACTS BUT UNABLE TO REACH ANYONE AFTER 3 TIMES. SENDING FTR LETTER. NEXT APPT 03/28/11 |
| 3/17/2011 Admin | This is a reminder of your appt on 3/18/2011 with M Freeman of JCS at 4:30pm DO NOT REPLY! |
| 3/14/2011 | Receipt - MFREEMAN |
| 3/14/2011 MFREEMAN | O/P: DEF REPORTED, ALL INFORMATION THE SAME AND NO NEW TICKETS. DEF PAID $20.00. SET NEXT APPT FOR 03/18/11 |
| 3/13/2011 Admin | This is a reminder of your appt on 3/14/2011 with M Freeman of JCS at 4:30pm DO NOT REPLY! |
| 3/7/2011 | Receipt - MFREEMAN |
| 3/7/2011 MFREEMAN | O/P DEF REPORTED TODAY, NO NEW TICKETS OR CHARGES, NO CHANGE IN CONTACT INFO, DEF PAID $40 TODAY, NEXT APPT 03/14/11 |
| 3/6/2011 Admin | This is a reminder of your appt on 3/7/2011 with M Freeman of JCS at 4:30pm DO NOT REPLY! |
| 2/28/2011 | FTR Letter - MFREEMAN |
| 2/28/2011 MFREEMAN | T/P CALLED DEF ABOUT MISSED APPT RECEIVED MESSAGE THAT THAT NUMBER IS OUT OF SERVICE. CALLED CONTACTS BUT UNABLE TO REACH ANYONE AFTER 3 TIMES. SENDING FTR LETTER. NEXT APPT 03/07/11 |
| 2/18/2011 | Receipt - RBRANUM |
| 2/18/2011 RBRANUM | O/P DEF REPORTED TODAY, NO NEW TICKETS OR CHARGES, NO CHANGE IN CONTACT INFO, DEF PAID $34 TODAY, NEXT APPT IS 022511 |
| 2/17/2011 Admin | This is a reminder of your appt on 2/18/2011 with M Freeman of JCS at 4:30pm DO NOT REPLY! |
| 2/11/2011 TIWILLIAMS | O/P DEF REPORTED TODAY, NO NEW TICKETS OR CHARGES, NO CHANGE IN CONTACT INFO, DEF PAID 0 TODAY, NEXT APPT 02/18/11 AT 1630 |
| 2/10/2011 Admin | This is a reminder of your appt on 2/11/2011 with M Freeman of JCS at 4:30pm DO NOT REPLY! |
| 2/7/2011 | Receipt - MFREEMAN |
| 2/7/2011 MFREEMAN | O/P DEF REPORTED TODAY, NO NEW TICKETS OR CHARGES, NO CHANGE IN CONTACT INFO, DEF PAID $35.00 NEXT APPT SET FOR 02/11/11 |
| 2/6/2011 Admin | This is a reminder of your appt on 2/7/2011 with M Freeman of JCS at 4:30pm DO NOT REPLY! |
| 2/4/2011 | Receipt - MFREEMAN |
| 2/4/2011 MFREEMAN | O/P DEF REPORTED TODAY, NO NEW TICKETS OR CHARGES, NO CHANGE IN CONTACT INFO, DEF PAID $10.00 NEXT APPT SET FOR 02/07/11 |
| 2/3/2011 Admin | This is a reminder of your appt on 2/4/2011 with M Freeman of JCS at 4:30pm DO NOT REPLY! |
| 1/28/2011 | Receipt - MFREEMAN |
| 1/28/2011 MFREEMAN | O/P DEF REPORTED TODAY, NO NEW TICKETS OR CHARGES, NO CHANGE IN CONTACT INFO, DEF PAID $2.00 NEXT APPT SET FOR 02/04/11 |
| 1/27/2011 Admin | This is a reminder of your appt on 1/28/2011 with M Freeman of JCS at 4:30pm DO NOT REPLY! |
| 1/21/2011 | Receipt - MFREEMAN |
| 1/21/2011 MFREEMAN | O/P DEF REPORTED TODAY, NO NEW TICKETS OR CHARGES, NO CHANGE IN CONTACT INFO, DEF PAID $35.00 NEXT APPT SET FOR 01/28/11 |
| 1/20/2011 Admin | This is a reminder of your appt on 1/21/2011 with M Freeman of JCS at 4:30pm DO NOT REPLY! |
| 1/14/2011 MFREEMAN | O/P DEF REPORTED TODAY, NO NEW TICKETS OR CHARGES, NO CHANGE IN CONTACT INFO, DEF PAID $0 NEXT APPT SET FOR 01/21/11 |
| 1/11/2011 MFREEMAN | T/P CALLED DEF ABOUT MISSED APPT RECEIVED MESSAGE THAT THE NUMBER HAD BEEN CHANGED DISCONNECTED OT NOT IN SERVICE. CALLED CONTACTS BUT UNABLE TO REACH ANYONE. SENDING FTR LETTER. NEXT APPT 01/18/11 |
| 1/10/2011 Admin | You missed your appointment Friday, please call Marcy Freeman at 334-262-0558 ASAP. Thank you |
| 12/28/2010 | Receipt - MFREEMAN |
| 12/28/2010 MFREEMAN | O/P DEF REPORTED TODAY, NO NEW TICKETS OR CHARGES, NO CHANGE IN CONTACT INFO, DEF PAID $10 TODAY, NEXT APPT 01/07/11 |
| 12/28/2010 MFREEMAN | T/P CALLED ABOUT MISSED APPT FEMALE ASNWERED STATED THAT THE DEF WAS NOT IN. LEFT MESSAGE TO ADVISE DEF OF NEXT APPT SET FOR 01/04/11 |
| 12/26/2010 Admin | This is a reminder of your appt on 12/27/2010 with M Freeman of JCS at 4:30pm DO NOT REPLY! |
| 12/17/2010 MSTOLBERT | O/P DEF REPORTED TODAY, NO NEW TICKETS OR CHARGES, NO CHANGE IN CONTACT INFO, DEF PAID $0 TODAY, NEXT APPT 122710 @ 1630 |
| 12/16/2010 Admin | This is a reminder of your appt on 12/17/2010 with M Freeman of JCS at 4:30pm DO NOT REPLY! |
| 12/13/2010 | Receipt - MFREEMAN |
| 12/12/2010 Admin | This is a reminder of your appt on 12/13/2010 with M Freeman of JCS at 4:30pm DO NOT REPLY! |
| 12/10/2010 | Receipt - MFREEMAN |

