Case File Report for **MCCULLOUGH, ANGELA**
Probation Officer:             Court: Montgomery, AL

| Sentence Date | Probation Date | Probation Length | Expires | Type | Months On Prob | SSN | DOB | Print Date |
|---|---|---|---|---|---|---|---|---|
| 11/7/2010 | 11/7/2010 | 24 Months 0 Days | 11/7/2012 | Office Visit | 3.6 | ▮ | ▮ | 11/29/2017 12:43:35 PM |

### Employment History

| Employer | Phone | Supervisor | Wages | Start Date | End Date |
|---|---|---|---|---|---|
| HOLIDAY INN EXPRESS | 334-288-8844 | LAURNA WRIGHT | | | |

### Address

| Date | Address | Home Phone | Cell Phone | Comments |
|---|---|---|---|---|
| 12/13/2010 | 6241 WOODLEY CIRCLE MONTGOMERY, AL 36116 | 334-546-1725 | 334-224-4971 | CELL IS WRONG NUMBER |

### Contacts

| Name | Phone | Comments |
|---|---|---|
| SANDRA MCCULLOUGH | 334-294-6139 | SISTER |
| SHARAN LEE | 334-430-1400 | FRIEND |
| ISABELL TAYLOR | 334-221-9402 | MOTHER |

### Offense

| Offense | Case Num | Fine Amt | Court Cost | Warrant Fee | Court Order Program |
|---|---|---|---|---|---|
| No DL | 01TRT009552 | 341.00 | 0.00 | 0.00 | |
| No DL | 01TRT029275 | 323.00 | 0.00 | 0.00 | |
| Improper Equipment | 02TRT036423 | 149.00 | 0.00 | 0.00 | |
| Giving False Name to Law Enforcement Officer | 04CRA000391A | 592.00 | 0.00 | 0.00 | |
| No Proof Insurance | 06TRT012375 | 283.00 | 0.00 | 0.00 | |
| Suspended License | 06TRT012376 | 868.00 | 0.00 | 0.00 | |
| No DL | 08TRT064788 | 319.00 | 0.00 | 0.00 | |
| No Proof Insurance | 08TRT064789 | 254.00 | 0.00 | 0.00 | |
| Suspended License | 10TRT023050 | 306.00 | 0.00 | 0.00 | |
| Child Restraint Violation | 10TRT023051 | 181.00 | 0.00 | 0.00 | |

### Status

| Date | Status | Action |
|---|---|---|
| 1/2/2015 | Terminated Modified | Court Account Closed |
| 2/23/2011 | Warrant | None |
| 1/13/2011 | VOP | Failed to Complete Terms of Probation |
| 11/7/2010 | Active | Original Sentencing |



DEFENDANT'S EXHIBIT 34

### Status Notes

| Date | Note |
|---|---|

### Hearings

| Date | Type | Location | Status |
|---|---|---|---|
| 2/23/2011 1:00:00 PM | REVOCATION | MONTGMERY COURTHOUSE | No Show |

