Jail

# IN THE MUNICIPAL COURT OF MONTGOMERY, AL

**CITY OF MONTGOMERY, AL**
**VS** McCullough, Angela
**DEFENDANT**

DEFENDANT'S EXHIBIT 36

## ORDER OF PROBATION

NOW ON THIS DAY, by virtue of the authority vested in me as a Municipal Court Judge pursuant to Section 12-14-13, Code of Alabama, 1975, as supplemented and amended, I hereby order the:

( X ) Imposition of sentence  ( X ) Payment of Fine /Restitution  ( X ) Payment of Court Costs
and that the Defendant be placed on probation for __24__ months or until __7__ day of __DEC__ 20__12__, upon the following conditions.

(1) You will make a full and truthful report to your Probation Officer as instructed.
(2) You will pay Judicial Correction Services, Inc. $40.00 for each month on probation, unless all conditions are met within 7 days. You will pay a one time $10.00 file set up charge.
(3) You will not change your residence or employment without first notifying your Probation Officer.
(4) You will avoid injurious or vicious habits and not violate any law(s) during said term of probation.
(5) You will not use illegal intoxicants or alcohol; nor will you visit places where intoxicants, drugs, or other dangerous substances are sold, dispensed or used. ( ) Applicable if checked.
(6) You will work diligently at a lawful occupation, unless a full time student.
(7) You will promptly and truthfully answer all inquiries directed to you by the Court Referral Officer, Court Clerk, or Probation Officer and comply with all instruction he/she may give you.

(8) You will pay Fines & Costs totaling __3610__ at the rate of __200__ per month.

| Case No. | Offense | Fine | Costs | Total | Jail Time (days) |
|---|---|---|---|---|---|
| C04788 | No DL | | | 319 | |
| C04789 | NI | | | 254 | |
| C13375 | NI | | | 283 | |
| C13376 | Dr. W/Susp | | | 568 | |
| C0391A | | | | 592 | |

(9) You will make reparation or restitution for damage or loss caused by this offense to the victim in the following sum:
    Victim _____  Sum $ _____

(10) You will complete Jail Time as ordered and noted above. Jail time is hereby ordered:
    ( ) To Serve  ( ) Suspended upon successful completion of probation.

(11) You will complete the following education course(s) and/or programs:
    ( ) Court Referral Program  ( ) Domestic Violence Awareness  ( ) Obtain GED
    ( ) Other: _____

(12) ( ) Return to court on: _____ to show completion of: ( ) Driving School ( ) CRO Program
    ( ) Other _____

(13) Other _____

The Court may at any time modify any conditions of your probation, change or extend probation, discharge defendant or revoke probation. **You are subject to arrest for violation of any condition imposed by this order, and your probation may be revoked accordingly.**

Signed this the __7__ day of __DEC__, 20__10__.

HONORABLE W. TROY MASSEY
MONTGOMERY, AL MUNICIPAL COURT JUDGE

I have counsel or have waived my right to counsel for all proceedings to this date and have received a copy of this ORDER.

JCS (334) 262-0558

Signed _____ Date 12-7-10  Probation Officer _____

First Appointment 12/14/10 @ ___

Comments: _____

For JCS use only:  ☐ Consecutive Case  ☑ Data Entry

City SJM Ex. 67

②

IN THE MUNICIPAL COURT OF MONTGOMERY, AL

CITY OF MONTGOMERY, AL
VS     McCullough, Anyla
DEFENDANT

### ORDER OF PROBATION

NOW ON THIS DAY, by virtue of the authority vested in me as a Municipal Court Judge pursuant to Section 12-14-13, Code of Alabama, 1975, as supplemented and amended, I hereby order the:
( X ) Imposition of sentence     (X) Payment of Fine /Restitution     (X) Payment of Court Costs
and that the Defendant be placed on probation for 21 months or until 7 day of Dec 20 12, upon the following conditions.

(1) You will make a full and truthful report to your Probation Officer as instructed.
(2) You will pay Judicial Correction Services, Inc. $40.00 for each month on probation, unless all conditions are met within 7 days. You will pay a one time $10.00 file set up charge.
(3) You will not change your residence or employment without first notifying your Probation Officer.
(4) You will avoid injurious or vicious habits and not violate any law(s) during said term of probation.
(5) You will not use illegal intoxicants or alcohol; nor will you visit places where intoxicants, drugs, or other dangerous substances are sold, dispensed or used. ( ) Applicable if checked.
(6) You will work diligently at a lawful occupation, unless a full time student.
(7) You will promptly and truthfully answer all inquiries directed to you by the Court Referral Officer, Court Clerk, or Probation Officer and comply with all instruction he/she may give you.
(8) You will pay Fines & Costs totaling See pg at the rate of _____ per month.

| | Case No. | Offense | Fine | Costs | Total | Jail Time (days) |
|---|---|---|---|---|---|---|
| 10TA | 023051 | Child rest | | | 181 | |
| 10TA | 023050 | Dr. w/susp | | | 306 | |
| 02TA | 031423 | Imp. equip | | | 149 | |
| 01TA | 029275 | No DL | | | 323 | |
| 01TA | 009552 | No DL | | | 341 | |

(9) You will make reparation or restitution for damage or loss caused by this offense to the victim in the following sum:
Victim _____  Sum $ _____
(10) You will complete Jail Time as ordered and noted above. Jail time is hereby ordered:
( ) To Serve   ( ) Suspended upon successful completion of probation.
(11) You will complete the following education course(s) and/or programs:
( ) Court Referral Program   ( ) Domestic Violence Awareness   ( ) Obtain GED
( ) Other: _____
(12) ( ) Return to court on: _____ to show completion of: ( ) Driving School  ( ) CRO Program
                                                          ( ) Other _____
(13) Other _____

The Court may at any time modify any conditions of your probation, change or extend probation, discharge defendant or revoke probation. You are subject to arrest for violation of any condition imposed by this order, and your probation may be revoked accordingly.
Signed this the 7 day of Dec 20 10 _____
                                        HONORABLE W. TROY MASSEY
                                        MONTGOMERY, AL MUNICIPAL COURT JUDGE

I have counsel or have waived my right to counsel for all proceedings to this date and have received a copy of this ORDER.
JCS (334) 262-0558
Signed Anyla McCully     Date 12-7-10   Probation Officer Martin
                                                          12/14/10 @ 2:w
Comments: _____    First Appointment 12/14/10 @ 2:w

For JCS use only:  ☐ Consecutive Case   ☐ Data Entry