MANDATORY TIME RELEASE DATE: \_\_\_\_
COMMUTED TIME RELEASE DATE: \_\_\_\_

THIS REPORT CREATED:
7/3/2013 11:58 AM
REVISION #:

TRANSCRIPT PREPARED BY: T. KING

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 7/2/2013 9:57 PM    BOOKING #: 2013-00006648

NAME: ANGELA M MCCULLOUGH
RACE: B           SEX: M           DOB: ▮▮▮▮         SSN: ▮▮▮▮
ADDRESS: 6241 WOODLEY CIR    MONTGOMERY, AL 36116

|    | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|----|---|---|---|
| 1  | DRIVING W/SUSPENDED | 2011TRT007985 | 1 DAY |
| 2  | DRIVING W/SUSPENDED | 2013TRT042422 | 1 DAY |
| 3  | NO PROOF OF INSURANCE | 2011TRT056458 | 1 DAY |
| 4  | NO CHILD RESTRAINT | 2011TRT007987 | 1 DAY |
| 5  | NO PROOF OF INSURANCE | 2011TRT007986 | 1 DAY CC |
| 6  | IMPROPER TAIL LIGHTS | 2013TRT042420 | 1 DAY CC |
| 7  | NO PROOF OF INSURANCE | 2013TRT042421 | 1 DAY CC |
| 8  | FALSE STATEMENT | 2004CRA000391A | COMMUTED ON $407.00 |
| 9  | DRIVING W/SUSPENDED | 2006TRT012376 | COMMUTED ON $619.00 |
| 10 | DRIVING W/SUSPENDED | 2006TRT012375 | COMMUTED ON $169.00 |
| 11 | NO DRIVER LICENSE | 2001TRT029275 | COMMUTED ON $222.00 |
| 12 | NO PROOF OF INSURANCE | 2008TRT064789 | COMMUTED ON $169.00 |
| 13 | DRIVING W/SUSPENDED | 2010TRT023050 | COMMUTED ON $295.00 |
| 14 | NO CHILD RESTRAINT | 2010TRT023051 | COMMUTED ON $170.00 |
| 15 | NO DRIVER LICENSE | 2008TRT064788 | COMMUTED ON $219.00 |
| 16 | NO DRIVER LICENSE | 2001TRT009552 | COMMUTED ON $214.00 |
| 17 | IMPROPER LIGHTS | 2002TRT036427 | COMMUTED ON $66.00 |

DEFENDANT'S EXHIBIT 42

City SJM Ex. 70

COURT 009338

MANDATORY TIME RELEASE DATE: _____
COMMUTED TIME RELEASE DATE: _____

THIS REPORT CREATED:
7/3/2013 11:58 AM
REVISION #:

TRANSCRIPT PREPARED BY: T. KING

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 7/2/2013 9:57 PM   BOOKING #: 2013-00006648

NAME: ANGELA M MCCULLOUGH
RACE: B          SEX: M          DOB: ▓▓▓▓     SSN: ▓▓▓▓
ADDRESS: 6241 WOODLEY CIR     MONTGOMERY, AL 36116

| | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | DRIVING W/SUSPENDED | 2011TRT007985 | 1 DAY |
| 2 | DRIVING W/SUSPENDED | 2013TRT042422 | 1 DAY |
| 3 | NO PROOF OF INSURANCE | 2011TRT056458 | 1 DAY |
| 4 | NO CHILD RESTRAINT | 2011TRT007987 | 1 DAY |
| 5 | NO PROOF OF INSURANCE | 2011TRT007986 | 1 DAY CC |
| 6 | IMPROPER TAIL LIGHTS | 2013TRT042420 | 1 DAY CC |
| 7 | NO PROOF OF INSURANCE | 2013TRT042421 | 1 DAY CC |
| 8 | FALSE STATEMENT | 2004CRA000391A | COMMUTED ON $407.00 |
| 9 | DRIVING W/SUSPENDED | 2006TRT012376 | COMMUTED ON $619.00 |
| 10 | DRIVING W/SUSPENDED | 2006TRT012375 | COMMUTED ON $169.00 |
| 11 | NO DRIVER LICENSE | 2001TRT029275 | COMMUTED ON $222.00 |
| 12 | NO PROOF OF INSURANCE | 2008TRT064789 | COMMUTED ON $169.00 |
| 13 | DRIVING W/SUSPENDED | 2010TRT023050 | COMMUTED ON $295.00 |
| 14 | NO CHILD RESTRAINT | 2010TRT023051 | COMMUTED ON $170.00 |
| 15 | NO DRIVER LICENSE | 2008TRT064788 | COMMUTED ON $219.00 |
| 16 | NO DRIVER LICENSE | 2001TRT009552 | COMMUTED ON $214.00 |
| 17 | IMPROPER LIGHTS | 2002TRT036427 | COMMUTED ON $66.00 |

