| State of Alabama<br>Unified Judicial System<br>Form C-42    Rev. 6/88 | **ORDER OF RELEASE FROM JAIL** | Booking Number<br>2013-6648 |
|---|---|---|

IN THE    __MUNICIPALITY__    COURT OF    __MONTGOMERY__ , ALABAMA
(Circuit, District, or Municipal)      (Name of Municipality or County)

☐ STATE OF ALABAMA

☒ MUNICIPALITY OF <u>CITY OF MONTGOMERY</u> v.    ANGELA M MCCULLOUGH

TO THE JAILER WITH CUSTODY OF THE DEFENDANT:

You are hereby ordered to release from custody the above-named defendant.

Reason(s) for Release    DEFENDANT SERVED 4 DAYS MANDATORY; DEFENDANT GIVEN CREDIT FOR 17 DAYS; BALANCE OF $1350.00 PAID IN FULL.

Date: 07/22/2013 @ 2032     *Tiffany Franklin*     By: <u>TIFFANY FRANKLIN</u>
                                       Judge/Clerk

COURT RECORD (Original)      JAILER (Copy)      DEFENDANT (Copy)

DEFENDANT'S EXHIBIT 44

City SJM Ex. 71

COURT 009340