Jail

# IN THE MUNICIPAL COURT OF MONTGOMERY, AL

CITY OF MONTGOMERY, AL
VS.
Muncils, christopher
DEFENDANT

## ORDER OF PROBATION

NOW ON THIS DAY, by virtue of the authority vested in me as a Municipal Court Judge pursuant to Section 12-14-13, Code of Alabama, 1975, as supplemented and amended, I hereby order the:

(X) Imposition of sentence   (X) Payment of Fine /Restitution   (X) Payment of Court Costs
and that the Defendant be placed on probation for 24 months or until 11 day of October 20 13, upon the following conditions.

(1) You will make a full and truthful report to your Probation Officer as instructed.
(2) You will pay Judicial Correction Services, Inc. $40.00 for each month on probation, unless all conditions are satisfied within 7 days. You will pay a one time $10.00 file set up charge.
(3) You will not change your residence or employment without first notifying your Probation Officer.
(4) You will avoid injurious or vicious habits and not violate any law(s) during said term of probation.
(5) You will not use illegal intoxicants or alcohol; nor will you visit places where intoxicants, drugs, or other dangerous substances are sold, dispensed or used. ( ) Applicable if checked.
(6) You will work diligently at a lawful occupation, unless a full time student.
(7) You will promptly and truthfully answer all inquiries directed to you by the Court Referral Officer, Court Clerk, or Probation Officer and comply with all instruction he/she may give you.
10TRTSS135 pending
(8) You will pay Fines & Costs totaling $ 3,349 at the rate of $ 190 per month. 176

| Case No. | Offense | Fine | Costs | Total | Jail Time (days) |
|---|---|---|---|---|---|
| 10TRT42210 | DWR | | | 277 | |
| 10TRT08813a | DWR | | | 277 | |
| 10TRT08813A | NPI | | | 206 | |
| 11TRT28157 | NOO | | | 231 | |
| 11TRT28158 | No seat belt | | | 53 | |
| 10TRT08813A | No seat belt | | | 53 | |

(9) You will make reparation or restitution for damages or loss caused by this offense to the victim in the following sum:
10TRT03116 DWR       887
09TRT10190 NPI    Sum-$ 312
(10) You will complete Jail Time as ordered and noted above. Jail time is hereby ordered: 09TRT10159 DWR 887
( ) To Serve   ( ) Suspended upon successful completion of probation.
(11) You will complete the following education course(s) and/or programs:
( ) Court Referral Program   ( ) Domestic Violence Awareness   ( ) Obtain GED
( ) Other: _____

(12) ( ) Return to court on: _____ to show completion of: ( ) Driving School ( ) CRO Program
( ) Other _____

(13) Other _____

The Court may at any time modify any conditions of your probation, change or extend probation, discharge defendant or revoke probation. You are subject to arrest for violation of any condition imposed by this order, and your probation may be revoked accordingly.

Signed this the 11 day of October 20 11.   _____
HONORABLE KAREN KNIGHT
MONTGOMERY, AL MUNICIPAL COURT JUDGE

I have counsel or have waived my right to counsel for all proceedings to this date and have received a copy of this ORDER.
JCS (334) 262-0558
Signed _____ Date 1/20/11  Probation Officer _____

Comments: _____   First Appointment _____

For JCS use only: ☐ Consecutive Case   ☐ Data Entry   ☐ Amended Order   ☐ Adjudication


DEFENDANT'S EXHIBIT 80

City SJM Ex. 74

COURT 005823