# Municipal Court of Montgomery, AL

Municipal Court of Montgomery, AL
vs.
CHRISTOPHER L. MOONEY SR
5968 GUY CT
MONTGOMERY, AL 36116
DOB: ███

Case # 09TRT101899, 09TRT101900, 10TRT031116, 10TRT083734, 10TRT088735, 10TRT088736, 10TRT088737, 10TRT42210, 11TRT28157, 11TRT28158

## Petition for Revocation of Probation and Statement of Delinquency Charges

TO: Karen Knight, Judge of the Municipal Court of Montgomery, AL, comes now _____, in his/her capacity as City Prosecutor and will respectfully show unto the Court as follows:

I. On or about the 11th day of October, 2011 the above named defendant was placed on probation by this Honorable Court, pursuant to 15-22-24, Code of Alabama, 1975, as supplemented and amended, for a period of 24 months for the offense of
**4 cnts of Driving While License Revoked, 2 cnts of NPI, 2 cnts of No Seat Belt, Speeding, No DL**

II. That in conjunction with the grant of probation to the defendant by this Honorable Court, a written statement of the conditions of said probation was signed and executed by the Defendant and the Defendant was specifically instructed regarding the special provisions of said probation by **Judge Karen Knight**

III. That subsequent to the time that Defendant was placed on probation by this Honorable Court, he/she has failed to:

Report to the probation agent as directed:
10/25/2011, 11/28/2011, 12/23/2011, 1/6/2012, 1/10/2012, 1/26/2012, 2/3/2012, 2/7/2012, 2/9/2012, 2/27/2012, 4/28/2012, 5/1/2012, 5/3/2012, 5/11/2012, 5/21/2012, 5/23/2012, 5/29/2012, 6/6/2012

Make payments of fines, costs, restitution and other court ordered monies:   Due $2,739.00
Pay a monthly probation fee of $40 to the probation agent while on supervised probation: Due $120.00
Total Due  $2,859.00

Based on the investigation of the undersigned and the information received therefrom, your Petitioner verily believes that the Defendant has violated one or more of the written conditions of probation entered into between him/her and this Court and that this Court should hold a hearing, after proper notice to Defendant to determine whether or not the Defendant's probation should be revoked.

WHEREFORE, your Petitioner respectfully requests that the probation of the Defendant be revoked and that this Honorable Court issue a warrant for the arrest of said Defendant, if necessary, and that said Defendant be brought before this Honorable Court for a hearing to determine whether or not the Defendant's probation should be revoked and the Defendant be required to serve the full sentence heretofore imposed.

_____   _____
City Prosecutor                          Probation Agent - 6/21/2012

### ORDER

It appears to the Court that a Petition for Revocation of Probation and Statement of Delinquency Charges having been filed in the Municipal Court of Montgomery, AL, a copy of which is attached hereto and incorporated herein by reference, and the Court having reviewed said Petition, is of the opinion that a hearing should be held to determine whether or not the Defendant-Probationer is in violation of the terms of his/her probation as charged in said Petition.

NOW, THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that a Revocation Hearing be set before this Court to determine if the Defendant-Probationer has violated the terms of his/her probation and as a result should, therefore, have the period of his/her probationary sentence revoked and the original sentence of the Court imposed.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that a true copy of this Petition, together with the conditions of probation and all other relevant documents in the case be served upon the above named Defendant. Consider this order suspending time on this case until a resolution is decided.

_____   Court Date: 7/27/2012
Municipal Court Judge

_____   _____
Court Clerk / Magistrate       Date

JCS ID:543016-2099791-TIWILLIAMS


DEFENDANT'S EXHIBIT 86

City SJM Ex. 75

COURT 005788