MANDATORY TIME RELEASE DATE: _____  
COMMUTED TIME RELEASE DATE: _____

THIS REPORT CREATED:  
5/9/2013 3:05 PM  
REVISION #:

TRANSCRIPT PREPARED BY: B. MCMILLIAN

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 5/8/2013 3:57 PM   BOOKING #: 2013-004612

NAME: CHRISTOPHER MOONEY  
RACE: B        SEX: M        DOB: ███        SSN: ███  
ADDRESS: 5968 GUY CT    MONTG, AL 36116

| | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | DRIVING W/ REVOKED | 2011TRT060243 | 1 DAY |
| 2 | DRIVING W/ REVOKED | 2012TRT064333 | 09/10/2013 TO PAY $262.00 |
| 3 | SEAT BELT VIOLATION | 2012TRT050481 | 09/10/2013 TO PAY $73.00 |
| 4 | NO PROOF OF INSURANCE | 2012TRT064334 | 09/10/2013 TO PAY $262.00 |
| 5 | RUNNING STOP SIGN | 2012TRT072154 | 1 DAY CC |
| 6 | NO PROOF OF INSURANCE | 2012TRT072155 | 09/10/2013 TO PAY $312.00 |
| 7 | DRIVING W/ REVOKED | 2009TRT101899 | COMMUTED ON $295.00 |
| 8 | NO PROOF OF INSURANCE | 2009TRT101900 | COMMUTED ON $179.00 |
| 9 | DRIVING W/ REVOKED | 2010TRT031116 | COMMUTED ON $629.00 |
| 10 | DRIVING W/ REVOKED | 2010TRT042210 | COMMUTED ON $250.00 |
| 11 | SEAT BELT VIOLATION | 2010TRT088734 | COMMUTED ON $26.00 |
| 12 | SPEEDING | 2010TRT088735 | COMMUTED ON $149.00 |
| 13 | DRIVING W/ REVOKED | 2010TRT088736 | COMMUTED ON $250.00 |
| 14 | NO PROOF OF INSURANCE | 2010TRT088737 | COMMUTED ON $179.00 |
| 15 | NO DRIVERS LICENSE | 2011TRT028157 | COMMUTED ON $204.00 |


DEFENDANT'S EXHIBIT 87

City SJM Ex. 76

COURT 005909