IN THE MUNICIPAL COURT OF MONTGOMERY, AL

CITY OF MONTGOMERY, AL
VS
DEFENDANT: Agee, Levon

### ORDER OF PROBATION

NOW ON THIS DAY, by virtue of the authority vested in me as a Municipal Court Judge pursuant to Section 12-14-13, Code of Alabama, 1975, as supplemented and amended, I hereby order the:

(X) Imposition of sentence  (X) Payment of Fine/Restitution  (X) Payment of Court Costs
and that the Defendant be placed on probation for 24 months or until 31 day of Aug 20 12 upon the following conditions.

(1) You will make a full and truthful report to your Probation Officer as instructed.
(2) You will pay Judicial Correction Services, Inc. $40.00 for each month on probation, unless all conditions are satisfied within 7 days. You will pay a one time $10.00 file set up charge.
(3) You will not change your residence or employment without first notifying your Probation Officer.
(4) You will avoid injurious or vicious habits and not violate any law(s) during said term of probation.
(5) You will not use illegal intoxicants or alcohol; nor will you visit places where intoxicants, drugs, or other dangerous substances are sold, dispensed or used. ( ) Applicable if checked.
(6) You will work diligently at a lawful occupation, unless a full time student.
(7) You will promptly and truthfully answer all inquiries directed to you by the Court Referral Officer, Court Clerk, or Probation Officer and comply with all instruction he/she may give you.
(8) You will pay Fines & Costs totaling 2365 at the rate of 140 per month.

| Case No. | Offense | Fine | Costs | Total | Jail Time (days) |
|---|---|---|---|---|---|
| 09MFT02108270 | alter | | | | |
| 10MFT038836 | obstructed view | | | 176 | |
| 78MFT049347 | No DL | | | 231 | |
| 08MFT049306 | imp. equip | | | 176 | |

(9) You will make reparation or restitution for damage or loss caused by this offense to the victim in the following sum:
Victim _____ Sum $ _____
(10) You will complete Jail Time as ordered and noted above. Jail time is hereby ordered:
( ) To Serve  ( ) Suspended upon successful completion of probation.
(11) You will complete the following education course(s) and/or programs:
( ) Court Referral Program  ( ) Domestic Violence Awareness  ( ) Obtain GED
( ) Other: _____
(12) ( ) Return to court on: _____ to show completion of: ( ) Driving School ( ) CRO Program
( ) Other _____
(13) Other _____

The Court may at any time modify any conditions of your probation, change or extend probation, discharge defendant or revoke probation. You are subject to arrest for violation of any condition imposed by this order, and your probation may be revoked accordingly.

Signed this the 31 day of Aug, 20 10

HONORABLE KAREN KNIGHT
MONTGOMERY, AL MUNICIPAL COURT JUDGE

I have counsel or have waived my right to counsel for all proceedings to this date and have received a copy of this ORDER.

Signed: Levon Agee    Date: 8/31/10    Probation Officer: Branum    JCS (334) 262-0558

Comments: _____    First Appointment: 9/14/10 @ 1:00

For JCS use only: ☐ Consecutive Case  ☐ Data Entry  ☐ Amended Order  ☐ Adjudication

COURT 004272

City SJM Ex. 83

## IN THE MUNICIPAL COURT OF MONTGOMERY, AL

CITY OF MONTGOMERY, AL
VS
_Agee, Levon_
DEFENDANT

### ORDER OF PROBATION

NOW ON THIS DAY, by virtue of the authority vested in me as a Municipal Court Judge pursuant to Section 12-14-13, Code of Alabama, 1975, as supplemented and amended, I hereby order the:

( X ) Imposition of sentence   (X) Payment of Fine/Restitution   (X) Payment of Court Costs
and that the Defendant be placed on probation for _24_ months or until _31_ day of _Aug_ 20 _12_ upon the following conditions.

