MANDATORY TIME RELEASE DATE: \_\_\_\_\_
COMMUTED TIME RELEASE DATE: \_\_\_\_\_

THIS REPORT CREATED:
6/14/2013 1:35 PM
REVISION #:

TRANSCRIPT PREPARED BY: ATF, #014

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 6/13/2013 6:30 PM   BOOKING #: 2013-00005941

NAME: LEVON II AGEE
RACE: B   SEX: M   DOB: [redacted]   SSN: [redacted]
ADDRESS: 5774 CALMAR DR APT 2   MONTGOMERY, AL 36116

| # | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | [redacted] | [redacted] | [redacted] |
| 2 | NO INSURANCE | 08TRT026827 | COMMUTED ON $53.00 |
| 3 | IMPROPER HEADLIGHTS | 08TRT049366 | COMMUTED ON $149.00 |
| 4 | NO DRIVERS LICENSE | 08TRT049367 | COMMUTED ON $204.00 |
| 5 | NO DRIVERS LICENSE | 08TRT064579 | COMMUTED ON $204.00 |
| 6 | RUNNING STOP SIGN | 09TRT078029 | COMMUTED ON $149.00 |
| 7 | DRIVING WHILE SUSPENDED | 09TRT086578 | COMMUTED ON $279.00 |
| 8 | SPEEDING | 09TRT086579 | COMMUTED ON $149.00 |
| 9 | OBSTRUCTED WINDSHIELD | 10TRT038836 | COMMUTED ON $149.00 |
| 10 | NO SEATBELT | 10TRT038837 | COMMUTED ON $204.00 |
| 11 | NO INSURANCE | 10TRT038838 | COMMUTED ON $179.00 |
| 12 | NO DRIVERS LICENSE | 10TRT038839 | COMMUTED ON $213.00 |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |

DEFENDANT'S EXHIBIT 121

COURT 004226

City SJM Ex. 86

MANDATORY TIME RELEASE DATE: \_\_\_\_\_  
COMMUTED TIME RELEASE DATE: \_\_\_\_\_

THIS REPORT CREATED:  
6/14/2013 1:35 PM  
REVISION #:

TRANSCRIPT PREPARED BY: ATF, #014

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 6/13/2013 6:30 PM   BOOKING #: 2013-00005941

NAME: LEVON II AGEE  
RACE: B    SEX: M    DOB: ▉    SSN: ▉  
ADDRESS: 5774 CALMAR DR APT 2    MONTGOMERY, AL 36116

|  | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | DRIVING WHILE SUSPENDED | 08TRT026826 | COMMUTED ON $239.00 |
| 2 | ~~INSURANCE~~ | ~~(redacted)~~ | ~~COMMUTED~~ |
| 3 | IMPROPER HEADLIGHTS | 08TRT049366 | COMMUTED ON $149.00 |
| 4 | NO DRIVERS LICENSE | 08TRT049367 | COMMUTED ON $204.00 |
| 5 | NO DRIVERS LICENSE | 08TRT064579 | COMMUTED ON $204.00 |
| 6 | RUNNING STOP SIGN | 09TRT078029 | COMMUTED ON $149.00 |
| 7 | DRIVING WHILE SUSPENDED | 09TRT086578 | COMMUTED ON $279.00 |
| 8 | SPEEDING | 09TRT086579 | COMMUTED ON $149.00 |
| 9 | OBSTRUCTED WINDSHIELD | 10TRT038836 | COMMUTED ON $149.00 |
| 10 | NO SEATBELT | 10TRT038837 | COMMUTED ON $204.00 |
| 11 | NO INSURANCE | 10TRT038838 | COMMUTED ON $179.00 |
| 12 | NO DRIVERS LICENSE | 10TRT038839 | COMMUTED ON $213.00 |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |

COURT 004230

MANDATORY TIME RELEASE DATE: \_\_\_\_\_
COMMUTED TIME RELEASE DATE: \_\_\_\_\_

THIS REPORT CREATED:
6/14/2013 1:35 PM
REVISION #:

TRANSCRIPT PREPARED BY: ATF, #014

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 6/13/2013 6:30 PM   BOOKING #: 2013-00005941

