Jail-    **IN THE MUNICIPAL COURT OF MONTGOMERY, AL**    FINAL Pg 1

CITY OF MONTGOMERY, AL
VS
Johnson, Marquita
DEFENDANT

**ORDER OF PROBATION**

NOW ON THIS DAY, by virtue of the authority vested in me as a Municipal Court Judge pursuant to Section 12-14-13, Code of Alabama, 1975, as supplemented and amended, I hereby order the:
(X) Imposition of sentence   (X) Payment of Fine/Restitution   (X) Payment of Court Costs and that the Defendant be placed on probation for 24 months or until 24 day of May 20 13, upon the following conditions.

(1) You will make a full and truthful report to your Probation Officer as instructed.
(2) You will pay Judicial Correction Services, Inc. $40.00 for each month on probation, unless all conditions are satisfied within 7 days. You will pay a one time $10.00 file set up charge.
(3) You will not change your residence or employment without first notifying your Probation Officer.
(4) You will avoid injurious or vicious habits and not violate any law(s) during said term of probation.
(5) You will not use illegal intoxicants or alcohol, nor will you visit places where intoxicants, drugs, or other dangerous substances are sold, dispensed or used.  ( ) Applicable if checked.
(6) You will work diligently at a lawful occupation, unless a full time student.
(7) You will promptly and truthfully answer all inquiries directed to you by the Court Referral Officer, Court Clerk, or Probation Officer and comply with all instructions he/she may give you.
(8) You will pay Fines & Costs totaling $ ~~~~ at the rate of $ ~~~~ per month. ) 294 per month

| Case No. | Offense | Fine | Costs | Total | Jail Time (days) |
|---|---|---|---|---|---|
| 10TRT015451 | DWS | | | 306 | |
| 10TRT015461 | Tag | | | 176 | |
| 09TRT004750 | TVPS Tag | | | 253 | |
| 09TRT004751 | DWS | | | 683 | |

(9) You will make reparation or restitution for damage or loss caused by this offense to the victim in the following sum:
    Victim _____   Sum $ _____
(10) You will complete Jail Time as ordered and noted above. Jail time is hereby ordered:
    ( ) To Serve   ( ) Suspended upon successful completion of probation.
(11) You will complete the following education course(s) and/or programs:
    ( ) Court Referral Program   ( ) Domestic Violence Awareness   ( ) Obtain GED
    ( ) Other: _____

(12) ( ) Return to court on: _____ to show completion of: ( ) Driving School ( ) CRO Program
                                                                ( ) Other _____
(13) Other _____

DEFENDANT'S EXHIBIT 5

The Court may at any time modify any conditions of your probation, change or extend probation, discharge defendant or revoke probation. You are subject to arrest for violation of any condition imposed by this order, and your probation may be revoked accordingly.
Signed this the 24 day of May, 20 11.

HONORABLE KAREN KNIGHT
MONTGOMERY, AL MUNICIPAL COURT JUDGE

I have counsel or have waived my right to counsel for all proceedings to this date and have received a copy of this ORDER.
                                                                                            JCS (334) 262-0558
Signed Marquita Johnson    Date 05/24/20   Probation Officer Freeman

Comments: _____    First Appointment June 8, 11a/10

For JCS use only:  ☐ Consecutive Case   ☑ Data Entry   ☐ Amended Order   ☐ Adjudication

## IN THE MUNICIPAL COURT OF MONTGOMERY, AL

CITY OF MONTGOMERY, AL
VS
Johnson, Margaret
DEFENDANT

### ORDER OF PROBATION

NOW ON THIS DAY, by virtue of the authority vested in me as a Municipal Court Judge pursuant to Section 12-14-13, Code of Alabama, 1975, as supplemented and amended, I hereby order the:
(X) Imposition of sentence   (X) Payment of Fine /Restitution   (X) Payment of Court Costs
and that the Defendant be placed on probation for ____ months or until 24 day of May 20 13,
upon the following conditions.

(1) You will make a full and truthful report to your Probation Officer as instructed.
(2) You will pay Judicial Correction Services, Inc. $40.00 for each month on probation, unless all conditions are satisfied within 7 days. You will pay a one time $10.00 file set up charge.
(3) You will not change your residence or employment without first notifying your Probation Officer.
(4) You will avoid injurious or vicious habits and not violate any law(s) during said term of probation.
(5) You will not use illegal intoxicants or alcohol; nor will you visit places where intoxicants, drugs, or other dangerous substances are sold, dispensed or used. ( ) Applicable if checked.
(6) You will work diligently at a lawful occupation, unless a full time student.
(7) You will promptly and truthfully answer all inquiries directed to you by the Court Referral Officer, Court Clerk, or Probation Officer and comply with all instruction he/she may give you.
(8) You will pay Fines & Costs totaling $ See f/a at the rate of $ See f/a 5.30 PM per month.

