# Exhibit V

MANDATORY TIME RELEASE DATE: _____
COMMUTED TIME RELEASE DATE: September 3, 2013

THIS REPORT CREATED:
4/25/2012 4:28 PM
REVISION #:

TRANSCRIPT PREPARED BY: T. KING

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 4/25/2012 12:00 AM   BOOKING #: 2012-00003363

NAME: MARQUITA SHAURON JOHNSON
RACE: B    SEX: F    DOB: [REDACTED]    SSN: [REDACTED]    1 of 2
ADDRESS: [REDACTED] CT    MONTGOMERY, AL 36104

| # | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | DRIVING W/REVOKED | N4190950 | 1 DAY |
| 2 | NO PROOF OF INSURANCE | N4190949 | 1 DAY CC |
| 3 | SPEEDING | M6436073 | COMMUTED ON $100.00 |
| 4 | NO PROOF OF INSURANCE | M6444338 | COMMUTED ON $260.00 |
| 5 | NO PROOF OF INSURANCE | M9658861 | COMMUTED ON $260.00 |
| 6 | RUNNING STOP SIGN | M9658860 | COMMUTED ON $230.00 |
| 7 | NO CHILD RESTRAINT | M9679112 | COMMUTED ON $250.00 |
| 8 | DRIVING W/SUSPENDED | M9679111 | COMMUTED ON $710.00 |
| 9 | DRIVING W/SUSPENDED | M9652706 | COMMUTED ON $710.0 |
| 10 | RUNNING STOP SIGN | M9652707 | COMMUTED ON $230.00 |
| 11 | RUNNING RED LIGHT | M8804223 | COMMUTED ON $230.00 |
| 12 | NO PROOF OF INSURANCE | M9668823 | COMMUTED ON $260.00 |
| 13 | DRIVING W/SUSPENDED | M9668824 | COMMUTED ON $710.00 |
| 14 | DRIVING W/SUSPENDED | N3242060 | COMMUTED ON $710.00 |
| 15 | SPEEDING | N3227499 | COMMUTED ON $230.00 |
| 16 | DRIVING W/SUSPENDED | N3227500 | COMMUTED ON $710.00 |
| 17 | SPEEDING | N3348371 | COMMUTED ON $230.00 |
| 18 | NO PROOF OF INSURANCE | N3348372 | COMMUTED ON $260.00 |
| 19 | SPEEDING | V2334204 | COMMUTED ON $230.00 |

DEFENDANT'S EXHIBIT 4

COURT 008804

**Exhibit V**

| 20 | DRIVING W/SUSPENDED | V2334205 | COMMUTED ON $710.00 |
| 21 | DRIVING W/SUSPENDED | N3578274 | COMMUTED ON $710.00 |
| 22 | SPEEDING | N3578273 | COMMUTED ON $230.00 |
| 23 | DRIVING W/SUSPENDED | N3728911 | COMMUTED ON $710.00 |
| 24 | SPEEDING | N3728910 | COMMUTED ON $230.00 |
| 25 | EXPIRED TAG | N3748516 | COMMUTED ON $203.00 |
| 26 | DRIVING W/SUSPENDED | N3748517 | COMMUED ON $333.00 |
| 27 | EXPIRED TAG | V3253975 | COMMUTED ON $203.00 |
| 28 | DRIVING W/SUSPENDED | V3253976 | COMMUTED ON $683.00 |
| 29 | NO CHILD RESTRAINT | V3253978 | COMMUTED ON $223.00 |
| 30 | NO CHILD RESTRAINT | V3253979 | COMMUTED ON $223.00 |
| 31 | NO CHILD RESTRAINT | V3253980 | COMMUTED ON $223.00 |
| 32 | NO CHILD RESTRAINT | V3253981 | COMMUTED ON $223.00 |
| 33 | NO CHILD RESTRAINT | V3253982 | COMMUTED ON $223.00 |
| 34 | NO CHILD RESTRAINT | V3253983 | COMMUTED ON $223.00 |
| 35 | IMPROPER TURN | N4193116 | COMMUTED ON $203.00 |
| 36 | DRIVING W/REVOKED | N4193117 | COMMUTED ON $304.00 |
| 37 | NO PROOF OF INSURANCE | N4193118 | COMMUTED ON $233.00 |

*handwritten:* $12410.00 or 496 days
\* Def can be released with $5000.00 per Judge Hendley
2 of 2
2012-3363

**Exhibit V**