# Exhibit VV

```
TRF356                    ALABAMA JUDICIAL DATA CENTER
                    DISTRICT COURT OF      BUTLER COUNTY

                            ALIAS WARRANT      TR 2007 005349.00
                                               JID: J MCDONALD RUSSELL
```

THE STATE OF ALABAMA        VS EDWARDS ALGIA FRANKLIN JR

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: EDWARDS ALGIA FRANKLIN JR
AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE STATE FOR THE CHARGE OF
FAILURE TO APPEAR ON THE CHARGE OF: DRIVE W/SUSPENDED  ISSUED ON 06/24/2007.

WITNESS MY HAND THIS  DECEMBER 17, 2007.

*Bonnie M. Bush*
JUDGE/CLERK/MAGISTRATE

BOND SET AT:          -

DEFENDANT'S ADDRESS:              DEFENDANT'S DESCRIPTION:

████████████ ROAD                 HT: 510    WT: 243
                                  HAIR: BLK  EYE: BRO
GREENVILLE     , AL 36037 0000    BIRTH DATE: ████
                                  RACE: B    SEX: M
SSN: ████████                DL: █ ██████

EMPLOYER: _____         PHONE NO: (000) 000-0000

TICKET NUMBER: M 9907795          AGENCY/OFFICER: 0100100/DAVIDSON

NOTE: DEFT CAN SETTLE THIS CASE BY PAYING $345

OFFICERS RETURN:
RECEIVED ON _____

EXECUTED ON _____  BY: _____

( ) DEFENDANT ARRESTED, RELEASED ON BOND
( ) DEFENDANT ARRESTED, IN JAIL
( ) DEFENDANT ARRESTED, NOT BOOKED
( ) NOT FOUND
( ) OTHER _____

_____           _____
SHERIFF                           OFFICER

DEFENDANT'S EXHIBIT 56

OPERATOR: BOB
PREPARED: 12/17/2007

Exhibit VV