# Exhibit NNN

| State of Alabama<br>Unified Judicial System<br>Report #: 11-0001<br>Form CR-65(a) | **ALIAS WARRANT OF ARREST FOR**<br>**FAILURE OF DEFENDANT TO APPEAR** | Case Number<br>2009TRT048587 |
|---|---|---|

IN THE **MUNICIPAL** COURT OF **MONTGOMERY**, ALABAMA
  (Circuit, District, or Municipal)          (Name of Municipality or County)

☐ STATE OF ALABAMA
☒ MUNICIPALITY OF **MONTGOMERY**    v.    **ALGIA FRANKLIN EDWARDS JR**, Defendant

**TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:**

The above named defendant was charged with the offenese of
**DRIVING WHILE SUSPENDED**

After being released on bond or on his or her personal recognizance and having been directed to appear before the court, the defendant failed to appear as directed without waiving his right to be present or obtaining court approval for his or her absence. You are, therefore, commanded to arrest the above-named defendant and bring him immediately before this court.

09/18/2012                                   *Priscilla L. Davis*
Date                                          Judge/Magistrate

**CERTIFICATE OF EXECUTION**

I executed this warrant be arresting the defendant on this date, Sept 18, 2012, at 1445 o'clock P.M. and, as directed, took him or her immediately before the court.

Remarks

                                              A.C. Nu[...] #2213
                                              Officer's Signature

**DEFENDANT IDENTIFICATION**

| Name of Defendant<br>ALGIA FRANKLIN EDWARDS JR | | | | Telephone Number<br>3346514134 | |
|---|---|---|---|---|---|
| Social Security Number | Date of Birth | Age<br>26 | Race<br>B | Sex<br>M | Height<br>5.10 |
| Weight<br>230 | Hair<br>Black | Eyes<br>Brown | Other | | |
| Address | | City<br>MONTGOMERY | | State<br>AL | Zip Code<br>36116 |
| Name of Employer | | | | Employer's Telephone Number | |
| Address Of Employer | | City | | State | Zip |

COURT 007470

DEFENDANT'S EXHIBIT 76

**Exhibit NNN**

Defendant's Name: EDWARDS, ALGIA FRANKLIN JR
Social Security Number: [redacted]
DOB: [redacted]   Sex: M   Race: B

MONTGOMERY MUNICIPAL COURT
James, Magistrate/Clerk
9/18/12 Date Served

## SECTION A
Alias Warrants - COURT OFFENSES ONLY (Defendant MUST Post Bail of Any Form)

| # | Case Number | UTTC Number | Charge Description | Bond Amount |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

## SECTION B
Alias Warrants - NON-COURT OFFENSES (Defendant MAY Post Bail of Any Form *or Simply Pay the Fine & Cost Shown*)

| # | Case Number | UTTC Number | Charge Description | Bond Amount | Fine & Cost |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

## SECTION C
Capias Warrants - MANDATORY FINE ($500 Cash Bail Only - Or Defendant MUST Pay Out All Fines And Court Costs)

| # | Case Number | UTTC Number | Charge Description | Cash Bond Amt | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2008TRT055434 | N2114207 | DRIVING WHILE SUSPENDED | $500.00 | $248.00 |
| 2 | 2009TRT011665 | N2231760 | RUNNING RED LIGHT | $500.00 | $250.00 |
| 3 | 2009TRT011666 | N2231739 | DRIVING WHILE SUSPENDED | $500.00 | $874.00 |
| 4 | 2009TRT048586 | N2862669 | SPEEDING < 25 OVER LIMIT | $500.00 | $222.00 |
| 5 | 2009TRT048587 | N2862670 | DRIVING WHILE SUSPENDED | $500.00 | $859.00 |
| 6 | 2010TRT012534 | N3596049 | IMPROPER TAG | $500.00 | $241.00 |
| 7 | 2010TRT012590 | N3583104 | NO PROOF OF INSURANCE | $500.00 | $274.00 |
| 8 | 2010TRT012593 | N3596048 | DRIVING WHILE SUSPENDED | $500.00 | $859.00 |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

