# Exhibit VVVV

Case File Report for **JONES, KENNY F.**
Probation Officer:          Court: Montgomery, AL

| Sentence Date | Probation Date | Probation Length | Expires | Type | Months On Prob | SSN | DOB | Print Date |
|---|---|---|---|---|---|---|---|---|
| 8/17/2009 | 8/17/2009 | 18 Months 0 Days | 2/17/2011 | Office Visit | 14.8 | ██ | ███ | 1/21/2020 11:52:10 AM |

| Employment History | | | | | |
|---|---|---|---|---|---|
| Employer | Phone | Supervisor | Wages | Start Date | End Date |

| | Address | | | | |
|---|---|---|---|---|---|
| **Date** | **Address** | **Home Phone** | **Cell Phone** | **Comments** | |
| 8/19/2009 | ████████ DR MONTGOMERY, AL 36108 | ████ | ████ | HOME AND CELL ARE INCORRECT | |

| Contacts | | |
|---|---|---|
| **Name** | **Phone** | **Comments** |
| REV. WILLIE SMITH | ████ | FATHER-IN-LAW |
| MARCUS WILSON | ████ | FRIEND |
| STEFANIE SMITH | ████ | FIANCEE- WRONG # |

| Offense | | | | | |
|---|---|---|---|---|---|
| **Offense** | **Case Num** | **Fine Amt** | **Court Cost** | **Warrant Fee** | **Court Order Program** |
| Suspended License | 08TRT000209 | 263.00 | 0.00 | 0.00 | |
| Suspended License | 09TRT056174 | 263.00 | 0.00 | 0.00 | |

| Status | | |
|---|---|---|
| **Date** | **Status** | **Action** |
| 4/21/2011 | Terminated Modified | Revoked |
| 2/11/2011 | Jail | Failed to Complete Terms of Probation |
| 11/4/2010 | Warrant | Failed to Complete Terms of Probation |
| 9/17/2010 | VOP | Failed to Complete Terms of Probation |
| 8/17/2009 | Active | Original Sentencing |

| Status Notes | |
|---|---|
| **Date** | **Note** |

| Hearings | | | |
|---|---|---|---|
| **Date** | **Type** | **Location** | **Status** |
| 11/4/2010 1:00:00 PM | REVOCATION | MONTGOMERY COURTHOUSE | Scheduled |

