UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANGELA MCCULLOUGH et al., on behalf of themselves, individually, and on behalf of a class of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>THE CITY OF MONTGOMERY, ALABAMA and JUDICIAL CORRECTION SERVICES, INC., a corporation,<br><br>  Defendants. | Case No. 2:15-CV-463-RCL-SMD |

**MOTION OF PLAINTIFFS McCULLOUGH, JOHNSON, AGEE, JONES,
AND MOONEY FOR PARTIAL SUMMARY JUDGMENT AGAINST
THE CITY OF MONTGOMERY, ALABAMA**

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, Plaintiffs Angela McCullough, Marquita Johnson, Levon Agee, Kenny Jones, and Christopher Mooney hereby move for partial summary judgment as to liability in their favor and against Defendant City of Montgomery on the portion of Count VII of the Amended Complaint in this action that is based on peonage theories under 18 U.S.C. §§ 1581, 1589, and 1593A. This motion does not address (a) the remainder of Count VII (including non-peonage theories under the cited statutes and claims under 42 U.S.C. § 1983 based on violations of the Thirteenth Amendment), (b) Count VIII, or (c) any claims against Defendant Judicial Correction Services, Inc.

In support of their motion, these Plaintiffs rely on:

- The Amended Complaint and the answer of Defendant City of Montgomery;
- The accompanying Statement of Material Facts as to Which There Is No Genuine Dispute;
- Transcripts of Depositions taken in this action and in *Cleveland v. City of Montgomery*, No. 2:13-cv-732-MEF / *Watts v. City of Montgomery*, No. 2:13-cv-733-MEF, as

- contained and indexed in the accompanying Transcript volume;
- Declarations of each of the Moving Plaintiffs, as contained and indexed in the accompanying Declaration volume;
- Documents and other materials, as contained and indexed in the accompanying Exhibit volume; and
- The accompanying Memorandum of Law.

A proposed Order is attached.

**ORAL ARGUMENT IS REQUESTED**

Dated: January 21, 2020              Respectfully submitted,

By: s/ Gregory L. Bass

| | |
|---|---|
| Martha I. Morgan (ASB-3038-A46M)<br>8800 Lodge Lane<br>Cottondale, AL 35453<br>Telephone: (205) 799-2692<br>Email: mimorgan@yahoo.com<br><br>Faya Rose Toure (ASB-5931-R78R)<br>Henry Sanders (ASB-6179A34H)<br>CHESTNUT, SANDERS &<br>  SANDERS LLC<br>P.O. Box 1290<br>Selma, AL 36702<br>Telephone: (334) 526-4531<br>Fax: (334) 526-4535<br>Email: fayarose@gmail.com<br>Email: gpompey@csspca.com | Harold C. Hirshman, *pro hac vice*<br>Jennifer A. Barrett, *pro hac vice*<br>DENTONS US LLP<br>233 South Wacker Drive, Suite 5900<br>Chicago, IL 60606<br>Telephone: (312) 876-8000<br>Fax: (312) 876-7934<br>harold.hirshman@dentons.com<br>jennifer.barrett@dentons.com<br><br>Stephen J. O'Brien, *pro hac vice*<br>DENTONS US LLP<br>One Metropolitan Square, Suite 3000<br>St. Louis, MO 63102<br>Telephone: (314) 259-5904<br>Fax: (314) 259-5959<br>stephen.obrien@dentons.com<br><br>Gregory Lee Bass, *pro hac vice*<br>Britney Wilson, *pro hac vice*<br>National Center for Law and Economic<br>  Justice<br>275 Seventh Avenue, Suite 1506<br>New York, NY 10001<br>Telephone: (212) 633-6967<br>bass@nclej.org<br>wilson@nclej.org |

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of Record, on this 21st day of January, 2020.

                                                                       s/ Gregory L. Bass

# THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| ANGELA MCCULLOUGH, et al., <br> ON BEHALF OF THEMSELVES, <br> INDIVIDUALLY, AND ON BEHALF OF A <br> CLASS OF ALL OTHERS SIMILARLY <br> SITUATED, <br><br> Plaintiffs, <br><br> vs. <br><br> THE CITY OF MONTGOMERY, ALABAMA, et al., <br><br> Defendants. | CASE NO: 2:15-CV-463-RCL-SMD |

## ORDER

Upon consideration of the Motion for Partial Summary Judgment Against the City of Montgomery, Alabama, submitted by Plaintiffs ANGELA MCCULLOUGH, MARQUITA JOHNSON, KENNY JONES, LEVON AGEE, and CHRISTOPHER MOONEY, the motion for partial summary judgment is hereby **GRANTED**.

It is **SO ORDERED**.

_____
Royce C. Lamberth
United States District Judge

_____, 2020