# Exhibit 23

| | |
|---|---|
| **From:** | Jail <jail@montgomeryal.gov> |
| **Sent:** | |
| **To:** | Gooden, Brenda <bgooden@montgomeryal.gov>; Mills, Carnell <cmills@montgomeryal.gov>; Municipal Court Staff <MunicipalCourtStaff@montgomeryal.gov>; Jail <jail@montgomeryal.gov> |
| **Subject:** | Work Detail Day Ending 06-21-13.docx |
| **Attach:** | Work Detail Day Ending 06-21-13.docx |

CITY 004931

WORK DETAIL WEEK ENDING 06/20/2013

| Booking number | Inmate name | Sentence Date | # of days sentenced to | Release date | # of days worked this week | Total # of days worked | Detail | Mandatory Days Served |
|---|---|---|---|---|---|---|---|---|
| 13-5941 | Agee, Levon | 06/13/13 | 43 | 07/25/13 | 2 | 2 | | |
| 13-4928 | Allen, Erica | 05/17/13 | 89 | 09/11/13 | 6 | 6 | | 3 |
| 13-5834 | Austin, Bernard | 06/11/13 | 13 | 06/23/13 | 6 | 6 | | |
| 13-5789 | Austin, Marty | 06/10/13 | 52 | 07/31/13 | 5 | 5 | | |
| 13-4908 | Belser, Louventerd | 05/16/13 | 32 | 07/12/13 | 3 | 7 | | |
| 13-2666 | Belser, Miriam | 03/12/13 | 37 | 07/09/13 | 3 | 10 | | 84 |
| 13-4786 | Bethel, Eric | 05/13/13 | 83 | 08/03/13 | 7 | 37 | | |
| 13-5380 | Bolden, Toshekia | 05/30/13 | 109 | 09/15/13 | 7 | 18 | | |
| 13-5958 | Borom, Jordan | 06/14/13 | 50 | 08/02/13 | 3 | 3 | | |
| 13-3974 | Bradford, Denetra | 04/19/13 | 114 | 08/10/13 | 5 | 48 | | |
| 13-5813 | Brennon, John | 06/10/13 | 14 | 06/23/13 | 4 | 4 | | |
| 13-5795 | Brown, Derrick | 06/10/13 | 40 | 07/21/13 | 3 | 5 | | 3 |
| 13-6034 | Buford, Kwami | 06/16/13 | 18 | 07/05/13 | 2 | 2 | | 3 |
| 13-5940 | Burton, Kenneth | 06/13/13 | 39 | 07/22/13 | 1 | 1 | | 2 |
| 13-5994 | Chappell, Ray | 06/15/13 | 33 | 07/17/13 | 1 | 1 | | |
| 13-5897 | Chappelle, Rodney | 06/12/13 | 12 | 06/26/13 | 2 | 2 | | 4 |
