# Exhibit 35

| | |
|---|---|
| **From:** | Jail <jail@montgomeryal.gov> |
| **Sent:** | |
| **To:** | Municipal Court Staff <MunicipalCourtStaff@montgomeryal.gov>; Mills, Carnell <cmills@montgomeryal.gov>; Gooden, Brenda <bgooden@montgomeryal.gov>; Jail <jail@montgomeryal.gov> |
| **Subject:** | Work Detail for Week Ending 5-16-13 |
| **Attach:** | Work Detail Day Ending 05-16-13.docx |

CITY 004916

WORK DETAIL WEEK ENDING 05/16/2013

| Booking number | Inmate name | Sentence Date | # of days sentenced to | Release date | # of days worked this week | Total # of days worked | Detail | Mandatory Days Served |
|---|---|---|---|---|---|---|---|---|
| 13-4736 | Allen, Devoski | 05/11/13 | 45 | 06/24/13 | 2 | 2 | | |
| 13-2455 | Atkinson, Clarence | 04/07/13 | 80 | 05/25/13 | | 18 | | |
| 13-4600 | Barnett, Mary | 05/08/13 | 16 | 05/23/13 | 4 | 6 | | |
| 13-4786 | Bethel, Eric | 05/13/13 | 83 | 08/03/13 | 2 | 2 | | |
| 13-3974 | Bradford, Denetra | 04/19/13 | 114 | 08/10/13 | 6 | 17 | | |
| 13-4627 | Bradford, Lanard | 05/08/13 | 51 | 06/28/13 | 1 | 1 | | 1 |
| 13-3832 | Brown, Roderika | 04/15/13 | 80 | 07/03/13 | 7 | 28 | | |
| 13-3857 | Butler, Michael | 04/16/13 | 34 | 05/19/13 | 2 | 2 | | |
| 13-4806 | Cargill, Marcus | 05/13/13 | 14 | 05/26/13 | 1 | 1 | | |
| 13-3281 | Carthen, Tremane | 04/01/13 | 74 | 06/13/13 | 5 | 20 | | |
| **13-3193** | **Carr, Stanley** | **04/01/13** | **81** | **06/17/13** | **7** | **37** | **KITCHEN** | |
| **13-3776** | **Charles, David** | **04/13/13** | **64** | **06/15/13** | **7** | **11** | **KITCHEN** | |
| 13-3145 | Cook, Jamie | 03/28/13 | 74 | 06/28/13 | | 24 | | 20 |
| **13-3099** | **Crenshaw, Ricardo** | **03/26/13** | **48** | **06/05/13** | **7** | **14** | **KITCHEN** | 25 |
| 13-3858 | Davis, Reginald | 04/16/13 | 41 | 05/26/13 | | 9 | | |
| 13-4456 | Ellis, Josephine | 05/03/13 | 55 | 06/26/13 | 5 | 7 | | |
| 13-4277 | Ellis, Julian | 04/28/13 | 109 | 08/14/13 | 7 | 17 | | |
| 13-4475 | Foy, Phillip | 05/04/13 | 8 | 05/19/13 | 1 | 1 | | 9 |
| **13-2938** | **Hall, Kadeem** | **04/24/13** | **65** | **06/22/13** | **7** | **23** | **KITCHEN** | |
| 13-4605 | Hannon, Michael | 05/08/13 | 62 | 07/09/13 | 5 | 5 | | |
| 13-4636 | Harper, Michael | 05/09/13 | 10 | 05/18/13 | 1 | 1 | | |
| 13-3165 | Holiday, Johnnie | 03/28/13 | 95 | 07/04/13 | 7 | 29 | | |
| 13-4607 | Jackson, Brian | 05/08/13 | 9 | 05/19/13 | 5 | 5 | | 4 |
| 13-4150 | Jackson, Lori | 04/25/13 | 85 | 07/22/13 | 6 | 17 | | |
| 13-3516 | Jackson, Rodriques | 04/09/13 | 32 | 05/10/13 | 7 | 13 | | |
| 13-4387 | Johnson, Marques | 05/01/13 | 30 | 05/31/13 | 2 | 4 | | |
| 13-4769 | Johnson, Preston | 05/12/13 | 17 | 05/28/13 | 3 | 3 | | |
| 13-4867 | Jones, Christopher | 05/15/13 | 31 | 06/15/13 | 1 | 1 | | 1 |
| 13-4631 | Jones, Marcus | 05/09/13 | 75 | 07/22/13 | 4 | 4 | | |
| 13-4290 | King, Octavious | 04/29/13 | 72 | 07/09/13 | 7 | 11 | | |
| 13-1189 | Knight, Debra | 02/02/13 | 46 | 06/16/13 | 6 | 16 | | |
| 13-4581 | Knight, Sharon | 05/07/13 | 28 | 06/03/13 | 3 | 4 | | |
| 13-1179 | Lee, Carchemish | 02/02/13 | 181 | 09/01/13 | 7 | 73 | | 30 |
| 13-4782 | Lynch, Shirley | 05/13/13 | 23 | 06/04/13 | 1 | 1 | | |
| 13-2840 | Minor, Richard | 03/17/13 | 31 | 06/04/13 | 1 | 1 | | 50 |
| 13-4612 | Mooney, Christopher | 05/08/13 | 43 | 06/20/13 | 5 | 5 | | |
| 13-4426 | Osborne, Jarrett | 05/02/13 | 30 | 06/01/13 | | 1 | | |
| 13-3861 | Purnell, Eddie | 04/16/13 | 62 | 06/16/13 | 3 | 12 | | |
| 13-4294 | Rainer, Antwan | 04/29/13 | 25 | 05/24/13 | 6 | 14 | | |
| 13-1547 | Reese, Larell | 02/12/13 | 155 | 07/16/13 | 2 | 47 | | |
| 13-4384 | Reynolds, Tunya | 05/01/13 | 53 | 06/22/13 | 7 | 14 | | |

