# Exhibit 36

| Date | Last | First | ID/DOB | Status |
|---|---|---|---|---|
| | byrd | ronnie | b/m02/25/1989 | release done by km |
| | keeton | terrence | 2013-5857 | release done by km |
| 6/19/2013 | scott | ronnie | 2013-4516 | released early work 6-17-2013 |
| | thompson | sharron | 2013-4638 | out |
| | bailey | herbert | bm 8-4-52 | released early work 6-14-2013 |
| | taylor | keavin | 2013-5381 | out |
| | payne | william | 2013-5348 | out |
| | solomon | dale | 2013-5627 | release done by nw |
| | floyd | glenn | 2013-5755 | out |
| | gardner | keshon | 2013-5999 | release done by nw |
| | similton | lenard | 2013-5995 | release done by nw |
| | pendleton | anthony | 2013-6037 | release done by nw |
| 6/20/2013 | hoskins | erica | bf 2-16-92 | appealling 4-23-2013 |
| | sowell | jennifer | wf 3-4-71 | appealling 5-2-2013 |
| | golden | michael | wm 11-4-57 | appealling 5-2-2013 |
| | davis | brianna | b/f04/27/1992 | appealling 5-3-2013 |
| | jones | darnell | 2013-4457 | releases 6-19-2013 early work |
| | mooney | christopher | 2013-4612 | released early work 6-7-2013 |
| | watkins | denorris | b/m6/15/89 | released done by km |
| | watkins | tonya | b/f3/22/72 | appealling 5-22-2013 |
| | smith | antonio | 2013-5343 | release done by km |
| | bennett | farrell | 2013-5398 | out paid 5-31-2013 |
| | hall | nicholas | 2013-5405 | releaesed early work 6-14-2013 |
| | lawson | patrick | 2013-5503 | out paid 6-14-2013 |
| | crittenden | hiram | b/m01/02/1987 | out paid 6-16-2013 |
| | berrios | ivan | 2013-5962 | out paid 6-14-2013 |
| | williams | tiffany | 2013-6077 | release done by km |
| 6/21/2013 | johnson-knight | debra | 2013-1189 | released early work 5-31-2013 |
| | smith | johnnie | 2013-5135 | release done by km |
| | thomas | willie | 2013-5144 | out paid 6-13-2013 |
| | scott | byron | 2013-5386 | out paid 6-4-2013 |
| | pettway | angelo | 2013-5412 | released 6-19-2013 early work |
| | croskey | beverly | 2013-5495 | out paid 6-3-2013 |
| | carswell | levon | bm 3-23-90 | out paid 6-10-2013 |
| | daniels | tracey | 2013-5899 | release done by km |
| | hogan | jeremy | 2013-5993 | release done by nw |
| | howard | reginald | bm 12-19-92 | release done by nw |
| | johnson | leshena | b/f 10-8-93 | release done by nw |
| | edward | timothy | 2013-6130 | release done by nw |
| | williams | chauntai | 2013-5366 | release done by nw |

COURT 011788