# Exhibit 37



# Booking Card

## Jones, kenny

**Print Date/Time:** 09/26/2019 15:15
**Login ID:** mnorris

Montgomery Police Department
**ORI Number:** AL0030100

*2013-00004459*

| | | |
|---|---|---|
| **Booking #:** 2013-00004459 | **Booking Date/Time:** 05/03/2013 17:27 | |
| **Jacket #:** 86458 | **Inmate #:** | |
| **Address:** ▓▓ ▓ ▓▓▓ | | |
| MONTGOMERY, AL 36107 | | |

| | | | | |
|---|---|---|---|---|
| **Phone #:** | **DOB:** ▓▓/1984 | **Race:** Black | |
| **SSN:** | **Age:** 35 | **Sex:** Male | |
| **Hair Color:** BLK | **Eyes:** BRO | **Height:** 5ft 11 in | **Weight:** 160.0 |

| | | | |
|---|---|---|---|
| **Prisoner Type:** CTYP | **Incarceration Reason:** Arrest | | |
| **Facility:** | **Pod/Block:** | **Cell:** | **Bed:** |

CITY 004716



# Booking Card

## Jones, kenny

**Print Date/Time:**   09/26/2019 15:15
**Login ID:**   mnorris

Montgomery Police Department
**ORI Number:**   AL0030100



*2013-00004459*

---

**Charge:**
AL0030100          0C23Z          C4012260                    COMM. Failure to Possess/Display Veh Registration
**Offense/Charge Date:**   05/03/2013 19:34
**Case Tracking ORI:**                              **Case Tracking #:**                    **Severest:**   No

---

**Charge:**
AL0030100          0C23Z          C25067                        COMM. No Drivers License
**Offense/Charge Date:**   05/03/2013 19:34
**Case Tracking ORI:**                              **Case Tracking #:**                    **Severest:**   No

---

**Charge:**
AL0030100          0C23Z          C25044A                      COMM. Speeding
**Offense/Charge Date:**   05/03/2013 19:34
**Case Tracking ORI:**                              **Case Tracking #:**                    **Severest:**   No

---

**Charge:**
AL0030100          0C23Z          C327A16                      COMM. Fail Possess/Display Ins (1st Offense)
**Offense/Charge Date:**   05/03/2013 19:34
**Case Tracking ORI:**                              **Case Tracking #:**                    **Severest:**   No

---

**Charge:**
AL0030100          0C23Z          C25067B                      COMM. Driving While Susp, Rev, CANC
**Offense/Charge Date:**   05/03/2013 19:34
**Case Tracking ORI:**                              **Case Tracking #:**                    **Severest:**   No

---

**Charge:**
AL0030100          0C23Z          C327A16                      COMM. Fail Possess/Display Ins (1st Offense)
**Offense/Charge Date:**   05/03/2013 19:34
**Case Tracking ORI:**                              **Case Tracking #:**                    **Severest:**   No

---

**Charge:**
State              90C            13A-11-007:5311              Disorderly Conduct - Disturbing Peace
**Offense/Charge Date:**   05/03/2013 19:34
**Case Tracking ORI:**                              **Case Tracking #:**                    **Severest:**   No

---

**Release Date/Time:**   05/10/2013 10:06         **Released By:**        1344 - Clark
**Release Reason:**   Released By Court             **Released to ORI:**
**Released To:**   Self                             **Released To Additional Info:**

---

I will have opportunity to contact family or counsel.


Inmate Signature:   _____


Booking Officer(s):   #_____          #_____

CITY 004717



# Booking Card

Jones, kenny

**Print Date/Time:** 09/26/2019 15:15
**Login ID:** mnorris

Montgomery Police Department
**ORI Number:** AL0030100

*2013-00004459*

Reviewed By: #

_____

_____

_____
Date/Time

CITY 004718