IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANGELA MCCULLOUGH, et al., individually and for a class of similarly situated persons, | ) ) ) ) | |
| Plaintiffs | ) ) | CASE NO. 2:15-cv-463-RCL |
| v. | ) ) | |
| THE CITY OF MONTGOMERY, et al., | ) ) | |
| Defendants | ) | |

*AND*

| | | |
|---|---|---|
| ALDARESS CARTER, individually and for a class of similarly situated persons, | ) ) ) | |
| Plaintiffs | ) ) | CASE NO. 2:15-cv-555-RCL |
| v. | ) ) | |
| THE CITY OF MONTGOMERY, et al., | ) ) | |
| Defendants. | ) | |

**JOINT REPORT OF COUNSEL**

Pursuant to this Court's Orders of July 7, 2020 (*McCullough* Doc. 271 and *Carter* Doc. 295), counsel for all the parties in the above-styled causes have conferred and file this Joint Report as directed.

1. **Consolidation**.

**Plaintiffs' position:** Plaintiffs in both cases strongly agree with the Court that, in light of the Court's recent summary judgment rulings, the causes of action in the two cases now

"substantially overlap" and raise many identical factual and legal questions, such that "the proposed classes in the two cases would be similar." *Carter* Doc. 295. Accordingly, Plaintiffs' position is that consolidation for class certification proceedings will be most efficient for the parties and the Court. Instead of asking the Court to certify two sets of overlapping classes with overlapping claims, Plaintiffs are prepared to work together to file a single joint motion for class certification supported by a single evidentiary submission.

If the Court decides to certify a class or classes, a single consolidated class action trial will promote efficiency, prevent inconsistent verdicts, and alleviate Defendants' concerns about overlapping class periods. Because *Carter* already has both a Sixth Amendment claim and a *Bearden* claim against the City, the addition of *McCullough*'s *Bearden* claim will not add any new theories of liability and thus will not contribute to juror confusion. While Plaintiffs are aware of no differences between the admissibility of the evidence in the two cases, should any such differences arise, they can be addressed by careful jury instructions. Finally, Mr. Kloess will not be prejudiced: consolidation with *McCullough* will not alter the nature of the proposed class or the claims against him, and at trial, differences in evidence or claims among defendants can be addressed using jury instructions.

**Defendants' position:** Defendants oppose consolidation of these cases on the following bases: (a) conflicting positions between the sole Plaintiff in *Carter* and the *McCullough* Plaintiffs and their counsel (see *Carter* Doc. 102); (b) Kloess is a defendant in *Carter* only, and he would be prejudiced by a consolidated trial involving six *McCullough* Plaintiffs; (c) each case contains a claim not present in the other case, which will lead to jury confusion; (d) the Sixth Amendment claim present only in *Carter* has a different theory of municipal liability from the *Bearden* claims against the City in *McCullough*, which will cause jury confusion and will prejudice the City; (e)

the class periods are different in the two cases, particularly as to JCS which was added in *Carter* after it was filed; (e) evidence admissible in *Carter* will not be admissible in *McCullough*; and (f) the *Bearden* counts remaining in the two cases were framed and pled differently. Finally, the consolidation analysis will be fundamentally different depending on whether a class is certified, and thus any discussion of Rule 42 consolidation should be taken up only after a final determination of class certification. If the Court is inclined to consolidate the two cases pursuant to Rule 42, Fed. R. Civ. P. before considering class certification, Defendants request the opportunity to brief the issue.

      2.     **Class Certification and Scheduling**.  Assuming the Court does not order briefing on consolidation, the Parties propose the following schedule for class certification:

a. By **September 28, 2020**, the Plaintiffs will submit their motion(s) for class certification, including brief(s) and supporting materials.

b. Defendants' briefs and supporting materials opposing Plaintiffs' class certification motion(s) will be due no later than **November 20, 2020**.

c. Plaintiffs' replies to the Defendants' oppositions will be due no later than **December 23, 2020**.

d. Hearing on Motion: to be set at the Court's convenience.

      3.     **Mediation**.  The parties are discussing mediation and potential mediators, but they do not anticipate that any mediation will involve a formal court referral, and it is not anticipated any mediation will otherwise impact the schedule proposed above.

      4.     **Proposed Pretrial Date.**  Within 60 days following the Court's order preliminarily approving or denying class certification.

5. **Proposed Trial Date.** Trial to be scheduled to begin no earlier than six months after the preliminary approval order or denial of class certification. Timing is too inchoate at this time to provide trial availability. Plaintiffs' expected trial length is two weeks. Defendants' position is that individual trials (of the named Plaintiffs only, after a denial of class certification) would take 3-4 days (for *Carter*) or 10-12 days (for *McCullough*), but that any class-action trial would take at least six weeks and likely longer.

