UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ANGELA MCCULLOUGH**, et al., individually and for a class of similarly situated persons<br><br>*Plaintiffs,*<br><br>v.<br><br>**THE CITY OF MONTGOMERY**, et.al.,<br><br>*Defendants.* | Case No. 2:15-cv-463-RCL |

### ORDER

Based on the Joint Report of the Parties filed August 10, 2020, the following schedule is hereby **ORDERED** regarding proposed class certification motions in these actions:

- By September 14, 2020, the plaintiffs will submit their motion for class certification, including briefs and supporting materials.
- The defendants' briefs and supporting materials in opposition to class certification will be due no later than November 6, 2020.
- The plaintiffs' replies to the defendants' oppositions will be due no later than December 4, 2020.

The Court will set any hearing on class certification motions and will consider consolidation of this action with *Carter v. City of Montgomery* (2:15-cv-555), by separate order before December 31, 2020.

1

Trial in this action is set for 10:00 a.m. on April 1, 2021, to be immediately followed by trial in *Carter*, unless the cases are consolidated.

**IT IS SO ORDERED.**

Date: 8/13/20

Royce C. Lamberth
United States District Judge