IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ANGELA MCCULLOUGH et al., on behalf of themselves, individually, and on behalf of a class of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF MONTGOMERY, ALABAMA and JUDICIAL CORRECTION SERVICES, INC., a corporation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 2:15-CV-463-RCL-SMD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Pursuant to this Court's Order of August 14, 2020 (ECF No. 275), by this motion, Plaintiffs respectfully move the Court to certify the following three Classes under Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure:

(i) A *Bearden* Class, consisting of all individuals the Montgomery Municipal Court placed on JCS-supervised probation, who: (1) had debt commuted to jail time in a JCS-supervised case after JCS petitioned the court to revoke probation; and (2) served any of that jail time on or after July 1, 2013;

(ii) A False Imprisonment Class, consisting of all individuals the Montgomery Municipal Court placed on JCS-supervised probation, who: (1) had debt commuted to jail time in a JCS-supervised case after JCS petitioned the court to revoke probation; and (2) served any of that jail time on or after July 1, 2009; and,

(iii) An Abuse of Process Class, consisting of all individuals the Montgomery Municipal Court placed on JCS-supervised probation: (1) who at any time paid less

than the minimum monthly payment ordered by the court; and (2) from whom JCS continued to collect or attempt to collect after July 1, 2013.

Plaintiffs move the Court to appoint Plaintiffs Agee and McCullough as representatives of the *Bearden* Class; Plaintiffs Agee, McCullough, Edwards, Johnson, Jones, and Mooney as representatives of the False Imprisonment Class; Plaintiff Caldwell as representative of the Abuse of Process Class; and the National Center for Law and Economic Justice, Dentons LLP, Chestnut, Sanders & Sanders LLC, and Martha Morgan as counsel for the Classes.

This Motion is based upon the contemporaneously-filed Memorandum of Law; the contemporaneously-filed Submission of Evidentiary Matters, including the Declaration of John Rubens and accompanying exhibits and the Declaration of Claudia Wilner; and all related pleadings and records on file with the Court.

A proposed Order is attached.

Dated:  September 14, 2020          Respectfully submitted,

By: s/ *Claudia Wilner*

Martha I. Morgan (ASB-3038-A46M)
8800 Lodge Lane
Cottondale, AL  35453
Telephone: (205) 799-2692
Email: mimorgan@yahoo.com

Faya Rose Toure (ASB-5931-R78R)
Henry Sanders (ASB-6179A34H)
CHESTNUT, SANDERS &
 SANDERS LLC
P.O. Box 1290
Selma, AL  36702
Telephone:  (334) 526-4531
Fax:  (334) 526-4535
Email:  fayarose@gmail.com
Email:  gpompey@csspca.com

Gregory Lee Bass, *pro hac vice*
Britney Wilson, *pro hac vice*
Claudia Wilner, *pro hac vice pending*
National Center for Law and Economic
 Justice
275 Seventh Avenue, Suite 1506
New York, NY 10001
Telephone: (212) 633-6967
bass@nclej
wilson@nclej.org
wilner@nclej.org

**Attorneys for Plaintiffs**

2

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of Record, on this 14th day of September, 2020.

                                                                                      _s/ Britney Wilson_