# Exhibit 9

# COURT PROCEDURES

## WINDOW

The Montgomery Municipal Court Clerks places the defendant on Probation.

The Defendant knocks on the door for JCS and tells the intake officer that the clerks have just placed him/her on probation.

The Intake Officer walks over to the Municipal side of the court house and receives the Order of Probation that has been placed in a basket assigned to JCS.

The Intake Officer calls the name of the Defendant brings them in the office and the defendant fills out the contact information sheet.

As the Defendant is filling out the contact information sheet the Intake officer is preparing the Order of Probation for the Defendant to sign.

When the Defendant is finished completing the contact information sheet the Intake Officer advises the Defendant that he has two options to choose from which is the 30 Day Waiver or the Payment Plan.

If the Defendant chooses the 30 Day Waiver, it is explained to the Defendant that he/she has 30 days from the date of sign up to have case paid in full. He/She is advised if case is not paid within the 30 day waiver, a $40.00 probation fee will began until that case has been successfully paid in full. The Defendant is given an appointment date which is 1 week from the date of sign up. The Defendant is advised to bring in $35.00 to first appt which includes the $10.00 set up fee and the rest is applied to his or her fines. They are also advised to bring in more than $35.00 if they can.

The Defendant is asked if he/she has any questions and if they do not..The Defendant is advised to initial on #2 on the Order of Probation acknowledging that they have been explained to them about the $10.00 set up and the $40.00 probation fees after the completion of the 30 day waiver if case has not been successfully paid in full.

Defendant signs and date Order of probation.

After the Defendant signs and date Order of Probation the Court Intake officer makes a copy of the Order of Probation for the Defendant. Defendant is given the Order of Probation and

Reporting Form with name of Assigned Probation Officer, Appointment date and time, amount to bring, and address to the office.

If the Defendant chooses the Payment Plan, it is explained to the Defendant that he/she is required to pay the amount listed monthly. The Defendant is given an appointment date which is 2 weeks from the date of sign up. The Defendant is advised to bring in no less than monthly payment noted and the first time $10.00 set up to first appointment. Defendant is also advised as long as they have a balance $40.00 probation fees will be added to his/her case on a certain date of the month as long as a balance is owed. They are also advised to bring in more than what is required if they can.

The Defendant is asked if he/she has any questions and if they do not, the Defendant is advised to initial on #2 on the Order of Probation acknowledging that they have been explained to them about the $10.00 set up and the $40.00 probation fees as long as a balance is owed on their case.

Defendant signs and date Order of probation.

After the Defendant signs and date Order of Probation the Court Intake officer makes a copy of the Order of Probation for the Defendant. Defendant is given the Order of Probation and Reporting Form with name of Assigned Probation Officer, Appointment date and time, amount to bring, and address to the office.

## COURT

JCS Court Intake Officer is in the court sitting next to the assigned judge.

The court clerks call the docket for that morning/afternoon.

Assigned Judge comes on the bench.

Court begins. Intake Officer listens as the names are called before the judge.

Intake officer types the names of the defendants that are being called to the judge to see if the Defendant already has case assigned to JCS.

If the Defendant is already has an assigned case let the Judge know. The Judge then asks the status of the Defendant. If the Defendant is currently active and in good standing the judge usually adds those cases with us.