UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANGELA MCCULLOUGH, individually
and for a class of similarly situated persons

*Plaintiffs*,

v.

THE CITY OF MONTGOMERY, et al.,

*Defendants*.

Case No. 2:15-cv-463-RCL

## ORDER

The Court *sua sponte* **ORDERS**:

1. For all motions filed in this case, unless otherwise ordered, a response brief shall be due fourteen days after the motion is filed and a reply brief shall be due seven days after any response brief is filed.

2. No brief in support of or opposition to a motion shall exceed 50 pages and no reply brief shall exceed 25 pages without prior leave of the Court.

3. Each brief longer than 10 pages shall include a table of contents and table of authorities.

4. Each motion and opposition shall be accompanied by a proposed order.

The Court further **ORDERS** that the deadline to file a motion related to class certification (including motions that relate to the class certification motions already pending) or its previous opinions or orders on the motions for summary judgment, to dismiss, or for judgment on the pleadings is November 18, 2020.

**IT IS SO ORDERED.**

Date: 11/13/20

Royce C. Lamberth
United States District Judge