# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

**ANGELA MCCULLOUGH**, et al.,
individually and on behalf of a class of
similarly situated persons,

    *Plaintiffs,*

**v.**

                                   **Case No. 2:15-cv-463-RCL**

**THE CITY OF MONTGOMERY**, et al.,

    *Defendants.*

## ORDER

On November 5, 2020, the Court issued an Order directing the parties to update their joint report on hearing structure by December 10, 2020. Order, ECF No. 292. On December 3, 2020, the Court issued a pre-hearing order, allowing the parties until December 14, 2020 to file their final supplemental exhibit and rebuttal witness lists. Order, ECF No. 320. That extended timeline to file exhibit and witness lists renders a December 10 update premature.

Accordingly, the Court **ORDERS** that the parties submit an update to their joint report on hearing structure by noon CST on December 15 and **VACATES** its November 5 Order to the extent it its inconsistent with this Order.

**IT IS SO ORDERED.**

Date: _____12/7/20_____

                                        Royce C. Lamberth
                                        United States District Judge