**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **ANGELA MCCULLOUGH et al.,** | ) | |
| **on behalf of themselves, individually,** | ) | |
| **and on behalf of a class of all others** | ) | |
| **similarly situated,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No.: 2:15-CV-463-RCL** |
| **v.** | ) | |
| | ) | |
| **THE CITY OF MONTGOMERY,** | ) | |
| **ALABAMA, et al.;** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION BECAUSE OF PASSOVER TO MOVE THE START OF THE TRIAL TO APRIL 6

I am a Conservative Jew.  The April 1 trial date reaffirmed yesterday falls in the middle of Passover.  Throughout my life I have tried to maintain the dietary strictures of Passover scrupulously.  While to do so may not be impossible in Montgomery, it will require very significant effort and will be, for me, a significant distraction as  the trial commences.

I know the court is intent on trying this case but I would hope that a brief postponement until the Tuesday after Easter, April 6, would not create a significant impediment to the Court's schedule.  I have queried the defendants and they have no objection except they request that if the Court were to grant this motion then the Carter trial's commencement be delayed five days.

I apologize to the Court for not being aware of the commencement and duration of Passover before seeing yesterday's Order.  Passover like Easter changes year to year and I just had not looked up when Passover fell this year.

DATED:  January 26, 2021

Respectfully submitted,


By:   s/*Martha I. Morgan*

Martha I. Morgan
8800 Lodge Lane
Cottondale, Alabama 35453
205-799-2692
mimorgan@yahoo.com

Attorney for Plaintiffs

s/ *Harold C. Hirshman**

Harold C. Hirshman
* *pro hac vice*
Dentons US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606
(312) 876-8000
harold.hirshman@dentons.com

### CERTIFICATE OF SERVICE

I do hereby certify that on January 26, 2021, I electronically filed the foregoing Motion

using the Court's CM/ECF method.

By:     */s/Harold C. Hirshman*

Harold C. Hirshman
*\* pro hac vice*
Dentons US LLP
233 South Wacker Drive, Suite 5900
Chicago, Illinois 60606