IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANGELA MCCULLOUGH, et al | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| vs. | ) Civil Action No.: |
| | ) 2:15-CV-463-WKW |
| THE CITY OF MONTGOMERY, et al | ) |
| | ) |
| Defendants | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41 and a signed settlement agreement, the Parties hereto stipulate to a dismissal of this action and all claims asserted therein with prejudice and without costs.

RESPECTFULLY SUBMITTED,

**ATTORNEY FOR PLAINTIFF
MCCULLOUGH**

*/s/ Harold Hirshman*

Harold C. Hirshman (admitted *pro hac vice*)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000
E-Mail: harold.hirshman@dentons.com

Martha I. Morgan
Attorney at Law
8800 Lodge Lane
Cottondale, AL 35453
Telephone: (205) 799-2692
E-Mail: mimorgan@yahoo.com

Faya Rose Toure
Henry Sanders
Chestnut, Sanders & Sanders LLC
1 Union Street

Selma, AL 36701
Telephone: (334) 526-4531
E-Mail: fayarose@gmail.com
E-Mail: gpompey@csspca.com

Claudia Wilner (admitted *pro hac vice*)
National Center for Law and Economic Justice
50 Broadway; Suite 1500
New York, NY 10004
Telephone: (212) 633-6967
E-Mail: wilner@nclej.org

**ATTORNEYS FOR
THE CITY OF MONTGOMERY**

*/s/ Shannon Holliday*
Shannon L. Holliday (ASB-5440-Y77S)
Richard H. Gill (ASB-7945-G70R)
Robert D. Segall (ASB-7354-E68R
Copeland, Franco, Screws & Gill, P.A.
P.O. Box 347
Montgomery, Alabama 36101-0347
Telephone: (334) 834-1180
E-Mail: holliday@copelandfranco.com
E-Mail: gill@copelandfranco.com
E-Mail: segall@copelandfranco.com

Kimberly Owen Fehl
CITY ATTORNEY'S OFFICE
PO Box 1111
Montgomery, AL 36101-0111
Telephone (334) 625-2050
Email: kfehl@montgomeryal.gov

Michael D. Brymer
Massey, Stotser, & Nichols, PC
1780 Gadsden Hwy
Birmingham, AL 35235
Telephone: (205) 838-9000
Email: mbrymer@msnattorneys.com

**ATTORNEYS FOR**
**JUDICIAL CORRECTION SERVICES**

*/s/ Michael L. Jackson*

Michael L. Jackson, Esq.
Larry S. Logsdon, Esq.
Wesley K. Winborn, Esq.
Jonathan A. Griffith, Esq.
Wallace, Jordan, Ratliff & Brandt, L.L.C.
P.O. Box 530910
Birmingham, AL 35253
Telephone: (205) 870-0555
E-Mail: mjackson@wallacejordan.com
E-Mail: llogsdon@wallacejordan.com
E-Mail: wwinborn@wallacejordan.com
E-Mail: jgriffith@wallacejordan.com

*/s/ Wilson F. Green*

Wilson F. Green
Wilson F. Green LLC
301 19th Street North, Ste. 525
Birmingham, AL 35203
E-Mail: wilson@wilsongreenlaw.com