| Date / User | Entry |
|---|---|
| 12/10/2010 MFREEMAN | O/P DEF REPORTED TODAY, NO NEW TICKETS OR CHARGES, NO CHANGE IN CONTACT INFO, DEF PAID $15.00 TODAY, NEXT APPT 12/13/10 |
| 12/9/2010 Admin | This is a reminder of your appt on 12/10/2010 with M Freeman of JCS at 4:30pm DO NOT REPLY! |
| 11/29/2010 | Receipt - MFREEMAN |
| 11/29/2010 MFREEMAN | O/P DEF REPORTED TODAY, NO NEW TICKETS OR CHARGES, NO CHANGE IN CONTACT INFO, DEF PAID $20 TODAY, NEXT APPT IS 12/10/10 |
| 11/28/2010 Admin | This is a reminder of your appt tomorrow with M Freeman of JCS at 4:30pm DO NOT REPLY! |
| 11/19/2010 | Receipt - RBRANUM |
| 11/19/2010 RBRANUM | O/P DEF REPORTED TODAY, NO NEW TICKETS OR CHARGES, NO CHANGE IN CONTACT INFO, DEF PAID $30 TODAY, NEXT APPT IS 112910 |
| 11/18/2010 Admin | This is a reminder of your appt tomorrow with M Freeman of JCS at 4:30pm DO NOT REPLY! |
| 11/12/2010 RBRANUM | O/P DEF REPORTED TODAY, NO NEW TICKETS OR CHARGES, NO CHANGE IN CONTACT INFO, DEF PAID $0 TODAY, NEXT APPT IS 111910 |
| 11/5/2010 | Receipt - MSTOLBERT |
| 11/5/2010 MSTOLBERT | O/P DEF REPORTED TODAY, NO NEW TICKETS OR CHARGES, NO CHANGE IN CONTACT INFO, DEF PAID $25 TODAY, NEXT APPT 11/12/2010 @ 1630 |
| 11/2/2010 | Delinquency Letter - MFREEMAN |
| 11/2/2010 MFREEMAN | T/P CALLED DEF ABOUT MISSED APPT RECEIVED MESSAGE THAT THE CALLER IS UNAVAILABLE. CALLED CONTACTS BUT UNABLE TO REACH ANYONE OR LEAVE MESSAGE. SENDING DELINQUENCY LETTER. NEXT APPT 11/09/10 |
| 10/25/2010 | FTR Letter - MFREEMAN |
| 10/25/2010 MFREEMAN | T/P CALLED DEF ABOUT MISSED APPT RECEIVED MESSAGE THAT THE CALLER IS UNAVAILABLE. CALLED CONTACTS BUT UNABLE TO REACH ANYONE OR LEAVE MESSAGE. SENDING FTR LETTER. NEXT APPT 11/01/10 |
| 10/15/2010 | Receipt - NJENKINS |
| 10/15/2010 NJENKINS | O/P DEF REPORTED TODAY, NO NEW TICKETS OR CHARGES, NO CHANGE IN CONTACT INFO, DEF PAID $20 TODAY, NEXT APPT IS 102210 @1630 |
| 10/13/2010 | Delinquency Letter - MFREEMAN |
| 10/13/2010 MFREEMAN | T/P CALLED DEF ABOUT MISSED APPT RECEIVED MESSAGE THAT THE CALLER IS UNAVAILABLE. CALLED CONTACTS BUT UNABLE TO REACH ANYONE. SENDING DELINQUENCY LETTER. NEXT APPT 10/21/10 |
| 10/4/2010 | FTR Letter - MFREEMAN |
| 10/4/2010 MFREEMAN | T/P CALLED DEF ABOUT MISSED APPT RECEIVED MESSAGE THAT THE CALLER IS UNAVAILABLE. CALLED CONTACTS BUT UNABLE TO REACH ANYONE. SENDING FTR LETTER. NEXT APPT 10/12/10 |
| 9/24/2010 MFREEMAN | O/P DEF REPORTED MADE $0 PYMT. DEF STATES NO NEW TICKETS AND NO NEW INFORMATION. NEXT APPT 10/01/10 |
| 9/17/2010 | Receipt - DHILL |
| 9/17/2010 DHILL | O/P DEF REPORTED TODAY, NO NEW TICKETS OR CHARGES, NO CHANGE IN CONTACT INFO, DEF PAID $20 TODAY, NEXT APPT IS 092410 |
| 9/13/2010 MFREEMAN | T/P CALLED DEF ABOUT MISSED APPT. DEF STATED THAT HE TOLD P.O. THA THE SEEN ON THE 3RD THAT HE WILL NOT BE ABLE TO REPORT UNTIL THE 17TH. SET NEXT APPT FOR 09/17/10 |
| 9/3/2010 | Receipt - RBRANUM |
| 9/3/2010 RBRANUM | O/P DEF REPORTED TODAY, NO NEW TICKETS OR CHARGES, NO CHANGE IN CONTACT INFO, DEF PAID $20 TODAY, NEXT APPT IS 091010 |
| 8/30/2010 | Receipt - MFREEMAN |
| 8/30/2010 MFREEMAN | O/P DEF REPORTED TODAY. NO CHANGES IN CONTACT INFORMATION. NO NEW TICKETS OR CHARGES. DEF PAID $25 TODAY. NEXT APPOINTMENT IS 09/03/10 |
| 8/30/2010 MFREEMAN | T/P CALLED DEF ABOUT MISSED APPT. DEF STATED THAT HE WILL BE IN TODAY. |
| 8/20/2010 | Receipt - DHILL |
| 8/20/2010 DHILL | O/P DEF REPORTED PD $15. ALL INFO VERIFIED, NO NEW TICKETS OR ARRESTS. NEXT APPT 08/27/10 |
| 8/13/2010 | Receipt - RBRANUM |
| 8/13/2010 RBRANUM | O/P DEF REPORTED TODAY. NO CHANGES IN CONTACT INFORMATION. NO NEW TICKETS OR CHARGES. DEF PAID $25 TODAY. NEXT APPOINTMENT IS 082010 |
| 8/6/2010 DHILL | O/P DEF REPORTED $0. ALL INFO VERIFIED, NO NEW TICKETS OR ARRESTS, NEXT APPT 08/13/10 |
| 7/30/2010 | Receipt - DHILL |
| 7/30/2010 DHILL | O/P DEF REPPORTED PD $50. ALL INFO VERIFIED, NO NEW TICKETS OR ARRESTS NEXT APPT 08/06/10 |
| 7/9/2010 | Receipt - MFREEMAN |
| 7/9/2010 MFREEMAN | O/P DEF REPORTED TODAY, NO NEW TICKETS OR CHARGES, NO CHANGE IN CONTACT INFO, DEF PAID $28 TODAY, NEXT APPT IS 07/30/10 |
| 7/6/2010 MFREEMAN | O/P DEF REPORTED TODAY, NO NEW TICKETS OR CHARGES, NO CHANGE IN CONTACT INFO, DEF PAID $0 TODAY, NEXT APPT IS 07/09/10 |
| 7/2/2010 | FTR Letter - MFREEMAN |
| 7/2/2010 KEDWARDS | T/P DEF CALLED AND STATED THAT HE WILL REPORT 07062010 @ 1630 |
| 7/2/2010 MFREEMAN | T/P CALLED DEF ABOUT MISSED APPT RECEIVED MESSAGE THAT THE CALLER IS UNAVAILABLE. CALLED CONTACT BUT UNABLE TO REACH ANYONE SENDING FTR LETTER. NEXT APPT 07/12/10 |
| 6/25/2010 | Receipt - RBRANUM |