**Modifications**

City SJM Ex. 66

| Date | Notes |
|---|---|

### Detailed Visit Notes

| Date | Notes |
|---|---|
| 1/2/2015 HFELIO | SC: No longer working court |
| 1/2/2015 | Status Changed to Terminated Modified |
| 5/5/2014 DHILL | PO Changed from SMARTIN to DHILL by DHILL |
| 3/29/2011 | Petition for Revocation- Signed - EHAWTHORNE |
| 3/25/2011 SMARTIN | CFR: RECEIVED PETITION FOR REVOCATION SIGNED BY JUDGE HAYES |
| 2/23/2011 | Hearing: Feb 23 2011 1:00PM Type: REVOCATION Location: MONTGOMERY COURTHOUSE Entered: Jan 13 2011 10:31 AM By SMARTIN Status: No Show |
| 2/23/2011 SMARTIN | SC: THE DEFENDANT FAILED TO APPEAR |
| 2/23/2011 | Status Changed to Warrant |
| 2/23/2011 SMARTIN | CFR: THE DEFENDANT FAILED TO APPEAR FOR HER REVOCATION HEARING PLACING IN WARRANT STATUS |
| 1/13/2011 | Petition for Revocation Letter - SMARTIN |
| 1/13/2011 | VOP Letter - SMARTIN |
| 1/13/2011 SMARTIN | CFR: THE DEFENANT FAILED TO REPORT OR MAKE A PAYMENT SINCE BEING PLACED ON PROBATION. THE DEFENDANT FAILED TO RESPOND TO PHONE CALLS MADE AND TO WRITTEN CORRESPONDANCE SENT THRU THE MAIL. THE DEFENDANT OWES $3616 TO THE CITY AND $130 JCS FEES, TOTALLING $3746. PLACED IN VOP AND SET COURT DATE OF 02-23-11 @ 1300. ADDED NOTE THAT THE DEFENDANT MAY PAY $400 BY 02-11-11 TO CANCEL HER HEARING |
| 1/13/2011 SMARTIN | SC: The defendant failed to comply with the terms and conditions of probation |
| 1/13/2011 | Status Changed to VOP |
| 1/11/2011 SMARTIN | T/P: CALLED DEF'S HOME AND LEFT MESSAGE THAT THE DEF MUST REPORT WITH A PAYMENT BY 1630 TOMORROW OR A HEARING WILL BE SET |
| 1/10/2011 Admin | You missed your appointment Friday, please call Sara Martin at 334-262-0558 ASAP. Thank you. |
| 12/30/2010 | Delinquency Letter - SWEBER |
| 12/30/2010 SWEBER | O/M: DEF HAS FAILED TO REPORT TO THREE+ APPTS IN A ROW. SENDING DELINQUENCY LETTER WITH NEW REPORT DATE OF 01/07/11 |
| 12/28/2010 Admin | This is a reminder of your appt on 12/29/2010 with S Martin of JCS at 10:00am DO NOT REPLY! |
| 12/22/2010 | FTR Letter - EHAWTHORNE |
| 12/22/2010 EHAWTHORNE | CFR: DEF HAS MISSED THREE CONSECUTIVE APPOINTMENTS AND AFTER PO HAS TRIED AND MADE CONTACT- SENDING FTR LETTER- NEXT APPOINTMENT 12/29/2010 |
| 12/21/2010 Admin | You missed your appointment yesterday, please call Sara Martin at 334-262-0558 ASAP. Thank you. |
| 12/20/2010 | Intake Forms - EHAWTHORNE |
| 12/19/2010 Admin | This is a reminder of your appt on 12/20/2010 with S Martin of JCS at 10:00am DO NOT REPLY! |
| 12/17/2010 Admin | You missed your appointment yesterday, please call Sara Martin at 334-262-0558 ASAP. Thank you. |
| 12/17/2010 SMARTIN | T/P: CALLED DEF'S CELL AND MALE STATED I HAD THE WRONG NUMBER. CALLED DEF'S HOME AND SPOKE TO DEF WHO STATED SHE WILL GET HER FIRST CHECK ON THE 31ST. TOLD HER WE WILL BE CLOSED FOR THE HOLIDAYS AND I NEED TO COME IN AND AT LEAST REPORT. DEF WILL REPORT ON MONDAY. NEXT APPT 12-20-10 @ 1000 |
| 12/15/2010 Admin | This is a reminder of your appt on 12/16/2010 with S Martin of JCS at 4:00pm DO NOT REPLY! |
| 12/15/2010 SMARTIN | T/P: CALLED DEF'S CELL AND LEFT MESSAGE FOR THE DEFENDANT TO REPORT TO BY 1600 TOMORROW |
| 12/13/2010 Admin | This is a reminder of your appt on 12/14/2010 with S Martin of JCS at 2:00pm DO NOT REPLY! |
| 12/13/2010 EHOOD | C/C: DEF APPEARED IN COURT AND WAS PLACED ON 24 MONTHS PROBATION. DEF WAS ADVISED OF THE TERMS AND CONDITIONS OF BEING PLACED ON PROBATION. DEF WAS ALSO ADVISED OF THE $200.00 MONTHLY PAYMENT. FIRST APPT SCHEDULED 12/14/2010 |
| 11/7/2010 | Status Changed to Active |

### Appointment Details

| Date | Time | Showed | Alerts |
|---|---|---|---|
| 2/23/2011 | RVHR | N | |
| 1/12/2011 | 1630 | N | |
| 1/7/2011 | 1100 | N | |
| 12/29/2010 | 1000 | N | |
| 12/20/2010 | 1000 | N | |

| Date | Time | |  |
|---|---|---|---|
| 12/16/2010 | 1600 | N | |
| 12/14/2010 | 1400 | N | |

| Financials | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Fee | Insurance | Fines | VCF | Restitution | Court Cost | Warrant Fee | Other |
| Assessed | 960.00 | 0.00 | 3,616.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| Amt Paid | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| End Bal | 960.00 | 0.00 | 3,616.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 |

| Payments | | | |
|---|---|---|---|
| Date | Fee Type | Amount | Note |

NO COMMUNITY SERVICE ASSIGNED.

NO COURT MONEY OBLIGATIONS CONVERTED TO COMMUNITY SERVICE.

NO COURT ORDERED PROGRAMS ASSIGNED.

NO SPECIAL CONDITIONS NOTED.

NO DRUG TESTING GIVEN.

Picture