COURT 009471

MANDATORY TIME RELEASE DATE: _____
COMMUTED TIME RELEASE DATE: _____

THIS REPORT CREATED:
7/3/2013 11:58 AM
REVISION #:

TRANSCRIPT PREPARED BY: T. KING

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 7/2/2013 9:57 PM   BOOKING #: 2013-00006648

NAME: ANGELA M MCCULLOUGH
RACE: B     SEX: M     DOB: ▮▮▮▮▮     SSN: ▮▮▮▮▮
ADDRESS: 6241 WOODLEY CIR     MONTGOMERY, AL 36116

| | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE | |
|---|---|---|---|---|
| 1 | DRIVING W/SUSPENDED | 2011TRT007985 | 1 DAY | |
| 2 | DRIVING W/SUSPENDED | 2013TRT042422 | 1 DAY | |
| 3 | NO PROOF OF INSURANCE | 2011TRT056458 | 1 DAY | |
| 4 | NO CHILD RESTRAINT | 2011TRT007987 | 1 DAY | |
| 5 | NO PROOF OF INSURANCE | 2011TRT007986 | 1 DAY CC | |
| 6 | IMPROPER TAIL LIGHTS | 2013TRT042420 | 1 DAY CC | |
| 7 | NO PROOF OF INSURANCE | 2013TRT042421 | 1 DAY CC | |
| 8 | FALSE STATEMENT | 2004CRA000391A | COMMUTED ON $407.00 | |
| 9 | DRIVING W/SUSPENDED | 2006TRT012376 | COMMUTED ON $619.00 | |
| 10 | DRIVING W/SUSPENDED | 2006TRT012375 | COMMUTED ON $169.00 | |
| 11 | NO DRIVER LICENSE | 2001TRT029275 | COMMUTED ON $222.00 | |
| 12 | NO PROOF OF INSURANCE | 2008TRT064789 | COMMUTED ON $169.00 | |
| 13 | DRIVING W/SUSPENDED | 2010TRT023050 | COMMUTED ON $295.00 | |
| 14 | NO CHILD RESTRAINT | 2010TRT023051 | COMMUTED ON $170.00 | |
| 15 | NO DRIVER LICENSE | 2008TRT064788 | COMMUTED ON $219.00 | |
| 16 | NO DRIVER LICENSE | 2001TRT009552 | COMMUTED ON $214.00 | |
| 17 | IMPROPER LIGHTS | 2002TRT036427 | COMMUTED ON $66.00 | |

COURT 009479

**Defendant's Name:** MCCULLOUGH, ANGELA
**Social Security Number:** [redacted]
**DOB:** [redacted]    **Sex:** M    **Race:** B

**MONTGOMERY MUNICIPAL COURT**
J. Franklin   Magistrate/Clerk
7/2/13   Date Served

## SECTION A
**Alias Warrants - COURT OFFENSES ONLY** (Defendant MUST Post Bail of Any Form)

| # | Case Number | UTTC Number | Charge Description | Bond Amount |
|---|---|---|---|---|
| 1 | 2011TRT007985 | V3476907 | DRIVING WHILE SUSPENDED 1day | $500.00 |
| 2 | 2013TRT042422 | V6400444 | DWS 1day | |

## SECTION B
**Alias Warrants - NON-COURT OFFENSES** (Defendant MAY Post Bail of Any Form *or Simply Pay the Fine & Cost Shown*)

| # | Case Number | UTTC Number | Charge Description | Bond Amount | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2011TRT056458 | N4205426 | NO INSURANCE 1day | $500.00 | $633.00 |
| 2 | 2011TRT007987 | V3476909 | NO CHILD RESTRAINT 1day | $500.00 | $308.00 |
| 3 | 2011TRT007986 | V3476908 | NO INSURANCE 1day cc | $500.00 | $633.00 |
| 4 | 2013TRT042420 | V6400442 | Improper/No Tail Lights 1day cc | | |
| 5 | 2013TRT042421 | V6400443 | No Proof of Insurance 1day cc | | |