(1) You will make a full and truthful report to your Probation Officer as instructed.
(2) You will pay Judicial Correction Services, Inc. $40.00 for each month on probation, unless all conditions are satisfied within 7 days. You will pay a one time $10.00 file set up charge.
(3) You will not change your residence or employment without first notifying your Probation Officer.
(4) You will avoid injurious or vicious habits and not violate any law(s) during said term of probation.
(5) You will not use illegal intoxicants or alcohol; nor will you visit places where intoxicants, drugs, or other dangerous substances are sold, dispensed or used. ( ) Applicable if checked.
(6) You will work diligently at a lawful occupation, unless a full time student.
(7) You will promptly and truthfully answer all inquiries directed to you by the Court Referral Officer, Court Clerk, or Probation Officer and comply with all instruction he/she may give you.

(8) You will pay Fines & Costs totaling _2305_ at the rate of _140_ per month.

| Case No. | Offense | Fine | Costs | Total | Jail Time (days) |
|---|---|---|---|---|---|
| 020109272 | DUI | | | | |
| 038336 | obstructed view | | | 176 | |
| 049347 | No DL | | | 231 | |
| 049366 | imp. equip. | | | 176 | |

(9) You will make reparation or restitution for damage or loss caused by this offense to the victim in the following sum:
Victim _____ Sum $ _____
(10) You will complete Jail Time as ordered and noted above. Jail time is hereby ordered:
( ) To Serve   ( ) Suspended upon successful completion of probation.
(11) You will complete the following education course(s) and/or programs:
( ) Court Referral Program   ( ) Domestic Violence Awareness   ( ) Obtain GED
( ) Other: _____

(12) ( ) Return to court on: _____ to show completion of: ( ) Driving School ( ) CRO Program
                                                              ( ) Other _____
(13) Other _____

The Court may at any time modify any conditions of your probation, change or extend probation, discharge defendant or revoke probation. **You are subject to arrest for violation of any condition imposed by this order, and your probation may be revoked accordingly.**
Signed this the _31_ day of _Aug_, 20 _10_

HONORABLE KAREN KNIGHT
MONTGOMERY, AL MUNICIPAL COURT JUDGE

I have counsel or have waived my right to counsel for all proceedings to this date and have received a copy of this ORDER.

JCS (334) 262-0558
Signed _Levon Agee_   Date _8/31/10_   Probation Officer _Brannum_

Comments: _____   First Appointment _9/14/10 @ 1:10_

For JCS use only: ☐ Consecutive Case   ☑ Data Entry   ☐ Amended Order   ☐ Adjudication

IN THE MUNICIPAL COURT OF MONTGOMERY, AL



CITY OF MONTGOMERY, AL
VS
Agee, Levon
DEFENDANT

## ORDER OF PROBATION

NOW ON THIS DAY, by virtue of the authority vested in me as a Municipal Court Judge pursuant to Section 12-14-13, Code of Alabama, 1975, as supplemented and amended, I hereby order the:
( X ) Imposition of sentence   ( X ) Payment of Fine /Restitution   ( X ) Payment of Court Costs
and that the Defendant be placed on probation for 24 months or until 31 day of Aug 20 12
upon the following conditions.

(1) You will make a full and truthful report to your Probation Officer as instructed.
(2) You will pay Judicial Correction Services, Inc. $40.00 for each month on probation, unless all conditions are satisfied within 7 days. You will pay a one time $10.00 file set up charge.
(3) You will not change your residence or employment without first notifying your Probation Officer.
(4) You will avoid injurious or vicious habits and not violate any law(s) during said term of probation.
(5) You will not use illegal intoxicants or alcohol; nor will you visit places where intoxicants, drugs, or other dangerous substances are sold, dispensed or used.  ( ) Applicable if checked.
(6) You will work diligently at a lawful occupation, unless a full time student.
(7) You will promptly and truthfully answer all inquiries directed to you by the Court Referral Officer, Court Clerk, or Probation Officer and comply with all instruction he/she may give you.
(8) You will pay Fines & Costs totaling  See pg 1  at the rate of _____ per month.