NAME: LEVON II AGEE
RACE: B    SEX: M    DOB:    SSN:
ADDRESS: 5774 CALMAR DR APT 2    MONTGOMERY, AL 36116

| | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | DRIVING WHILE SUSPENDED | 08TRT026826 | COMMUTED ON $239.00 |
| 2 | NO INSURANCE | 08TRT026827 | COMMUTED ON $53.00 |
| 3 | IMPROPER HEADLIGHTS | 08TRT049366 | COMMUTED ON $149.00 |
| 4 | NO DRIVERS LICENSE | 08TRT049367 | COMMUTED ON $204.00 |
| 5 | NO DRIVERS LICENSE | 08TRT064579 | COMMUTED ON $204.00 |
| 6 | RUNNING STOP SIGN | 09TRT078029 | COMMUTED ON $149.00 |
| 7 | DRIVING WHILE SUSPENDED | 09TRT086578 | COMMUTED ON $279.00 |
| 8 | SPEEDING | 09TRT086579 | COMMUTED ON $149.00 |
| 9 | OBSTRUCTED WINDSHIELD | 10TRT038836 | COMMUTED ON $149.00 |
| 10 | NO SEATBELT | 10TRT038837 | COMMUTED ON $204.00 |
| 11 | NO INSURANCE | 10TRT038838 | COMMUTED ON $179.00 |
| 12 | NO DRIVERS LICENSE | 10TRT038839 | COMMUTED ON $213.00 |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |

COURT 004241

MANDATORY TIME RELEASE DATE: _____
COMMUTED TIME RELEASE DATE: _____

THIS REPORT CREATED:
6/14/2013 1:35 PM
REVISION #:

TRANSCRIPT PREPARED BY: ATF, #014

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 6/13/2013 6:30 PM   BOOKING #: 2013-00005941

NAME: LEVON II AGEE
RACE: B   SEX: M   DOB: ▮▮▮   SSN: ▮▮▮
ADDRESS: 5774 CALMAR DR APT 2   MONTGOMERY, AL 36116

| # | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | DRIVING WHILE SUSPENDED | 08TRT026826 | COMMUTED ON $239.00 |
| 2 | NO INSURANCE | 08TRT026827 | COMMUTED ON $53.00 |
| 3 | IMPROPER HEADLIGHTS | 08TRT049366 | COMMUTED ON $149.00 |
| 4 | NO DRIVERS LICENSE | 08TRT049367 | COMMUTED ON $204.00 |
| 5 | NO DRIVERS LICENSE | 08TRT064579 | COMMUTED ON $204.00 |
| 6 | RUNNING STOP SIGN | 09TRT078029 | COMMUTED ON $149.00 |
| 7 | DRIVING WHILE SUSPENDED | 09TRT086578 | COMMUTED ON $279.00 |
| 8 | SPEEDING | 09TRT086579 | COMMUTED ON $149.00 |
| 9 | OBSTRUCTED WINDSHIELD | 10TRT038836 | COMMUTED ON $149.00 |
| 10 | NO SEATBELT | 10TRT038837 | COMMUTED ON $204.00 |
| 11 | NO INSURANCE | 10TRT038838 | COMMUTED ON $179.00 |
| 12 | NO DRIVERS LICENSE | 10TRT038839 | COMMUTED ON $213.00 |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |

COURT 004248

MANDATORY TIME RELEASE DATE: _____
COMMUTED TIME RELEASE DATE: _____

THIS REPORT CREATED:
6/14/2013 1:35 PM
REVISION #:

TRANSCRIPT PREPARED BY: ATF, #014

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 6/13/2013 6:30 PM   BOOKING #: 2013-00005941