| Case No. | Offense | Fine | Costs | Total | Jail Time (days) |
|---|---|---|---|---|---|
| 04TR109343 | Speeding | | | 203 | |
| 04TR109176 | N.P.I. | | | 233 | |
| 06TR103133 | Running StopSign | | | 203 | |
| 06TR103132 | N.P.I. | | | 233 | |

(9) You will make reparation or restitution for damage or loss caused by this offense to the victim in the following sum:
    Victim _____  Sum $ _____
(10) You will complete Jail Time as ordered and noted above. Jail time is hereby ordered:
    ( ) To Serve   ( ) Suspended upon successful completion of probation.
(11) You will complete the following education course(s) and/or programs:
    ( ) Court Referral Program   ( ) Domestic Violence Awareness   ( ) Obtain GED
    ( ) Other: _____

(12) ( ) Return to court on: _____ to show completion of: ( ) Driving School ( ) CRO Program
    ( ) Other _____
(13) Other _____

The Court may at any time modify any conditions of your probation, change or extend probation, discharge defendant or revoke probation. You are subject to arrest for violation of any condition imposed by this order, and your probation may be revoked accordingly.
Signed this the ___ day of _____, 20___.   _____
                                    HONORABLE KAREN KNIGHT
                                    MONTGOMERY, AL MUNICIPAL COURT JUDGE

I have counsel or have waived my right to counsel for all proceedings to this date and have received a copy of this ORDER.
                                    JCS (334) 262-0558
Signed Margaret Johnson   Date 05/04/2   Probation Officer _____

Comments: _____   First Appointment _____

For JCS use only:  ☐ Consecutive Case   ☒ Data Entry   ☐ Amended Order   ☐ Adjudication

COURT 003859

Pg 3

# IN THE MUNICIPAL COURT OF MONTGOMERY, AL

CITY OF MONTGOMERY, AL
VS
Johnson, Marquita
DEFENDANT

## ORDER OF PROBATION

NOW ON THIS DAY, by virtue of the authority vested in me as a Municipal Court Judge pursuant to Section 12-14-13, Code of Alabama, 1975, as supplemented and amended, I hereby order the:
(X) Imposition of sentence   (X) Payment of Fine/Restitution   (X) Payment of Court Costs
and that the Defendant be placed on probation for 24 months or until 2 day of May 20 13, upon the following conditions.

(1) You will make a full and truthful report to your Probation Officer as instructed.
(2) You will pay Judicial Correction Services, Inc. $40.00 for each month on probation, unless all conditions are satisfied within 7 days. You will pay a one time $10.00 file set up charge.
(3) You will not change your residence or employment without first notifying your Probation Officer.
(4) You will avoid injurious or vicious habits and not violate any law(s) during said term of probation.
(5) You will not use illegal intoxicants or alcohol; nor will you visit places where intoxicants, drugs, or other dangerous substances are sold, dispensed or used. ( ) Applicable if checked.
(6) You will work diligently at a lawful occupation, unless a full time student.
(7) You will promptly and truthfully answer all inquiries directed to you by the Court Referral Officer, Court Clerk, or Probation Officer and comply with all instruction he/she may give you.
(8) You will pay Fines & Costs totaling $ See PM at the rate of $ See PM per month.

| Case No. | Offense | Fine | Costs | Total | Jail Time (days) |
|---|---|---|---|---|---|
| 06TRT031790 | DWS | | | 683 | |
| 06TRT034780 | Child Restraint | | | 223 | |
| 06TRT046656 | DWS | | | 683 | |
| 06TRT046057 | Running Stop Sign | | | 203 | |

(9) You will make reparation or restitution for damage or loss caused by this offense to the victim in the following sum:
Victim _____  Sum $ _____
(10) You will complete Jail Time as ordered and noted above. Jail time is hereby ordered:
( ) To Serve  ( ) Suspended upon successful completion of probation.
(11) You will complete the following education course(s) and/or programs:
( ) Court Referral Program  ( ) Domestic Violence Awareness  ( ) Obtain GED
( ) Other: _____

(12) ( ) Return to court on: _____ to show completion of: ( ) Driving School ( ) CRO Program
                                                              ( ) Other _____
(13) Other _____

The Court may at any time modify any conditions of your probation, change or extend probation, discharge defendant or revoke probation. You are subject to arrest for violation of any condition imposed by this order, and your probation may be revoked accordingly.
Signed this the ____ day of _____, 20 ____.  _____
                                                HONORABLE KAREN KNIGHT
                                                MONTGOMERY, AL MUNICIPAL COURT JUDGE

I have counsel or have waived my right to counsel for all proceedings to this date and have received a copy of this ORDER.
                                                                          JCS (334) 262-0558
Signed _Marquita Johnson_  Date 05/24/04  Probation Officer _____