TO THE WARDEN OF THE MONTGOMERY CITY JAIL: SUMMARY - DEFENDANT MAY BE RELEASE AS FOLLOWS:

DEFENDANT MUST POST BOND OF ANY TYPE IN THE AMOUNT OF ......... $0.00
-AND/OR-
DEFENDANT MAY PAY FINES AND COSTS OF ...... $0.00   OR MAY POST BOND OF ANY TYPE IN THE AMOUNT OF ...... $0.00
AND/OR-
DEFENDANT MUST PAY FINES AND COSTS OF ... $3,827.00   OR MUST POST CASH BOND IN THE AMOUNT OF ................. $4,000.00

(TOTAL PAYABLE): $3,827.00
COURT 007471

**Exhibit NNN**

**Defendant's Name:** EDWARDS, ALGIA FRANKLIN JR
**Social Security Number:** [redacted]
**DOB:** [redacted]  **Sex:** M  **Race:** B

**MONTGOMERY MUNICIPAL COURT**
James — Magistrate/Clerk
9/18/12 — Date Served

### SECTION A
Alias Warrants - COURT OFFENSES ONLY (Defendant MUST Post Bail of Any Form)

| Case Number | UTTC Number | Charge Description | Bond Amount |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

### SECTION B
Alias Warrants - NON-COURT OFFENSES (Defendant MAY Post Bail of Any Form *or Simply Pay the Fine & Cost Shown*)

| Case Number | UTTC Number | Charge Description | Bond Amount | Fine & Cost |
|---|---|---|---|---|
| 1–15 | | | | |

### SECTION C
Capias Warrants - MANDATORY FINE ($500 Cash Bail Only - Or Defendant MUST Pay Out All Fines And Court Costs)

| # | Case Number | UTTC Number | Charge Description | Cash Bond Amt | Fine & Cost |
|---|---|---|---|---|---|
| 1 | 2008TRT055434 | N2114207 | DRIVING WHILE SUSPENDED | $500.00 | $248.00 |
| 2 | 2009TRT011665 | N2231760 | RUNNING RED LIGHT | $500.00 | $250.00 |
| 3 | 2009TRT011666 | N2231739 | DRIVING WHILE SUSPENDED | $500.00 | $874.00 |
| 4 | 2009TRT048586 | N2862669 | SPEEDING < 25 OVER LIMIT | $500.00 | $222.00 |
| 5 | 2009TRT048587 | N2862670 | DRIVING WHILE SUSPENDED | $500.00 | $859.00 |
| 6 | 2010TRT012534 | N3596049 | IMPROPER TAG | $500.00 | $241.00 |
| 7 | 2010TRT012590 | N3583104 | NO PROOF OF INSURANCE | $500.00 | $274.00 |
| 8 | 2010TRT012593 | N3596048 | DRIVING WHILE SUSPENDED | $500.00 | $859.00 |

*[Handwritten: Commute at $50 per day. Release upon payment of balance by April 31, 2013.]*

TO THE WARDEN OF THE MONTGOMERY CITY JAIL: SUMMARY - DEFENDANT MAY BE RELEASE AS FOLLOWS

DEFENDANT MUST POST BOND OF ANY TYPE IN THE AMOUNT OF $0.00
-AND/OR-
DEFENDANT MAY PAY FINES AND COSTS OF $0.00 OR MAY POST BOND OF ANY TYPE IN THE AMOUNT OF $0.00
-AND/OR-
DEFENDANT MUST PAY FINES AND COSTS OF (**$3,827.00**) OR MUST POST CASH BOND IN THE AMOUNT OF $4,000.00

(TOTAL PAYABLE): $3,827.00

COURT 007472

**Exhibit NNN**

MANDATORY TIME RELEASE DATE: ____
COMMUTED TIME RELEASE DATE: ____

THIS REPORT CREATED:
9/19/2012 1:54 PM
REVISION #:

TRANSCRIPT PREPARED BY: K. GETER

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: 9/18/2012 2:37 PM   BOOKING #: 2012-00007881