| Modifications | |
|---|---|
| **Date** | **Notes** |

| Detailed Visit Notes | |
|---|---|
| **Date** | **Notes** |

**Exhibit VVVV**

| Date | Entry |
|---|---|
| 1/21/2020 | Last Payment made on 07/01/2010 3491 Days Ago |
| 5/11/2011 | Modified Termination of Probation - EHAWTHORNE |
| 4/21/2011 | Modified Termination of Probation - SMARTIN |
| 4/21/2011 | Status Changed to Terminated Modified |
| 4/21/2011 SMARTIN | SC: Defendant was removed from JCS. |
| 3/23/2011 SMARTIN | CFR: CALLED THE MONTGOMERY CITY JAIL AND FEMALE OFFICER VERIFIED THAT THE DEF IS STILL AT THAT FACILITY. |
| 2/17/2011 SMARTIN | CFR: VERIFIED WITH OFFICER BESTEBER THAT THE DEFENDANT IS STILL INCARCERATED. |
| 2/11/2011 THAMBY | SC: def commuted to days by judge hayes; Jail=Montgomery City Jail |
| 2/11/2011 | Status Changed to Jail |
| 11/17/2010 | PETITION FOR REVOCATION-SIGNED - KEDWARDS |
| 11/4/2010 | Hearing: Nov 4 2010 1:00PM Type: REVOCATION Location: MONTGOMERY COURTHOUSE Entered: Sep 17 2010 2:34PM By SMARTIN Status: Scheduled |
| 11/4/2010 | Status Changed to Warrant |
| 11/4/2010 MFREEMAN | SC: DEF FAILED TO REPORT TO COURT WARRANT ISSUED. |
| 11/4/2010 MFREEMAN | CFR: DEF FAILED TO REPORT TO COURT WARRANT ISSUED. |
| 10/15/2010 SMARTIN | O/M: DEF'S VOP PAPERWORK WAS RETURNED. RETURN TO SENDER NOT DELIVERABLE AS ADDRESSED UNABLE TO FORWARD |
| 9/17/2010 | Petition for Revocation Letter - SMARTIN |
| 9/17/2010 | VOP Letter - SMARTIN |
| 9/17/2010 SMARTIN | CFR: THE DEFENDANT HAS MISSED HIS LAST THREE APPOINTMENTS IN A ROW AND TO MAKE A PAYMENT SINCE 07-01-10. THE DEFENDANT FAILED TO RESPOND TO PHONE CALLS MADE AND TO WRITTEN CORRESPONDANCE SENT THRU THE MAIL. THE DEFENDANT OWES $36 TO THE CITY AND $305 JCS FEES, TOTALLING $341. WAS GIVEN PERMISSION BY OFFICE MANAGER WENNIS TO ALLOW THE DEFENDANT TO PAY $150 TO CLOSE CASE. PLACED IN VOP AND SET COURT DATE OF 11-04-10 @ 1300. ADDED NOTE IN VOP LETTER THAT THE DEFENDANT MAY PAY THE $150 BY 10-27-10 TO CANCEL HEARING AND CLOSE CASE. |
| 9/17/2010 SMARTIN | SC: The defendant failed to comply with the terms and conditions of probation. |
| 9/17/2010 | Status Changed to VOP |
| 9/17/2010 SMARTIN | T/C: CALLED WILLIE SMITH BACK AS REQUESTED BUT COULD NOT GET AN ANSWER. |
| 9/14/2010 SMARTIN | T/C: WILLIE SMITH CALLED AND LEFT VOICEMAIL WHILE I WAS OUT OF THE OFFICE AND REQUESTED TO BE CALLED BACK. WILL DO SO. |
| 9/7/2010 SMARTIN | CFR: WILL GIVE THE DEF TIME TO RESPOND TO PHONE CALL BEFORE PLACING IN VOP AND SETTING COURT DATE. |
| 9/7/2010 SMARTIN | T/P: CALLED DEF'S CELL AND HOME NUMBERS AND BOTH ARE INCORRECT. T/C: CALLED MARCUS WILSON BUT NOT A WORKING NUMBER. CALLED REV. WILLIE SMITH - SPOKE TO HIM AND HE STATED HE HASN'T SEEN THE DEF IN QUITE A WHILE - WILL CONTACT HIS DAUGTHER, THE DEF'S EX-GIRLFRIEND, AND PASS ALONG THE MESSAGE TO HER TO GIVE TO THE DEF. |
| 9/2/2010 Admin | You missed your appointment yesterday, please call Sara Martin at 334-262-0558 ASAP. Thank you. |
| 8/31/2010 Admin | This is a reminder of your appt tomorrow with S Martin of JCS at 2:00pm DO NOT REPLY! |
| 8/16/2010 | Delinquency Letter - SMARTIN |
| 8/12/2010 Admin | This is a reminder of your appt tomorrow with S Martin of JCS at 11:00am DO NOT REPLY! |
| 8/5/2010 | TT: Financial Update Fee Ins VCF 720 0 0 From 480.00 0.00 0.00 |
| 8/5/2010 | FTR Letter - SMARTIN |
| 8/5/2010 | Order of Modification - EWATKINS |
| 8/5/2010 SMARTIN | T/P: DEF'S CELL AND HOME NUMBER ARE NOT WORKING. |
| 8/5/2010 SMARTIN | CFR: RECEIVED ORDER OF MODIFICATION TO EXTEND THE DEF'S TIME BY AN ADDITIONAL SIX MONTHS TO ALLOW THE DEFENDANT TIME TO FINISH PAYING HIS FINES. |
| 8/3/2010 Admin | You missed your appointment yesterday, please call Sara Martin at 334-262-0558 ASAP. Thank you. |
| 7/22/2010 | Order of Modification of Probation: 08TRT000209, 09TRT056174 - SMARTIN |
| 7/22/2010 SMARTIN | CFR: SENDING ORDER OF MODIFICATION TO EXTEND THE DEF'S TIME BY AN ADDITIONAL SIX MONTHS TO ALLOW THE DEFENDANT TIME TO FINISH PAYING HIS FINES. |
| 7/6/2010 | Returned Mail- FTR - EWATKINS |
| 7/6/2010 SMARTIN | O/M: DEF'S FTR LETTER WAS RETURNED (RETURN TO SENDER; NOT DELIVERABLE AS ADDRESSED; UNABLE TO FORWARD) |
| 7/1/2010 | Receipt - SMARTIN |
| 7/1/2010 SMARTIN | O/P: DEF REPORTED. MOTHER IS OUT OF HOSPITAL AND DOING BETTER. ALL INFORMATION THE SAME AND HAS ONE NEW TICKET - NO DL - COULD NOT SEE COURT DATE ON TICKET - PROVIDED DEF WITH MONTGOMERY MUNICIPAL COURT NUMBER. DEF PAID $100 TODAY AND NEXT APPT 08-02-10 @ 1100. |
| 6/28/2010 | FTR Letter - SMARTIN |
| 6/28/2010 SMARTIN | O/M: WILL SEND FTR LETTER WITH REPORT DATE OF 07-07-10 @ 1100. |
| 6/16/2010 | FTR Letter - SMARTIN |
| 6/4/2010 | FTR Letter - SMARTIN |