| 13-5528 | Chappelle, Steven | 06/02/13 | 23 | 06/26/13 | 6 | 9 | | 2 |
| 13-5424 | Cherry, David | 05/31/13 | 37 | 07/15/13 | 1 | 1 | | 10 |
| 13-5494 | Crawford, Leon | 06/01/13 | 52 | 07/26/13 | 7 | 14 | | 5 |
| 13-5768 | Daniels, Lorenzo | 06/09/13 | 69 | 08/16/13 | 7 | 8 | | |
| 13-5943 | Edwards, Janet | 06/13/13 | 13 | 06/25/13 | 6 | 6 | | |
| 13-4277 | Ellis, Julian | 04/28/13 | 109 | 08/14/13 | 7 | 53 | | |
| 13-5580 | Ellizey, Gladys | 06/04/13 | 37 | 07/14/13 | 7 | 13 | | 5 |
| 13-6039 | Foster, Dion | 06/16/13 | 35 | 07/20/13 | 1 | 1 | | |
| 13-5307 | Gaither, Jeremy | 05/28/13 | 34 | 06/30/13 | 6 | 18 | | |
| 13-5450 | Gilbert, Timothy | 05/31/13 | 34 | 07/04/13 | 4 | 10 | | 1 |
| 13-5656 | Goodwyn, Willie | 06/06/13 | 21 | 06/26/13 | 4 | 5 | | |
| 13-4946 | Grant, Willie | 05/17/13 | 109 | 09/02/13 | 7 | 31 | | |
| 13-5892 | Griffin, Cornelius | 06/12/13 | 57 | 08/07/13 | 1 | 1 | | |
| 13-6088 | Griffin, Makia | 06/18/13 | 12 | 06/29/13 | 2 | 2 | | |
| **13-5527** | **Hanger, Chad** | **06/02/13** | **54** | **07/25/13** | **3** | **3** | **KITCHEN** | |
| 13-4605 | Hannon, Michael | 05/08/13 | 62 | 07/09/13 | 7 | 33 | | |
| 13-5944 | Hardy, Reshard | 06/13/13 | 46 | 07/28/13 | 2 | 2 | | |
| 13-5752 | Hart, Brandon | 06/08/13 | 55 | 08/01/13 | 1 | 1 | | |
| 13-5827 | Henderson, Conita | 06/10/13 | 38 | 07/22/13 | 4 | 4 | | 6 |
| 13/3643 | Herbert, Dalovell | 04/09/13 | 46 | 07/07/13 | 4 | 17 | | 45 |
| 13-4150 | Jackson, Lori | 04/25/13 | 85 | 07/22/13 | 3 | 37 | | 5 |
| 13-4079 | Jones, Cedric | 04/23/13 | 14 | 06/26/13 | 2 | 2 | | 52 |
| 13-4631 | Jones, Marcus | 05/09/13 | 75 | 07/22/13 | 7 | 28 | | |
| 13-1179 | Lee, Carchemish | 02/02/13 | 181 | 09/01/13 | 7 | 108 | | 30 |
| 13-5718 | McGhee, Jucory | 06/08/13 | 10 | 06/26/13 | 3 | 3 | | |