WORK DETAIL WEEK ENDING 05/16/2013

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13-2935 | Rivers, Aisha | 03/22/13 | 147 | 08/14/13 | 5 | 37 | | |
| 13-4269 | Sellers, Kevin | 04/28/13 | 26 | 05/23/13 | 1 | 4 | | |
| 13-4606 | Smith, Rebecca | 05/08/13 | 41 | 06/18/13 | 4 | 5 | | |
| 13-3679 | Smith, Louis | 04/10/13 | 221 | 11/18/13 | 6 | 32 | | 2 |
| 13-3771 | Sturdivant, Kimberly | 03/06/13 | 125 | 07/15/13 | 6 | 44 | | 8 |
| 13-4588 | Taylor, Sammie | 05/07/13 | 36 | 06/17/13 | 4 | 4 | | |
| 13-4157 | Thomas, Billy | 04/25/13 | 51 | 06/14/13 | | 2 | | |
| 13-3045 | Ware, Roderick | 03/26/13 | 122 | 07/24/13 | 7 | 45 | | |
| **13-3277** | **Washington, Norman** | **03/31/13** | **173** | **11/13/13** | | **9** | **KITCHEN** | |
| 13-4569 | Webb, Nayauna | 05/07/13 | 92 | 08/06/13 | 4 | 5 | | |
| 13-3981 | Webster, Johnny | 04/19/13 | 45 | 06/02/13 | 7 | 22 | | |
| 13-2157 | Whaley, Jeffery | 02/27/13 | 15 | 05/26/13 | 2 | 2 | | 75 |
| 13-4521 | Young, Chiquita | 05/06/13 | 17 | 05/22/13 | 6 | 10 | | |

***The orange highlighted names are County Holds.***

**From:**      Jail <jail@montgomeryal.gov>
**Sent:**
**To:**        Municipal Court Staff <MunicipalCourtStaff@montgomeryal.gov>; Gooden, Brenda
               <bgooden@montgomeryal.gov>; Mills, Carnell <cmills@montgomeryal.gov>
**Subject:**   Work Detail Week Ending 5-23-13
**Attach:**    Work Detail Day Ending 05-23-13.docx

Please look at Johnny Webster and Rodriquez Jackson. Thanks for your time.