RESPECTFULLY SUBMITTED,

**ATTORNEYS FOR PLAINTIFF MCCULLOUGH**

/s Martha I. Morgan
Martha I. Morgan (ASB-3038-A46M)
8800 Lodge Lane
Cottondale, AL 35453
Telephone: (205) 799-2692
Email: mimorgan@yahoo.com

/s Faya Rose Toure
Faya Rose Toure (ASB-5931-R78R)
Henry Sanders (ASB-6179A34H)
CHESTNUT, SANDERS &
SANDERS LLC
P.O. Box 1290
Selma, AL 36702
Telephone: (334) 526-4531
Fax: (334) 526-4535
Email: fayarose@gmail.com
Email: gpompey@csspca.com

s/ Harold C. Hirshman
Harold C. Hirshman, *pro hac vice*
Jennifer A. Barrett, *pro hac vice*
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
Fax: (312) 876-7934

Email: harold.hirshman@dentons.com
Email: jennifer.barrett@dentons.com


Stephen J. O'Brien, *pro hac vice*
DENTONS US LLP
One Metropolitan Square, Suite 3000
St. Louis, MO 63102
Telephone: (314) 259-5904
Fax: (314) 259-5959
Email: stephen.obrien@dentons.com

/s Claudia Wilner
Claudia Wilner, *pro hac vice*
Gregory Lee Bass, *pro hac vice*
Britney Wilson, *pro hac vice*
National Center for Law and
Economic Justice
275 Seventh Avenue, Suite 1506
New York, NY 10001
Telephone: (212) 633-6967
Email:  wilner@nclej.org
Email:  bass@nclej
Email:  wilson@nclej.org


**ATTORNEYS FOR PLAINTIFF CARTER**

/s Daniel Evans
G. Daniel Evans ASB-1661-N76G
Alexandria Parrish
ASB-2477-D66P
Maurine C. Evans
ASB-4168-P16T
Attorneys for the Plaintiffs
The Evans Law Firm, P.C.
1736 Oxmoor Road, Suite 101
Birmingham, Alabama 35209
Telephone:  (205) 870-1970
Fax: (205) 870-7763
E-Mail: ap@evanslawpc.com
E-Mail: gdevans@evanslawpc.com
E-Mail: mevans@evanslawpc.com

/s Leslie A. Bailey
Leslie A. Bailey

5

Brian Hardingham
PUBLIC JUSTICE
475 14th Street, Suite 610
Telephone:  (510) 622-8150
Oakland, CA 94612
E-Mail: lbailey@publicjustice.net
E-Mail: bhardingham@publicjustice.net
(Admitted *Pro Hac Vice*)

/s Toby J. Marshall
Toby J. Marshall
Terrell Marshall Law Group PLLC
936 N. 34th Street, Suite 300
Seattle, Washington   98103
Telephone:  (206) 816-6603
Fax:  (206) 319-5450
Email:  tmarshall@terrellmarshall.com
(Admitted *Pro Hac Vice*)

**ATTORNEYS FOR
THE CITY OF MONTGOMERY**

/s Shannon L. Holliday
Shannon L. Holliday (ASB-5440-Y77S)
Richard H. Gill (ASB-7945-G70R)
Robert D. Segall (ASB-7354-E68R
Attorneys for the City of Montgomery
Copeland, Franco, Screws & Gill, P.A.
P.O. Box 347
Montgomery, Alabama  36101-0347
Telephone:  (334) 834-1180
Fax:  (334) 834-3172
Email:  holliday@copelandfranco.com
Email:  gill@copelandfranco.com
Email:  segall@copelandfranco.com

**ATTORNEY FOR BRANCH KLOESS**

/s Michael S. Jackson
Micheal S. Jackson
WEBSTER, HENRY, LYONS, BRADWELL,
COHAN & SPEAGLE, P.C.
P. O. Box 239
Montgomery, AL 36101-0239
Telephone:  (334) 264-9472
Fax:  (334) 264-9599

Email: mjackson@websterhenry.com

**ATTORNEYS FOR**
**JUDICIAL CORRECTION SERVICES**

s/ Michael L. Jackson
Michael L. Jackson, Esq.
Larry S. Logsdon, Esq.
Wesley K. Winborn, Esq.
Jonathan A. Griffith, Esq.
Wallace, Jordan, Ratliff & Brandt, L.L.C.
P.O. Box 530910
Birmingham, AL 35253
Telephone:  (205) 870-0555
Fax:  (205) 871-7534
mjackson@wallacejordan.com
llogsdon@wallacejordan.com
wwinborn@wallacejordan.com
jgriffith@wallacejordan.com

s/ Wilson F. Green
Wilson F. Green
Fleenor & Green LLP
1657 McFarland Blvd., N., Suite G2A
Tuscaloosa, AL 35406
wgreen@fleenorgreen.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| ANGELA MCCULLOUGH, et al<br>Individually and for a class of similarly<br>Situated persons, | )<br>)<br>)<br>) | |
|      Plaintiffs | )<br>) | CASE NO. 2:15-cv-463-RCL |
| v. | )<br>) | |
| THE CITY OF MONTGOMERY, et al, | )<br>) | |
|      Defendants | ) | |

*AND*

| | | |
|---|---|---|
| ALDARESS CARTER, individually, and for a<br>class of similarly situated persons or entities, | )<br>)<br>) | |
|      Plaintiffs | )<br>) | CASE NO. 2:15-cv-555-RCL |
| v. | )<br>) | |
| THE CITY OF MONTGOMERY, et al | )<br>) | |
|      Defendants. | ) | |

### ORDER [PROPOSED]

Based on the Joint Report of the Parties filed August 10, 2020, the following schedule is hereby ORDERED regarding proposed class certification motions in these actions:

a. By **September 28, 2020**, the Plaintiffs will submit their motion(s) for class certification, including briefs and supporting materials.

    b. Defendants' briefs and supporting materials in opposition to class certification will be due no later than **November 20, 2020**.

    c. Plaintiffs' replies to the Defendants' oppositions would be due no later than **December 23, 2020**.

The Court will set any hearing(s) on class certification motions, and will consider any purported consolidation of these actions, by separate Order.

Date: August \_\_\_\_, 2020

                                          Royce C. Lamberth
                                          United States District Judge