4

| Date / Officer | Entry |
|---|---|
| 6/25/2010 RBRANUM | O/P DEF REPORTED TODAY, NO NEW TICKETS OR CHARGES. NO CHANGE IN CONTACT INFO. DEF PAID $40 TODAY, NEXT APPT IS 070210 |
| 6/11/2010 | Receipt - MSTOLBERT |
| 6/11/2010 MSTOLBERT | O/C DEF'S SISTER REPORTED ON HIS BEHALF. PAID $50. NEXT APPT 06/25/2010 |
| 5/24/2010 | FTR Letter - MFREEMAN |
| 5/24/2010 MFREEMAN | T/P DEF RETURNED CALL STATED THAT HE WILL BE ABLE TO REPORT WITH FULL PYMT ON THE 11TH. I INFORMED DEF THAT THE FEES WILL DOUBLE BY THAN BUT I WILL LET HIM PAY ON THE 11TH. NEXT APPT 06/11/10 |
| 5/24/2010 MFREEMAN | T/P CALLED DEF ABOUT MISSED APPT BUT NO ANSWER. LEFT MESSAGE TO RETURN CALL WITHIN 24 HOURS. CALLED CONTACTS BUT UNABLE TO REACH ANYONE. SENDING FTR LETTER. NEXT APPT 06/02/10 |
| 5/14/2010 | Receipt - DHILL |
| 5/14/2010 DHILL | O/P DEF REPORTED PD $25. ALL INFO VERIFIED, NO NEW TICKETS OR ARRESTS. NEXT APPT 05/21/10 |
| 5/7/2010 | Receipt - MSTOLBERT |
| 5/7/2010 MSTOLBERT | O/P DEF REPORTED TODAY, NO NEW TICKETS OR CHARGES, NO CHANGE IN CONTACT INFO, DEF PAID $25 TODAY, NEXT APPT 051410 @ 1630 |
| 4/30/2010 | Receipt - MFREEMAN |
| 4/30/2010 MFREEMAN | O/P DEF REPORTED TODAY. NO CHANGES IN CONTACT INFORMATION. NO NEW TICKETS OR CHARGES. DEF PAID $45.00 TODAY. NEXT APPOINTMENT 05/07/10 |
| 4/2/2010 | Receipt - NJENKINS |
| 4/2/2010 NJENKINS | O/P DEF REPORTED TODAY. NO CHANGES IN CONTACT INFORMATION. NO NEW TICKETS OR CHARGES. DEF PAID $40.00 TODAY. NEXT APPOINTMENT 043010 @ 1630 |
| 3/26/2010 | Receipt - MFREEMAN |
| 3/26/2010 MFREEMAN | CORRECTION TO LAST NOTE DEF PAID $90.00 NEXT APPT 04/02/10 |
| 3/26/2010 MFREEMAN | O/P DEFENDANT REPORTED AND STATES ALL INFORAMTION IS THE SAME AND HAS NO NEW TICKETS OR CHARGES - PD $100.00 - NEXT APPOINTMENT SET FOR 04/02/10 |
| 2/26/2010 | Receipt - MFREEMAN |
| 2/26/2010 MFREEMAN | O/P DEFENDANT REPORTED AND STATES ALL INFORAMTION IS THE SAME AND HAS NO NEW TICKETS OR CHARGES - PD $140.00 - NEXT APPOINTMENT SET FOR 03/26/10 |
| 1/29/2010 | Receipt - EALLEN |
| 1/29/2010 EALLEN | O/P DEFENDANT REPORTED AND STATES ALL INFORAMTION IS THE SAME AND HAS NO NEW TICKETS OR CHARGES - PD $140.00 - NEXT APPOINTMENT SET FOR 02-26-10 @ 16:30 |
| 12/30/2009 | Receipt - MFREEMAN |
| 12/30/2009 MFREEMAN | O/P DEF REPORTED. ALL INFORMATION THE SAME AND NO NEW TICKETS. DEF PAID $140 - NEXT APPT 01/29/10 |
| 12/11/2009 | Receipt - EALLEN |
| 11/13/2009 | Receipt - SMARTIN |
| 11/4/2009 | FTR Letter - MFREEMAN |
| 11/3/2009 MFREEMAN | T/P CALLED DEF ABOUT MISSED APPT BUT NO ANSWER. LEFT MESSAGE FOR THE DEF TO RETURN CALL BY END OF DAY |
| 10/30/2009 | Receipt - MFREEMAN |
| 10/30/2009 MFREEMAN | O/P DEF REPORTED MADE 140.00 PYMT. NO NEW TICKETS OR INFO. NEXT APPT IS 11/02/09 |
| 9/25/2009 | Receipt - MFREEMAN |
| 9/25/2009 MFREEMAN | O/P DEF REPORTED MADE 140.00 PYMT. NO NEW TICKETS OR INFO. NEXT APPT IS 10/30/09 |
| 8/21/2009 | Receipt - RBRANUM |
| 8/21/2009 RBRANUM | O/P DEF REPORTED MADE 140.00 PYMT. NO NEW TICKETS OR INFO. NEXT APPT IS 092509 |
| 7/17/2009 | Receipt - MFREEMAN |
| 7/17/2009 MFREEMAN | O/P DEF REPORTED MADE 140.00 PYMT. NO NEW TICKETS OR INFO. NEXT APPT 08-21-09 |
| 6/16/2009 | Receipt - MFREEMAN |
| 6/16/2009 | General Conditions of Probation - MFREEMAN |
| 6/16/2009 MFREEMAN | O/P DEF REPORTED MADE 140.00 PYMT. NO NEW TICKETS OR INFO. REVIEWED CONDITIONS OF PROBATION. NEXT APPT 07-17-09 |
| 6/2/2009 MSTOLBERT | C/C DEF WAS PLACED ON PROBATION FOR 24 MONTHS. ADVISED DEF OF TERMS AND CONDITIONS OF PROBATION AND 140.00 MONTHLY PAYMENT. FIRST APPT 06/16/2009 |
| 6/1/2009 | Status Changed to Active |