## SECTION C
**Capias Warrants - MANDATORY FINE** ($500 Cash Bail Only - Or Defendant MUST Pay Out All Fines And Court Costs)

| # | Case Number | UTTC Number | Charge Description | Cash Bond Amt | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2004CRA000391A | | FALSE STATEMENT | 407 $500.00 | ~~$634.00~~ |
| 2 | 2006TRT012376 | M8807049 | DRIVING WHILE SUSPENDED | 619 $500.00 | ~~$910.00~~ |
| 3 | 2006TRT012375 | M8807048 | DRIVING WHILE SUSPENDED | 169 $500.00 | ~~$325.00~~ |
| 4 | 2001TRT029275 | M3406024 | NO DRIVER LICENSE | 222 $500.00 | ~~$385.00~~ |
| 5 | 2008TRT064789 | N2099249 | NO INSURANCE | $500.00 | 169 ~~$290.00~~ |
| 6 | 2010TRT023050 | N3586539 | DRIVING WHILE SUSPENDED | 295 $500.00 | ~~$460.00~~ |
| 7 | 2010TRT023051 | N3586540 | NO CHILD RESTRAINT | 170 $500.00 | ~~$227.00~~ |
| 8 | 2008TRT064788 | N2099248 | NO DRIVER LICENSE | 219 $500.00 | ~~$361.00~~ |
| 9 | 2001TRT009552 | M2360102 | NO DRIVER LICENSE | $500.00 | 214 ~~$341.00~~ |
| 10 | 2002TRT036427 | M3454330 | IMPROPER LIGHTS | 606 $500.00 | ~~$197.00~~ |

JUL 2013
COMMUTE TO DAYS

**TO THE WARDEN OF THE MONTGOMERY CITY JAIL** SUMMARY - DEFENDANT MAY BE RELEASE AS FOLLOWS:

DEFENDANT **MUST** POST BOND **OF ANY TYPE** IN THE AMOUNT OF $500.00
-AND/OR-
DEFENDANT **MAY** PAY FINES AND COSTS OF $1,574.00   OR **MAY** POST BOND **OF ANY TYPE** IN THE AMOUNT OF $1,500.00
-AND/OR-
DEFENDANT **MUST** PAY FINES AND COSTS OF ($4,186.00)   OR MUST POST CASH BOND IN THE AMOUNT OF $5,000.00

(TOTAL PAYABLE): $5,760.00

83 Days

COURT 009339

Defendant's Name: **MCCULLOUGH, ANGELA**
Social Security Number: [redacted]
DOB: [redacted]   Sex: M   Race: B

MONTGOMERY MUNICIPAL COURT
J. Franklin, Magistrate/Clerk
7/2/13 Date Served

## SECTION A
**Alias Warrants - COURT OFFENSES ONLY** (Defendant MUST Post Bail of Any Form)

| # | Case Number | UTTC Number | Charge Description | Bond Amount |
|---|---|---|---|---|
| 1 | 2011TRT007985 | V3476907 | DRIVING WHILE SUSPENDED | $500.00 |

## SECTION B
**Alias Warrants - NON-COURT OFFENSES** (Defendant MAY Post Bail of Any Form *or Simply Pay the Fine & Cost Shown*)

| # | Case Number | UTTC Number | Charge Description | Bond Amount | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2011TRT056458 | N4205426 | NO INSURANCE | $500.00 | $633.00 |
| 2 | 2011TRT007987 | V3476909 | NO CHILD RESTRAINT | $500.00 | $308.00 |
| 3 | 2011TRT007986 | V3476908 | NO INSURANCE | $500.00 | $633.00 |