| Case No. | Offense | Fine | Costs | Total | Jail Time (days) |
|---|---|---|---|---|---|
| 09TA 086579 | speeding | | | 149 | |
| 09TA 078029 | run stop sign | | | 176 | |
| 08TA 064579 | No DL | | | 231 | |
| 08TA 026826 | Dr w/ susp | | | 279 | |

(9) You will make reparation or restitution for damage or loss caused by this offense to the victim in the following sum:
Victim _____ Sum $ _____
(10) You will complete Jail Time as ordered and noted above. Jail time is hereby ordered:
( ) To Serve   ( ) Suspended upon successful completion of probation.
(11) You will complete the following education course(s) and/or programs:
( ) Court Referral Program  ( ) Domestic Violence Awareness  ( ) Obtain GED
( ) Other: _____
(12) ( ) Return to court on: _____ to show completion of: ( ) Driving School ( ) CRO Program
( ) Other _____
(13) Other _____

The Court may at any time modify any conditions of your probation, change or extend probation, discharge defendant or revoke probation. You are subject to arrest for violation of any condition imposed by this order, and your probation may be revoked accordingly.
Signed this the 31 day of Aug, 20 10.
_____
HONORABLE KAREN KNIGHT
MONTGOMERY, AL MUNICIPAL COURT JUDGE

I have counsel or have waived my right to counsel for all proceedings to this date and have received a copy of this ORDER.
JCS (334) 262-0558
Signed Kevin Agee  Date 8/31/10  Probation Officer Branum

Comments: _____   First Appointment 9/14/10 @ 1:w

For JCS use only:  ☐ Consecutive Case   ☐ Data Entry   ☐ Amended Order   ☐ Adjudication

COURT 004271

## IN THE MUNICIPAL COURT OF MONTGOMERY, AL

CITY OF MONTGOMERY, AL
VS _Agee, Levon_
DEFENDANT

### ORDER OF PROBATION

NOW ON THIS DAY, by virtue of the authority vested in me as a Municipal Court Judge pursuant to Section 12-14-13, Code of Alabama, 1975, as supplemented and amended, I hereby order the:

( X ) Imposition of sentence  (X) Payment of Fine /Restitution  (X) Payment of Court Costs and that the Defendant be placed on probation for _24_ months or until _31_ day of _Aug_ 20_12_ upon the following conditions.

(1) You will make a full and truthful report to your Probation Officer as instructed.
(2) You will pay Judicial Correction Services, Inc. $40.00 for each month on probation, unless all conditions are satisfied within 7 days. You will pay a one time $10.00 file set up charge.
(3) You will not change your residence or employment without first notifying your Probation Officer.
(4) You will avoid injurious or vicious habits and not violate any law(s) during said term of probation.
(5) You will not use illegal intoxicants or alcohol; nor will you visit places where intoxicants, drugs, or other dangerous substances are sold, dispensed or used.  ( ) Applicable if checked.
(6) You will work diligently at a lawful occupation, unless a full time student.
(7) You will promptly and truthfully answer all inquiries directed to you by the Court Referral Officer, Court Clerk, or Probation Officer and comply with all instruction he/she may give you.