NAME: LEVON II AGEE
RACE: B   SEX: M   DOB: ▮   SSN: ▮
ADDRESS: 5774 CALMAR DR APT 2   MONTGOMERY, AL 36116

| # | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | DRIVING WHILE SUSPENDED | 08TRT026826 | COMMUTED ON $239.00 |
| 2 | NO INSURANCE | 08TRT026827 | COMMUTED ON $53.00 |
| 3 | IMPROPER HEADLIGHTS | 08TRT049366 | COMMUTED ON $149.00 |
| 4 | NO DRIVERS LICENSE | 08TRT049367 | COMMUTED ON $204.00 |
| 5 | NO DRIVERS LICENSE | 08TRT064579 | COMMUTED ON $204.00 |
| 6 | RUNNING STOP SIGN | 09TRT078029 | COMMUTED ON $149.00 |
| 7 | DRIVING WHILE SUSPENDED | 09TRT086578 | COMMUTED ON $279.00 |
| 8 | SPEEDING | 09TRT086579 | COMMUTED ON $149.00 |
| 9 | OBSTRUCTED WINDSHIELD | 10TRT038836 | COMMUTED ON $149.00 |
| 10 | NO SEATBELT | 10TRT038837 | COMMUTED ON $204.00 |
| 11 | NO INSURANCE | 10TRT038838 | COMMUTED ON $179.00 |
| 12 | NO DRIVERS LICENSE | 10TRT038839 | COMMUTED ON $213.00 |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |

COURT 004255

MANDATORY TIME RELEASE DATE: _____
COMMUTED TIME RELEASE DATE: _____

THIS REPORT CREATED:
6/14/2013 1:35 PM
REVISION #:

TRANSCRIPT PREPARED BY: ATF, #014

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 6/13/2013 6:30 PM   BOOKING #: 2013-00005941

NAME: LEVON II AGEE
RACE: B      SEX: M      DOB: ▓▓▓▓   SSN: ▓▓▓▓
ADDRESS: 5774 CALMAR DR APT 2      MONTGOMERY, AL 36116

| | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | DRIVING WHILE SUSPENDED | 08TRT026826 | COMMUTED ON $239.00 |
| 2 | NO INSURANCE | 08TRT026827 | COMMUTED ON $53.00 |
| 3 | IMPROPER HEADLIGHTS | 08TRT049366 | COMMUTED ON $149.00 |
| 4 | NO DRIVERS LICENSE | 08TRT049367 | COMMUTED ON $204.00 |
| 5 | NO DRIVERS LICENSE | 08TRT064579 | COMMUTED ON $204.00 |
| 6 | RUNNING STOP SIGN | 09TRT078029 | COMMUTED ON $149.00 |
| 7 | DRIVING WHILE SUSPENDED | 09TRT086578 | COMMUTED ON $279.00 |
| 8 | SPEEDING | 09TRT086579 | COMMUTED ON $149.00 |
| 9 | OBSTRUCTED WINDSHIELD | 10TRT038836 | COMMUTED ON $149.00 |
| 10 | NO SEATBELT | 10TRT038837 | COMMUTED ON $204.00 |
| 11 | NO INSURANCE | 10TRT038838 | COMMUTED ON $179.00 |
| 12 | NO DRIVERS LICENSE | 10TRT038839 | COMMUTED ON $213.00 |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |

COURT 004262

MANDATORY TIME RELEASE DATE: _____
COMMUTED TIME RELEASE DATE: _____

THIS REPORT CREATED:
6/14/2013 1:35 PM
REVISION #:

TRANSCRIPT PREPARED BY: ATF, #014

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 6/13/2013 6:30 PM   BOOKING #: 2013-00005941

NAME: LEVON II AGEE
RACE: B   SEX: M   DOB: [redacted]   SSN: [redacted]
ADDRESS: 5774 CALMAR DR APT 2   MONTGOMERY, AL 36116

| | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | DRIVING WHILE SUSPENDED | 08TRT026826 | COMMUTED ON $239.00 |
| 2 | NO INSURANCE | 08TRT026827 | COMMUTED ON $53.00 |
| 3 | IMPROPER HEADLIGHTS | 08TRT049366 | COMMUTED ON $149.00 |
| 4 | NO DRIVERS LICENSE | 08TRT049367 | COMMUTED ON $204.00 |
| 5 | NO DRIVERS LICENSE | 08TRT064579 | COMMUTED ON $204.00 |
| 6 | RUNNING STOP SIGN | 09TRT078029 | COMMUTED ON $149.00 |
| 7 | DRIVING WHILE SUSPENDED | 09TRT086578 | COMMUTED ON $279.00 |
| 8 | SPEEDING | 09TRT086579 | COMMUTED ON $149.00 |
| 9 | OBSTRUCTED WINDSHIELD | 10TRT038836 | COMMUTED ON $149.00 |
| 10 | NO SEATBELT | 10TRT038837 | COMMUTED ON $204.00 |
| 11 | NO INSURANCE | 10TRT038838 | COMMUTED ON $179.00 |
| 12 | NO DRIVERS LICENSE | 10TRT038839 | COMMUTED ON $213.00 |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |

COURT 004273

MANDATORY TIME RELEASE DATE: \_\_\_\_\_
COMMUTED TIME RELEASE DATE: \_\_\_\_\_

THIS REPORT CREATED:
6/14/2013 1:35 PM
REVISION #:

TRANSCRIPT PREPARED BY: ATF, #014

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 6/13/2013 6:30 PM    BOOKING #: 2013-00005941

NAME: LEVON II AGEE
RACE: B          SEX: M          DOB: ▉          SSN: ▉
ADDRESS: 5774 CALMAR DR APT 2    MONTGOMERY, AL 36116

|    | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|----|--------------------|--------|---------------------------|
| 1  | DRIVING WHILE SUSPENDED | 08TRT026826 | COMMUTED ON $239.00 |
| 2  | NO INSURANCE | 08TRT026827 | COMMUTED ON $53.00 |
| 3  | IMPROPER HEADLIGHTS | 08TRT049366 | COMMUTED ON $149.00 |
| 4  | NO DRIVERS LICENSE | 08TRT049367 | COMMUTED ON $204.00 |
| 5  | NO DRIVERS LICENSE | 08TRT064579 | COMMUTED ON $204.00 |
| 6  | RUNNING STOP SIGN | 09TRT078029 | COMMUTED ON $149.00 |
| 7  | DRIVING WHILE SUSPENDED | 09TRT086578 | COMMUTED ON $279.00 |
| 8  | SPEEDING | 09TRT086579 | COMMUTED ON $149.00 |
| 9  | OBSTRUCTED WINDSHIELD | 10TRT038836 | COMMUTED ON $149.00 |
| 10 | NO SEATBELT | 10TRT038837 | COMMUTED ON $204.00 |
| 11 | NO INSURANCE | 10TRT038838 | COMMUTED ON $179.00 |
| 12 | NO DRIVERS LICENSE | 10TRT038839 | COMMUTED ON $213.00 |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |

COURT 004280

MANDATORY TIME RELEASE DATE: \_\_\_\_\
COMMUTED TIME RELEASE DATE: \_\_\_\_

THIS REPORT CREATED:\
6/14/2013 1:35 PM\
REVISION #:

TRANSCRIPT PREPARED BY: ATF, #014

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 6/13/2013 6:30 PM   BOOKING #: 2013-00005941

NAME: LEVON II AGEE\
RACE: B   SEX: M   DOB: █████   SSN: █████\
ADDRESS: 5774 CALMAR DR APT 2   MONTGOMERY, AL 36116

| | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | DRIVING WHILE SUSPENDED | 08TRT026826 | COMMUTED ON $239.00 |
| 2 | NO INSURANCE | 08TRT026827 | COMMUTED ON $53.00 |
| 3 | IMPROPER HEADLIGHTS | 08TRT049366 | COMMUTED ON $149.00 |
| 4 | NO DRIVERS LICENSE | 08TRT049367 | COMMUTED ON $204.00 |
| 5 | NO DRIVERS LICENSE | 08TRT064579 | COMMUTED ON $204.00 |
| 6 | RUNNING STOP SIGN | 09TRT078029 | COMMUTED ON $149.00 |
| 7 | DRIVING WHILE SUSPENDED | 09TRT086578 | COMMUTED ON $279.00 |
| 8 | SPEEDING | 09TRT086579 | COMMUTED ON $149.00 |
| 9 | OBSTRUCTED WINDSHIELD | 10TRT038836 | COMMUTED ON $149.00 |
| 10 | NO SEATBELT | 10TRT038837 | COMMUTED ON $204.00 |
| 11 | NO INSURANCE | 10TRT038838 | COMMUTED ON $179.00 |
| 12 | NO DRIVERS LICENSE | 10TRT038839 | COMMUTED ON $213.00 |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |

COURT 004286

MANDATORY TIME RELEASE DATE: _____
COMMUTED TIME RELEASE DATE: _____

THIS REPORT CREATED:
6/14/2013 1:35 PM
REVISION #:

TRANSCRIPT PREPARED BY: ATF, #014

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 6/13/2013 6:30 PM   BOOKING #: 2013-00005941