Comments: _____  First Appointment _____

For JCS use only: ☐ Consecutive Case  ☒ Data Entry  ☐ Amended Order  ☐ Adjudication

COURT 003860

Jail                                                                                                  Pg 9

# IN THE MUNICIPAL COURT OF MONTGOMERY, AL

CITY OF MONTGOMERY, AL
VS
Johnson, Marquita
_____
DEFENDANT

## ORDER OF PROBATION

NOW ON THIS DAY, by virtue of the authority vested in me as a Municipal Court Judge pursuant to Section 12-14-13, Code of Alabama, 1975, as supplemented and amended, I hereby order the:
(X) Imposition of sentence   (X) Payment of Fine/Restitution   (X) Payment of Court Costs
and that the Defendant be placed on probation for 24 months or until 31 day of May 20 13, upon the following conditions.

(1) You will make a full and truthful report to your Probation Officer as instructed.
(2) You will pay Judicial Correction Services, Inc. $40.00 for each month on probation, unless all conditions are satisfied within 7 days. You will pay a one time $10.00 file set up charge.
(3) You will not change your residence or employment without first notifying your Probation Officer.
(4) You will avoid injurious or vicious habits and not violate any law(s) during said term of probation.
(5) You will not use illegal intoxicants or alcohol; nor will you visit places where intoxicants, drugs, or other dangerous substances are sold, dispensed or used. ( ) Applicable if checked.
(6) You will work diligently at a lawful occupation, unless a full time student.
(7) You will promptly and truthfully answer all inquiries directed to you by the Court Referral Officer, Court Clerk, or Probation Officer and comply with all instruction he/she may give you.
(8) You will pay Fines & Costs totaling $ see pg 1 at the rate of $ see pg 1 per month.

| Case No. | Offense | Fine | Costs | Total | Jail Time (days) |
|---|---|---|---|---|---|
| 10TRJ40465 | D.W.S | | | 683 | |
| 10TRJ40466 | Speeding | | | 283 | |
| 10TRJ053458 | Speeding | | | 283 | |
| 10TRJ053459 | D.W.S | | | 683 | |

(9) You will make reparation or restitution for damage or loss caused by this offense to the victim in the following sum:
Victim _____ Sum $ _____
(10) You will complete Jail Time as ordered and noted above. Jail time is hereby ordered:
( ) To Serve   ( ) Suspended upon successful completion of probation.
(11) You will complete the following education course(s) and/or programs:
( ) Court Referral Program   ( ) Domestic Violence Awareness   ( ) Obtain GED
( ) Other: _____
(12) ( ) Return to court on: _____ to show completion of: ( ) Driving School ( ) CRO Program
( ) Other _____
(13) Other _____

The Court may at any time modify any conditions of your probation, change or extend probation, discharge defendant or revoke probation. You are subject to arrest for violation of any condition imposed by this order, and your probation may be revoked accordingly.

Signed this the ___ day of _____, 20 ___.   _____
HONORABLE KAREN KNIGHT
MONTGOMERY, AL MUNICIPAL COURT JUDGE

I have counsel or have waived my right to counsel for all proceedings to this date and have received a copy of this ORDER.
Signed Marquita Johnson   Date 05/04/2011   Probation Officer _____
JCS (334) 262-0558

Comments: _____   First Appointment _____

For JCS use only:  ☐ Consecutive Case   ☒ Data Entry   ☐ Amended Order   ☐ Adjudication

COURT 003861



## PERSONAL INFORMATION SHEET

The following information is required by the Court. Failing to answer completely and honestly may result in additional fines and / or jail time. This information is subject to verification prior to your leaving court.

**PLEASE PRINT!**

| Name: | Marquita Johnson | | | |
|---|---|---|---|---|
| Address: | | Email Address: | | |
| Street: 1508 Bullfinch Ct | | City: Montgomery | ST: Ala | Zip: 36110 |
| P.O. Box | | City | ST | Zip |
| Home Phone ( ) | | Cell Phone ( ) | | Pager ( ) |

**Personal Information:**
DOB: [redacted] SSN: [redacted] Race: B Sex: M/F
Height: 5' 9" Weight: 150 lbs Eye Color: Brown Hair Color: Brown
Drivers License/ State Id Number: [redacted] State: Ala Expiration Date: ___
Email address: ___

**Employment:**
Company: Creek Casino (Wetmp) Phone: (334) 514-0469
Supervisor: Keith Bryan City: Wetumpka

**Emergency Contacts:** Must be someone who does not live with you, but does know how to get in touch with you.
Example: mother, father, aunt, brother, friend, neighbor.

1. Name: Blanche Johns Relationship: Mother Phone: (334) 567-3385
2. Name: Terry Harrold Relationship: Husband Phone: (334) 512-1147
3. Name: Tiffany Johns Relationship: Sister Phone: (334) 322-4895

The above information is held confidential and it's use limited to court business only.

Signature: ___ Date: ___

COURT 003862