NAME: ALGIA FRANKLIN EDWARDS JR
RACE: B        SEX: M        DOB:           SSN:
ADDRESS:                                MONTGOMERY, AL 36116

|    | CHARGE DESCRIPTION      | CASE #        | COURT DISPOSITION OF CASE |
|----|-------------------------|---------------|---------------------------|
| 1  | DRIVING WHILE SUSPENDED | 2008TRT055434 | COMMUTED ON $191.00  ₱ |
| 2  | RUNNING RED LIGHT       | 2009TRT011665 | COMMUTED ON $193.00  ₱ |
| 3  | DRIVING WHILE SUSPENDED | 2009TRT011666 | COMMUTED ON $673.00  ₱ |
| 4  | SPEEDING                | 2009TRT048586 | COMMUTED ON $181.00  WAIVED $150 |
| 5  | DRIVING WHILE SUSPENDED | 2009TRT048587 | COMMUTED ON $661.00 |
| 6  | IMPROPER TAG            | 2010TRT012534 | COMMUTED ON $186.00  ₱ |
| 7  | FAIL POSSESS/DISPLAY INS| 2010TRT012590 | COMMUTED ON $211.00  ₱ |
| 8  | DRIVING WHILE SUSPENDED | 2010TRT012593 | COMMUTED ON $661.00 |
| 9  |                         |               |  |
| 10 |                         |               | 2957 |
| 11 |                         |               |  |
| 12 |                         |               | OWE V 907  CRN |
| 13 |                         |               | *PER JUDGE WESTRY-DEFT MAY BE RELEASED UPON PAYMENT OF $1900.00; BALANCE DUE 04/31/2013 |
| 14 |                         |               |  |
| 15 |                         |               |  |

COURT 007473

**Exhibit NNN**

MANDATORY-TIME RELEASE DATE: \_\_\_\_
COMMUTED TIME RELEASE DATE: \_\_\_\_

THIS REPORT CREATED:
9/19/2012 1:54 PM
REVISION #:

TRANSCRIPT PREPARED BY: K. GETER

## MONTGOMERY MUNICIPAL COURT - STATE OF ALABAMA

BOOKING DATE & TIME: **9/18/2012 2:37 PM**   BOOKING #: **2012-00007881**

NAME: **ALGIA FRANKLIN EDWARDS JR**
RACE: **B**   SEX: **M**   DOB: ▮   SSN: ▮
ADDRESS: ▮   MONTGOMERY, AL 36116

| | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | DRIVING WHILE SUSPENDED | 2008TRT055434 | COMMUTED ON $191.00 |
| 2 | RUNNING RED LIGHT | 2009TRT011665 | COMMUTED ON $193.00 |
| 3 | DRIVING WHILE SUSPENDED | 2009TRT011666 | COMMUTED ON $673.00 |
| 4 | SPEEDING | 2009TRT048586 | COMMUTED ON $181.00 |
| 5 | DRIVING WHILE SUSPENDED | 2009TRT048587 | COMMUTED ON $661.00 |
| 6 | IMPROPER TAG | 2010TRT012534 | COMMUTED ON $186.00 |
| 7 | FAIL POSSESS/DISPLAY INS | 2010TRT012590 | COMMUTED ON $211.00 |
| 8 | DRIVING WHILE SUSPENDED | 2010TRT012593 | COMMUTED ON $661.00 |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | *PER JUDGE WESTRY-DEFT MAY BE RELEASED UPON PAYMENT OF $1900.00; BALANCE DUE 04/31/2013 |
| 14 | | | |
| 15 | | | |

COURT 007474

**Exhibit NNN**

# MONTGOMERY MUNICIPAL COURT

$1900

2017 SEP 20 P 3: 05

[City of Montgomery, AL Great Seal — Birthplace of the Civil Rights Movement / Cradle of the Confederacy]

- [ ] NEED WARRANT'S FOR PAY WINDOW
- [ ] NEED WARRANT'S FOR BAILIFF
- [ ] NEED WARRANT'S FOR POLICE DEPARTMENT
- [x] NEED JAIL RELEASE
- [ ] NEED UPDATED JAIL TRANSCRIPT
- [ ] PLEASE LOOK FOR MISSING FOLDER ON COURT DOCKET PER _____
- [ ] RELEASE/TRANSCRIPT SENT BY EMAIL CHECK OPTVIEW
- [ ] PLEASE CALL _____ AT _____
- [ ] PLEASE FAX THIS TO _____ FAX# _____
- [ ] PLEASE E-MAIL THIS TO _____ E-MAIL ADDRESS _____
- [ ] UPDATE PPS SPREADSHEET
- [ ] TRANSFER TICKETS TO JUVENILE COURT