**Exhibit VVVV**

| 6/4/2010 SMARTIN | T/P: CALLED DEF'S CELL # - RECEIVED MESSAGE THAT NUMBER WAS INCORRECT. CALLED DEF'S HOME # - WAS TOLD WRONG NUMBER. T/C: CALLED DEF'S FIANCEE (STEPHANIE SMITH)- DISCONNECTED. CALLED DEF'S FRIEND (MARCUS WILSON) - LEFT MESSAGE TO HAVE DEF RETURN CALL WITHIN 24 HOURS AND OFFICE CONNUMBER. CALLED DEF'S FATHER-IN-LAW (REV. WILLIE SMITH) - LEFT SAME MESSAGE. |
|---|---|
| 6/2/2010 Admin | You missed your appointment yesterday, please call Sara Martin at 334-262-0558 ASAP. Thank you. |
| 4/30/2010 | Receipt - DHILL |
| 4/30/2010 DHILL | O/P: DEF REPORTED PD $100. ALL INFO VERIFIED, NO NEW TICKETS OR ARRESTS. NEXT APPT 06/01/10 BECAUSE DEF GETS CHECK ONCE A MONTH. DEF ADV TO GET PO TO NOTIFY PO HILL TO SEE IF THE FEES CAN BE CUT SOME. |
| 4/22/2010 | Receipt - SMARTIN |
| 4/22/2010 SMARTIN | O/P: DEF REPORTED. ALL INFORMATION THE SAME AND NO NEW TICKETS. SET MISSED APPT AS EXCUSED DUE TO MOTHER BEING IN VERY BAD CAR ACCIDENT FRIDAY MORNING - WOKE UP FROM COMA THIS MORNING. DEF PAID $10 TODAY AND NEXT APPT 05-03-10 @ 1100. |
| 4/19/2010 | FTR Letter - SLAW |
| 4/19/2010 SLAW | T/P DEF. GIRLFRIEND CALLED BACK STATED KENNY MOTHER AND BROTHER HAD BEEN IN WRECK. SHE STATED HIS MOTHER WAS THROWN 20 FEET AND IS NOW IN A COMMA. |
| 4/19/2010 SLAW | T/P CALLED DEF. ABOUT MISSED APPT. LEFT MESSAGE ON FATHER-IN-LAW VM. ALL OTHER NUMBERS NOT IN SERVICE. |
| 4/2/2010 SMARTIN | O/P: DEF REPORTED WITH HIS MOTHER - ALL INFORMATION THE SAME AND NO NEW TICKETS. DEF PAID $0 - HE AND HIS MOTHER HAVE BEEN MOVING AND STUFF. NEXT APPT 041610 @ 1100. |
| 3/3/2010 | Receipt - EALLEN |
| 3/3/2010 EALLEN | O/P: DEFENDANT REPORTED WITH HIS MOTHER AND STATES ALL INFORMATION IS THE SAME AND HAS NO NEW TICKETS OR CHARGES - PD. $100.00 - ADVISED DEFENDANT THAT HIS PAYMENTS ARE TO BE AT $140.00 PER MONTH AND THE DEFENDANT'S MOTHER STATED THAT THEY WERE TOLD BY THE JUDGE THAT THEY COULD PAY $100.00 PER MONTH BECAUSE HER SON IS DISABLED - ADVISED DEFENDANT'S MOTHER THAT I DO NOT SEE ANY NOTES REGARDING THIS ISSUE BUT THAT I WILL SPEAK WITH THE DEFENDANT'S PO S.MARTIN - NEXT APPOINTMENT SCHEDULED FOR 04-30-10 AT 11:00. |
| 2/8/2010 | Manual Receipts - EWATKINS |
| 2/3/2010 | Receipt - SMARTIN |
| 2/3/2010 SMARTIN | O/P: DEF REPORTED. ALL INFORMATION THE SAME AND NO NEW TICKETS. DEF PAID $100 TODAY AND NEXT APPT 030310 @ 1100. |
| 1/4/2010 | Receipt - SMARTIN |
| 1/4/2010 SMARTIN | O/P: DEF REPORTED. ALL INFORMATION THE SAME AND NO NEW TICKETS. DEF PAID $100 TODAY AND NEXT APPT 02-03-10 @ 0900. |
| 12/17/2009 SMARTIN | O/P: DEF REPORTED. ALL INFORMATION THE SAME AND NO NEW TICKETS. DEF PAID $0 AND NEXT APPT 010410 @ 1100. DEF WOULD LIKE TO REPORT TO THE PERRY HILL RD OFFICE. |
| 12/16/2009 SMARTIN | T/P: CALLED DEF'S CELL # - SPOKE TO FEMALE, WHO STATED THE DEF WOULD BE IN TOMORROW. NEXT APPT 121709 @ 0900. |
| 12/4/2009 | Social Security - EWATKINS |
| 12/3/2009 | Receipt - RBRANUM |
| 12/3/2009 RBRANUM | O/P: DEF REPORTED TODAY; STATES NO NEW TICKETS OR INFORMATION; VERIFIED INFO. DEF PAID $10 TODAY; NEXT APPT IS 121109 |
| 11/3/2009 | Receipt - SMARTIN |
| 11/3/2009 SMARTIN | O/P: DEF REPORTED. ALL INFORMATION THE SAME AND NO NEW TICKETS. DEF PAID $100 TODAY AND NEXT APPT 120309 @ 0900. |
| 10/7/2009 WENNIS | PO Changed from NCOX to SMARTIN by WENNIS |
| 10/2/2009 | Receipt - MSTOLBERT |
| 10/2/2009 MSTOLBERT | O/C DEF MOTHER REPORTED TODAY ON HIS BEHALF. PAID $100.00 AND STATED THAT PER PO COX IT WAS OKAY FOR DEF TO PAY $100 A MONTH. NEXT APPT 110309 @ 0900 |
| 9/23/2009 NCOX | O/P DEF REPORTED TODAY; STATES NO NEW TICKETS OR INFORMATION; DEF PAID $0 TODAY; NEXT APPT IS SET FOR 10/2/09 @ 0900 |
| 9/16/2009 NCOX | O/P: DEF. REPORTED TODAY; STATES NO NEW TICKETS OR ADDRESS CHANGES; DEF PAID $0 TODAY; NEXT APPT IS SET FOR 9/23/09 @ 0900 |
| 9/9/2009 | GCOP (general conditions of probation) Signed - TBLIETZ |
| 9/9/2009 NCOX | O/P: DEF. REPORTED TODAY; STATES NO NEW TICKETS OR ADDRESS CHANGES; DEF. PAID $0 TODAY; NEXT APPT IS SET FOR 9/16/09 @0900 |
| 9/3/2009 | Receipt - NCOX |
| 9/3/2009 NCOX | O/P DEF REPORTED TO THE OFFICE TODAY; STATES NO NEW TICKETS OR CHANGE IN ADDRESS; DEF. WANTS TO GO BACK IN FRONT OF THE JUDGE TO SEEK REDUCE IN PAYMENTS BECAUSE HE CANNOT PAY THE 140 MONTHLY DUE TO DISABILITY; DEF. PAID $35 TODAY; NEXT APPT IS SET FOR 9/9/09@0900 |
| 9/1/2009 | Intake Forms - TBLIETZ |
| 8/26/2009 NCOX | O/P: DEF. REPORTED TO THE OFFICE TODAY; STATES NO CHANGES IN DEMOGRAPHIC INFORMATION; NO NEW TICKETS OR FINES; DEF. PAID $0 TODAY AND NEXT APPT WILL BE ON 9/4/09 @ 0900 |
| 8/20/2009 | General Conditions of Probation - NCOX |
| 8/20/2009 NCOX | O/P: DEF. REPORTED TODAY; NO NEW TICKETS OR CHARGES; DEF. PAID $0 TODAY. NEXT APPT IS 8/26/09 @0900 |
| 8/19/2009 SMARTIN | C/C: DEF WAS PLACED ON 12 MONTHS PROBATION. ADVISED DEF OF TERMS AND CONDITIONS OF PROBATION AND $140 MONTHLY PAYMENT. FIRST APPT 082009 @ 0900. |
| 8/17/2009 | Status Changed to Active |

| Appointment Details | | | |
|---|---|---|---|
| Date | Time | Showed | Alerts |
| | | | |