WORK DETAIL WEEK ENDING 06/20/2013

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13-3767 | McDonald, Darrell | 04/13/13 | 102 | 09/20/13 | | 1 | | 3 |
| 13-5474 | Miller, Raynard | 06/01/13 | 49 | 07/19/13 | 7 | 18 | | |
| **13-5607** | **Nix, Nickolas** | **06/05/13** | **53** | **07/30/13** | **5** | **7** | **KITCHEN** | **4** |
| 13-5868 | Rieves, Anthony | 06/11/13 | 36 | 07/16/13 | 7 | 7 | | |
| 13-4489 | Person, Jeffery | 05/04/13 | 39 | 07/23/13 | 2 | 2 | | 12 |
| 13-2935 | Rivers, Aisha | 03/22/13 | 147 | 08/14/13 | 6 | 69 | | |
| **13-1553** | **Ross, David** | **02/11/13** | **49** | **08/01/13** | **1** | **1** | **KITCHEN** | **130** |
| 13-5694 | Russell, Jasmine | 06/07/13 | 19 | 06/25/13 | 3 | 3 | | |
| 13-5917 | Sandley, Jeremy | 06/13/13 | 33 | 07/15/13 | 4 | 4 | | |
| 13-6055 | Shoemaker, Rafeal | 06/17/13 | 21 | 07/09/13 | 1 | 1 | | 4 |
| 13-6052 | Singelton, Eric | 06/17/13 | 21 | 07/07/13 | 1 | 1 | | |
| 13-5135 | Smith, Johnnie | 05/23/13 | 29 | 06/21/13 | | 13 | | |
| 13-3679 | Smith, Louis | 04/10/13 | 221 | 11/18/13 | 7 | 54 | | 2 |
| 13-5829 | Sweargengin, Benny | 06/11/13 | 37 | 07/17/13 | 3 | 3 | | 1 |
| 13-5093 | Thomas, K, Brian | 05/22/13 | 13 | 07/02/13 | 1 | 1 | | |
| 13-6028 | Thomas, Brian | 06/16/13 | 25 | 07/10/13 | 1 | 1 | | |
| **13-5518** | **Thomas, Joshua** | **06/02/13** | **74** | **08/16/13** | **7** | **16** | **KITCHEN** | **2** |
| 13-5655 | Thompson, Jimario | 06/06/13 | 20 | 06/25/13 | 5 | 7 | | |
| 13-5790 | Thopmson, Rontreal | 06/10/13 | 71 | 08/19/13 | 6 | 10 | | |
| 13-3671 | Tolliver, Dennis | 04/10/13 | 95 | 07/15/13 | 7 | 20 | | 3 |
| 13-6064 | Upshaw, Kennedy | 06/17/13 | 60 | 08/15/13 | 1 | 1 | | |
| 13-5516 | Usen, Idorenyin | 06/02/13 | 27 | 06/29/13 | 6 | 16 | | 1 |
| **13-3277** | **Washington, Norman** | **03/31/13** | **173** | **11/13/13** | **7** | **36** | **KITCHEN** | |
| 13-5526 | Walker, Quandarius | 06/02/13 | 64 | 08/05/13 | 7 | 19 | | 1 |
| 13-4962 | Watkins, Princess | 05/18/13 | 44 | 07/01/13 | 3 | 17 | | 1 |
| 13-4569 | Webb, Nayauna | 05/07/13 | 92 | 08/06/13 | 5 | 30 | | |
| 13-5832 | Williams, Alexis | 06/11/13 | 12 | 06/22/13 | 3 | 3 | | 1 |
| 13-5903 | Wright, Curtis | 06/12/13 | 35 | 07/21/13 | 1 | 1 | | 6 |