CITY 004919

## WORK DETAIL WEEK ENDING 05/23/2013

| Booking number | Inmate name | Sentence Date | # of days sentenced to | Release date | # of days worked this week | Total # of days worked | Detail | Mandatory Days Served |
|---|---|---|---|---|---|---|---|---|
| 13-4736 | Allen, Devoski | 05/11/13 | 45 | 06/24/13 | 6 | 8 | | |
| 13-2455 | Atkinson, Clarence | 04/07/13 | 80 | 05/25/13 | | 18 | | |
| 13-4739 | Berry, Kena | 05/11/13 | 20 | 05/30/13 | 5 | 5 | | |
| 13-4786 | Bethel, Eric | 05/13/13 | 83 | 08/03/13 | 7 | 9 | | |
| 13-4985 | Bostic, Fernandez | 05/19/13 | 8 | 05/27/13 | 1 | 1 | | |
| 13-3974 | Bradford, Denetra | 04/19/13 | 114 | 08/10/13 | 7 | 24 | | |
| 13-4627 | Bradford, Lanard | 05/08/13 | 51 | 06/28/13 | 5 | 6 | | |
| 13-3832 | Brown, Roderika | 04/15/13 | 80 | 07/03/13 | 7 | 35 | | |
| 13-3281 | Carthen, Tremane | 04/01/13 | 74 | 06/13/13 | 1 | 21 | | |
| **13-3193** | **Carr, Stanley** | **04/01/13** | **81** | **06/17/13** | **7** | **44** | **KITCHEN** | |
| **13-3776** | **Charles, David** | **04/13/13** | **64** | **06/15/13** | **7** | **18** | **KITCHEN** | |
| 13-3145 | Cook, Jamie | 03/28/13 | 74 | 06/28/13 | 2 | 26 | | 20 |
| **13-3099** | **Crenshaw, Ricardo** | **03/26/13** | **48** | **06/05/13** | **7** | **21** | **KITCHEN** | 25 |
| 13-3858 | Davis, Reginald | 04/16/13 | 41 | 05/26/13 | | 9 | | |
| 13-4456 | Ellis, Josephine | 05/03/13 | 55 | 06/26/13 | 2 | 9 | | |
| 13-4277 | Ellis, Julian | 04/28/13 | 109 | 08/14/13 | 7 | 24 | | |
| 12-10898 | Ellis, Robbie | 12/19/12 | 28 | 06/13/13 | 3 | 3 | | |
| 13-4946 | Grant, Willie | 05/17/13 | 109 | 09/02/13 | 3 | 3 | | |
| **13-2938** | **Hall, Kadeem** | **04/24/13** | **65** | **06/22/13** | **7** | **30** | **KITCHEN** | |
| 13-4605 | Hannon, Michael | 05/08/13 | 62 | 07/09/13 | 7 | 12 | | |
| 13-4636 | Harper, Michael | 05/09/13 | 10 | 05/18/13 | 1 | 2 | | |
| 13-3165 | Holiday, Johnnie | 03/28/13 | 95 | 07/04/13 | 5 | 34 | | |
| 13-4150 | Jackson, Lori | 04/25/13 | 85 | 07/22/13 | 7 | 24 | | |
| 13-3516 | Jackson, Rodriques | 04/09/13 | 32 | 05/10/13 | 7 | 20 | | |
| 13-4387 | Johnson, Marques | 05/01/13 | 30 | 05/31/13 | 1 | 5 | | |
| 13-4896 | Johnson, Merrece | 05/16/13 | 14 | 05/29/13 | 1 | 1 | | |
| 13-4769 | Johnson, Preston | 05/12/13 | 17 | 05/28/13 | 6 | 9 | | |
| 13-4631 | Jones, Marcus | 05/09/13 | 75 | 07/22/13 | 1 | 5 | | |
| 13-4290 | King, Octavious | 04/29/13 | 72 | 07/09/13 | 7 | 18 | | |
| 13-1189 | Knight, Debra | 02/02/13 | 46 | 06/13/13 | 7 | 23 | | |
| 13-4581 | Knight, Sharon | 05/07/13 | 28 | 06/03/13 | 5 | 9 | | |
| 13-4889 | Lawrence, Peter | 05/16/13 | 19 | 06/04/13 | 2 | 2 | | |
| 13-1179 | Lee, Carchemish | 02/02/13 | 181 | 09/01/13 | 7 | 80 | | 30 |
| 13-4515 | Lewis, Demetrius | 05/05/13 | 50 | 06/23/13 | 1 | 1 | | |
| 13-4782 | Lynch, Shirley | 05/13/13 | 23 | 06/04/13 | 7 | 8 | | |
| 13-2840 | Minor, Richard | 03/17/13 | 31 | 06/04/13 | 1 | 2 | | |
| 13-4612 | Mooney, Christopher | 05/08/13 | 43 | 06/20/13 | 6 | 11 | | |
| 13-3861 | Purnell, Eddie | 04/16/13 | 62 | 06/16/13 | 4 | 17 | | |
| 13-1547 | Reese, Larell | 02/12/13 | 155 | 07/16/13 | 2 | 49 | | |
| 13-4384 | Reynolds, Tunya | 05/01/13 | 53 | 06/22/13 | 7 | 21 | | |
| 13-2935 | Rivers, Aisha | 03/22/13 | 147 | 08/14/13 | 5 | 42 | | |