### Appointment Details

| Date | Time | Showed | Alerts |
|---|---|---|---|
| 6/30/2011 | RVHR | N | |
| 5/24/2011 | 1630 | N | |
| 5/16/2011 | 1630 | N | |
| 5/6/2011 | 1630 | N | |

5

| Date | Code | Y/N |
|---|---|---|
| 5/2/2011 | WKIN | Y |
| 4/26/2011 | 1630 | N |
| 4/19/2011 | 1630 | N |
| 4/15/2011 | 1630 | N |
| 4/8/2011 | 1630 | Y |
| 4/1/2011 | 1630 | N |
| 3/28/2011 | 1630 | Y |
| 3/18/2011 | 1630 | N |
| 3/14/2011 | 1630 | Y |
| 3/7/2011 | 1630 | Y |
| 2/25/2011 | 1630 | N |
| 2/18/2011 | 1630 | Y |
| 2/11/2011 | 1630 | Y |
| 2/7/2011 | 1630 | Y |
| 2/4/2011 | 1630 | Y |
| 1/28/2011 | 1630 | Y |
| 1/21/2011 | 1630 | Y |
| 1/14/2011 | WKIN | Y |
| 1/7/2011 | 1630 | N |
| 12/28/2010 | WKIN | Y |
| 12/27/2010 | 1630 | N |
| 12/17/2010 | 1630 | Y |
| 12/13/2010 | 1630 | Y |
| 12/10/2010 | 1630 | Y |
| 11/29/2010 | 1630 | Y |
| 11/19/2010 | 1630 | Y |
| 11/12/2010 | 1630 | Y |
| 11/5/2010 | WKIN | Y |
| 11/1/2010 | 1630 | N |
| 10/22/2010 | 1630 | N |
| 10/15/2010 | WKIN | Y |
| 10/12/2010 | 1600 | N |
| 10/1/2010 | 1600 | N |
| 9/24/2010 | 1600 | Y |
| 9/17/2010 | 1630 | Y |
| 9/10/2010 | 1630 | R |
| 9/3/2010 | 1630 | Y |
| 8/30/2010 | 1630 | Y |
| 8/27/2010 | 1630 | N |
| 8/20/2010 | 1600 | Y |
| 8/13/2010 | 1600 | Y |
| 8/6/2010 | 1630 | Y |
| 7/30/2010 | 1630 | Y |
| 7/9/2010 | 1630 | Y |
| 7/6/2010 | 1630 | Y |
| 7/2/2010 | 1630 | N |
| 6/25/2010 | 1630 | Y |
| 6/11/2010 | 1630 | Y |
| 5/21/2010 | 1630 | N |