## SECTION C
**Capias Warrants - MANDATORY FINE** ($500 Cash Bail Only - Or Defendant MUST Pay Out All Fines And Court Costs)

| # | Case Number | UTTC Number | Charge Description | Cash Bond Amt | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2004CRA000391A |  | FALSE STATEMENT | $500.00 | $634.00 |
| 2 | 2006TRT012376 | M8807049 | DRIVING WHILE SUSPENDED | $500.00 | $910.00 |
| 3 | 2006TRT012375 | M8807048 | DRIVING WHILE SUSPENDED | $500.00 | $325.00 |
| 4 | 2001TRT029275 | M3406024 | NO DRIVER LICENSE | $500.00 | $365.00 |
| 5 | 2008TRT064789 | N2099249 | NO INSURANCE | $500.00 | $296.00 |
| 6 | 2010TRT023050 | N3586539 | DRIVING WHILE SUSPENDED | $500.00 | $460.00 |
| 7 | 2010TRT023051 | N3586540 | NO CHILD RESTRAINT | $500.00 | $297.00 |
| 8 | 2008TRT064788 | N2099248 | NO DRIVER LICENSE | $500.00 | $361.00 |
| 9 | 2001TRT009552 | M2360102 | NO DRIVER LICENSE | $500.00 | $341.00 |
| 10 | 2002TRT036427 | M3454330 | IMPROPER LIGHTS | $500.00 | $197.00 |

*TO THE WARDEN OF THE MONTGOMERY CITY JAIL: SUMMARY - DEFENDANT MAY BE RELEASE AS FOLLOWS:*

DEFENDANT **MUST** POST BOND **OF ANY TYPE** IN THE AMOUNT OF  $500.00
-AND/OR-
DEFENDANT **MAY** PAY FINES AND COSTS OF  $1,574.00   OR **MAY** POST BOND **OF ANY TYPE** IN THE AMOUNT OF  $1,500.00
-AND/OR-
DEFENDANT **MUST** PAY FINES AND COSTS OF  $4,186.00   OR **MUST** POST CASH BOND IN THE AMOUNT OF  $5,000.00

(TOTAL PAYABLE): $5,760.00

COURT 009437

**Defendant's Name:** MCCULLOUGH, ANGELA
**Social Security Number:** [redacted]
**DOB:** [redacted]  **Sex:** M  **Race:** B

**MONTGOMERY MUNICIPAL COURT**
J. Franklin, Magistrate/Clerk
7/2/13 Date Served

## SECTION A
**Alias Warrants - COURT OFFENSES ONLY** (Defendant MUST Post Bail of Any Form)

| Case Number | UTTC Number | Charge Description | Bond Amount |
|---|---|---|---|
| 1 2011TRT007985 | V3476907 | DRIVING WHILE SUSPENDED 1day | $500.00 |
| 2 2013TRT042422 | V6400444 | DWS 1day | |

## SECTION B
**Alias Warrants - NON-COURT OFFENSES** (Defendant MAY Post Bail of Any Form *or Simply Pay the Fine & Cost Shown*)

| Case Number | UTTC Number | Charge Description | Bond Amount | Fine & Cost |
|---|---|---|---|---|
| 1 2011TRT056458 | N4205426 | NO INSURANCE 1day | $500.00 | $633.00 |
| 2 2011TRT007987 | V3476909 | NO CHILD RESTRAINT 1day | $500.00 | $308.00 |
| 3 2011TRT007986 | V3476908 | NO INSURANCE 1day cc | $500.00 | $633.00 |
| 4 2013TRT042420 | V6400442 | Improper No Tail Lights 1day cc | | |
| 5 2013TRT042421 | V6400443 | No Proof of Insurance 1day cc | | |

## SECTION C
**Capias Warrants - MANDATORY FINE** ($500 Cash Bail Only - Or Defendant MUST Pay Out All Fines And Court Costs)

| Case Number | UTTC Number | Charge Description | Cash Bond Amt | Fine & Cost |
|---|---|---|---|---|
| 1 2004CRA000391A | | FALSE STATEMENT | 407 $500.00 | $634.00 |
| 2 2006TRT012376 | M8807049 | DRIVING WHILE SUSPENDED | 619 $500.00 | $910.00 |
| 3 2006TRT012375 | M8807048 | DRIVING WHILE SUSPENDED | 169 $500.00 | $325.00 |
| 4 2001TRT029275 | M3406024 | NO DRIVER LICENSE | 222 $500.00 | $685.00 |
| 5 2008TRT064789 | N2099249 | NO INSURANCE | $500.00 | 169 $290.00 |
| 6 2010TRT023050 | N3586539 | DRIVING WHILE SUSPENDED | 295 $500.00 | $450.00 |
| 7 2010TRT023051 | N3586540 | NO CHILD RESTRAINT | 170 $500.00 | $207.00 |
| 8 2008TRT064788 | N2099248 | NO DRIVER LICENSE | 219 $500.00 | $361.00 |
| 9 2001TRT009552 | M2360102 | NO DRIVER LICENSE | $500.00 | 214 $341.00 |
| 10 2002TRT036427 | M3454330 | IMPROPER LIGHTS | 66 $500.00 | $197.00 |