(8) You will pay Fines & Costs totaling _$___ at the rate of _____ per month.

| Case No. | Offense | Fine | Costs | Total | Jail Time (days) |
|---|---|---|---|---|---|
| 086579 | speeding | | | 149 | |
| 078029 | run stop sign | | | 176 | |
| 064579 | no DL | | | 231 | |
| 026826 | dr w/ sus | | | 279 | |

(9) You will make reparation or restitution for damage or loss caused by this offense to the victim in the following sum:

Victim _____  Sum $ _____

(10) You will complete Jail Time as ordered and noted above. Jail time is hereby ordered:
( ) To Serve   ( ) Suspended upon successful completion of probation.
(11) You will complete the following education course(s) and/or programs:
( ) Court Referral Program   ( ) Domestic Violence Awareness   ( ) Obtain GED
( ) Other: _____

(12) ( ) Return to court on: _____ to show completion of: ( ) Driving School  ( ) CRO Program
( ) Other _____

(13) Other _____

The Court may at any time modify any conditions of your probation, change or extend probation, discharge defendant or revoke probation. **You are subject to arrest for violation of any condition imposed by this order, and your probation may be revoked accordingly.**

Signed this the _31_ day of _Aug_, 20_10_.

HONORABLE KAREN KNIGHT
MONTGOMERY, AL MUNICIPAL COURT JUDGE

I have counsel or have waived my right to counsel for all proceedings to this date and have received a copy of this ORDER.

JCS (334) 262-0558

Signed _Levon Agee_   Date _8/31/10_   Probation Officer _Brannum_

Comments: _____   First Appointment _9/14/10 @ 1:w_

For JCS use only:  ☐ Consecutive Case  ☒ Data Entry  ☐ Amended Order  ☐ Adjudication

③

# IN THE MUNICIPAL COURT OF MONTGOMERY, AL

CITY OF MONTGOMERY, AL.
VS
_Agee, Levon_
DEFENDANT

## ORDER OF PROBATION

NOW ON THIS DAY, by virtue of the authority vested in me as a Municipal Court Judge pursuant to Section 12-14-13, Code of Alabama, 1975, as supplemented and amended, I hereby order the:

( X ) Imposition of sentence   (X) Payment of Fine /Restitution   (X) Payment of Court Costs
and that the Defendant be placed on probation for __21__ months or until __31__ day of __Aug__ 20 __12__, upon the following conditions.

(1) You will make a full and truthful report to your Probation Officer as instructed.
(2) You will pay Judicial Correction Services, Inc. $40.00 for each month on probation, unless all conditions are satisfied within 7 days. You will pay a one time $10.00 file set up charge.
(3) You will not change your residence or employment without first notifying your Probation Officer.
(4) You will avoid injurious or vicious habits and not violate any law(s) during said term of probation.
(5) You will not use illegal intoxicants or alcohol; nor will you visit places where intoxicants, drugs, or other dangerous substances are sold, dispensed or used. ( ) Applicable if checked.
(6) You will work diligently at a lawful occupation, unless a full time student.
(7) You will promptly and truthfully answer all inquiries directed to you by the Court Referral Officer, Court Clerk, or Probation Officer and comply with all instruction he/she may give you.
(8) You will pay Fines & Costs totaling __See pg__ at the rate of _____ per month.

| Case No. | Offense | Fine | Costs | Total | Jail Time (days) |
|---|---|---|---|---|---|
| 09TA 086528 | DV w/5450 | | | 279 | |
| 10TA 038837 | No seat belt | | | 231 | |
| 10TA 038839 | No DL | | | 231 | |
| 10TA 038838 | No ins | | | 206 | |

(9) You will make reparation or restitution for damage or loss caused by this offense to the victim in the following sum:
Victim _____   Sum $ _____
(10) You will complete Jail Time as ordered and noted above. Jail time is hereby ordered:
( ) To Serve   ( ) Suspended upon successful completion of probation.
(11) You will complete the following education course(s) and/or programs:
( ) Court Referral Program   ( ) Domestic Violence Awareness   ( ) Obtain GED
( ) Other: _____
(12) ( ) Return to court on: _____ to show completion of: ( ) Driving School ( ) CRO Program
( ) Other _____
(13) Other _____

The Court may at any time modify any conditions of your probation, change or extend probation, discharge defendant or revoke probation. You are subject to arrest for violation of any condition imposed by this order, and your probation may be revoked accordingly.
Signed this the __31__ day of __Aug__, 20 __10__.