NAME: LEVON II AGEE
RACE: B            SEX: M              DOB: ████      SSN: ████
ADDRESS: 5774 CALMAR DR APT 2           MONTGOMERY, AL 36116

|    | CHARGE DESCRIPTION        | CASE #       | COURT DISPOSITION OF CASE |
|----|---------------------------|--------------|---------------------------|
| 1  | DRIVING WHILE SUSPENDED   | 08TRT026826  | COMMUTED ON $239.00       |
| 2  | NO INSURANCE              | 08TRT026827  | COMMUTED ON $53.00        |
| 3  | IMPROPER HEADLIGHTS       | 08TRT049366  | COMMUTED ON $149.00       |
| 4  | NO DRIVERS LICENSE        | 08TRT049367  | COMMUTED ON $204.00       |
| 5  | NO DRIVERS LICENSE        | 08TRT064579  | COMMUTED ON $204.00       |
| 6  | RUNNING STOP SIGN         | 09TRT078029  | COMMUTED ON $149.00       |
| 7  | DRIVING WHILE SUSPENDED   | 09TRT086578  | COMMUTED ON $279.00       |
| 8  | SPEEDING                  | 09TRT086579  | COMMUTED ON $149.00       |
| 9  | OBSTRUCTED WINDSHIELD     | 10TRT038836  | COMMUTED ON $149.00       |
| 10 | NO SEATBELT               | 10TRT038837  | COMMUTED ON $204.00       |
| 11 | NO INSURANCE              | 10TRT038838  | COMMUTED ON $179.00       |
| 12 | NO DRIVERS LICENSE        | 10TRT038839  | COMMUTED ON $213.00       |
| 13 |                           |              |                           |
| 14 |                           |              |                           |
| 15 |                           |              |                           |
| 16 |                           |              |                           |
| 17 |                           |              |                           |
| 18 |                           |              |                           |
| 19 |                           |              |                           |

COURT 004291

MANDATORY TIME RELEASE DATE: \_\_\_\_\_
COMMUTED TIME RELEASE DATE: \_\_\_\_\_

THIS REPORT CREATED:
6/14/2013 1:35 PM
REVISION #:

TRANSCRIPT PREPARED BY: ATF, #014

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 6/13/2013 6:30 PM   BOOKING #: 2013-00005941

NAME: LEVON II AGEE
RACE: B          SEX: M          DOB: ▇▇▇▇   SSN: ▇▇▇▇
ADDRESS: 5774 CALMAR DR APT 2     MONTGOMERY, AL 36116

|    | CHARGE DESCRIPTION      | CASE #       | COURT DISPOSITION OF CASE |
|----|-------------------------|--------------|---------------------------|
| 1  | DRIVING WHILE SUSPENDED | 08TRT026826  | COMMUTED ON $239.00       |
| 2  | NO INSURANCE            | 08TRT026827  | COMMUTED ON $53.00        |
| 3  | IMPROPER HEADLIGHTS     | 08TRT049366  | COMMUTED ON $149.00       |
| 4  | NO DRIVERS LICENSE      | 08TRT049367  | COMMUTED ON $204.00       |
| 5  | NO DRIVERS LICENSE      | 08TRT064579  | COMMUTED ON $204.00       |
| 6  | RUNNING STOP SIGN       | 09TRT078029  | COMMUTED ON $149.00       |
| 7  | DRIVING WHILE SUSPENDED | 09TRT086578  | COMMUTED ON $279.00       |
| 8  | SPEEDING                | 09TRT086579  | COMMUTED ON $149.00       |
| 9  | OBSTRUCTED WINDSHIELD   | 10TRT038836  | COMMUTED ON $149.00       |
| 10 | NO SEATBELT             | 10TRT038837  | COMMUTED ON $204.00       |
| 11 | NO INSURANCE            | 10TRT038838  | COMMUTED ON $179.00       |
| 12 | NO DRIVERS LICENSE      | 10TRT038839  | COMMUTED ON $213.00       |
| 13 |                         |              |                           |
| 14 |                         |              |                           |
| 15 |                         |              |                           |
| 16 |                         |              |                           |
| 17 |                         |              |                           |
| 18 |                         |              |                           |
| 19 |                         |              |                           |

COURT 004298