CLERK REQUESTING: [signature]

COURT 007475

**Exhibit NNN**

Hold

## IN THE MUNICIPAL COURT OF MONTGOMERY, AL

**CITY OF MONTGOMERY, AL**
VS Edwards, Algia
DEFENDANT

### ORDER OF PROBATION

NOW ON THIS DAY, by virtue of the authority vested in me as a Municipal Court Judge pursuant to Section 12-14-13, Code of Alabama, 1975, as supplemented and amended, I hereby order the:

(X) Imposition of sentence   (X) Payment of Fine /Restitution   (X) Payment of Court Costs
and that the Defendant be placed on probation for 24 months or until 8 day of Mar 20 12, upon the following conditions.

(1) You will make a full and truthful report to your Probation Officer as instructed.
(2) You will pay Judicial Correction Services, Inc. $40.00 for each month on probation, unless all conditions are met within 7 days. You will pay a one time $10.00 file set up charge.
(3) You will not change your residence or employment without first notifying your Probation Officer.
(4) You will avoid injurious or vicious habits and not violate any law(s) during said term of probation.
(5) You will not use illegal intoxicants or alcohol; nor will you visit places where intoxicants, drugs, or other dangerous substances are sold, dispensed or used. ( ) Applicable if checked.
(6) You will work diligently at a lawful occupation, unless a full time student.
(7) You will promptly and truthfully answer all inquiries directed to you by the Court Referral Officer, Court Clerk, or Probation Officer and comply with all instruction he/she may give you.

(8) You will pay Fines & Costs totaling 1522 at the rate of 140 per month.

| Case No. | Offense | Fine | Costs | Total | Jail Time (days) |
|---|---|---|---|---|---|
| 09trt048586 | Speeding | | | 133 | |
| 09trt048587 | DWS | | | 613 | |
| 10trt012590 | No Ins | | | 163 | |
| 10trt012593 | DWS | | | 613 | |

(9) You will make reparation or restitution for damage or loss caused by this offense to the victim in the following sum:

Victim_____ Sum $_____

(10) You will complete Jail Time as ordered and noted above. Jail time is hereby ordered:
( ) To Serve   ( ) Suspended upon successful completion of probation.
(11) You will complete the following education course(s) and/or programs:
( ) Court Referral Program   ( ) Domestic Violence Awareness   ( ) Obtain GED
( ) Other: _____

(12) ( ) Return to court on:_____ to show completion of: ( ) Driving School ( ) CRO Program
( ) Other _____

(13) Other _____

The Court may at any time modify any conditions of your probation, change or extend probation, discharge defendant or revoke probation. **You are subject to arrest for violation of any condition imposed by this order, and your probation may be revoked accordingly.**
Signed this the 8 day of Mar, 20 10.

_____
HONORABLE DARRON HENDLEY
MONTGOMERY, AL MUNICIPAL COURT JUDGE

I have counsel or have waived my right to counsel for all proceedings to this date and have received a copy of this ORDER.
JCS (334) 262-0558
Signed Algia J. Edwards   Date 03-08-10   Probation Officer Freeman

Comments:_____   First Appointment 3/26/10 @ 4:30

For JCS use only: (X) Consecutive Case   ☐ Data Entry

COURT 007476

Exhibit NNN



**Receipt of Transaction**
Receipt # 2012090386

Municipal Court
City of Montgomery, Alabama

RACHEL VALENCIA PADGETT

MONTGOMERY, AL 36116

Cashiered by: JSHIRLEY on 9/20/2012  3:01:09PM
Transaction # 1210792

CASE NUMBER: 2009TRT048586   CHARGE: SPEEDING < 25 MPH OVER LIMIT   CITATION: N2862669

CITY OF MONTGOMERY *VS* ALGIA FRANKLIN EDWARDS JR

Comments:

| Fee Description | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|
| (TRAF) TRAFFIC FINES | 20.00 | 0.00 | 20.00 | 0.00 | 20.00 |
| (DSDA) SOLICITOR FEE | 16.00 | 0.00 | 16.00 | 0.00 | 16.00 |
| (TRC5) $103.00 TRAFFIC COURT COSTS | 113.00 | 0.00 | 113.00 | 0.00 | 113.00 |
| (WAF2) $32.00 ALIAS WARRANT FEE | 32.00 | 0.00 | 32.00 | 0.00 | 32.00 |
| Total | 181.00 | 0.00 | 181.00 | 0.00 | 181.00 |

CASE NUMBER: 2009TRT048587   CHARGE: DRIVING WHILE SUSPENDED   CITATION: N2862670

CITY OF MONTGOMERY *VS* ALGIA FRANKLIN EDWARDS JR

Comments:

| Fee Description | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|
| (TRAF) TRAFFIC FINES | 500.00 | 0.00 | 500.00 | 0.00 | 500.00 |
| (DSDA) SOLICITOR FEE | 16.00 | 0.00 | 16.00 | 0.00 | 16.00 |
| (TRC7) $113.00 TRAFFIC COURT COST | 113.00 | 0.00 | 113.00 | 0.00 | 113.00 |
| (WAF2) $32.00 ALIAS WARRANT FEE | 32.00 | 0.00 | 32.00 | 0.00 | 32.00 |
| Total | 661.00 | 0.00 | 661.00 | 0.00 | 661.00 |

CASE NUMBER: 2010TRT012593   CHARGE: DRIVING WHILE SUSPENDED   CITATION: N3596048

CITY OF MONTGOMERY *VS* ALGIA FRANKLIN EDWARDS JR

Comments:

| Fee Description | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|
| (TRAF) TRAFFIC FINES | 500.00 | 0.00 | 500.00 | 333.00 | 167.00 |
| (DSDA) SOLICITOR FEE | 16.00 | 0.00 | 16.00 | 0.00 | 16.00 |
| (TRC7) $113.00 TRAFFIC COURT COST | 113.00 | 0.00 | 113.00 | 113.00 | 0.00 |

Page 1 of 3

COURT 007477

**Exhibit NNN**



## Receipt of Transaction
### Receipt # 2012090386

Kenneth H. Nixon Jr.
Clerk of Court
Montgomery, ALABAMA

| Fee Description | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|
| (WAF2) $32.00 ALIAS WARRANT FEE | 32.00 | 0.00 | 32.00 | 0.00 | 32.00 |
| Total | 661.00 | 0.00 | 661.00 | 446.00 | 215.00 |

CASE NUMBER: 2010TRT012534   CHARGE: IMPROPER TAG   CITATION: N3596049

CITY OF MONTGOMERY *VS* ALGIA FRANKLIN EDWARDS JR

Comments:

| Fee Description | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|
| (TRAF) TRAFFIC FINES | 25.00 | 0.00 | 25.00 | 25.00 | 0.00 |
| (DSDA) SOLICITOR FEE | 16.00 | 0.00 | 16.00 | 16.00 | 0.00 |
| (TRC7) $113.00 TRAFFIC COURT COST | 113.00 | 0.00 | 113.00 | 113.00 | 0.00 |
| (WAF2) $32.00 ALIAS WARRANT FEE | 32.00 | 0.00 | 32.00 | 32.00 | 0.00 |
| Total | 186.00 | 0.00 | 186.00 | 186.00 | 0.00 |

CASE NUMBER: 2008TRT055434   CHARGE: DRIVING WHILE SUSPENDED   CITATION: N2114207

CITY OF MONTGOMERY *VS* ALGIA FRANKLIN EDWARDS JR

Comments:

| Fee Description | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|
| (TRC5) $103.00 TRAFFIC COURT COSTS | 103.00 | 103.00 | 0.00 | 0.00 | 0.00 |
| (WAFE) ALIAS WARRANT FEE | 22.00 | 22.00 | 0.00 | 0.00 | 0.00 |
| (DSDA) SOLICITOR FEE | 16.00 | 0.00 | 16.00 | 16.00 | 0.00 |
| (TRAF) TRAFFIC FINES | 500.00 | 357.00 | 143.00 | 143.00 | 0.00 |
| (WAF2) $32.00 ALIAS WARRANT FEE | 32.00 | 0.00 | 32.00 | 32.00 | 0.00 |
| Total | 673.00 | 482.00 | 191.00 | 191.00 | 0.00 |