**Exhibit VVVV**

| Date | Code | Y/N | |
|---|---|---|---|
| 4/21/2011 | CKST | Y | |
| 3/23/2011 | CKST | Y | |
| 2/17/2011 | CKST | Y | |
| 11/4/2010 | RVHR | N | |
| 9/1/2010 | 1400 | N | |
| 8/13/2010 | 1100 | N | |
| 8/2/2010 | 1100 | N | |
| 7/1/2010 | WKIN | Y | |
| 6/25/2010 | 1100 | N | |
| 6/15/2010 | 1100 | N | |
| 6/1/2010 | 1100 | N | |
| 4/30/2010 | WKIN | Y | |
| 4/22/2010 | WKIN | Y | |
| 4/16/2010 | 1100 | E | |
| 4/2/2010 | WKIN | Y | |
| 3/3/2010 | 1100 | Y | |
| 2/3/2010 | 0900 | Y | |
| 1/4/2010 | 1100 | Y | |
| 12/17/2009 | 0900 | Y | |
| 12/11/2009 | 0900 | N | |
| 12/3/2009 | 0900 | Y | |
| 11/3/2009 | 0900 | Y | |
| 10/2/2009 | 0900 | Y | |
| 9/23/2009 | 0900 | Y | |
| 9/16/2009 | 0900 | Y | |
| 9/9/2009 | 0900 | Y | |
| 9/3/2009 | WKIN | Y | |
| 8/26/2009 | 0900 | Y | |
| 8/20/2009 | 0900 | Y | |

| Financials | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Fee | Insurance | Fines | VCF | Restitution | Court Cost | Warrant Fee | Other |
| Assessed | 720.00 | 0.00 | 526.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| Amt Paid | 255.00 | 0.00 | 490.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 |
| End Bal | 465.00 | 0.00 | 36.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Payments | | | |
|---|---|---|---|
| Date | Fee Type | Amount | Note |
| **7/1/2010** | **Fine** | **60.00** | **CASH** |
| **7/1/2010** | **Probation Fee** | **40.00** | **CASH** |
| 4/30/2010 | Fine | 60.00 | |
| 4/30/2010 | Probation Fee | 40.00 | |
| **4/22/2010** | **Fine** | **5.00** | **CASH** |
| **4/22/2010** | **Probation Fee** | **5.00** | **CASH** |
| 3/3/2010 | Fine | 60.00 | CASH |
| 3/3/2010 | Probation Fee | 40.00 | CASH |
| **2/3/2010** | **Fine** | **70.00** | **CASH** |
| **2/3/2010** | **Probation Fee** | **30.00** | **CASH** |

**Exhibit VVVV**

| | | | |
|---|---|---|---|
| 1/4/2010 | Fine | 70.00 | CASH |
| 1/4/2010 | Probation Fee | 30.00 | CASH |
| **12/3/2009** | **Fine** | **5.00** | **CASH** |
| **12/3/2009** | **Probation Fee** | **5.00** | **CASH** |
| 11/3/2009 | Fine | 70.00 | CASH |
| 11/3/2009 | Probation Fee | 30.00 | CASH |
| **10/2/2009** | **Fine** | **70.00** | **CASH** |
| **10/2/2009** | **Probation Fee** | **30.00** | **CASH** |
| 9/3/2009 | Fine | 20.00 | CASH |
| 9/3/2009 | Other | 10.00 | CASH |
| 9/3/2009 | Probation Fee | 5.00 | CASH |

NO COMMUNITY SERVICE ASSIGNED.

NO COURT MONEY OBLIGATIONS CONVERTED TO COMMUNITY SERVICE.

NO COURT ORDERED PROGRAMS ASSIGNED.

NO SPECIAL CONDITIONS NOTED.

NO DRUG TESTING GIVEN.

 Picture

**Exhibit VVVV**



# JUDICIAL CORRECTION SERVICES, INC.
## Municipal Court of Montgomery, AL
### GENERAL CONDITIONS OF PROBATION

Case Number(s): 08TRT000209, 09TRT056174

I, **KENNY F. JONES**, having been granted the privilege of serving all or part of my sentence on probation, do hereby agree to the following conditions:

I understand that I owe a monthly probation fee of $40.00.

I understand that I owe a total fine and court costs of $526.00 plus a $10.00 start-up fee.

I understand that I owe a minimum monthly payment of $140.00.

I understand that there are NO excuses for missing my scheduled appointment.

I understand that I will not violate the criminal laws of any governmental unit.

I understand that I will not use illegal drugs or alcohol, nor will I visit places where intoxicants, drugs, or other dangerous substances are sold, dispensed, or used.

I understand that I will work faithfully at a lawful occupation insofar as may be possible.

I understand that I will not change my place of residency known to the Probation Officer, or leave the state for any period of time without prior permission of the Probation Officer.

I understand that I will make a full and truthful report to my Probation Officer. I will answer all inquiries directed to me by the court or my Probation Officer and comply with all instructions they may give to me.

I understand that I will submit to drug and alcohol testing as directed by the Probation Officer.