***The orange highlighted names are County Holds.***

| | |
|---|---|
| **From:** | Jail <jail@montgomeryal.gov> |
| **Sent:** | |
| **To:** | Gooden, Brenda <bgooden@montgomeryal.gov>; Mills, Carnell <cmills@montgomeryal.gov>; Municipal Court Staff <MunicipalCourtStaff@montgomeryal.gov>; Jail <jail@montgomeryal.gov> |
| **Subject:** | Work Detail Day Ending 06-27-13.docx |
| **Attach:** | Work Detail Day Ending 06-27-13.docx |

WORK DETAIL WEEK ENDING 06/27/2013

| Booking number | Inmate name | Sentence Date | # of days sentenced to | Release date | # of days worked this week | Total # of days worked | Detail | Mandatory Days Served |
|---|---|---|---|---|---|---|---|---|
| 13-5941 | Agee, Levon | 06/13/13 | 43 | 07/25/13 | 4 | 6 | | |
| 13-4928 | Allen, Erica | 05/17/13 | 89 | 09/11/13 | 7 | 13 | | 3 |
| 13-5789 | Austin, Marty | 06/10/13 | 52 | 07/31/13 | 7 | 12 | | |
| 13-6150 | Ball, Ulysses | 06/19/13 | 33 | 07/21/13 | 2 | 2 | | |
| 13-4908 | Belser, Louventerd | 05/16/13 | 32 | 07/12/13 | 2 | 9 | | |
| 13-2666 | Belser, Miriam | 03/12/13 | 37 | 07/09/13 | 6 | 16 | | 84 |
| 13-4786 | Bethel, Eric | 05/13/13 | 83 | 08/03/13 | | 37 | | |
| 13-5380 | Bolden, Toshekia | 05/30/13 | 109 | 09/15/13 | 7 | 25 | | |
| 13-5958 | Borom, Jordan | 06/14/13 | 50 | 08/02/13 | 7 | 10 | | |
| 13-3974 | Bradford, Denetra | 04/19/13 | 114 | 08/10/13 | 6 | 56 | | |
| 13-5795 | Brown, Derrick | 06/10/13 | 40 | 07/21/13 | 7 | 12 | | 3 |
| 13-6034 | Buford, Kwami | 06/16/13 | 18 | 07/05/13 | | 2 | | 3 |
| 13-5940 | Burton, Kenneth | 06/13/13 | 39 | 07/22/13 | 4 | 6 | | 2 |
| 13- | Carter, Shonquita | 06/26/13 | 26 | 07/21/13 | 1 | 1 | | |
| 13-5994 | Chappell, Ray | 06/15/13 | 33 | 07/17/13 | 4 | 5 | | |
| 13-5897 | Chappelle, Rodney | 06/12/13 | 12 | 06/26/13 | | 2 | | 4 |
| 13-5528 | Chappelle, Steven | 06/02/13 | 23 | 06/26/13 | 6 | 22 | | 2 |
| 13-5424 | Cherry, David | 05/31/13 | 37 | 07/15/13 | | 1 | | 10 |
| 13-6268 | Coley, Kasdoyln | 06/22/13 | 39 | 07/30/13 | 1 | 1 | | |
| 13-5494 | Crawford, Leon | 06/01/13 | 52 | 07/26/13 | 7 | 21 | | 5 |
| 13-5768 | Daniels, Lorenzo | 06/09/13 | 69 | 08/16/13 | 6 | 14 | | |
| 13-4277 | Ellis, Julian | 04/28/13 | 109 | 08/14/13 | 7 | 60 | | |
| 13-5580 | Ellizey, Gladys | 06/04/13 | 37 | 07/14/13 | 6 | 19 | | 5 |
| 13-6039 | Foster, Dion | 06/16/13 | 35 | 07/20/13 | 2 | 3 | | |
| 13-5450 | Gilbert, Timothy | 05/31/13 | 34 | 07/04/13 | 2 | 12 | | 1 |
| 13-5674 | Gilchrist, Juwan | 06/07/13 | 28 | 07/04/13 | 1 | 1 | | |
| 13-4946 | Grant, Willie | 05/17/13 | 109 | 09/02/13 | 7 | 38 | | |
| 13-5892 | Griffin, Cornelius | 06/12/13 | 57 | 08/07/13 | 1 | 2 | | |
| **13-5527** | **Hanger, Chad** | **06/02/13** | **54** | **07/25/13** | **7** | **10** | **KITCHEN** | |
| 13-5944 | Hardy, Reshard | 06/13/13 | 46 | 07/28/13 | 3 | 5 | | |
| 13-5752 | Hart, Brandon | 06/08/13 | 55 | 08/01/13 | 2 | 3 | | |
| 13-5827 | Henderson, Conita | 06/10/13 | 38 | 07/22/13 | 5 | 10 | | 6 |
| 13/3643 | Herbert, Dalovell | 04/09/13 | 46 | 07/07/13 | 4 | 21 | | 45 |
| 13-4150 | Jackson, Lori | 04/25/13 | 85 | 07/22/13 | 2 | 40 | | 5 |
| 13-6235 | Jefferson, Aaron | 06/21/13 | 21 | 07/11/13 | 4 | 4 | | |
| 13-4631 | Jones, Marcus | 05/09/13 | 75 | 07/22/13 | 6 | 34 | | |
| 13-4057 | Knight, Britney | 04/22/13 | 17 | 07/06/13 | 5 | 6 | | 60 |
| 13-6353 | Lacy, Shante | 06/24/13 | 18 | 07/11/13 | 1 | 1 | | |
| 13-1179 | Lee, Carchemish | 02/02/13 | 181 | 09/01/13 | 7 | 115 | | 30 |
| 13-6194 | Mack, Curtis | 06/20/13 | 15 | 07/04/13 | 1 | 1 | | |
| 13-5134 | McCall, Cortori | 05/23/13 | 46 | 08/02/13 | 4 | 4 | | 46 |