## WORK DETAIL WEEK ENDING 05/23/2013

| 13-4887 | Sanders, Deon | 05/16/13 | 11 | 06/03/13 | 1 | 1 | | |
|---------|---------------|----------|-----|----------|---|----|---------|----|
| 13-4269 | Sellers, Kevin | 04/28/13 | 26 | 05/23/13 | | 4 | | |
| 13-4963 | Smith, Antonio | 05/18/13 | 54 | 07/10/13 | 2 | 2 | | |
| 13-4606 | Smith, Rebecca | 05/08/13 | 41 | 06/18/13 | 4 | 9 | | |
| 13-4947 | Smith, Ronrico | 05/17/13 | 19 | 06/04/13 | 2 | 2 | | |
| 13-3679 | Smith, Louis | 04/10/13 | 221 | 11/18/13 | | 35 | | 2 |
| 13-3771 | Sturdivant, Kimberly | 03/06/13 | 125 | 07/15/13 | 7 | 51 | | 8 |
| 13-4588 | Taylor, Sammie | 05/07/13 | 36 | 06/17/13 | 7 | 11 | | |
| 13-4157 | Thomas, Billy | 04/25/13 | 51 | 06/14/13 | 5 | 7 | | |
| 13-3671 | Tolliver, Dennis | 04/10/13 | 95 | 07/15/13 | 3 | 3 | | |
| 13-3045 | Ware, Roderick | 03/26/13 | 122 | 07/24/13 | 7 | 52 | | |
| **13-3277** | **Washington, Norman** | **03/31/13** | **173** | **11/13/13** | | **9** | **KITCHEN** | |
| 13-4569 | Webb, Nayauna | 05/07/13 | 92 | 08/06/13 | 3 | 8 | | |
| 13-3981 | Webster, Johnny | 04/19/13 | 45 | 06/02/13 | 6 | 28 | | |
| 13-2157 | Whaley, Jeffery | 02/27/13 | 15 | 05/26/13 | | 2 | | 75 |
| 13-4783 | Williams, Latasha | 05/13/13 | 16 | 05/28/13 | 3 | 3 | | |
| 13-4464 | Winn, Jason | 05/03/13 | 36 | 06/09/13 | 5 | 6 | | |

***The orange highlighted names are County Holds.***

CITY 004921

| | |
|---|---|
| **From:** | Jail <jail@montgomeryal.gov> |
| **Sent:** | |
| **To:** | Municipal Court Staff <MunicipalCourtStaff@montgomeryal.gov>; Gooden, Brenda <bgooden@montgomeryal.gov>; Mills, Carnell <cmills@montgomeryal.gov>; Jail <jail@montgomeryal.gov> |
| **Subject:** | Work Detail for Week Ending 05/30/13 |
| **Attach:** | Work Detail Day Ending 05-30-13.docx |

Please look at Kadeem Hall, Deon Sanders, Ronrico Smith, and Sammy Taylor. Thanks! Have a good weekend!