6

| Date | Code | Y/N |
|---|---|---|
| 5/14/2010 | 1630 | Y |
| 5/7/2010 | 1630 | Y |
| 4/30/2010 | 1630 | Y |
| 4/2/2010 | 1630 | Y |
| 3/26/2010 | 1630 | Y |
| 2/26/2010 | 1630 | Y |
| 1/29/2010 | 1630 | Y |
| 12/30/2009 | 1630 | Y |
| 12/11/2009 | 1630 | Y |
| 11/30/2009 | 1630 | Y |
| 11/13/2009 | WKIN | Y |
| 11/12/2009 | 1630 | N |
| 11/2/2009 | 1630 | N |
| 10/30/2009 | 1630 | Y |
| 9/25/2009 | 1630 | Y |
| 8/21/2009 | 1630 | Y |
| 7/17/2009 | 1630 | Y |
| 6/16/2009 | 1630 | Y |

### Financials

|  | Fee | Insurance | Fines | VCF | Restitution | Court Cost | Warrant Fee | Other |
|---|---|---|---|---|---|---|---|---|
| Assessed | 960.00 | 0.00 | 2,310.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| Amt Paid | 741.00 | 0.00 | 1,397.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| End Bal | 219.00 | 0.00 | 913.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### Payments

| Date | Fee Type | Amount | Note |
|---|---|---|---|
| 5/2/2011 | Fine | 20.00 |  |
| 5/2/2011 | Probation Fee | 20.00 |  |
| 4/8/2011 | Fine | 10.00 |  |
| 4/8/2011 | Probation Fee | 29.00 |  |
| 3/14/2011 | Fine | 10.00 |  |
| 3/14/2011 | Probation Fee | 10.00 |  |
| 3/7/2011 | Fine | 20.00 |  |
| 3/7/2011 | Probation Fee | 20.00 |  |
| 2/18/2011 | Fine | 24.00 | CASH |
| 2/18/2011 | Probation Fee | 10.00 | CASH |
| 2/7/2011 | Fine | 15.00 |  |
| 2/7/2011 | Probation Fee | 20.00 |  |
| 2/4/2011 | Probation Fee | 10.00 |  |
| 1/28/2011 | Probation Fee | 2.00 |  |
| 1/21/2011 | Fine | 15.00 |  |
| 1/21/2011 | Probation Fee | 20.00 |  |
| 12/28/2010 | Probation Fee | 10.00 |  |
| 12/13/2010 | Fine | 10.00 |  |
| 12/13/2010 | Probation Fee | 5.00 |  |
| 12/10/2010 | Fine | 10.00 |  |
| 12/10/2010 | Probation Fee | 5.00 |  |
| 11/29/2010 | Fine | 10.00 |  |
| 11/29/2010 | Probation Fee | 10.00 |  |

| Date | Type | Amount | Method |
|---|---|---|---|
| 11/19/2010 | Fine | 20.00 | CASH |
| 11/19/2010 | Probation Fee | 10.00 | CASH |
| 11/5/2010 | Fine | 15.00 | CASH |
| 11/5/2010 | Probation Fee | 10.00 | CASH |
| 10/15/2010 | Fine | 10.00 | |
| 10/15/2010 | Probation Fee | 10.00 | |
| 9/17/2010 | Fine | 10.00 | |
| 9/17/2010 | Probation Fee | 10.00 | |
| 9/3/2010 | Fine | 10.00 | CVASH |
| 9/3/2010 | Probation Fee | 10.00 | CVASH |
| 8/30/2010 | Fine | 15.00 | |
| 8/30/2010 | Probation Fee | 10.00 | |
| 8/20/2010 | Fine | 10.00 | |
| 8/20/2010 | Probation Fee | 5.00 | |
| 8/13/2010 | Fine | 15.00 | CASH |
| 8/13/2010 | Probation Fee | 10.00 | CASH |
| 7/30/2010 | Fine | 35.00 | |
| 7/30/2010 | Probation Fee | 15.00 | |
| 7/9/2010 | Fine | 18.00 | |
| 7/9/2010 | Probation Fee | 10.00 | |
| 6/25/2010 | Fine | 30.00 | CASH |
| 6/25/2010 | Probation Fee | 10.00 | CASH |
| 6/11/2010 | Fine | 30.00 | CASH |
| 6/11/2010 | Probation Fee | 20.00 | CASH |
| 5/14/2010 | Fine | 15.00 | |
| 5/14/2010 | Probation Fee | 10.00 | |
| 5/7/2010 | Fine | 15.00 | |
| 5/7/2010 | Probation Fee | 10.00 | |
| 4/30/2010 | Fine | 25.00 | |
| 4/30/2010 | Probation Fee | 20.00 | |
| 4/2/2010 | Fine | 30.00 | |
| 4/2/2010 | Probation Fee | 10.00 | |
| 3/26/2010 | Probation Fee | 30.00 | |
| 3/26/2010 | Fine | 60.00 | |
| 3/26/2010 | Probation Fee | 40.00 | |
| 3/26/2010 | Probation Fee | (40.00) | ENTERED IN ERROR |
| 2/26/2010 | Fine | 100.00 | |
| 2/26/2010 | Probation Fee | 40.00 | |
| 1/29/2010 | Fine | 100.00 | CASH |
| 1/29/2010 | Probation Fee | 40.00 | CASH |
| 12/30/2009 | Fine | 105.00 | |
| 12/30/2009 | Probation Fee | 35.00 | |
| 12/11/2009 | Fine | 100.00 | CASH |
| 12/11/2009 | Probation Fee | 40.00 | CASH |
| 11/13/2009 | Fine | 25.00 | CASH |
| 11/13/2009 | Probation Fee | 15.00 | CASH |
| 10/30/2009 | Fine | 60.00 | |
| 10/30/2009 | Probation Fee | 40.00 | |
| 9/25/2009 | Fine | 100.00 | |

8

| | | | |
|---|---|---|---|
| 9/25/2009 | Probation Fee | 40.00 | |
| 8/21/2009 | Fine | 100.00 | CASH |
| 8/21/2009 | Probation Fee | 40.00 | CASH |
| 7/17/2009 | Fine | 100.00 | |
| 7/17/2009 | Probation Fee | 40.00 | |
| 6/16/2009 | Fine | 100.00 | |
| 6/16/2009 | Other | 10.00 | |
| 6/16/2009 | Probation Fee | 30.00 | |

NO COMMUNITY SERVICE ASSIGNED.