JUL 2013
COMMUTE TO DAYS

**TO THE WARDEN OF THE MONTGOMERY CITY JAIL** SUMMARY - DEFENDANT MAY BE RELEASE AS FOLLOWS:

DEFENDANT **MUST** POST BOND **OF ANY TYPE** IN THE AMOUNT OF ........ $500.00
-AND/OR-
DEFENDANT **MAY** PAY FINES AND COSTS OF ..... $1,574.00   **OR MAY** POST BOND **OF ANY TYPE** IN THE AMOUNT OF ..... $1,500.00
-AND/OR-
DEFENDANT **MUST** PAY FINES AND COSTS OF ..... ($4,186.00)   **OR MUST POST CASH BOND** IN THE AMOUNT OF ............... $5,000.00

(TOTAL PAYABLE): $5,760.00

83 Days

COURT 009472

Defendant's Name: MCCULLOUGH, ANGELA
Social Security Number: [redacted]
DOB: [redacted]   Sex: M   Race: B

MONTGOMERY MUNICIPAL COURT
J. Markler  Magistrate/Clerk
7/2/13  Date Served

## SECTION A
**Alias Warrants - COURT OFFENSES ONLY** (Defendant **MUST** Post Bail of Any Form)

| # | Case Number | UTTC Number | Charge Description | Bond Amount |
|---|---|---|---|---|
| 1 | 2011TRT007985 | V3476907 | DRIVING WHILE SUSPENDED | $500.00 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

## SECTION B
**Alias Warrants - NON-COURT OFFENSES** (Defendant **MAY** Post Bail of Any Form *or Simply Pay the Fine & Cost Shown*)

| # | Case Number | UTTC Number | Charge Description | Bond Amount | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2011TRT056458 | N4205426 | NO INSURANCE | $500.00 | $633.00 |
| 2 | 2011TRT007987 | V3476909 | NO CHILD RESTRAINT | $500.00 | $308.00 |
| 3 | 2011TRT007986 | V3476908 | NO INSURANCE | $500.00 | $633.00 |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

## SECTION C
**Capias Warrants - MANDATORY FINE ($500 Cash Bail Only - Or Defendant MUST Pay Out All Fines And Court Costs)**

| # | Case Number | UTTC Number | Charge Description | Cash Bond Amt | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2004CRA000391A | | FALSE STATEMENT | $500.00 | $634.00 |
| 2 | 2006TRT012376 | M8807049 | DRIVING WHILE SUSPENDED | $500.00 | $910.00 |
| 3 | 2006TRT012375 | M8807048 | DRIVING WHILE SUSPENDED | $500.00 | $325.00 |
| 4 | 2001TRT029275 | M3406024 | NO DRIVER LICENSE | $500.00 | $365.00 |
| 5 | 2008TRT064789 | N2099249 | NO INSURANCE | $500.00 | $296.00 |
| 6 | 2010TRT023050 | N3586539 | DRIVING WHILE SUSPENDED | $500.00 | $460.00 |
| 7 | 2010TRT023051 | N3586540 | NO CHILD RESTRAINT | $500.00 | $297.00 |
| 8 | 2008TRT064788 | N2099248 | NO DRIVER LICENSE | $500.00 | $361.00 |
| 9 | 2001TRT009552 | M2360102 | NO DRIVER LICENSE | $500.00 | $341.00 |
| 10 | 2002TRT036427 | M3454330 | IMPROPER LIGHTS | $500.00 | $197.00 |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