HONORABLE KAREN KNIGHT
MONTGOMERY, AL MUNICIPAL COURT JUDGE

I have counsel or have waived my right to counsel for all proceedings to this date and have received a copy of this ORDER.
JCS (334) 262-0558
Signed _Levon Agee_   Date _8/31/10_   Probation Officer _Branum_

First Appointment _9/14/10 @ 1:00_

Comments: _____

For JCS use only:  ☐ Consecutive Case   ☐ Data Entry   ☐ Amended Order   ☐ Adjudication

COURT 004270

③

## IN THE MUNICIPAL COURT OF MONTGOMERY, AL

**CITY OF MONTGOMERY, AL**
**VS** Agee, Levin
**DEFENDANT**

### ORDER OF PROBATION

NOW ON THIS DAY, by virtue of the authority vested in me as a Municipal Court Judge pursuant to Section 12-14-13, Code of Alabama, 1975, as supplemented and amended, I hereby order the:

( X ) Imposition of sentence  ( X ) Payment of Fine /Restitution  ( X ) Payment of Court Costs
and that the Defendant be placed on probation for 24 months or until 31 day of Aug 20 12, upon the following conditions.

(1) You will make a full and truthful report to your Probation Officer as instructed.
(2) You will pay Judicial Correction Services, Inc. $40.00 for each month on probation, unless all conditions are satisfied within 7 days. You will pay a one time $10.00 file set up charge.
(3) You will not change your residence or employment without first notifying your Probation Officer.
(4) You will avoid injurious or vicious habits and not violate any law(s) during said term of probation.
(5) You will not use illegal intoxicants or alcohol; nor will you visit places where intoxicants, drugs, or other dangerous substances are sold, dispensed or used. ( ) Applicable if checked.
(6) You will work diligently at a lawful occupation, unless a full time student.
(7) You will promptly and truthfully answer all inquiries directed to you by the Court Referral Officer, Court Clerk, or Probation Officer and comply with all instruction he/she may give you.

(8) You will pay Fines & Costs totaling See ___ at the rate of ___ per month.

| Case No. | Offense | Fine | Costs | Total | Jail Time (days) |
|---|---|---|---|---|---|
| 076577 | DR. W/ SUSP |  |  | 279 |  |
| 038537 | NO SEAT BELT |  |  | 231 |  |
| 038739 | NO DL |  |  | 231 |  |
| 038838 | NO INS |  |  | 216 |  |

(09 ti, 10 ti, 11 ti, 12 ti notations in left margin)

(9) You will make reparation or restitution for damage or loss caused by this offense to the victim in the following sum:
Victim ___  Sum $ ___
(10) You will complete Jail Time as ordered and noted above. Jail time is hereby ordered:
( ) To Serve  ( ) Suspended upon successful completion of probation.
(11) You will complete the following education course(s) and/or programs:
( ) Court Referral Program  ( ) Domestic Violence Awareness  ( ) Obtain GED
( ) Other: ___

(12) ( ) Return to court on: ___ to show completion of: ( ) Driving School ( ) CRO Program
( ) Other ___
(13) Other ___

The Court may at any time modify any conditions of your probation, change or extend probation, discharge defendant or revoke probation. **You are subject to arrest for violation of any condition imposed by this order, and your probation may be revoked accordingly.**
Signed this the 31 day of Aug, 20 10.

HONORABLE KAREN KNIGHT
MONTGOMERY, AL MUNICIPAL COURT JUDGE

I have counsel or have waived my right to counsel for all proceedings to this date and have received a copy of this ORDER.

JCS (334) 262-0558
Signed ___  Date 8/31/10  Probation Officer Branum
Comments: ___  First Appointment 9/14/10 @ 1:00

For JCS use only:  ☐ Consecutive Case  ☐ Data Entry  ☒ Amended Order  ☐ Adjudication