CASE NUMBER: 2009TRT011665   CHARGE: RUNNING RED LIGHT   CITATION: N2231760

CITY OF MONTGOMERY *VS* ALGIA FRANKLIN EDWARDS JR

Comments:

| Fee Description | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|
| (TRAF) TRAFFIC FINES | 20.00 | 0.00 | 20.00 | 20.00 | 0.00 |
| (WAF2) $32.00 ALIAS WARRANT FEE | 32.00 | 0.00 | 32.00 | 32.00 | 0.00 |
| (TRC5) $103.00 TRAFFIC COURT COSTS | 103.00 | 0.00 | 103.00 | 103.00 | 0.00 |
| (WAFE) ALIAS WARRANT FEE | 22.00 | 0.00 | 22.00 | 22.00 | 0.00 |
| (DSDA) SOLICITOR FEE | 16.00 | 0.00 | 16.00 | 16.00 | 0.00 |

COURT 007478

Exhibit NNN

Case 2:15-cv-00463-RCL-SMD   Document 246-66   Filed 01/21/20   Page 10 of 11



**Receipt of Transaction**

**Receipt # 2012090386**

Kenneth H. Nixon Jr.
Clerk of Court
Montgomery, ALABAMA

|  | Total | 193.00 | 0.00 | 193.00 | 193.00 | 0.00 |

CASE NUMBER: 2010TRT012590   CHARGE: FAIL POSSESS/DISPLAY INS. (1ST OFFENSE)   CITATION: N3583104

CITY OF MONTGOMERY *VS* ALGIA FRANKLIN EDWARDS JR

Comments:

| Fee Description | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|
| (TRAF) TRAFFIC FINES | 50.00 | 0.00 | 50.00 | 50.00 | 0.00 |
| (DSDA) SOLICITOR FEE | 16.00 | 0.00 | 16.00 | 16.00 | 0.00 |
| (TRC7) $113.00 TRAFFIC COURT COST | 113.00 | 0.00 | 113.00 | 113.00 | 0.00 |
| (WAF2) $32.00 ALIAS WARRANT FEE | 32.00 | 0.00 | 32.00 | 32.00 | 0.00 |
| Total | 211.00 | 0.00 | 211.00 | 211.00 | 0.00 |

CASE NUMBER: 2009TRT011666   CHARGE: DRIVING WHILE SUSPENDED   CITATION: N2231739

CITY OF MONTGOMERY *VS* ALGIA FRANKLIN EDWARDS JR

Comments:

| Fee Description | Fee | Prior Paid | Due | Paid | Balance |
|---|---|---|---|---|---|
| (TRC5) $103.00 TRAFFIC COURT COSTS | 103.00 | 0.00 | 103.00 | 103.00 | 0.00 |
| (WAFE) ALIAS WARRANT FEE | 22.00 | 0.00 | 22.00 | 22.00 | 0.00 |
| (DSDA) SOLICITOR FEE | 16.00 | 0.00 | 16.00 | 16.00 | 0.00 |
| (TRAF) TRAFFIC FINES | 500.00 | 0.00 | 500.00 | 500.00 | 0.00 |
| (WAF2) $32.00 ALIAS WARRANT FEE | 32.00 | 0.00 | 32.00 | 32.00 | 0.00 |
| Total | 673.00 | 0.00 | 673.00 | 673.00 | 0.00 |

|  | Grand Total | 3439.00 | 482.00 | 2957.00 | 1900.00 | 1057.00 |

**PAYMENTS**

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CASH | | OK | 1900.00 | 0.00 | 0.00 | 0.00 | 1900.00 |
| | | | 1900.00 | 0.00 | 0.00 | 0.00 | 1900.00 |

Page 3 of 3

COURT 007479

**Exhibit NNN**