# ALL CONDITIONS ARE DUE BY 7/18/2010

My current address is: ▮▮▮▮▮▮▮▮▮▮▮▮

City, State & Zip: **MONTGOMERY**, AL 36108

Home Phone: ▮▮▮▮▮▮▮▮             Cell Phone: ▮▮▮▮▮▮▮▮

*I, KENNY F. JONES, fully understand and do hereby voluntarily agree to the above conditions of probation. I have not been threatened or coerced into signing this document. I am not under the influence of any alcohol or drugs at the present time. I also state the above address and phone number that I have given are truthful and understand that failing to supply an accurate address will violate my probation. I understand that if I fail to meet my monthly obligation as I have agreed to above, I may have to meet with my probation officer more than once per month. I further understand that if I fail to abide by these conditions of probation that I may be returned before the court for a hearing or a warrant may be issued for my arrest.*

X _Kenny F Jones_          X _8-20-09_          _Y. G._
KENNY F. JONES                Date               Probation Officer

JCS ID:275740-655406-NCOX

**Exhibit VVVV**

# IN THE MUNICIPAL COURT OF MONTGOMERY, AL

J.S

**CITY OF MONTGOMERY, AL**

VS _Jones, Kenny_
    **DEFENDANT**

## ORDER OF PROBATION

NOW ON THIS DAY, by virtue of the authority vested in me as a Municipal Court Judge pursuant to Section 12-14-13, Code of Alabama, 1975, as supplemented and amended, I hereby order the:

( X ) Imposition of sentence        (X) Payment of Fine /Restitution        (X) Payment of Court Costs, and that the Defendant be placed on probation for _12_ months or until _17_ day of _Aug_ 20 _10_ upon the following conditions.

(1) You will make a full and truthful report to your Probation Officer as instructed.
(2) You will pay Judicial Correction Services, Inc. $40.00 for each month on probation, unless all conditions are met within 7 days. You will pay a one time $10.00 file set up charge.
(3) You will not change your residence or employment without first notifying your Probation Officer.
(4) You will avoid injurious or vicious habits and not violate any law(s) during said term of probation.
(5) You will not use illegal intoxicants or alcohol; nor will you visit places where intoxicants, drugs, or other dangerous substances are sold, dispensed or used. ( ) Applicable if checked.
(6) You will work diligently at a lawful occupation, unless a full time student.
(7) You will promptly and truthfully answer all inquiries directed to you by the Court Referral Officer, Court Clerk, or Probation Officer and comply with all instruction he/she may give you.

(8) You will pay Fines & Costs totaling _526_ at the rate of _140_ per month.

| Case No. | Offense | Fine | Costs | Total | Jail Time (days) |
|----------|---------|------|-------|-------|------------------|
| 09tn7 056174 | Dr. w/susp | 263 | | 263 | |
| 08tn7 000209 | Dr. w/susp | 263 | | 263 | |
| | | | | | |
| | | | | | |

(9) You will make reparation or restitution for damage or loss caused by this offense to the victim in the following sum:

Victim _____ Sum $ _____

(10) You will complete Jail Time as ordered and noted above. Jail time is hereby ordered:
   (  ) To Serve    (  ) Suspended upon successful completion of probation.
(11) You will complete the following education course(s) and/or programs:
   ( ) Court Referral Program    ( ) Domestic Violence Awareness    ( ) Obtain GED
   ( ) Other: _____

(12) ( ) Return to court on:_____ to show completion of: ( ) Driving School ( ) CRO Program
                                                           ( ) Other _____

(13) Other _____

The Court may at any time modify any conditions of your probation, change or extend probation, discharge defendant or revoke probation. **You are subject to arrest for violation of any condition imposed by this order, and your probation may be revoked accordingly.**
Signed this the _17_ day of _Aug_ , 20 _09_ . _____

                                    HONORABLE W. TROY MASSEY
                                    MONTGOMERY, AL  MUNICIPAL COURT JUDGE

I have counsel or have waived my right to counsel for all proceedings to this date and have received a copy of this ORDER.

JCS (334) 262-0558
Signed _Kenny F Jones_    Date _8-17-09_    Probation Officer _Nallia Cox_

                                                First Appointment _8/20/09_ @ ~~___~~ 9:00

Comments: _____

For JCS use only:  ☐ Consecutive Case    ☑ Data Entry

**Exhibit VVVV**

**The following information is required by the Court. Failing to answer completely and honestly may result in additional fines and/or jail time. Information is subject to verification prior to your leaving court.**     ***Please Print!***

**Name:** _Jones_ _kenny_ _F._
Last            First                        Middle

**Address:**
_____████████████_Dr._ _Montgomery_ _Al_ _36108_
Street                              City           ST        Zip

_____
P.O. Box                           City           ST        Zip

Home Phone _████████_ Cell Phone (____) _____ Pager (____) _____

**Employment:**
Company _____ Phone (____) _____

Supervisor _____ City _____

**Emergency Contacts:** (Must be someone who does not live with you, but does know how to get in touch with you. Example: mother, brother, aunt, friend, neighbor)

1. Name _Stefanie Smith_ Relationship _FiNACE_ Phone ████████
2. Name _Marcus wilson_ Relationship _Friend_ Phone ████████
3. Name _Rev. willie Smith_ Relationship _FAther-in-lAw_ Phone ████████

**Personal Information:**
DOB_████████_ SSN _____ Race _BlACK_ Sex (M) F

Height _5_ ' _11_ " Weight _160_ lbs. Eye Color _Brown_ Hair Color _Brown_

**Additional Information:**

Drivers License Number _____ Drivers License State _____ Expiration _____

If no drivers license number, other ID _____

**Automobile Information:**

Year _____ Make _____ Model _____

Color _____ Body _____ Tag Number _____

**Identity Marks:** Identify any scars, marks or tattoos

Shape/Graphic _____

Location _____

*The above information is held confidential and its use limited to court business only.*

_Kenny F Jones_ _8-17-09_
Signature                    Date

**Exhibit VVVV**



# Judicial Correction Services

Physical Address:
650 S McDonough Street
Suite B
Montgomery, AL 36104
334-262-0558

Mailing Address:
650 S McDonough Street
Suite B
Montgomery, AL 36104

Date: 4/19/2010

Dear KENNY F. JONES,

You failed to report to me on 04/16/2010 at 11:00AM.  Another appointment has been set for you on 04/26/2010 at 11:00AM.  If you fail to report on this date you may be in violation of your probation which could result in a warrant for your arrest or a hearing being set by the court.