CITY 004935

WORK DETAIL WEEK ENDING 06/27/2013

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13-3767 | McDonald, Darrell | 04/13/13 | 102 | 09/20/13 | | 1 | | 3 |
| 13-5474 | Miller, Raynard | 06/01/13 | 49 | 07/19/13 | 7 | 25 | | |
| 13-6203 | Mottley, Michael | 06/20/13 | 16 | 07/05/13 | 2 | 2 | | |
| **13-5607** | **Nix, Nickolas** | **06/05/13** | **53** | **07/30/13** | **7** | **14** | **KITCHEN** | **4** |
| 13-6181 | Ricks, Keyia | 06/20/13 | 32 | 07/21/13 | 1 | 1 | | |
| 13-5868 | Rieves, Anthony | 06/11/13 | 36 | 07/16/13 | 7 | 14 | | |
| 13-6270 | Patrick, Paul | 06/22/13 | 28 | 07/19/13 | 1 | 1 | | |
| 13-5955 | Perdue, Markizes | 06/14/13 | 14 | 06/27/13 | 1 | 1 | | |
| 13-6139 | Pernell, Clarence | 06/19/13 | 10 | 07/27/13 | 1 | 1 | | |
| 13-4489 | Person, Jeffery | 05/04/13 | 39 | 07/23/13 | 5 | 8 | | 12 |
| 13-2935 | Rivers, Aisha | 03/22/13 | 147 | 08/14/13 | 6 | 76 | | |
| **13-1553** | **Ross, David** | **02/11/13** | **49** | **08/01/13** | **7** | **8** | **KITCHEN** | **130** |
| **13-4096** | **Smith, Brandon** | **04/23/13** | **34** | **07/25/13** | **6** | **6** | **KITCHEN** | **61** |
| 13-3679 | Smith, Louis | 04/10/13 | 221 | 11/18/13 | 6 | 60 | | 2 |
| 13-6292 | Smith, Sabrina | 06/23/13 | 26 | 07/18/13 | 2 | 2 | | |
| 13-5829 | Sweargengin, Benny | 06/11/13 | 37 | 07/17/13 | 1 | 4 | | 1 |
| 13-6125 | Thomas, Brandon | 06/19/13 | 39 | 07/31/13 | 1 | 1 | | |
| 13-5093 | Thomas, K, Brian | 05/22/13 | 13 | 07/02/13 | 2 | 3 | | |
| 13-6028 | Thomas, Brian | 06/16/13 | 25 | 07/10/13 | | 1 | | |
| 13-3119 | Thomas, David | 03/27/13 | 23 | 07/16/13 | 3 | 3 | | 90 |
| **13-5518** | **Thomas, Joshua** | **06/02/13** | **74** | **08/16/13** | **7** | **26** | **KITCHEN** | **2** |
| 13-5790 | Thopmson, Rontreal | 06/10/13 | 71 | 08/19/13 | 5 | 16 | | |
| 13-6119 | Timmons, Lucretia | 06/18/13 | 20 | 07/11/13 | 2 | 2 | | |
| 13-3671 | Tolliver, Dennis | 04/10/13 | 95 | 07/15/13 | 7 | 27 | | 3 |
| **13-3277** | **Washington, Norman** | **03/31/13** | **173** | **11/13/13** | **7** | **43** | **KITCHEN** | |
| 13-5526 | Walker, Quandarius | 06/02/13 | 64 | 08/05/13 | 7 | 27 | | 1 |
| 13-4569 | Webb, Nayauna | 05/07/13 | 92 | 08/06/13 | 7 | 38 | | |
| 13-6184 | Williams, Daylone | 06/20/13 | 17 | 07/07/13 | 1 | 1 | | 2 |
| 13-6223 | Williams, Denard | 06/21/13 | 37 | 07/27/13 | 2 | 2 | | |
| 13-5903 | Wright, Curtis | 06/12/13 | 35 | 07/21/13 | 3 | 4 | | 6 |
| 13-6304 | Ziegler, Rondrekas | 06/23/13 | 10 | 07/02/13 | 3 | 3 | | |

***The orange highlighted names are County Holds.***

| | |
|---|---|
| **From:** | Jail <jail@montgomeryal.gov> |
| **Sent:** | |
| **To:** | Gooden, Brenda <bgooden@montgomeryal.gov>; Mills, Carnell <cmills@montgomeryal.gov>; Municipal Court Staff <MunicipalCourtStaff@montgomeryal.gov>; Jail <jail@montgomeryal.gov> |
| **Subject:** | Work Detail Day Ending 07-04-13.doc |
| **Attach:** | Work Detail Day Ending 07-04-13.doc |