CITY 004922

## WORK DETAIL WEEK ENDING 05/30/2013

| Booking number | Inmate name | Sentence Date | # of days sentenced to | Release date | # of days worked this week | Total # of days worked | Detail | Mandatory Days Served |
|---|---|---|---|---|---|---|---|---|
| 13-4736 | Allen, Devoski | 05/11/13 | 45 | 06/24/13 | 5 | 13 | | |
| 13-2455 | Atkinson, Clarence | 04/07/13 | 80 | 05/25/13 | | 18 | | |
| 13-4786 | Bethel, Eric | 05/13/13 | 83 | 08/03/13 | 7 | 16 | | |
| 13-3974 | Bradford, Denetra | 04/19/13 | 114 | 08/10/13 | 7 | 31 | | |
| 13-4627 | Bradford, Lanard | 05/08/13 | 51 | 06/28/13 | 1 | 7 | | |
| 13-3832 | Brown, Roderika | 04/15/13 | 80 | 07/03/13 | 7 | 42 | | |
| **13-3776** | **Charles, David** | **04/13/13** | **64** | **06/15/13** | **7** | **25** | **KITCHEN** | |
| 13-3145 | Cook, Jamie | 03/28/13 | 74 | 06/28/13 | | 26 | | 20 |
| 13-5315 | Daniels, Sandra | 05/28/13 | 15 | 06/15/13 | 1 | 1 | | |
| 13-4456 | Ellis, Josephine | 05/03/13 | 55 | 06/26/13 | 6 | 15 | | |
| 13-4277 | Ellis, Julian | 04/28/13 | 109 | 08/14/13 | 7 | 31 | | |
| 12-10898 | Ellis, Robbie | 12/19/12 | 28 | 06/13/13 | 5 | 8 | | |
| 13-4946 | Grant, Willie | 05/17/13 | 109 | 09/02/13 | 7 | 10 | | |
| **13-4503** | **Grice, Courtney** | **05/04/13** | **64** | **09/19/13** | **7** | **11** | **KITCHEN** | |
| **13-2938** | **Hall, Kadeem** | **04/24/13** | **65** | **06/22/13** | **7** | **37** | **KITCHEN** | |
| 13-4605 | Hannon, Michael | 05/08/13 | 62 | 07/09/13 | 7 | 20 | | |
| 13-4636 | Harper, Michael | 05/09/13 | 10 | 05/18/13 | | 2 | | |
| 13/3643 | Herbert, Dalovell | 04/09/13 | 46 | 07/07/13 | 3 | 3 | | 45 |
| 13-3165 | Holiday, Johnnie | 03/28/13 | 95 | 07/04/13 | | 34 | | |
| 13-3649 | Howard, Richard | 04/09/13 | 63 | 06/10/13 | 2 | 2 | | |
| 13-4150 | Jackson, Lori | 04/25/13 | 85 | 07/22/13 | 7 | 30 | | 5 |
| 13-4631 | Jones, Marcus | 05/09/13 | 75 | 07/22/13 | 2 | 7 | | |
| 13-4290 | King, Octavious | 04/29/13 | 72 | 07/09/13 | | 18 | | |
| 13-1189 | Knight, Debra | 02/02/13 | 46 | 06/16/13 | 7 | 30 | | |
| 13-4920 | Knight, Deondrae | 05/17/13 | 28 | 06/13/13 | 4 | 4 | | 1 |
| 13-4889 | Lawrence, Peter | 05/16/13 | 19 | 06/04/13 | 5 | 6 | | 1 |
| 13-1179 | Lee, Carchemish | 02/02/13 | 181 | 09/01/13 | 7 | 87 | | 30 |
| 13-4515 | Lewis, Demetrius | 05/05/13 | 50 | 06/23/13 | 3 | 4 | | |
| 13-5066 | Lewis, Elaine | 05/21/13 | 16 | 06/05/13 | 3 | 3 | | |
| 13-2840 | Minor, Richard | 03/17/13 | 31 | 06/04/13 | 1 | 3 | | |
| 13-4612 | Mooney, Christopher | 05/08/13 | 43 | 06/20/13 | 5 | 16 | | |
| 13-4965 | Norsworthy, Jessica | 05/18/13 | 19 | 06/07/13 | 2 | 2 | | 3 |
| 13-3861 | Purnell, Eddie | 04/16/13 | 62 | 06/16/13 | 5 | 22 | | |
| 13-1547 | Reese, Larell | 02/12/13 | 155 | 07/16/13 | | 49 | | |
| 13-4384 | Reynolds, Tunya | 05/01/13 | 53 | 06/22/13 | 7 | 28 | | |
| 13-2935 | Rivers, Aisha | 03/22/13 | 147 | 08/14/13 | 6 | 48 | | |
| 13-4887 | Sanders, Deon | 05/16/13 | 11 | 06/03/13 | 6 | 7 | | |
| 13-4963 | Smith, Antonio | 05/18/13 | 54 | 07/10/13 | 7 | 9 | | |
| 13-5135 | Smith, Johnnie | 05/23/13 | 29 | 06/21/13 | 1 | 1 | | |
| 13-4947 | Smith, Ronrico | 05/17/13 | 19 | 06/04/13 | 7 | 10 | | |