NO COURT MONEY OBLIGATIONS CONVERTED TO COMMUNITY SERVICE.

NO COURT ORDERED PROGRAMS ASSIGNED.

NO SPECIAL CONDITIONS NOTED.

NO DRUG TESTING GIVEN.

Picture

Jail

Page 1
Entered by MT
on 6/1/09

M.7

# IN THE MUNICIPAL COURT OF MONTGOMERY, AL

**CITY OF MONTGOMERY, AL**
VS  Edwards, Algia F. Jr.
**DEFENDANT**

## ORDER OF PROBATION

NOW ON THIS DAY, by virtue of the authority vested in me as a Municipal Court Judge pursuant to Section 12-14-13, Code of Alabama, 1975, as supplemented and amended, I hereby order the:

( X ) Imposition of sentence    ( X ) Payment of Fine /Restitution    ( X ) Payment of Court Costs
and that the Defendant be placed on probation for 24 months or until 1 day of June 20 11, upon the following conditions.

(1) You will make a full and truthful report to your Probation Officer as instructed.
(2) You will pay Judicial Correction Services, Inc. $40.00 for each month on probation, unless all conditions are met within 7 days. You will pay a one time $10.00 file set up charge.
(3) You will not change your residence or employment without first notifying your Probation Officer.
(4) You will avoid injurious or vicious habits and not violate any law(s) during said term of probation.
(5) You will not use illegal intoxicants or alcohol; nor will you visit places where intoxicants, drugs, or other dangerous substances are sold, dispensed or used. ( ) Applicable if checked.
(6) You will work diligently at a lawful occupation, unless a full time student.
(7) You will promptly and truthfully answer all inquiries directed to you by the Court Referral Officer, Court Clerk, or Probation Officer and comply with all instruction he/she may give you.

(8) You will pay Fines & Costs totaling 2310 at the rate of 140 per month.

| Case No. | Offense | Fine | Costs | Total | Jail Time (days) |
|---|---|---|---|---|---|
| 07TrT04508 | Driving w/ Suspend | | | 625 | |
| 09TrT011bulb | Driving w/ Suspend | | | 625 | |
| 09TrT011605 | Running Red Light | | | 145 | |
| 08TrT055434 | Driving w/ Suspend | | | 625 | |

(9) You will make reparation or restitution for damage or loss caused by this offense to the victim in the following sum:

Victim _____ Sum $ _____

(10) You will complete Jail Time as ordered and noted above. Jail time is hereby ordered:
    ( ) To Serve   ( ) Suspended upon successful completion of probation.
(11) You will complete the following education course(s) and/or programs:
    ( ) Court Referral Program  ( ) Domestic Violence Awareness  ( ) Obtain GED
    ( ) Other: _____

(12) ( ) Return to court on: _____ to show completion of: ( ) Driving School ( ) CRO Program
                                                              ( ) Other _____

(13) Other _____

The Court may at any time modify any conditions of your probation, change or extend probation, discharge defendant or revoke probation. **You are subject to arrest for violation of any condition imposed by this order, and your probation may be revoked accordingly.**

Signed this the 1 day of June, 20 11.

_____
HONORABLE DARRON HENDLEY
MONTGOMERY, AL MUNICIPAL COURT JUDGE

I have counsel or have waived my right to counsel for all proceedings to this date and have received a copy of this ORDER.

JCS (334) 262-0558

Signed X Alg. Edwards   Date 06-1-09   Probation Officer Freeman

Comments: _____   First Appointment June 16, 2009 @ 4:30

For JCS use only:  ☐ Consecutive Case   ☑ Data Entry

(16)

Jail            Page 2
                Entered by MF
                on 6/1/09

# IN THE MUNICIPAL COURT OF MONTGOMERY, AL

**CITY OF MONTGOMERY, AL**
VS   Edwards, Algia F. Jr
**DEFENDANT**

## ORDER OF PROBATION

NOW ON THIS DAY, by virtue of the authority vested in me as a Municipal Court Judge pursuant to Section 12-14-13, Code of Alabama, 1975, as supplemented and amended, I hereby order the:

( X ) Imposition of sentence.     (X) Payment of Fine /Restitution     (X) Payment of Court Costs
and that the Defendant be placed on probation for 24 months or until  1  day of June 20 11,
upon the following conditions.

(1) You will make a full and truthful report to your Probation Officer as instructed.
(2) You will pay Judicial Correction Services, Inc. $40.00 for each month on probation, unless all conditions are met within 7 days. You will pay a one time $10.00 file set up charge.
(3) You will not change your residence or employment without first notifying your Probation Officer.
(4) You will avoid injurious or vicious habits and not violate any law(s) during said term of probation.
(5) You will not use illegal intoxicants or alcohol; nor will you visit places where intoxicants, drugs, or other dangerous substances are sold, dispensed or used. ( ) Applicable if checked.
(6) You will work diligently at a lawful occupation, unless a full time student.
(7) You will promptly and truthfully answer all inquiries directed to you by the Court Referral Officer, Court Clerk, or Probation Officer and comply with all instruction he/she may give you.