**TO THE WARDEN OF THE MONTGOMERY CITY JAIL: SUMMARY - DEFENDANT MAY BE RELEASE AS FOLLOWS:**

DEFENDANT **MUST** POST BOND **OF ANY TYPE** IN THE AMOUNT OF ........ $500.00
-AND/OR-
DEFENDANT **MAY** PAY FINES AND COSTS OF ...... $1,574.00   OR **MAY** POST BOND **OF ANY TYPE** IN THE AMOUNT OF ...... $1,500.00
-AND/OR-
DEFENDANT **MUST** PAY FINES AND COSTS OF ...... $4,186.00   OR **MUST** POST CASH BOND IN THE AMOUNT OF ...... $5,000.00

(TOTAL PAYABLE): **$5,760.00**

COURT 009470

**Defendant's Name:** MCCULLOUGH, ANGELA
**Social Security Number:** [redacted]
**DOB:** [redacted]   **Sex:** M   **Race:** B

**MONTGOMERY MUNICIPAL COURT**
J. Franklin — Magistrate/Clerk
7/2/13 — Date Served

## SECTION A
**Alias Warrants - COURT OFFENSES ONLY** (Defendant MUST Post Bail of Any Form)

| # | Case Number | UTTC Number | Charge Description | Bond Amount |
|---|---|---|---|---|
| 1 | 2011TRT007985 | V3476907 | DRIVING WHILE SUSPENDED 1day ✓ | $500.00 |
| 2 | 2013TRT042422 | V6400444 | DWS 1day ✓ | |

## SECTION B
**Alias Warrants - NON-COURT OFFENSES** (Defendant MAY Post Bail of Any Form or Simply Pay the Fine & Cost Shown)

| # | Case Number | UTTC Number | Charge Description | Bond Amount | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2011TRT056458 | N4205426 | NO INSURANCE 1day ✓ | $500.00 | $633.00 |
| 2 | 2011TRT007987 | V3476909 | NO CHILD RESTRAINT 1day ✓ | $500.00 | $308.00 |
| 3 | 2011TRT007986 | V3476908 | NO INSURANCE 1day <cc | $500.00 | $633.00 |
| 4 | 2013TRT042420 | V6400442 | Improper No Tail Lights 1day <cc ✓ | | |
| 5 | 2013TRT042421 | V6400443 | No Proof of Insurance 1day <cc ✓ | | |

## SECTION C
**Capias Warrants - MANDATORY FINE** ($500 Cash Bail Only - Or Defendant MUST Pay Out All Fines And Court Costs)

| # | Case Number | UTTC Number | Charge Description | Cash Bond Amt | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2004CRA000391A | | FALSE STATEMENT | 407  $500.00 | $624.00 |
| 2 | 2006TRT012376 | M8807049 | DRIVING WHILE SUSPENDED | 619  $500.00 | $910.00 |
| 3 | 2006TRT012375 | M8807048 | DRIVING WHILE SUSPENDED | 169  $500.00 | $225.00 |
| 4 | 2001TRT029275 | M3406024 | NO DRIVER LICENSE | 222  $500.00 | $905.00 |
| 5 | 2008TRT064789 | N2099249 | NO INSURANCE | $500.00 | 169  $200.00 |
| 6 | 2010TRT023050 | N3586539 | DRIVING WHILE SUSPENDED | 295  $500.00 | $460.00 |
| 7 | 2010TRT023051 | N3586540 | NO CHILD RESTRAINT | 170  $500.00 | $007.00 |
| 8 | 2008TRT064788 | N2099248 | NO DRIVER LICENSE | 219  $500.00 | $361.00 |
| 9 | 2001TRT009552 | M2360102 | NO DRIVER LICENSE | $500.00 | 214  $341.00 |
| 10 | 2002TRT036427 | M3454330 | IMPROPER LIGHTS | 606  $500.00 | $107.00 |

JUL 2013
COMMUTE TO DAYS

**SUMMARY - DEFENDANT MAY BE RELEASE AS FOLLOWS:**

DEFENDANT **MUST** POST BOND **OF ANY TYPE** IN THE AMOUNT OF ........ **$500.00**
-AND/OR-
DEFENDANT **MAY** PAY FINES AND COSTS OF ...... **$1,574.00** OR MAY POST BOND **OF ANY TYPE** IN THE AMOUNT OF ........ **$1,500.00**
-AND/OR-
DEFENDANT **MUST** PAY FINES AND COSTS OF (**$4,186.00**) OR **MUST POST CASH BOND** IN THE AMOUNT OF ........ **$5,000.00**

(TOTAL PAYABLE): **$5,760.00**

83 Days

COURT 009480