If you have any questions or concerns, please do not hesitate to contact this office.

Respectfully,


Sara Martin
Probation Officer
Municipal Court of Montgomery, AL




Judicial Correction Services
650 S McDonough Street
Suite B
Montgomery, AL 36104

<u>Return Service Requested</u>




KENNY F. JONES

█████████████████████

MONTGOMERY, AL 36108

JCS ID:275740-947749-SLAW

**Exhibit VVVV**



# Judicial Correction Services

Physical Address:
1288 Perry Hill Road
Montgomery, AL 36109
334-513-7510

Mailing Address:
1288 Perry Hill Road
Montgomery, AL 36109

Date: 6/4/2010

Dear KENNY F. JONES,

You failed to report to me on 06/01/2010 at 11:00AM.  Another appointment has been set for you on 06/15/2010 at 11:00AM.  If you fail to report on this date you may be in violation of your probation which could result in a warrant for your arrest or a hearing being set by the court. Fines due are $96.00 and fees are $185.00.

Please note that you may pay $161.00 to pay off case before 06-17-10.

If you have any questions or concerns, please do not hesitate to contact this office.

Respectfully,


Sara Martin
Probation Officer
Municipal Court of Montgomery, AL




Judicial Correction Services
1288 Perry Hill Road
Montgomery, AL 36109
<u>Return Service Requested</u>




KENNY F. JONES
███████████████████
MONTGOMERY, AL 36108

JCS ID:275740-1012033-SMARTIN

**Exhibit VVVV**



# Judicial Correction Services

Physical Address:                    Mailing Address:
1288 Perry Hill Road                 1288 Perry Hill Road
Montgomery, AL 36109                 Montgomery, AL 36109
334-513-7510

Date: 6/16/2010

Dear KENNY F. JONES,

You failed to report to me on 06/15/2010 at 11:00AM.  Another appointment has been set for
you on 06/25/2010 at 11:00AM.  If you fail to report on this date you may be in violation of your
probation which could result in a warrant for your arrest or a hearing being set by the court.
Fines due are $96.00 and fees are $185.00.

Please bring at least $100 to your next appointment.

If you have any questions or concerns, please do not hesitate to contact this office.

Respectfully,


Sara Martin
Probation Officer
Municipal Court of Montgomery, AL




Judicial Correction Services
1288 Perry Hill Road
Montgomery, AL 36109

<u>Return Service Requested</u>




KENNY F. JONES

MONTGOMERY, AL 36108

JCS ID:275740-1030383-SMARTIN

**Exhibit VVVV**



# Judicial Correction Services

Physical Address:                          Mailing Address:
1288 Perry Hill Road                       1288 Perry Hill Road
Montgomery, AL 36109                        Montgomery, AL 36109
334-513-7510

Date: 6/28/2010

Dear KENNY F. JONES,

You failed to report to me on 06/25/2010 at 11:00AM.  Another appointment has been set for
you on 07/07/2010 at 11:00AM.  If you fail to report on this date you may be in violation of your
probation which could result in a warrant for your arrest or a hearing being set by the court.
Fines due are $96.00 and fees are $225.00.

Please note that it has been over 50 days since your last payment.

If you have any questions or concerns, please do not hesitate to contact this office.

Respectfully,


Sara Martin
Probation Officer
Municipal Court of Montgomery, AL




Judicial Correction Services
1288 Perry Hill Road
Montgomery, AL 36109

<u>Return Service Requested</u>




KENNY F. JONES

███████████████████

MONTGOMERY, AL 36108

JCS ID:275740-1046383-SMARTIN

**Exhibit VVVV**

# Municipal Court of Montgomery, AL

Municipal Court of Montgomery, AL
VS
**KENNY F. JONES**

# ORDER OF MODIFICATION OF PROBATION

This cause heard in the above styled court before the Honorable **W. Troy Massey**, and it
appearing that **KENNY F. JONES**, hereinafter referred to as the defendant,
was on 8/17/2009 placed on probation for a term of 12 months and 0 days on the charge of:
**Suspended License Case #: 09TRT056174**
**Suspended License Case #: 08TRT000209**

It further appearing that the Defendant has not completed the following condition(s) of probation:
**$ Fees**
**$36 Fines**

CASE HISTORY:
**The Defendant was placed on probation on August 17, 2009 for a period of twelve months.**

It is therefore, ORDERED AND ADJUDGED, that the Defendant's probation is hereby modified in the
following manner:
**Please extend the defendant's time by an additional six months to allow the defendant time to
finish paying his fines.**

DONE AND ORDERED, in open court, this 4 day of Aug , 20 10

W. Troy Massey, Judge

JCS ID:275740-1086497-SMARTIN

**Exhibit VVVV**



# Judicial Correction Services

Physical Address:
1288 Perry Hill Road
Montgomery, AL 36109
334-513-7510

Mailing Address:
1288 Perry Hill Road
Montgomery, AL 36109

Date: 8/5/2010

Dear KENNY F. JONES,

You failed to report to me on 08/02/2010 at 11:00AM.  Another appointment has been set for you on 08/13/2010 at 11:00AM.  If you fail to report on this date you may be in violation of your probation which could result in a warrant for your arrest or a hearing being set by the court. Fines due are $36.00 and fees are $225.00.