CITY 004937

WORK DETAIL WEEK ENDING 07/04/13

| Booking number | Inmate name | Sentence Date | # of days sentenced to | Release date | # of days worked this week | Total # of days worked | Detail | Mandatory Days Served |
|---|---|---|---|---|---|---|---|---|
| 13-5941 | Agee, Levon | 06/13/13 | 43 | 07/25/13 | 5 | 11 | | |
| 13-4928 | Allen, Erica | 05/17/13 | 89 | 09/11/13 | 7 | 20 | | 3 |
| 13-5789 | Austin, Marty | 06/10/13 | 52 | 07/31/13 | 6 | 18 | | |
| 13-6600 | Bagby, Paul | 07/01/13 | 37 | 08/06/13 | 2 | 2 | | |
| 13-6150 | Ball, Ulysses | 06/19/13 | 33 | 07/21/13 | | 2 | | |
| 13-6452 | Barnett, Corrick | 06/27/13 | 55 | 08/20/13 | 4 | 4 | | |
| 13-4786 | Bethel, Eric | 05/13/13 | 83 | 08/03/13 | | 37 | | |
| 13-5380 | Bolden, Toshekia | 05/30/13 | 109 | 09/15/13 | 6 | 31 | | |
| 13-5958 | Borom, Jordan | 06/14/13 | 50 | 08/02/13 | 5 | 15 | | |
| 13-3974 | Bradford, Denetra | 04/19/13 | 114 | 08/10/13 | 7 | 63 | | |
| 13-5795 | Brown, Derrick | 06/10/13 | 40 | 07/21/13 | 5 | 17 | | 3 |
| 13-5940 | Burton, Kenneth | 06/13/13 | 39 | 07/22/13 | 7 | 13 | | 2 |
| 13-6418 | Carter, Shonquita | 06/26/13 | 26 | 07/21/13 | 5 | 6 | | |
| 13-5994 | Chappell, Ray | 06/15/13 | 33 | 07/17/13 | 7 | 12 | | |
| 13-6268 | Coley, Kasdoyln | 06/22/13 | 39 | 07/30/13 | 4 | 5 | | |
| 13-6506 | Craft, Colleen | 06/28/13 | 27 | 07/28/13 | 1 | 1 | | 5 |
| 13-5494 | Crawford, Leon | 06/01/13 | 52 | 07/26/13 | 7 | 28 | | 5 |
| 13-5768 | Daniels, Lorenzo | 06/09/13 | 69 | 08/16/13 | 6 | 21 | | |
| 13-4277 | Ellis, Julian | 04/28/13 | 109 | 08/14/13 | 7 | 67 | | |
| 13-6571 | Fannin, Shawntrice | 06/30/13 | 88 | 09/17/13 | 2 | 2 | | 3 |
| 13-6559 | Felder, Al | 06/30/13 | 10 | 07/09/13 | 2 | 2 | | |
| 13-6039 | Foster, Dion | 06/16/13 | 35 | 07/20/13 | 2 | 5 | | |
| 13-4946 | Grant, Willie | 05/17/13 | 109 | 09/02/13 | 7 | 45 | | |
| 13-5892 | Griffin, Cornelius | 06/12/13 | 57 | 08/07/13 | 3 | 5 | | |
| **13-5527** | **Hanger, Chad** | **06/02/13** | **54** | **07/25/13** | **7** | **17** | **KITCHEN** | |
| 13-5944 | Hardy, Reshard | 06/13/13 | 46 | 07/28/13 | 7 | 12 | | |
| 13-5752 | Hart, Brandon | 06/08/13 | 55 | 08/01/13 | 5 | 8 | | |
| 13-5827 | Henderson, Conita | 06/10/13 | 38 | 07/22/13 | 5 | 15 | | 6 |
| 13-6498 | Henderson, Tadaja | 06/28/13 | 12 | 07/10/13 | 1 | 1 | | |
| 13-6419 | Hill, Olandiss | 06/26/13 | 10 | 07/05/13 | 1 | 1 | | |
| 13-6235 | Jefferson, Aaron | 06/21/13 | 21 | 07/11/13 | 5 | 9 | | |
| 13-6617 | Kelly, Eddie | 07/02/13 | 24 | 07/25/13 | 2 | 2 | | |
| 13-5369 | Knight, Brandon | 05/29/13 | 6 | 07/06/13 | 1 | 1 | | 3 |
| 13-6353 | Lacy, Shante | 06/24/13 | 18 | 07/11/13 | 2 | 2 | | |
| 13-5134 | McCall, Cortori | 05/23/13 | 46 | 08/02/13 | 6 | 11 | | 46 |
| 13-6546 | McClain, Brandon | 06/30/13 | 13 | 07/12/13 | 2 | 2 | | |
| 13-3767 | McDonald, Darrell | 04/13/13 | 102 | 09/20/13 | 2 | 3 | | 3 |
| 13-6570 | McLean, Ahmad | 06/30/13 | 8 | 07/07/13 | 1 | 1 | | 1 |
| 13-6618 | Moorer, Javouski | 07/02/13 | 12 | 07/13/13 | 1 | 1 | | 1 |
| 13-6653 | Moses, Lasonja | 07/03/13 | 30 | 08/01/13 | 1 | 1 | | |
| 13-6622 | Mushat, Taurio | 07/02/13 | 55 | 08/25/13 | 1 | 1 | | |