CITY 004923

WORK DETAIL WEEK ENDING 05/30/2013

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13-3679 | Smith, Louis | 04/10/13 | 221 | 11/18/13 | 1 | 36 | | 2 |
| 13-4588 | Taylor, Sammie | 05/07/13 | 36 | 06/17/13 | 7 | 17 | | |
| 13-4157 | Thomas, Billy | 04/25/13 | 51 | 06/14/13 | 6 | 13 | | |
| 13-3671 | Tolliver, Dennis | 04/10/13 | 95 | 07/15/13 | 2 | 5 | | 3 |
| 13-3045 | Ware, Roderick | 03/26/13 | 122 | 07/24/13 | 7 | 59 | | |
| **13-3277** | **Washington, Norman** | **03/31/13** | **173** | **11/13/13** | **7** | **16** | **KITCHEN** | |
| 13-4962 | Watkins, Princess | 05/18/13 | 44 | 07/01/13 | 6 | 6 | | 1 |
| 13-4569 | Webb, Nayauna | 05/07/13 | 92 | 08/06/13 | 6 | 14 | | |
| 13-4464 | Winn, Jason | 05/03/13 | 36 | 06/09/13 | 7 | 13 | | |

***The orange highlighted names are County Holds.***

| | |
|---|---|
| **From:** | Jail <jail@montgomeryal.gov> |
| **Sent:** | |
| **To:** | Gooden, Brenda <bgooden@montgomeryal.gov>; Mills, Carnell <cmills@montgomeryal.gov>; Municipal Court Staff <MunicipalCourtStaff@montgomeryal.gov>; Jail <jail@montgomeryal.gov> |
| **Subject:** | Work Detail Day Ending 06-06-13.docx |
| **Attach:** | Work Detail Day Ending 06-06-13.docx |