(8) You will pay Fines & Costs totaling  See  at the rate of _____ per month.

| Case No. | Offense | Fine | Costs | Total | Jail Time (days) |
|---|---|---|---|---|---|
| 0TFtE041507 | Speeding | | | 145 | |
| 0TFtE005124 | Speeding | | | 145 | |
| | | | | | |
| | | | | | |

(9) You will make reparation or restitution for damage or loss caused by this offense to the victim in the following sum:

Victim _____   Sum $ _____
(10) You will complete Jail Time as ordered and noted above. Jail time is hereby ordered:
     ( ) To Serve   ( ) Suspended upon successful completion of probation.
(11) You will complete the following education course(s) and/or programs:
     ( ) Court Referral Program   ( ) Domestic Violence Awareness   ( ) Obtain GED
     ( ) Other: _____
(12) ( ) Return to court on: _____ to show completion of: ( ) Driving School  ( ) CRO Program
                                                             ( ) Other _____
(13) Other _____

The Court may at any time modify any conditions of your probation, change or extend probation, discharge defendant or revoke probation. **You are subject to arrest for violation of any condition imposed by this order, and your probation may be revoked accordingly.**
Signed this the ____ day of _____ 20 ____   _____
                                                HONORABLE DARRON HENDLEY
                                                MONTGOMERY, AL  MUNICIPAL COURT JUDGE

I have counsel or have waived my right to counsel for all proceedings to this date and have received a copy of this ORDER.
                                                                       JCS (334) 262-0558
Signed  Algia F. Edwards   Date 6-1-09  Probation Officer Freeman

                                              First Appointment June 16, 2009 @ 4:30

Comments: _____

For JCS use only:  ☐ Consecutive Case    ☑ Data Entry

11

Jail                                                                                              Page 1
                                                                                                  Entered by MT
                                                                                                  on 6/1/09
### IN THE MUNICIPAL COURT OF MONTGOMERY, AL

**CITY OF MONTGOMERY, AL**                                                                        ✓ M.T.
**VS** Edwards, Algia F Jr
**DEFENDANT**

### ORDER OF PROBATION

NOW ON THIS DAY, by virtue of the authority vested in me as a Municipal Court Judge pursuant to Section 12-14-13, Code of Alabama, 1975, as supplemented and amended, I hereby order the:

( X ) Imposition of sentence      ( X ) Payment of Fine /Restitution    ( X ) Payment of Court Costs
and that the Defendant be placed on probation for  24  months or until  1  day of  June  20 11 ,
upon the following conditions.

(1) You will make a full and truthful report to your Probation Officer as instructed.
(2) You will pay Judicial Correction Services, Inc. $40.00 for each month on probation, unless all conditions are met within 7 days. You will pay a one time $10.00 file set up charge.
(3) You will not change your residence or employment without first notifying your Probation Officer.
(4) You will avoid injurious or vicious habits and not violate any law(s) during said term of probation.
(5) You will not use illegal intoxicants or alcohol; nor will you visit places where intoxicants, drugs, or other dangerous substances are sold, dispensed or used. ( ) Applicable if checked.
(6) You will work diligently at a lawful occupation, unless a full time student.
(7) You will promptly and truthfully answer all inquiries directed to you by the Court Referral Officer, Court Clerk, or Probation Officer and comply with all instruction he/she may give you.

(8) You will pay Fines & Costs totaling  2310  at the rate of  140  per month.

| Case No. | Offense | Fine | Costs | Total | Jail Time (days) |
|---|---|---|---|---|---|
| 07TRF04508 | Driving w/Suspend |  |  | 625 |  |
| 09TRF011646 | Driving w/Suspend |  |  | 625 |  |
| 09TRF011605 | Running Red Light |  |  | 145 |  |
| 06TRF055434 | Driving w/Suspend |  |  | 625 |  |

(9) You will make reparation or restitution for damage or loss caused by this offense to the victim in the following sum:

   Victim _____ Sum $ _____

(10) You will complete Jail Time as ordered and noted above. Jail time is hereby ordered:
     ( ) To Serve   ( ) Suspended upon successful completion of probation.
(11) You will complete the following education course(s) and/or programs:
     ( ) Court Referral Program   ( ) Domestic Violence Awareness   ( ) Obtain GED
     ( ) Other: _____

(12) ( ) Return to court on: _____ to show completion of: ( ) Driving School ( ) CRO Program
                                                                 ( ) Other _____

(13) Other _____

The Court may at any time modify any conditions of your probation, change or extend probation, discharge defendant or revoke probation. You are subject to arrest for violation of any condition imposed by this order, and your probation may be revoked accordingly.

Signed this the  1  day of  June , 20 11 .         _____
                                                    HONORABLE DARRON HENDLEY
                                                    MONTGOMERY, AL MUNICIPAL COURT JUDGE

I have counsel or have waived my right to counsel for all proceedings to this date and have received a copy of this ORDER.
                                                                        JCS (334) 262-0558
Signed X Algi Edwards        Date 06-1-09  Probation Officer Freeman

Comments: _____  First Appointment  June 16, 2009 @ 4:30

For JCS use only:  ☐ Consecutive Case   ☑ Data Entry

12

Jail

Page 2
Entered by MT
on 6/1/09

## IN THE MUNICIPAL COURT OF MONTGOMERY, AL

**CITY OF MONTGOMERY, AL**
**VS**
Edwards, Algia F. Jr
**DEFENDANT**

### ORDER OF PROBATION

NOW ON THIS DAY, by virtue of the authority vested in me as a Municipal Court Judge pursuant to Section 12-14-13, Code of Alabama, 1975, as supplemented and amended, I hereby order the:

( X ) Imposition of sentence   (X) Payment of Fine /Restitution   (X) Payment of Court Costs
and that the Defendant be placed on probation for 24 months or until 1 day of June 20 11,
upon the following conditions.