If you have any questions or concerns, please do not hesitate to contact this office.

Respectfully,


Sara Martin
Probation Officer
Municipal Court of Montgomery, AL




Judicial Correction Services
1288 Perry Hill Road
Montgomery, AL 36109

<u>Return Service Requested</u>




KENNY F. JONES

███████████████████

MONTGOMERY, AL 36108

**Exhibit VVVV**



# JUDICIAL CORRECTION SERVICES, INC

1288 Perry Hill Road
Montgomery, AL 36109
Phone: 334-513-7510

KENNY F. JONES

███████████████

MONTGOMERY, AL 36108

Dear KENNY F. JONES

You are receiving this letter to inform you that you are over 40 days delinquent with making financial progress towards your successful completion of probation.  Continued failure to show progress may result in your case being sent back before the court.

To become in compliance, you will need to bring in a minimum payment of $261.00 on 09/01/2010 at 2:00PM .  If you are unable to bring this amount please bring as much as you can.  This will help you demonstrate to the court that you are making progress towards successful completion of your probation.  If you can not make a payment, you still need to report on this date to see if your officer can help you come up with a plan that will help you successfully complete your probation.

You are reminded that you agreed to pay $140.00 each month as part of your probation agreement.

* * * Please make sure to report on 09/01/2010 at 2:00PM .

* * * There is no excuse for a missed appointment.

I look forward to helping you work your way through this probation.

Sincerely,


_____

Sara Martin - Probation Officer


JCS ID:275740-1124645-SMARTIN

**Exhibit VVVV**



September 17, 2010

KENNY F. JONES

██████████████

MONTGOMERY, AL 36108

KENNY F. JONES:

This letter is to inform you that you have violated the terms and conditions of your probation.  There has been a court date set for you on the 4  day of November, 2010 in the Municipal Court of Montgomery, AL at  1:00PM .

**Note that a failure to appear in court on the above date will result in a warrant being issued for your arrest.**

Enclosed is a copy of a petition letter to be signed by the judge. If there are any questions or problems call 334-262-0558 , **but keep in mind that the court date can not and will not be reset or rescheduled.**  Thank you!

PLEASE NOTE THAT YOU MAY PAY $150 BY OCTOBER 27, 2010 TO CANCEL YOUR HEARING AND CLOSE YOUR CASE.

Sincerely,

Sara Martin

Probation Officer
Judicial Correction Services
650 S McDonough Street
Suite B
Montgomery, AL 36104

**Exhibit VVVV**

# Municipal Court of Montgomery, AL

Municipal Court of Montgomery, AL
vs.
**KENNY F. JONES**
███████
MONTGOMERY, AL 36108

Case #
08TRT000209, 09TRT056174

## Petition for Revocation of Probation and Statement of Delinquency Charges

TO: **W. Troy Massey**, Judge of the **Municipal Court of Montgomery, AL,** comes now _____
_____ , in his/her capacity as City Prosecutor and will respectfully show unto the Court as
follows:

I. On or about the **17th day of August, 2009** the above named defendant was placed on probation
by this Honorable Court, pursuant to 15-22-24, Code of Alabama, 1975 , as supplemented and
amended, for a period of 18 months for the offense of
·**Suspended License, Suspended License**

II. That in conjunction with the grant of probation to the defendant by this Honorable Court, a written
statement of the conditions of said probation was signed and executed by the Defendant and the
Defendant was specifically instructed regarding the special provisions of said probation by
**Judge W. Troy Massey**

III. That subsequent to the time that Defendant was placed on probation by this Honorable Court, he has
failed to:

Report to the probation agent as directed:
**12/11/2009, 6/1/2010, 6/15/2010, 6/25/2010, 8/2/2010, 8/13/2010, 9/1/2010**
Make payments of fines, costs, restitution and other court ordered monies: **Due $36.00**
Pay a monthly probation fee of $40 to the probation agent while on supervised probation: **Due $114.00**
**Total Due  $150.00**

Report to court for probation review as directed by the court or probation agent.

Based on the investigation of the undersigned and the information received therefrom, your Petitioner verily believes that the
Defendant has violated one or more of the written conditions of probation entered into between him and this Court and that this Court
should hold a hearing, after proper notice to Defendant to determine whether or not the Defendant's probation should be revoked.

WHEREFORE, your Petitioner respectfully requests that the probation of the Defendant be revoked and that this Honorable Court
issue a warrant  for the arrest of said Defendant, if necessary, and that said Defendant be brought before this Honorable Court for a hearing
to determine whether or not the Defendant's probation should be revoked and the Defendant be required to serve the full sentence
heretofore imposed.

_____          _____
**City Prosecutor**                          **Probation Agent - 9/17/2010**

### ORDER

It appears to the Court that a Petition for Revocation of Probation and Statement of Delinquency Charges having been filed in the
Municipal Court of Montgomery, AL, a copy of which is attached hereto and incorporated herein by reference, and the Court having
reviewed said Petition, is of the opinion that a hearing should be held to determine whether or not the Defendant-Probationer is in violation
of the terms of his probation as charged in said Petition.

NOW, THEREFORE IT IS ORDERED, ADJUDGED AND DECREED that a Revocation Hearing be set before this Court to
determine if the Defendant-Probationer has violated the terms of his probation and as a result should, therefore, have the period of his
probationary sentence revoked and the original sentence of the Court imposed.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that a true copy of this Petition, together with the conditions of
probation and all other relevant documents in the case be served upon the above named Defendant.  Consider this order suspending time on
this case until a resolution is decided.