WORK DETAIL WEEK ENDING 07/04/13

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13-2010 | Nelson, Olivia | 05/20/13 | 20 | 07/20/13 | 3 | 3 | | |
| 13-6230 | Newman, Catrina | 06/21/13 | 34 | 07/24/13 | 2 | 2 | | |
| **13-5607** | **Nix, Nickolas** | **06/05/13** | **53** | **07/30/13** | **7** | **21** | **KITCHEN** | **4** |
| 13-6181 | Ricks, Keyia | 06/20/13 | 32 | 07/21/13 | 3 | 4 | | |
| 13-6270 | Patrick, Paul | 06/22/13 | 28 | 07/19/13 | 5 | 6 | | |
| 13-4489 | Person, Jeffery | 05/04/13 | 39 | 07/23/13 | 4 | 13 | | 12 |
| 13-6533 | Pettaway, Michael | 06/29/13 | 10 | 07/11/13 | 1 | 1 | | 4 |
| 13-6476 | Pickett, Dominique | 06/27/13 | 11 | 07/11/13 | 1 | 1 | | 5 |
| 13-6134 | Provo, Mitchell | 06/19/13 | 18 | 07/12/13 | 2 | 2 | | 7 |
| 13-6428 | Rogers, Percy | 06/26/13 | 30 | 07/27/13 | 1 | 1 | | 3 |
| **13-1553** | **Ross, David** | **02/11/13** | **49** | **08/01/13** | **7** | **15** | **KITCHEN** | **130** |
| 13-6513 | Scott, Kevarciey | 06/28/13 | 20 | 07/17/13 | 3 | 3 | | |
| 13-6317 | Sloan, Tina | 06/23/13 | 55 | 08/16/13 | 3 | 3 | | |
| 13-6441 | Smith, Charles | 06/27/13 | 24 | 07/29/13 | 1 | 1 | | 1 |
| 13-3679 | Smith, Louis | 04/10/13 | 221 | 11/18/13 | 7 | 67 | | 2 |
| 13-5829 | Sweargengin, Benny | 06/11/13 | 37 | 07/17/13 | 1 | 5 | | 1 |
| 13-6125 | Thomas, Brandon | 06/19/13 | 39 | 07/31/13 | 5 | 6 | | |
| 13-3119 | Thomas, David | 03/27/13 | 23 | 07/16/13 | 4 | 7 | | 90 |
| **13-5518** | **Thomas, Joshua** | **06/02/13** | **74** | **08/16/13** | **7** | **33** | **KITCHEN** | **2** |
| 13-5790 | Thopmson, Rontreal | 06/10/13 | 71 | 08/19/13 | 6 | 22 | | |
| 13-6119 | Timmons, Lucretia | 06/18/13 | 20 | 07/11/13 | 4 | 6 | | |
| 13-6387 | Turner, Andre | 06/25/13 | 52 | 08/15/13 | 1 | 1 | | |
| 13-6572 | Vason, Marsha | 06/30/13 | 93 | 10/03/13 | 2 | 2 | | 4 |
| 13-6534 | Washington, Marvin | 06/29/13 | 30 | 07/28/13 | 3 | 3 | | |
| **13-3277** | **Washington, Norman** | **03/31/13** | **173** | **11/13/13** | **7** | **50** | **KITCHEN** | |
| 13-5526 | Walker, Quandarius | 06/02/13 | 64 | 08/05/13 | 7 | 34 | | 1 |
| 13-4569 | Webb, Nayauna | 05/07/13 | 92 | 08/06/13 | 7 | 45 | | |
| 13-6223 | Williams, Denard | 06/21/13 | 37 | 07/27/13 | 2 | 4 | | |

***The orange highlighted names are County Holds.***

| | |
|---|---|
| **From:** | Jail <jail@montgomeryal.gov> |
| **Sent:** | |
| **To:** | Gooden, Brenda <bgooden@montgomeryal.gov>; Mills, Carnell <cmills@montgomeryal.gov>; Municipal Court Staff <MunicipalCourtStaff@montgomeryal.gov>; Jail <jail@montgomeryal.gov>; PoliceJailStaff <PoliceJailStaff@montgomeryal.gov> |
| **Subject:** | Work Detail Day Ending 07-11-13.doc |
| **Attach:** | Work Detail Day Ending 07-11-13.doc |