CITY 004925

WORK DETAIL WEEK ENDING 06/06/2013

| Booking number | Inmate name | Sentence Date | # of days sentenced to | Release date | # of days worked this week | Total # of days worked | Detail | Mandatory Days Served |
|---|---|---|---|---|---|---|---|---|
| 13-4736 | Allen, Devoski | 05/11/13 | 45 | 06/24/13 | 5 | 25 | | |
| 13-5328 | Bailey, Herbert | 05/28/13 | 21 | 06/19/13 | 1 | 1 | | 3 |
| 13-2666 | Belser, Miriam | 03/12/13 | 37 | 07/09/13 | 4 | 4 | | 84 |
| 13-4786 | Bethel, Eric | 05/13/13 | 83 | 08/03/13 | 7 | 23 | | |
| 13-5380 | Bolden, Toshekia | 05/30/13 | 109 | 09/15/13 | 4 | 4 | | |
| 13-3974 | Bradford, Denetra | 04/19/13 | 114 | 08/10/13 | 7 | 38 | | |
| 13-4627 | Bradford, Lanard | 05/08/13 | 51 | 06/28/13 | 2 | 9 | | |
| 13-5528 | Chappelle, Steven | 06/02/13 | 23 | 06/26/13 | 3 | 3 | | 2 |
| 13-3145 | Cook, Jamie | 03/28/13 | 74 | 06/28/13 | | 26 | | 20 |
| 13-5458 | Davis, Willie | 06/01/13 | 16 | 06/17/13 | 3 | 3 | | |
| 13-4456 | Ellis, Josephine | 05/03/13 | 55 | 06/26/13 | 7 | 23 | | |
| 13-4277 | Ellis, Julian | 04/28/13 | 109 | 08/14/13 | 6 | 38 | | |
| 12-10898 | Ellis, Robbie | 12/19/12 | 28 | 06/13/13 | 4 | 11 | | |
| 13-5307 | Gaither, Jeremy | 05/28/13 | 34 | 06/30/13 | 6 | 6 | | |
| 13-5450 | Gilbert, Timothy | 05/31/13 | 34 | 07/04/13 | 4 | 4 | | 1 |
| 13-4946 | Grant, Willie | 05/17/13 | 109 | 09/02/13 | 7 | 17 | | |
| 13-5405 | Hall, Nicholis | 05/31/13 | 21 | 05/31/13 | 3 | 3 | | |
| 13-5568 | Hall, Willie | 06/04/13 | 43 | 07/17/13 | 1 | 1 | | 1 |
| 13-4605 | Hannon, Michael | 05/08/13 | 62 | 07/09/13 | 5 | 24 | | |
| 13/3643 | Herbert, Dalovell | 04/09/13 | 46 | 07/07/13 | 6 | 9 | | 45 |
| 13-3165 | Holiday, Johnnie | 03/28/13 | 95 | 07/04/13 | | 34 | | |
| 13-5367 | Hood, Readonna | 05/29/13 | 30 | 06/27/13 | 7 | 7 | | |
| 13-5230 | Hunter, Rosie | 05/25/13 | 30 | 06/23/13 | 2 | 2 | | |
| 13-4150 | Jackson, Lori | 04/25/13 | 85 | 07/22/13 | 4 | 34 | | 5 |
| 13-5411 | Johnson, Jeruad | 05/30/13 | 14 | 06/15/13 | 3 | 3 | | 4 |
| 13-4631 | Jones, Marcus | 05/09/13 | 75 | 07/22/13 | 7 | 14 | | |
| 13-4290 | King, Octavious | 04/29/13 | 72 | 07/09/13 | | 18 | | |
| 13-4920 | Knight, Deondrae | 05/17/13 | 28 | 06/13/13 | 7 | 11 | | 1 |
| 13-1179 | Lee, Carchemish | 02/02/13 | 181 | 09/01/13 | 7 | 94 | | 30 |
| 13-4515 | Lewis, Demetrius | 05/05/13 | 50 | 06/23/13 | 4 | 8 | | |
| 13-5474 | Miller, Raynard | 06/01/13 | 49 | 07/19/13 | 4 | 4 | | |
| 13-4612 | Mooney, Christopher | 05/08/13 | 43 | 06/20/13 | 6 | 22 | | |
| 13-5506 | Morris, Corey | 06/02/13 | 22 | 06/23/13 | 2 | 2 | | |
| 13-5125 | Potts, Deon | 05/22/13 | 20 | 06/10/13 | 3 | 3 | | |
| 13-1547 | Reese, Larell | 02/12/13 | 155 | 07/16/13 | 1 | 50 | | |
| 13-2935 | Rivers, Aisha | 03/22/13 | 147 | 08/14/13 | 7 | 56 | | |
| 13-5135 | Smith, Johnnie | 05/23/13 | 29 | 06/21/13 | 6 | 7 | | |
| 13-3679 | Smith, Louis | 04/10/13 | 221 | 11/18/13 | 5 | 41 | | 2 |
| 13-5419 | Stephany, Wanda | 05/31/13 | 10 | 06/09/13 | 4 | 4 | | |
| 13-4588 | Taylor, Sammie | 05/07/13 | 36 | 06/17/13 | 7 | 25 | | |

WORK DETAIL WEEK ENDING 06/06/2013

| 13-5518 | Thomas, Joshua | 06/02/13 | 74 | 08/16/13 | 1 | 1 | | 2 |
|---------|----------------|----------|----|----------|----|----|----------|----|
| 13-5144 | Thomas, Willie | 05/23/13 | 30 | 06/21/13 | 5 | 5 | | |
| **13-3671** | **Tolliver, Dennis** | **04/10/13** | **95** | **07/15/13** | **4** | **9** | **KITCHEN** | **3** |
| 13-5388 | Tubner, Catrinia | 05/30/13 | 30 | 06/30/13 | 3 | 3 | | 3 |
| 13-5516 | Usen, Idorenyin | 06/02/13 | 27 | 06/29/13 | 2 | 2 | | 1 |
| 13-3045 | Ware, Roderick | 03/26/13 | 122 | 07/24/13 | 7 | 66 | | |
| **13-3277** | **Washington, Norman** | **03/31/13** | **173** | **11/13/13** | **7** | **22** | **KITCHEN** | |
| 13-5526 | Walker, Quandarius | 06/02/13 | 64 | 08/05/13 | 4 | 4 | | 1 |
| 13-4962 | Watkins, Princess | 05/18/13 | 44 | 07/01/13 | 7 | 13 | | 1 |
| 13-4569 | Webb, Nayauna | 05/07/13 | 92 | 08/06/13 | 6 | 20 | | |

***The orange highlighted names are County Holds.***