(1) You will make a full and truthful report to your Probation Officer as instructed.
(2) You will pay Judicial Correction Services, Inc. $40.00 for each month on probation, unless all conditions are met within 7 days. You will pay a one time $10.00 file set up charge.
(3) You will not change your residence or employment without first notifying your Probation Officer.
(4) You will avoid injurious or vicious habits and not violate any law(s) during said term of probation.
(5) You will not use illegal intoxicants or alcohol; nor will you visit places where intoxicants, drugs, or other dangerous substances are sold, dispensed or used. ( ) Applicable if checked.
(6) You will work diligently at a lawful occupation, unless a full time student.
(7) You will promptly and truthfully answer all inquiries directed to you by the Court Referral Officer, Court Clerk, or Probation Officer and comply with all instruction he/she may give you.

(8) You will pay Fines & Costs totaling See [?] at the rate of _____ per month.

| Case No. | Offense | Fine | Costs | Total | Jail Time (days) |
|---|---|---|---|---|---|
| 07TRE041507 | Speeding | | | 145 | |
| 07TRE005124 | Speeding | | | 145 | |
| | | | | | |
| | | | | | |

(9) You will make reparation or restitution for damage or loss caused by this offense to the victim in the following sum:

Victim _____ Sum $ _____
(10) You will complete Jail Time as ordered and noted above. Jail time is hereby ordered:
    ( ) To Serve   ( ) Suspended upon successful completion of probation.
(11) You will complete the following education course(s) and/or programs:
    ( ) Court Referral Program   ( ) Domestic Violence Awareness   ( ) Obtain GED
    ( ) Other: _____

(12) ( ) Return to court on: _____ to show completion of: ( ) Driving School ( ) CRO Program
                                                              ( ) Other _____

(13) Other _____

The Court may at any time modify any conditions of your probation, change or extend probation, discharge defendant or revoke probation. **You are subject to arrest for violation of any condition imposed by this order, and your probation may be revoked accordingly.**

Signed this the ____ day of _____, 20 ____.   _____
                                                  HONORABLE DARRON HENDLEY
                                                  MONTGOMERY, AL MUNICIPAL COURT JUDGE

I have counsel or have waived my right to counsel for all proceedings to this date and have received a copy of this ORDER.

JCS (334) 262-0558

Signed Algia J Edwards   Date 6-1-09   Probation Officer Freeman

Comments: _____   First Appointment June 16, 2009 @ 4:30

For JCS use only:  ☐ Consecutive Case   ☐ Data Entry

13

The following information is required by the Court. Failing to answer completely and honestly may result in additional fines and/or jail time. Information is subject to verification prior to your leaving court.   **Please Print!**

**Name:** Edwards (Last)   Algia (First)   Franklin (Middle)

**Address:** 4369 Luretne Rd. (Street)   Greenville (City)   A (ST)   36037 (Zip)

**P.O. Box** ___   City ___   ST ___   Zip ___

**Home Phone** (334) 414-5978   **Cell Phone** ( )   **Pager** ( )

**Employment:**
Company: Bell Funeral Home   Phone (334) 548-5122
Supervisor: Carl Bell   City: Hayneville Al.

**Emergency Contacts:** (Must be someone who does not live with you, but does know how to get in touch with you. Example: mother, brother, aunt, friend, neighbor)

1. Name: Rachael Edwards   Relationship: Wife   Phone (334) 414-5978
2. Name: Brenda Edwards   Relationship: Mother   Phone (334) 768-5070
3. Name: Gussie Jones   Relationship: Grandmother   Phone (334) 548-2672

**Personal Information:**
DOB: [redacted]   SSN: [redacted]   Race: Black   Sex: (M) F
Height: 5'11"   Weight: 270 lbs.   Eye Color: Brown   Hair Color: Black

**Additional Information:**
Drivers License Number ___   Drivers License State ___   Expiration ___
If no drivers license number, other ID ___

**Automobile Information:**
Year ___   Make ___   Model ___
Color ___   Body ___   Tag Number ___

**Identity Marks:** Identify any scars, marks or tattoos
Shape/Graphic ___
Location ___

The above information is held confidential and its use limited to court business only.

Signature: Algi Edwards   Date: 8-1-09

14

The following information is required by the Court. Failing to answer completely and honestly may result in additional fines and/or jail time. Information is subject to verification prior to your leaving court.   **Please Print!**

**Name:** Edwards (Last)   Algia (First)   Franklin (Middle)

**Address:** 1369 Loretta Rd. (Street)   Greenville (City)   AL (ST)   36037 (Zip)

**P.O. Box:** _____   City: _____   ST: _____   Zip: _____

**Home Phone** (334) 414-5978   **Cell Phone** ( ) _____   **Pager** ( ) _____

**Employment:**
Company: Dell Funeral Home   Phone: (334) 548-5122
Supervisor: Carl Dell   City: Hayneville Al.

**Emergency Contacts:** (Must be someone who does not live with you, but does know how to get in touch with you. Example: mother, brother, aunt, friend, neighbor)

1. Name: Rachal Edwards   Relationship: Wife   Phone: (334) 414-5978
2. Name: Arcadia Edwards   Relationship: Mother   Phone: (334) 768-5070
3. Name: Gussie Jones   Relationship: Grandmother   Phone: (334) 548-2672

**Personal Information:**
DOB: [redacted]   SSN: [redacted]   Race: Black   Sex: (M) F
Height: 5' 11"   Weight: 270 lbs.   Eye Color: Brown   Hair Color: Black

**Additional Information:**
Drivers License Number: _____   Drivers License State: _____   Expiration: _____
If no drivers license number, other ID: _____

**Automobile Information:**
Year: _____   Make: _____   Model: _____
Color: _____   Body: _____   Tag Number: _____

**Identity Marks:** Identify any scars, marks or tattoos
Shape/Graphic: _____
Location: _____

The above information is held confidential and its use limited to court business only.

Signature: Algi Edwards   Date: 8-1-09

15