_____          _____
Municipal Court Judge                        Court Date: 11/4/2010

_____          _____
Court Clerk / Magistrate                      Date

JCS ID:275740-1179966-SMARTIN

**Exhibit VVVV**

# Municipal Court of Montgomery, AL

STATE OF ALABAMA
vs.
KENNY F. JONES

Case Number
08TRT000209, 09TRT056174

## <u>Modified Termination of Probation</u>

On the 17th day of August, 2009, the above case came before the Honorable **W. Troy Massey.**

The Defendant was placed on probation for 18 months  for the charge of 2 cnts of Suspended License.

The court is now being notified by Judicial Correction Services Probation Officer **Sara Martin** that the Defendant has completed his probation by default due to the following:

**Due to the circumstances impacting this case, the court will assume supervision at this time.**

It is therefore, ORDERED AND ADJUDGED, that the probation of the Defendant should be and is hereby terminated.

DONE AND ORDERED this ____ day of ___MAY   9  2011___ , 20 _____

W. Troy Massey, Judge
Municipal Court of Montgomery, AL

Prepared By: _____

Sara Martin, Probation Officer
650 S McDonough Street, Suite B
Montgomery, AL 36104
334-262-0558 , (FAX) 888-494-7890

**Exhibit VVVV**

Printed:

Jun 15, 2017 12:16 PM

Montgomery Municipal Court

**MONTGOMERY MUNICIPAL COURT**
**PAYMENT HISTORY BY JACKET NUMBER**
**FOR**
**KENNY JONES, 06/13/1984**

e #1

COURT 017075

**Exhibit VVVV**

# MONTGOMERY MUNICIPAL COURT

| CASE # | DEFENDANT NAME | CHARGE | AMOUNT PAID | BALANCE OWED |
|--------|----------------|--------|-------------|--------------|
| 2008TRT000209 | KENNY JONES | DRIVING WHILE SUSPENDED | $263.00 | $0.00 |
| 2008TRT000208 | KENNY JONES | FAIL POSSESS/DISPLAY INS. (1ST OFFENSE) | $0.00 | $0.00 |
| 2008TRT000207 | KENNY JONES | IMPROPER HEADLIGHTS/ONE HEADLIGHT | $185.00 | $0.00 |
| 2009TRT026371 | KENNY JONES | DRIVING ON WRONG SIDE OF ROAD | $133.00 | $0.00 |
| 2009TRT006295 | KENNY JONES | FAIL POSSESS/DISPLAY INS. (1ST OFFENSE) | $0.00 | $0.00 |
| 2006TRT006296 | KENNY JONES | SPEEDING < 25 MPH OVER LIMIT | $214.00 | $0.00 |
| 2010TRT058694 | KENNY JONES | DRIVING WHILE SUSPENDED | $0.00 | $0.00 |
| 2011TRT006567 | KENNY JONES | DRIVING WHILE SUSPENDED | $0.00 | $0.00 |
| 2011TRT006568 | KENNY JONES | FAIL POSSESS/DISPLAY INS. (1ST OFFENSE) | $0.00 | $0.00 |
| 2010TRT069371 | KENNY JONES | NO CHILD RESTRAINT | $0.00 | $0.00 |
| 2010TRT069370 | KENNY JONES | NO CHILD RESTRAINT | $0.00 | $0.00 |
| 2010TRT041783 | KENNY JONES | DRIVING WHILE SUSPENDED | $460.00 | $0.00 |
| 2010TRT069369 | KENNY JONES | DRIVING WHILE SUSPENDED | $0.00 | $0.00 |
| 2010TRT069372 | KENNY JONES | NO CHILD RESTRAINT | $0.00 | $0.00 |
| 2010CRS600621 | KENNY JONES | NUISANCE - UNREASONABLE NOISE | $0.00 | $0.00 |
| 2010RT088605 | KENNY JONES | DRIVING WHILE SUSPENDED | $0.00 | $0.00 |
| 2010RT088606 | KENNY JONES | FAIL POSSESS/DISPLAY INS. (1ST OFFENSE) | $0.00 | $0.00 |
| 2010RT045747 | KENNY JONES | SEAT BELT VIOLATION | $0.00 | $0.00 |
| 2010RT045746 | KENNY JONES | DRIVING WHILE SUSPENDED | $0.00 | $0.00 |
| 2009TRT056174 | KENNY JONES | DRIVING WHILE SUSPENDED | $306.00 | $0.00 |
| 2011CRA005726A | KENNY JONES | MENACING | $50.00 | $0.00 |
| 2011M02784 | KENNY JONES | MENACING | $0.00 | $0.00 |
| 2013TRT019503 | KENNY JONES | FAILURE TO POSSESS/DISPLAY VEHICLE REGISTRATION | $0.00 | $0.00 |
| 2013TRT019505 | KENNY JONES | NO D/L IN POSSESSION | $0.00 | $198.00 |
| 2013TRT019506 | KENNY JONES | SPEEDING < 25 MPH OVER LIMIT | $0.00 | $0.00 |
| 2013TRT019509 | KENNY JONES | Vehicle Registration Suspended | $0.00 | $262.00 |

COURT 017076

**Exhibit VVVV**

# MONTGOMERY MUNICIPAL COURT

| Case | Name | Charge | TOTAL PAID | TOTAL BALANCE |
|---|---|---|---|---|
| 2013CRA001865 | KENNY JONES | DISORDERLY CONDUCT (fighting, threatening behavior) | $0.00 | $457.00 |
| 2014TRT009021 | KENNY JONES | DRIVING WHILE SUSPENDED | $0.00 | $0.00 |
| 2014TRT009020 | KENNY JONES | RUNNING STOP SIGN | $0.00 | $227.00 |
| | | | **TOTAL PAID** $1,611.00 | **TOTAL BALANCE** $1,144.00 |

Printed  , Jun 15, 2017 12:16 PM          Montgomery Municipal Court

je #3

COURT 017077

**Exhibit VVVV**