WORK DETAIL WEEK ENDING 07/11/13

| Booking number | Inmate name | Sentence Date | # of days sentenced to | Release date | # of days worked this week | Total # of days worked | Detail | Mandatory Days Served |
|---|---|---|---|---|---|---|---|---|
| 13-5941 | Agee, Levon | 06/13/13 | 43 | 07/25/13 | 7 | 19 | | |
| 13-4928 | Allen, Erica | 05/17/13 | 89 | 09/11/13 | 7 | 27 | | 3 |
| 13-6711 | Addison, Denard | 07/05/13 | 12 | 07/18/13 | 1 | 1 | | 3 |
| 13-6569 | Anderson, Rodney | 06/30/13 | 19 | 07/21/13 | 1 | 1 | | 4 |
| 13-6600 | Bagby, Paul | 07/01/13 | 37 | 08/06/13 | 6 | 7 | | |
| 13-6150 | Ball, Ulysses | 06/19/13 | 33 | 07/21/13 | | 2 | | |
| **13-6452** | **Barnett, Corrick** | **06/27/13** | **55** | **08/20/13** | **6** | **10** | **KITCHEN** | |
| 13-6768 | Benifield, Duron | 07/07/13 | 19 | 07/27/13 | 3 | 3 | | 3 |
| 13-4786 | Bethel, Eric | 05/13/13 | 83 | 08/03/13 | | 37 | Out To Co. | |
| 13-5380 | Bolden, Toshekia | 05/30/13 | 109 | 09/15/13 | 6 | 37 | | |
| 13-5958 | Borom, Jordan | 06/14/13 | 50 | 08/02/13 | 7 | 22 | | |
| 13-6787 | Carroll, Stacy | 07/08/13 | 14 | 07/21/13 | 2 | 2 | | |
| 13-6418 | Carter, Shonquita | 06/26/13 | 26 | 07/21/13 | 7 | 15 | | |
| 13-6268 | Coley, Kasdoyln | 06/22/13 | 39 | 07/30/13 | 6 | 11 | | |
| 13-6760 | Cooley, Kevin | 07/07/13 | 70 | 09/14/13 | 3 | 3 | | |
| 13-6728 | Dixon, Shantrell | 07/05/13 | 14 | 07/18/13 | 4 | 4 | | |
| 13-6554 | Ellis, Danicia | 06/30/13 | 27 | 07/31/13 | 2 | 2 | | 6 |
| 13-6571 | Fannin, Shawntrice | 06/30/13 | 88 | 09/17/13 | 5 | 9 | | 3 |
| 13-6039 | Foster, Dion | 06/16/13 | 35 | 07/20/13 | 4 | 9 | | |
| 13-6247 | Garrison, Ruben | 06/21/13 | 8 | 07/17/13 | 1 | 1 | | 20 |
| 13-4946 | Grant, Willie | 05/17/13 | 109 | 09/02/13 | 7 | 52 | | |
| 13-5892 | Griffin, Cornelius | 06/12/13 | 57 | 08/07/13 | 7 | 12 | | |
| 13-5944 | Hardy, Reshard | 06/13/13 | 46 | 07/28/13 | 6 | 18 | | |
| 13-5752 | Hart, Brandon | 06/08/13 | 55 | 08/01/13 | 6 | 14 | | |
| 13-6801 | Jackson, Labryant | 07/08/13 | 73 | 09/18/13 | 1 | 1 | | |
| 13-6721 | Jackson, Phillip | 07/05/13 | 17 | 07/22/13 | 4 | 4 | | 2 |
| 13-6686 | Jordan, Tyrone | 07/04/13 | 18 | 07/21/13 | 3 | 3 | | |
| 13-6617 | Kelly, Eddie | 07/02/13 | 24 | 07/25/13 | 3 | 5 | | |
| 13-6353 | Lacy, Shante | 06/24/13 | 18 | 07/11/13 | 2 | 4 | | |
| 13-6767 | Martin, Jayla | 07/07/13 | 22 | 07/28/13 | 4 | 4 | | |
| 13-5134 | McCall, Cortori | 05/23/13 | 46 | 08/02/13 | 5 | 17 | | 46 |
| 13-6648 | McCullough, Angela | 07/02/13 | 51 | 08/24/13 | 7 | 7 | | 4 |
| 13-3767 | McDonald, Darrell | 04/13/13 | 102 | 09/20/13 | 7 | 10 | | 3 |
| 13-6414 | Minor, Latisha | 06/26/13 | 42 | 08/10/13 | 4 | 4 | | 5 |
| 13-6653 | Moses, Lasonja | 07/03/13 | 30 | 08/01/13 | 3 | 4 | | |
| 13-6622 | Mushat, Taurio | 07/02/13 | 55 | 08/25/13 | 7 | 8 | | |
| 13-2010 | Nelson, Olivia | 05/20/13 | 20 | 07/20/13 | 6 | 10 | | |
| 13-6230 | Newman, Catrina | 06/21/13 | 34 | 07/24/13 | 5 | 7 | | |
| **13-5607** | **Nix, Nickolas** | **06/05/13** | **53** | **07/30/13** | **7** | **28** | **KITCHEN** | **4** |
| 13-6811 | Reese, Kenyetta | 07/08/13 | 16 | 07/23/13 | 3 | 3 | | |

CITY 004941